B6F (Official Form 6F) (12/07)

In re    **Headband, LLC** _____,    Case No. ___**13-42659**_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** <br><br> **417 Skydive** <br> **P.O. Box 319** <br> **Rogersville, MO 65742** | | - | | | | | | **875.00** |
| **Account No.** **xxx2831** <br><br> **Aandahl, Joel** <br> **14 Via Terviso** <br> **American Canyons, CA 94503** | | - | | | | | | **518.00** |
| **Account No.** **xxx7866** <br><br> **Abair, Michelle** <br> **1511 Broadnax Mill Rd** <br> **Loganville, GA 30052** | | - | | | | | | **399.00** |
| **Account No.** **xxx1798** <br><br> **Abare, David** <br> **42 Newark St** <br> **Haverhill, MA 01832** | | - | | | | | | **363.00** |

__590 continuation sheets attached

Subtotal
(Total of this page)    **2,155.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                        ,      Case No. ____**13-42659**____
                                           Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1783**<br><br>**Abbott, Kirk**<br>**5501 Legacy Oaks Parkway  Apt. 1015**<br>**Schertz, TX 78154** | - | | | | | | 500.50 |
| Account No. **xxx9197**<br><br>**Abbott, Melissa**<br>**401 E 33rd St**<br>**Joplin, MO 64804** | - | | | | | | 259.00 |
| Account No. **xxx4912**<br><br>**Abbott, Todd**<br>**2325 Huntington Loop se**<br>**Lacey, WA 98513** | - | | | | | | 498.00 |
| Account No.<br><br>**ABC Balloon Adventures**<br>**1845 South Yuma St.**<br>**Denver, CO 80223** | - | | | | | | 330.00 |
| Account No. **xxxx2222**<br><br>**Abdalaziz, Walid, T**<br>**Darkwood Tr #2A**<br>**Maryville, IN 46410** | - | | | | | | 327.00 |

Sheet no. __**1**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,914.50 |
|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,   Case No.   **13-42659**
                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1650** <br><br> **abdelahmid, nadeen** <br> **5806 lindley cresent drive** <br> **indian trail, NC 28079** | - | | | | | | 214.00 |
| Account No. **xxx4285** <br><br> **Abdelkader, Khaled** <br> **5435 Claybourne Street Apt 203** <br> **Pittsburgh, PA 15232** | - | | | | | | 217.44 |
| Account No. **xxx7815** <br><br> **Abdoulah, Alexandra M.** <br> **19 S Busch Lane.** <br> **Longmont, CO 80501** | - | | | | | | 244.20 |
| Account No. **xxx5274** <br><br> **Abdulsattar, Ahmed** <br> **2302 Twin Lakes Dr** <br> **Ypsilanti, MI 48197** | - | | | | | | 736.80 |
| Account No. **xxx1544** <br><br> **Abel, Amanda** <br> **120 S 2nd St Apt 4C** <br> **Brooklyn, NY 11211** | - | | | | | | 418.00 |

Sheet no. __2__ of __590__ sheets attached to Schedule of         Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)       **1,830.44**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,   Case No. _____**13-42659**_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2963** <br><br> **Abell, Jon** <br> **700 Aztec circle 11D** <br> **Mesquite, NV 89027** | | - | | | | | **209.00** |
| Account No. **xxx6236** <br><br> **Abercrombie, Cheryl** <br> **po box 512** <br> **Baser, KS 66007** | | - | | | | | **250.12** |
| Account No. **xxx9096** <br><br> **Abernathy, Andrew N.** <br> **7726 Mill Pond Drive** <br> **Waxhaw, NC 28173** | | - | | | | | **271.70** |
| Account No. **xxx8153** <br><br> **Abernathy, Eric** <br> **4519 Boxford Rd.** <br> **Greensboro, NC 27406** | | - | | | | | **146.88** |
| Account No. **xxx9087** <br><br> **Abernathy, Samuel J.** <br> **4175 Spyglass Hill** <br> **Mason, OH 45040** | | - | | | | | **495.90** |

Sheet no. _**3**_ of _**590**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,373.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                        ,      Case No. ___**13-42659**___
                                         Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7371** | | | | | | | |
| **Abernathy, William** **700 West Bittersweet Place Apt 610** **Chicago, IL 60613** | | - | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | 122.50 |
| Account No. **xxx4119** | | | | | | | |
| **Abeyounis, Elizabeth** **408 Chadwick Pl** **Newport news, VA 23606** | | - | | | | | 496.40 |
| Account No. **xxx3973** | | | | | | | |
| **Abichandani, Pramod** **2200 ben franklin pwy apt west108** **Philadelphia, PA 19130** | | - | | | | | 108.72 |
| Account No. **xxx1514** | | | | | | | |
| **Abisror, Jackie** **201 North 8th Street** **Philadelphia, PA 19106** | | - | | | | | 444.00 |
| Account No. **xxx4306** | | | | | | | |
| **Ablorhmcgregor, Jennifer** **7 Salvi dr** **Sramingham, MA 01701** | | - | | | | | 428.00 |

Sheet no. __**4**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,599.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,        Case No. _____**13-42659**_____
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1597**<br><br>**Abner, Monica**<br>**1035 Lakeshore Dr**<br>**West Point, MS 39773** | - | | | | | | 361.25 |
| Account No. **xxx9601**<br><br>**Aboneaaj, Mais**<br>**1360 Chadwick Dr.**<br>**Lawrenceville, GA 30043** | - | | | | | | 205.84 |
| Account No. **xxx1932**<br><br>**Aboulhosn, Susie M**<br>**713 Winsley Place**<br>**Brentwood, TN 37027** | - | | | | | | 102.92 |
| Account No.<br><br>**Above The Wine Country Balloons**<br>**11137 Cherry Ridge Rd.**<br>**Sebastopol, CA 95472** | - | | | | | | 490.50 |
| Account No. **xxx1432**<br><br>**Abraham, Zach G**<br>**470 16th St NW unit 4019**<br>**Atlanta, GA 30363** | - | | | | | | 185.64 |

Sheet no. __**5**___ of __**590**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      | 1,346.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC** _____, Case No. _____**13-42659**_____
                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5235** <br><br> **Abrahamson, Andrew** <br> **101 north normande ave Apartment 210** <br> **los angeles, CA 90004** | | - | | | | | **1,058.40** |
| Account No. **xxx9456** <br><br> **Abram, Maria** <br> **178 Augusta Course Ave** <br> **Las Vegas, NV 89148** | | - | | | | | **112.50** |
| Account No. **xxx4192** <br><br> **Abrams, Martin D** <br> **702 Thistle Drive** <br> **Seffner, FL 33584** | | - | | | | | **129.00** |
| Account No. **xxx7396** <br><br> **Abramson, Brett** <br> **1100 Northeast 1st Court** <br> **Hollandale, FL 30039** | | - | | | | | **99.60** |
| Account No. **xxxx3125** <br><br> **Abrantes, Edward** <br> **43760 Farmstead dr** <br> **Lansdowne, VA 20176** | | - | | | | | **85.80** |

Sheet no. _**6**_ of _**590**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,485.30**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,      Case No. ___**13-42659**___
                                                Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5259** | | | | | | | |
| Abrego, DaisyLee 417 Lilac Dr Lososos, CA 93402 | - | | | | | | 488.40 |
| Account No. **xxx7815** | | | | | | | |
| Abrokwa, Kwasi Aning 230 Roberta Ave Collendale, PA 19023 | - | | | | | | 217.43 |
| Account No. **xxxx4018** | | | | | | | |
| Abshier, Melody 7900 Viscount Blvd Apt 440 El Paso, TX 79925 | - | | | | | | 1,417.84 |
| Account No. **xxx9541** | | | | | | | |
| Abul-saud, Maen 11316 Jollyville rd. apt 364 Austin, TX 78759 | - | | | | | | 482.16 |
| Account No. **xxx7869** | | | | | | | |
| Abundis , Dave 1497 15th Avenue San Fransisco, CA 94122 | - | | | | | | 165.00 |

Sheet no. __7__ of __590__ sheets attached to Schedule of       Subtotal       2,770.83
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,  Case No. ___**13-42659**_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2927** | | | | | | | |
| Abushanad, Saji 6525 Greenwigh Dr #2601 Indianappolis, IN 46237 | - | | | | | | 245.15 |
| Account No. **xxxx1032** | | | | | | | |
| Accad, Gracy 1150 E 8th St Brooklyn, NY 11230 | - | | | | | | 473.60 |
| Account No. **xxx5741** | | | | | | | |
| Acciani, Marissa 12204 Jasmine Cove Way Raleigh, NC 27614 | - | | | | | | 236.80 |
| Account No. | | | | | | | |
| Ace High Ballooning 1849 Bethbirei Road Lewisburg, TN 37091 | - | | | | | | 2,450.00 |
| Account No. | | | | | | | |
| Aces High Balloon Adventures, LLC 15626 S Lewis Ave Bixby, OK 74008 | - | | | | | | 900.00 |

Sheet no. __**8**___ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **4,305.55**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                                    Case No.    **13-42659**
                                                            ,
                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8132** | | | | | | | |
| Acevedo, Alexis 1304 s fulton way apt c106 denver, CO 80247 | - | | | | | | 420.00 |
| Account No. **xxx7962** | | | | | | | |
| Acevedo, Andres F. 9042 SW 157th Ave Road Miami, FL 33196 | - | | | | | | 643.50 |
| Account No. **xxxx2140** | | | | | | | |
| Acevedo, Julio 5601 East  Orange Thorpe Ave Anahiem Hills, CA 92807 | - | | | | | | 870.00 |
| Account No. **xxx6574** | | | | | | | |
| Acevedo, Oscar 8282 Calvine Rd Apt 2055 Sacramento, CA 95828 | - | | | | | | 532.80 |
| Account No. **xxxx2757** | | | | | | | |
| Acheampong, George 1002 Frankfurt Ave. Lubbock, TX 79416 | - | | | | | | 243.10 |

Sheet no. __9__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **2,709.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**_____,        Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx9198** | | | | | | | | |
| **Achille, Jessica** **5636 Morton Street** **Philidelphia, PA 19144** | | - | | | | | | 268.25 |
| Account No. **xxx6647** | | | | | | | | |
| **ackerman, nicole** **Po box 6498** **Ketchum, ID 83340** | | - | | | | | | 222.00 |
| Account No. **xxx6233** | | | | | | | | |
| **Ackley, Riana** **1900 S. Eads Street, Apt. 1214** **Arlington, VA 22202** | | - | | | | | | 249.90 |
| Account No. **xxx8763** | | | | | | | | |
| **Ackley, Robert** **2567 covey run court** **Manakin sabot, VA 23103** | | - | | | | | | 503.20 |
| Account No. **xxx2385** | | | | | | | | |
| **Ackley, Rose Marie** **394 S Flora Dr.** **Spring Creek, NV 89815** | | - | | | | | | 426.30 |

Sheet no. __**10**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,669.65

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,     Case No.   **13-42659**
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5423** | | | | | | | |
| **Acosta Soto, Ellison E PO Box 2844 Guaynabo   00970** | | - | | | | | 355.20 |
| Account No. **xxxx0502** | | | | | | | |
| **Acosta,  Kenia 5935 Cabotage Road Johns Creeks, GA 30097** | | - | | | | | 108.00 |
| Account No. **xxx1012** | | | | | | | |
| **Acotpe, Tierney 576 Earl Drive Northfield, IL 60093** | | - | | | | | 225.00 |
| Account No. **xxx6478** | | | | | | | |
| **Acuapa, David B 16 zircon drive maumelle, AR 72113** | | - | | | | | 127.27 |
| Account No. **xxx1849** | | | | | | | |
| **Acuff, Susan 3293 Kinderhill Circle Germantown, TN 38138** | | - | | | | | 314.60 |

Sheet no. __11__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,130.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                      ,         Case No. ___**13-42659**___
                           Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6127** <br><br> **Acuff, Thomas** <br> **25 sunbean Ln** <br> **Hyannis, MA 02601** | - | | | | | | 1,332.00 |
| Account No. **xxx0841** <br><br> **adagiri, rohit** <br> **300 restnots st.** <br> **wasika, WI 53188** | - | | | | | | 721.62 |
| Account No. **xxx2950** <br><br> **Adair, Johnathan** <br> **2609 Ridgecrest Dr.** <br> **Farmington, NM 87401** | - | | | | | | 221.65 |
| Account No. **xxx0051** <br><br> **adair, renee** <br> **128 first avenue** <br> **enderlin, ND 58027** | - | | | | | | 577.20 |
| Account No. **xxx6777** <br><br> **Adamczyk, Eric** <br> **2020 Keast Drive** <br> **Clarklake, MI 49234** | - | | | | | | 200.00 |

Sheet no. __12__ of __590__ sheets attached to Schedule of                    Subtotal                    **3,052.47**
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____ ,    Case No. _____**13-42659**_____
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3574** | | | | | | | |
| **Adame, Greta M**<br>**951 East Railroad Ave**<br>**Giddings, TX 78942** | | - | | | | | 241.08 |
| Account No. **xxx3190** | | | | | | | |
| **adamin, katherine**<br>**17607 cotton wood trail lane**<br>**huston, TX 77095** | | - | | | | | 264.55 |
| Account No. **xxx1868** | | | | | | | |
| **Adams, Betty**<br>**1509 Davis Ave**<br>**Grinnell, IA 50112** | | - | | | | | 189.00 |
| Account No. **xxx9311** | | | | | | | |
| **Adams, Dale**<br>**Box 512 Crompond**<br>**New York, NY 10517** | | - | | | | | 434.85 |
| Account No. **xxx2470** | | | | | | | |
| **Adams, Denise**<br>**4152 Woodcrest Ct.**<br>**Douglasville, GA 30135** | | - | | | | | 400.00 |

Sheet no. __**13**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,529.48**

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,      Case No. ___13-42659_____
                         Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx1156** | | | | | | | | |
| Adams, Jason 407 north dr. abernathy, TX 79311 | | - | | | | | | 221.61 |
| Account No. **xxx4287** | | | | | | | | |
| Adams, Jill 2004 Rugby Dr Murry, KY 42071 | | - | | | | | | 217.50 |
| Account No. **xxxx1402** | | | | | | | | |
| Adams, John 1 818 West 17th Place Tempe, AZ 85281 | | - | | | | | | 199.00 |
| Account No. **xxx6604** | | | | | | | | |
| Adams, Katherine 1006 Lawerence St Emporia, KS 66801 | | - | | | | | | 119.00 |
| Account No. **xxxx1181** | | | | | | | | |
| Adams, Marcia 3150 Berry Road Loganville, GA 30052 | | - | | | | | | 216.00 |

Sheet no. __14__ of __590__ sheets attached to Schedule of            Subtotal      973.11
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2419** <br><br> **ADAMS, MILDRED W** <br> **1074-4 TOMBER CREEK DRIVE** <br> **CARMEL, IN 46032** | | - | | | | | 287.00 |
| Account No. **xxx9291** <br><br> **Adams, Patrick** <br> **3362 Bellota Way** <br> **Los Angelas, CA 90027** | | - | | | | | 888.00 |
| Account No. **xxx8789** <br><br> **Adams, Ronnie** <br> **800 St Francis Drive** <br> **Santa Fe, NM 87505** | | - | | | | | 213.15 |
| Account No. **xxxx0503** <br><br> **Adams, Stanley T** <br> **974 Skyline Drive** <br> **Jackson, TN 38301** | | - | | | | | 449.50 |
| Account No. **xxx3479** <br><br> **Adams, Taylor** <br> **700 Green springs dr** <br> **Columbia, SC 29223** | | - | | | | | 179.00 |

Sheet no. __15__ of __590__ sheets attached to Schedule of                     Subtotal                  | 2,016.65 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____ ,        Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8788** <br><br> **adams, William g** <br> **9677 page ave** <br> **st louis, MO 63132** | - | | | | | | 589.04 |
| Account No. **xxx3641** <br><br> **Adamson, Quory** <br> **220 Marquis Way** <br> **Morrow, GA 30260** | - | | | | | | 473.00 |
| Account No. **xxxx2418** <br><br> **Adan Zuniga, Araceli** <br> **4205 Dunleaf Pky** <br> **Norcross, GA 30093** | - | | | | | | 85.25 |
| Account No. **xxx6968** <br><br> **Adcock, Megan** <br> **3460 14th St. NW Apt 215** <br> **Washington, DC 21010** | - | | | | | | 119.90 |
| Account No. **xxx4690** <br><br> **Addis, Nena** <br> **25 Aspen Ln** <br> **Glencoe, IL 60022** | - | | | | | | 125.00 |

Sheet no. __16__ of __590__ sheets attached to Schedule of        Subtotal        | 1,392.19 |
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,   Case No. ___**13-42659**___
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1723** <br><br> **Addison, Christy** <br> **1422 west sipers forest** <br> **houston, TX 77070** | - | | | | | | 235.95 |
| Account No. **xxx9250** <br><br> **Addo, Christopher** <br> **7904 Thouron Avenue** <br> **Philadelphia, PA 19150** | - | | | | | | 246.50 |
| Account No. **xxxx2603** <br><br> **Adeleke, Kehinde** <br> **15615 Gillmore Greens Court** <br> **Brandywine, MD 20613** | - | | | | | | 499.80 |
| Account No. **xxx0003** <br><br> **adella, rasha** <br> **633 green ave 2** <br> **san bruno, CA 94066** | - | | | | | | 244.65 |
| Account No. **xxx5641** <br><br> **Adelman, Leon** <br> **102 Queensberry St #12A** <br> **Boston, MA 02215** | - | | | | | | 544.00 |

Sheet no. __**17**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,770.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                                              ,    Case No.    **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6856** <br><br> aden, kristina <br> 8011 spaulding cir <br> omaha, NE 68134 | | - | | | | | 250.00 |
| Account No. **xxx3129** <br><br> Adepu, Prashant <br> 919 W Rdige Dr #7-6 <br> Dekalb, IL 60115 | | - | | | | | 63.00 |
| Account No. **xxx8933** <br><br> Adewumi, David <br> 1405 Wendy Way <br> Medlow park, CA 54025 | | - | | | | | 468.30 |
| Account No. **xxx8700** <br><br> Adhikari, Bhaskar <br> 3412 Tulane Drive Apt 11 <br> Hidesville, MD 20783 | | - | | | | | 171.60 |
| Account No. **xxx4356** <br><br> Adiaz, Karen <br> 2447 Sugar Mill Lake <br> Herndon, VA 20171 | | - | | | | | 536.50 |

Sheet no. __18__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,489.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,          Case No.   **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx5037** | | | | | | | | |
| Adinata, Harry<br>195 14th Street NE #1007<br>Atlanta, GA 30309 | - | | | | | | | 99.72 |
| Account No. **xxx9409** | | | | | | | | |
| Adji, Nii<br>65 Industrial South<br>Cleston, NJ 10019 | - | | | | | | | 190.00 |
| Account No. **xxx9252** | | | | | | | | |
| Adkins, Newton<br>2228 Grey Cliff Dr,<br>Franklin, TN 37064 | - | | | | | | | 1,037.50 |
| Account No. **xxx7541** | | | | | | | | |
| Adkison, Amy<br>1702 east hining road<br>Garrison, TX 75946 | - | | | | | | | 219.03 |
| Account No. **xxx9988** | | | | | | | | |
| Adkisson, Justin<br>1304 Beech Street<br>Westlake, LA 70669 | - | | | | | | | 60.07 |

Sheet no. __19__ of __590__ sheets attached to Schedule of                                 Subtotal                     | 1,606.32
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                      ,  Case No. ___**13-42659**___
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9237**<br><br>**Adler, Cheryl A.**<br>**P.O. Box 601802**<br>**San Diego, CA 92160** | - | | | | | | 177.60 |
| Account No. **xxx6868**<br><br>**Adler, nicholas**<br>**3147 Bellwood Lane**<br>**glenview, IL 60026** | - | | | | | | 471.90 |
| Account No. **xxx5248**<br><br>**Adler, Seth T.**<br>**PO BOX 4342**<br>**Long Beach, CA 90804** | - | | | | | | 264.60 |
| Account No. **xxx9288**<br><br>**adnon, saris**<br>**154 mantucket place**<br>**Newport News   23606** | - | | | | | | 777.00 |
| Account No. **xxx9077**<br><br>**Adolphus, Janet**<br>**5586 Jamerson Dr.**<br>**Atlanta, GA 30349** | - | | | | | | 213.75 |

Sheet no. __**20**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,904.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                      ,     Case No. _____**13-42659**_____
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx8911**  Adoutte, David  30 Karen Way  Summit, NJ 07901 | | - | | | | | | 95.72 |
| Account No. **xxx2420**  Adrian, Burton  1710 Willow bend road  cedar falls, IA 50613 | | - | | | | | | 562.40 |
| Account No. **xxx5392**  Adriano, Ruth  211 Barclay Dr.  Stamford, CT 06903 | | - | | | | | | 135.85 |
| Account No. **xxx3629**  Adrong, Y Thuo  1321 East Cone Blvd  Greensboro, NC 27405 | | - | | | | | | 280.00 |
| Account No.  Adventure Balloon Sport  4560 Martin Drive  Boulder, CO 80305 | | - | | | | | | 4,390.00 |

Sheet no. __21__ of __590__ sheets attached to Schedule of                    Subtotal                | 5,463.97
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                    , Case No.    **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Adventure Skydiving TN** 716 William Howard Place Nashville, TN 37209 | - | | | | | | 5,013.00 |
| Account No. **Aer Blarney Ballooning, LLC** P.O. Box 1528 Litchfield, CT 06759-1528 | - | | | | | | 500.00 |
| Account No. xxx1598 **afroze, farhana** 35-47 93rd st 2nd fl jackson hieghts, NY 11372 | - | | | | | | 278.85 |
| Account No. xxx1757 **Afsharian, Andre** 1127 Bella vista avenue Pasadena, CA 91107 | - | | | | | | 500.70 |
| Account No. xxx5346 **Aga, Joseph** 1433 West Lawrence Dr Spokane, WA 99218 | - | | | | | | 414.70 |

Sheet no. __22__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     6,707.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,     Case No. ___**13-42659**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4576** | | | | | | | |
| **Aga, Merrie** **532 Kentucky Street** **Valejo, CA 94590** | - | | | | | | 330.00 |
| Account No. **xxx3480** | | | | | | | |
| **Agababyan , Sandra** **370 wood trace dr.** **Alpharetta, GA 30022** | - | | | | | | 358.00 |
| Account No. **xxx2483** | | | | | | | |
| **Agalov, Liyl** **3490 Winter wood Court** **Marietta, GA 30062** | - | | | | | | 316.69 |
| Account No. **xxx9011** | | | | | | | |
| **Agantovich, Jacinda** **150 Southfield Avenue Apt 1426** **Stanford, CT 06902** | - | | | | | | 107.25 |
| Account No. **xxxx4710** | | | | | | | |
| **Agarwal, Abhinav 1** **3512 nandina dr** **Flower Mound, TX 75022** | - | | | | | | 109.00 |

Sheet no. __**23**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,220.94**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    , Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8764** <br><br> **Agarwal, Prerna** <br> **3540 S Figueroa St Radson Hotel #421** <br> **Los Angelas, CA 90007** | - | | | | | | 780.75 |
| Account No. **xxx3068** <br><br> **Agarwal, Shikhanshu** <br> **8550 Cost Verde** <br> **San Diego, CA 92122** | - | | | | | | 1,404.90 |
| Account No. **xxxx3449** <br><br> **Agarwal, Utsav** <br> **701 Moore Avenue, C 1902** <br> **Louisburg, PA 17837** | - | | | | | | 241.00 |
| Account No. **xxx0051** <br><br> **Agate, Gary J** <br> **419 Shelboune Drive** <br> **Pittsburgh, PA 15239** | - | | | | | | 128.70 |
| Account No. **xxx2821** <br><br> **Agee, Jeffrey** <br> **9428 Carlton Oaks Drive Aprt. C** <br> **Santee, CA 92071** | - | | | | | | 468.29 |

Sheet no. __24__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **3,023.64**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                             ,        Case No. ___**13-42659**___
                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6441** | | | | | | | |
| **Agee, Tammy R** <br> **331 Brentmead Dr** <br> **Murfreesboro, TN 37130** | - | | | | | | 666.00 |
| Account No. **xxx7086** | | | | | | | |
| **Aggarwal, Nikhil** <br> **5308 Lake Washington Blvd Apt J** <br> **Kirkland, WA 98033** | - | | | | | | 860.00 |
| Account No. **xxx6166** | | | | | | | |
| **Agin, Marjorie** <br> **11 Headwaters Rd** <br> **Bluffton, SC 29910** | - | | | | | | 475.20 |
| Account No. **xxx6480** | | | | | | | |
| **Agrawal, Sugandh G.** <br> **4630 Center Blvd Apt 105** <br> **Long Island, NY 11109** | - | | | | | | 139.60 |
| Account No. **xxx8303** | | | | | | | |
| **Aguayo, Ricardo** <br> **3713 Kales Lane** <br> **Flowermound, TX 75022** | - | | | | | | 473.59 |

Sheet no. __**25**__ of __**590**__ sheets attached to Schedule of                                Subtotal                | 2,614.39 |
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,  Case No. ____**13-42659**____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7012** | | | | | | | |
| **agudelO, edna** **1085 COOPER AVE** **TEANECK, NJ 07666** | - | | | | | | 529.10 |
| Account No. **xxx8934** | | | | | | | |
| **Aguilar, Billy** **2207 Marcie lane** **Midland, TX 79707** | - | | | | | | 438.06 |
| Account No. **xxx3635** | | | | | | | |
| **Aguilar, Lisa** **301 Acapulco drive** **Bakersfield, CA 93314** | - | | | | | | 243.60 |
| Account No. **xxx8957** | | | | | | | |
| **Aguirre, Luis** **19801 SW 114th Court** **Miami, FL 33157** | - | | | | | | 255.15 |
| Account No. **xxx7752** | | | | | | | |
| **Agumbefureshmahima** **401 stasney st.** **college station, TX 77840** | - | | | | | | 657.09 |

Sheet no. __**26**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            **2,123.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC** _____,    Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0306**<br><br>**Ahern, Daniel**<br>**4311 N Winchester Apt. 3**<br>**Chicago, IL 60613** | - | | | | | | 254.87 |
| Account No. **xxx7400**<br><br>**ahlrichs, Alicia**<br>**7609 11th street north**<br>**oakdale, MN 55128** | - | | | | | | 720.00 |
| Account No. **xxxx2077**<br><br>**Ahmad, Farrah**<br>**6278 Moonstone Drive**<br>**Grand Blanc, MI 48439** | - | | | | | | 618.64 |
| Account No. **xxxx3767**<br><br>**Ahmavieh, Bassel E.**<br>**1261 9th Street**<br>**Monterey, CA 93940** | - | | | | | | 229.67 |
| Account No. **xxx8999**<br><br>**Ahmed, Omran**<br>**1800 Holleman Dr.**<br>**College Station, TX 77850** | - | | | | | | 723.24 |

Sheet no. __27__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,546.42

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                                  ,     Case No. _____**13-42659**_____
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx8051**<br><br>**Ahmed, Shahzad**<br>**8300 Red Bluff Rd Apt 827**<br>**Pasadena, TX 77507** | - | | | | | | | 207.35 |
| Account No. **xxx5321**<br><br>**Ahn, yikyung A**<br>**965 S Westgate dr**<br>**Fort Lee, NJ 07024** | - | | | | | | | 729.30 |
| Account No. **xxx9908**<br><br>**Ahuja, Vikram**<br>**3066 25th St.**<br>**San Francisco, CA 94110** | - | | | | | | | 138.60 |
| Account No. **xxxx2316**<br><br>**Aiello, Jenny**<br>**4005 English Laurel Ln.**<br>**Raleigh, NC 27612** | - | | | | | | | 1,205.40 |
| Account No. **xxx9935**<br><br>**Ailes, Daniel**<br>**3485 Beech Street**<br>**San Diego, CA 92102** | - | | | | | | | 215.00 |

Sheet no. __**28**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        2,495.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                    ,     Case No. ____**13-42659**____

                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Air Addiction Balloon Company** **709 West 2nd Ave** **Indianola, IA 50125** | - | | | | | | | 440.00 |
| Account No. | | | | | | | | |
| **Air Texas Balloon Adventures** **15714 Downford Dr.** **Tomball, TX 77377** | - | | | | | | | 2,275.00 |
| Account No. **xxx9435** | | | | | | | | |
| **Airoldi, Harold** **15029 South east Monner rd** **Happy valley, OR 97086** | - | | | | | | | 1,065.60 |
| Account No. **xxx3248** | | | | | | | | |
| **Aitharaju, Vasu dev** **36 Dogwood Drive** **Edison, NJ 08820** | - | | | | | | | 804.75 |
| Account No. **xxx4445** | | | | | | | | |
| **Akers, Dean** **2552 W. Palm Dr** **Tampa, FL 33629** | - | | | | | | | 228.80 |

Sheet no. __**29**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,814.15

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,     Case No. ___**13-42659**___
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5938**<br><br>**Akey, Matthew**<br>**2890 south gaylord street**<br>**Denver, CO 80210** | - | | | | | | 347.80 |
| Account No. **xxxx2604**<br><br>**Akilov, Emily**<br>**4395 Garland Ct**<br>**Las Vegas, NV 89121** | - | | | | | | 848.25 |
| Account No. **xxx3335**<br><br>**akimushkin, Pavel S**<br>**473 Central park west apartment 2a**<br>**new york, NY 10025** | - | | | | | | 510.30 |
| Account No. **xxx7065**<br><br>**Akinmuyisan, Oluwatayo**<br>**9522 Kilimanjaro Rd**<br>**Columbia, MD 21045** | - | | | | | | 523.40 |
| Account No. **xxx9713**<br><br>**Akins, Robert D**<br>**183 Filo rd**<br>**Madison, AL 35758** | - | | | | | | 240.00 |

Sheet no. _**30**_ of _**590**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ......... 2,469.75

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.   **13-42659**
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4134**<br><br>**Akjaya, Hakki**<br>**1267 New York Ave**<br>**Elmont, NY 11003** | - | | | | | | 843.66 |
| Account No. **xxx0096**<br><br>**Akrawi, Marina**<br>**43264 Winterfield Drive**<br>**Sterling Heights, MI 48314** | - | | | | | | 742.50 |
| Account No. **xxx4089**<br><br>**Al Bushidi, Salsabeel B**<br>**1 Longfellow Pl  apt 3808**<br>**Boston, MA 02114** | - | | | | | | 270.00 |
| Account No. **xxx9143**<br><br>**Alabdulkarim, Sultan**<br>**6300 E Hampden Ave Apt 3426**<br>**Denver, CO 80222** | - | | | | | | 71.50 |
| Account No. **xxxx0912**<br><br>**Alabiooani, Salman**<br>**1515 Aggie Rd Apt F4**<br>**Jonesboro, AR 72401** | - | | | | | | 70.07 |

Sheet no. __31__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,997.73

B6F (Official Form 6F) (12/07) - Cont.

In re   __Headband, LLC_____,   Case No. ____13-42659_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7279** | | | | | | | |
| alahmadi, noran 3131 east alameda ave denver, CO 80209 | | - | | | | | 750.75 |
| Account No. **xxxx3900** | | | | | | | |
| Alajluni, Muhanna 1078 E. Ocean Blvd., # 21 Long Beach, CA 90802 | | - | | | | | 501.64 |
| Account No. **xxx2727** | | | | | | | |
| Alalfey, Nagat 6846 Sewells Orchard Dr Columbia, MD 21045 | | - | | | | | 600.00 |
| Account No. **xxx1934** | | | | | | | |
| Alameri, Mohammed 516 cardiss CA 92606 | | - | | | | | 509.74 |
| Account No. **xxx7702** | | | | | | | |
| alamillo, Amy 1401 First street apartment a indian rocks beach, FL 33785 | | - | | | | | 114.40 |

Sheet no. __32__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,476.53

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                  ,          Case No.  ___13-42659___
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1932** | | | | | | | |
| Alan,  Darion 406 Noble Street Kutztown, PA 19530 | | - | | | | | 359.98 |
| Account No. **xxx6311** | | | | | | | |
| Alapati, Kalyan 821 Park summit blvd Apex, NC 27523 | | - | | | | | 1,776.00 |
| Account No. **xxx6332** | | | | | | | |
| Alardo, Darleen 80 Coolidge Street Haversgraw, NY 10927 | | - | | | | | 278.60 |
| Account No. **xxx5831** | | | | | | | |
| Alasiri /  Alaseeir, Khalifa 4279 Spectrum Irvine, CA 92618 | | - | | | | | 793.80 |
| Account No. **xxx0198** | | | | | | | |
| alasousi, ali 5005 west century blv los angeles, CA 90304 | | - | | | | | 257.25 |

Sheet no. __33__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,465.63

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                    ,    Case No.    **13-42659**
                                         Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2817** | | | | | | | |
| **Alba, Eric** **5225 Redwood Rd.** **San Marcos, TX 78666** | - | | | | | | 1,305.00 |
| Account No. **xxx3835** | | | | | | | |
| **Alban, Hugh** **1920 Bay Dr.** **Miami beach, FL 33141** | - | | | | | | 214.50 |
| Account No. **xxx3939** | | | | | | | |
| **Albano, Anderdson R** **5021 Windflower drive** **fayetteville, NC 28314** | - | | | | | | 543.40 |
| Account No. **xxx2352** | | | | | | | |
| **Albattal, Nais** **13603 Marina Pointe DR #c533** **Marina Del Ray, CA 90292** | - | | | | | | 947.20 |
| Account No. **xxx9300** | | | | | | | |
| **Albaugh, Jennifer L** **6720 W 128th Place** **Overland Park, KS 66209** | - | | | | | | 574.56 |

Sheet no. __34__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      3,584.66

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                    , Case No.    **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9500** | | | | | | | |
| **Albeesh, Deena** 12213 5th Ave Lakewood, CO 80228 | | - | | | | | 707.85 |
| Account No. **xxx7665** | | | | | | | |
| **Albers, Jeri S.** 9600 Drambuie crt Loomis, CA 95650 | | - | | | | | 733.94 |
| Account No. **xxx5408** | | | | | | | |
| **Albertie, Belinda** 218 Hollow Grove San Antonio, TX 78253 | | - | | | | | 169.00 |
| Account No. **xxx7293** | | | | | | | |
| **Albertsen, Robert** 408 East Washington St Elk Point, SD 57025 | | - | | | | | 500.24 |
| Account No. **xxxx4192** | | | | | | | |
| **Albertson, Sierra** 1309 nw 157th st edmond, OK 73013 | | - | | | | | 458.00 |

Sheet no. __35__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **2,569.03**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                        ,    Case No. ___**13-42659**___
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5824** <br><br> **Albini, Donald J** <br> **P.o. Box 2121** <br> **Sanoma, CA 95476** | - | | | | | | 398.00 |
| Account No. **xxx8284** <br><br> **Alby, Amanda** <br> **1541 Lincoln Way #201** <br> **McLean, VA 22102** | - | | | | | | 99.00 |
| Account No. **xxx3383** <br><br> **Alcala, Gabriel** <br> **2750 Figorola Blvd Apt 6** <br> **San Diego, CA 92109** | - | | | | | | 133.50 |
| Account No. **xxx0270** <br><br> **alcamo, benedetto** <br> **71-02 80TH st** <br> **glenndale, NY 11385** | - | | | | | | 529.20 |
| Account No. **xxx8017** <br><br> **Alcaraz, Federico** <br> **3506 Diamond St.** <br> **El Paso, TX 79904** | - | | | | | | 449.92 |

Sheet no. __**36**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,609.62

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                              ,    Case No. ___**13-42659**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1378** | | | | | | | |
| Alcazar, Roberta 5640 Heffernan St Houston, TX 77087 | | - | | | | | 547.60 |
| Account No. **xxx8221** | | | | | | | |
| ALCORN, KATHRYN A 593 BRIARWOOD AVE PITTSBURG, PA 15228 | | - | | | | | 370.00 |
| Account No. **xxx7482** | | | | | | | |
| Alderete, Amanda 6515 Ridge Circle San Antonio, TX 78233 | | - | | | | | 740.00 |
| Account No. **xxx8204** | | | | | | | |
| Aldrich, Jessica 1978 Seville Street Santa Rosa, CA 95403 | | - | | | | | 235.00 |
| Account No. **xxx7135** | | | | | | | |
| Aldrich, Kelly L. Route 2 Box 242 Sumner, IL 62466 | | - | | | | | 487.20 |

Sheet no. __37__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,379.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                        ,        Case No.      **13-42659**
                                                Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6141** | | | | | | | |
| **Aldrige, Garrett** 161 West 300 South Knabe, UT 84741 | - | | | | | | 234.15 |
| Account No. **xxx9922** | | | | | | | |
| **Alecantara, Ian** 21511 Moneta Ave Carson, CA 90745 | - | | | | | | 383.70 |
| Account No. **xxx0263** | | | | | | | |
| **alemadi, Mohammed Quassem** 2207 Riva row 3404 woodlands, TX 77380 | - | | | | | | 1,864.80 |
| Account No. **xxx5832** | | | | | | | |
| **Alemayehu, Wintana** 733 Sligo Ave. apt 310 Silver Spring, MD 20910 | - | | | | | | 793.65 |
| Account No. **xxx6934** | | | | | | | |
| **Alemetson, Billy** 41763 W Park Hill Ct Marcopa, AZ 85138 | - | | | | | | 397.54 |

Sheet no. __38__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,673.84

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** ,
_____
Debtor

Case No.    **13-42659**
_____

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8949**<br><br>Alengadan, John<br>6530 Independence ave<br>Canoga Park, CA 91303 | - | | | | | | 458.80 |
| Account No. **xxx1873**<br><br>Aleshire, Evan<br>531 Larchmont Dr<br>Wyoming, OH 45215 | - | | | | | | 247.95 |
| Account No. **xxx8950**<br><br>Alewine, Ross<br>98 Benett St<br>Piedmont, SC 29673 | - | | | | | | 306.69 |
| Account No. **xxx6969**<br><br>Alexander, Brian<br>8960 Cynthia Street #105<br>West Hollywood, CA 90069 | - | | | | | | 872.30 |
| Account No. **xxx6414**<br><br>Alexander, Brooke L.<br>772 W Essex St<br>Washington, UT 84780 | - | | | | | | 702.44 |

Sheet no. __39__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,588.18

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC**                                                                    , Case No. __**13-42659**__
                                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9907**<br><br>**alexander, daniel**<br>**5514 west 149th place unit 2**<br>**hawthorn, CA** | | - | | | | | 775.75 |
| Account No. **xxx1264**<br><br>**Alexander, Jobie**<br>**3775 Hoods Branch Rd**<br>**Springfield, TN 37172** | | - | | | | | 224.75 |
| Account No. **xxx3096**<br><br>**Alexander, Melissa**<br>**7033 E Kessler Ave**<br>**Mesa, AZ 85209** | | - | | | | | 351.29 |
| Account No. **xxx0670**<br><br>**Alexander, Patricia**<br>**7612 Woodbine Dr**<br>**Laurel, MD 20707** | | - | | | | | 615.00 |
| Account No. **xxx0299**<br><br>**Alexander, Tavonnee**<br>**15024 nordhoff unit 14**<br>**North hills, CA 91343** | | - | | | | | 199.20 |

| | | |
|---|---|---|
| Sheet no. __**40**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,165.99 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,    Case No. ___13-42659_____
                            Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3038** | | | | | | | |
| Alexander, Brian 529 Columus Ave Boston, MA 02118 | | - | | | | | 4,850.73 |
| Account No. **xxxx1933** | | | | | | | |
| Alfaro, Carlos 1900 Ray Dr. Burlingame, CA 95010 | | - | | | | | 246.74 |
| Account No. **xxx4120** | | | | | | | |
| Alfi, Yaron 3081 hayes ave Costa Nesa, CA 92626 | | - | | | | | 739.50 |
| Account No. **xxxx1182** | | | | | | | |
| Alford, Colby 445 4th St Box #80 Delrio, TX 78843 | | - | | | | | 393.25 |
| Account No. **xxx9490** | | | | | | | |
| Alford, Neal E. 4434 North FM 148 Crandall, TX 75114 | | - | | | | | 242.55 |

Sheet no. __41__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,472.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,   Case No.   **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9673** | | | | | | | |
| **Algadhi, Majed** **2680 Grande Isle** **Orange City, FL 32763** | | - | | | | | 236.60 |
| Account No. **xxx7434** | | | | | | | |
| **algattan, Sarah** **150 51st ST Apt 1632** **New York, NY 10019** | | - | | | | | 622.05 |
| Account No. **xxx4448** | | | | | | | |
| **Alhammadi, Ahmed** **30 arthur ave. SE apt. 5** **minneapolois, MN 55414** | | - | | | | | 141.57 |
| Account No. **xxxx0918** | | | | | | | |
| **Alharbi, Abdullah** **3480 Mckenna Drive Apt 3** **Eugene, OR 97401** | | - | | | | | 143.00 |
| Account No. **xxx8113** | | | | | | | |
| **Alhouti, Abdulrahman** **6941 SW 56 S.t** **Miami, FL 33155** | | - | | | | | 493.00 |

Sheet no. __42__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,636.22

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,    Case No.    **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1651**<br><br>**Alhowaish, Abdul N**<br>**5440 North Cujunga Ave**<br>**North Hollywood, CA 91601** | - | | | | | | 1,003.27 |
| Account No. **xxx9616**<br><br>**Alhuayen, Sattan**<br>**West Beach Dr**<br>**Panama City, FL 33122** | - | | | | | | 272.08 |
| Account No. **xxx0910**<br><br>**Alhuseini, Mishael**<br>**2250 Clarendon Blvd**<br>**Arlington, VA 22201** | - | | | | | | 999.60 |
| Account No. **xxx5204**<br><br>**Ali, Ahmed 2**<br>**1008 Foulkrod St.**<br>**Philadelphia, PA 19124** | - | | | | | | 95.00 |
| Account No. **xxx0817**<br><br>**Aliberti, William**<br>**363 Daniel Webster Hwy**<br>**Northwood Stock, NH 03262** | - | | | | | | 592.00 |

Sheet no. __43__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,961.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**_____,    Case No.____**13-42659**_____
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7987** <br><br> **Alibin, Ali** <br> **171 Moultrie Street** <br> **Charleston, SC 29409** | | - | | | | | 286.00 |
| Account No. **xxx9410** <br><br> **Alicea, Ileana** <br> **269 West Cornwall St** <br> **Philadelphia, PA 19140** | | - | | | | | 402.00 |
| Account No. **xxx5138** <br><br> **Alioto, Aniello** <br> **1009 Samantha Lane** <br> **Odenton, MD 21113** | | - | | | | | 452.20 |
| Account No. **xxx2491** <br><br> **Alisher, Shavali** <br> **11017 sw park ave apt 224** <br> **portland, OR 97201** | | - | | | | | 537.70 |
| Account No. **xxx6618** <br><br> **Aljaber, Abdulla** <br> **11302 10th ave Nantucket Gate apt F 103** <br> **Tacoma, WA 98445** | | - | | | | | 292.60 |

Sheet no. __**44**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,970.50

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC** _____ ,    Case No. _____**13-42659**_____
                                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7937** | | | | | | | |
| **Aljumah, Saud**<br>**1710 Multnomah St**<br>**Portland, OR 97232** | | - | | | | | 604.80 |
| Account No. **xxx0567** | | | | | | | |
| **Alkoraishi, Abdullah**<br>**4348 9th Avenue**<br>**Seatle, WA 98105** | | - | | | | | 585.20 |
| Account No. **xxx2771** | | | | | | | |
| **Allara, Kara**<br>**9020 heather trace lane**<br>**Gastonia, NC 28056** | | - | | | | | 747.00 |
| Account No. **xxxx3450** | | | | | | | |
| **Allardyce, Lindsay S.**<br>**3991 Baynard Court**<br>**Southport, NC 28461** | | - | | | | | 482.00 |
| Account No. **xxx2604** | | | | | | | |
| **Alldredge, Sherry**<br>**1105 Breanne Court**<br>**Bureson, TX 76028** | | - | | | | | 1,110.00 |

Sheet no. __**45**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,529.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                                , Case No. ___**13-42659**_____
                                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx1515**<br><br>**Allen , Mary**<br>**10227 Knockaderry Dr**<br>**Grand Ledge, MI 48837** | - | | | | | | | 514.80 |
| Account No. **xxx5459**<br><br>**Allen Jr., Joesph R**<br>**1409 Davidson Ct**<br>**Auburn, IN 46706** | - | | | | | | | 580.00 |
| Account No. **xxx2717**<br><br>**Allen, Alton**<br>**2131 W.ontario apt. 2**<br>**philadelphia, PA 19140** | - | | | | | | | 1,024.00 |
| Account No. **xxx3224**<br><br>**allen, brady**<br>**PO Box 5917**<br>**Breckinridge, CO 80424** | - | | | | | | | 443.30 |
| Account No. **xxx0386**<br><br>**Allen, Charles D.**<br>**111 Poplar Dr**<br>**Washington, GA 30673** | - | | | | | | | 120.00 |

Sheet no. __**46**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,682.10

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                    ,    Case No.   **13-42659**
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7870**<br><br>**Allen, Cheri**<br>**18 Tremont apt12**<br>**Kingston, MA 02364** | - | | | | | | 100.00 |
| Account No. **xxx8889**<br><br>**Allen, Chrissy**<br>**PO Box 552**<br>**Starke, FL 32091** | - | | | | | | 473.20 |
| Account No. **xxx7526**<br><br>**Allen, Christian T.**<br>**19777 N 76st st unit 1196**<br>**Scottsdale, AZ 85255** | - | | | | | | 167.10 |
| Account No. **xxx0417**<br><br>**Allen, Christina M**<br>**8743 West Clarendon Ave**<br>**Pheonix, AZ 85037** | - | | | | | | 278.00 |
| Account No. **xxx0771**<br><br>**Allen, Christopher 1**<br>**333 Deepwood Trail**<br>**Clarksville, TN 37042** | - | | | | | | 435.00 |

Sheet no. __47__ of __590__ sheets attached to Schedule of               Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)    1,453.30

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                    ,      Case No.   **13-42659**
                                                  Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9483** <br><br> Allen, Cricket <br> 1503 Sahara Dr. <br> Crosby, TX 77532 | - | | | | | | 310.80 |
| Account No. **xxx6388** <br><br> Allen, Heather <br> 221 pine valley drive <br> Wilmington, NC 28412 | - | | | | | | 572.00 |
| Account No. **xxx1743** <br><br> Allen, Jeffrey C <br> 4530 Dakota Trail <br> St Charles, MO 63304 | - | | | | | | 80.00 |
| Account No. **xxxx4047** <br><br> Allen, Jolene <br> 5618 Grassy Bank Drive <br> Indianapolis, IN 46237 | - | | | | | | 125.93 |
| Account No. **xxx3959** <br><br> Allen, Kelly <br> 1159 Saint Pauls Parish <br> Johns Island, CA 29455 | - | | | | | | 116.00 |

Sheet no. __48__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,204.73**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                    ,    Case No. ___**13-42659**___
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2758**<br><br>**Allen, Laura**<br>**350 Dearbourne Ave**<br>**, ON L7B 1A3** | - | | | | | | 465.00 |
| Account No. **xxxx3469**<br><br>**Allen, Lauren**<br>**4606 Bennett Avenue**<br>**Austin, TX 78751** | - | | | | | | 149.00 |
| Account No. **xxx9831**<br><br>**Allen, Matthew 1**<br>**1615 Lindsay Way**<br>**Waukesha, WI 53186** | - | | | | | | 240.54 |
| Account No. **xxxx0622**<br><br>**Allen, Michael 2**<br>**PO Box 698**<br>**Bullard, TX 75757** | - | | | | | | 277.83 |
| Account No. **xxx1631**<br><br>**Allen, Risty**<br>**5912 Collins Ct**<br>**Granbury, TX 76048** | - | | | | | | 449.00 |

Sheet no. __49__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,581.37

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                    ,        Case No.   **13-42659**
                                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2984**<br><br>**Allen, Trichele**<br>**P O Box 754**<br>**Bertram, TX 78605** | - | | | | | | 506.25 |
| Account No. **xxx1742**<br><br>**Allen, Tyler**<br>**4530 Dakota Trail**<br>**St. Charles, MO 63304** | - | | | | | | 239.25 |
| Account No. **xxx3481**<br><br>**Allender, Brandon**<br>**1208 south west 13th avenue**<br>**portland, OR 97205** | - | | | | | | 2,399.99 |
| Account No. **xxxx2692**<br><br>**Alley, Kevin M.**<br>**6301 Stonewood Drive, #528**<br>**Plano, TX 75024** | - | | | | | | 616.25 |
| Account No. **xxxx3968**<br><br>**Allian, Charles**<br>**608 Cornwall Road**<br>**Lebanon, PA 17042** | - | | | | | | 68.10 |

Sheet no. __50__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,829.84

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          ,    Case No.   **13-42659**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0307** | | | | | | | |
| Allituram, Chandra Shekar 200 Castlewood Drive Apt 638 Salisbury, NC 28147 | - | | | | | | 815.10 |
| Account No. **xxx9109** | | | | | | | |
| Allnutt, Wesley 22615 Blackwater Dr. Blackwater, MO 65322 | - | | | | | | 237.62 |
| Account No. **xxx0737** | | | | | | | |
| Allocca, Ryanne 2412 holloway terrace raleigh, NC 27608 | - | | | | | | 568.00 |
| Account No. **xxx8638** | | | | | | | |
| Allouche, Ram 3802 Knicker Bocker Place Indianapolis, IN 46240 | - | | | | | | 522.00 |
| Account No. **xxx4212** | | | | | | | |
| Allred, Justin 1432 3rd Street Auogden, UT 84404 | - | | | | | | 572.76 |

Sheet no. __51__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **2,715.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC** _____,    Case No. ___**13-42659**_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8042** <br><br> **Allred, Tanner** <br> **110 E. Broad St** <br> **Groveland, FL 34736** | - | | | | | | **999.10** |
| Account No. **xxx7229** <br><br> **Almallah, Sarah Waled** <br> **4417 Sweetbriar Drive** <br> **Garland, TX 75042** | - | | | | | | **273.80** |
| Account No. **xxx7527** <br><br> **Almansoori, Fahad** <br> **1 Jefferson Pkwy Apt # 291** <br> **Lake Oswego, OR 97031** | - | | | | | | **557.70** |
| Account No. **xxx3995** <br><br> **Almansour, Ahmed** <br> **509 Hunt Club Rd.** <br> **Blacksburg, VA 24060** | - | | | | | | **511.94** |
| Account No. **xxx1114** <br><br> **Almanza, Matthew** <br> **1714 Alston Avenue** <br> **Colton, CA 92324** | - | | | | | | **337.44** |

Sheet no. __**52**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,679.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                        ,        Case No. _____**13-42659**_____
                                            Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2884** <br><br> **Almazan, Claudia** <br> **1741 S Clearview Ave** <br> **Mesa, AZ 85209** | | - | | | | | **400.40** |
| Account No. **xxx5966** <br><br> **Almeida, Alailva** <br> **62 Lakeville Cr** <br> **Petaluma, CA 94954** | | - | | | | | **470.00** |
| Account No. **xxx7735** <br><br> **Almoaither, Abdulaziz** <br> **8838 Dugas Road** <br> **San Antonio, TX 78251** | | - | | | | | **786.50** |
| Account No. **xxx6700** <br><br> **Almohammadi, Nazih** <br> **265 North 7th street Apt. 151** <br> **Laramie, WY 82072** | | - | | | | | **271.95** |
| Account No. **xxxx1305** <br><br> **Almuaooem, Mojtaba** <br> **3223 S 68th court** <br> **Omaho, NE 68106** | | - | | | | | **92.95** |

Sheet no. __**53**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,021.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                    ,        Case No.  ___**13-42659**___
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7676** <br><br> Alnajjab, Hana <br> 604 Summit Pointe Way NE <br> Atlanta, GA 30329 | | - | | | | | 308.76 |
| Account No. **xxx3642** <br><br> Alonzo, Ricardo <br> 3119 NW 30 th St <br> Forth Worth, TX 76106 | | - | | | | | 242.40 |
| Account No. **xxx6105** <br><br> Alphonse, Nesskens <br> 204 SW 22nd Avenue <br> Ft Lauderdale, FL 33312 | | - | | | | | 395.00 |
| Account No. **xxx6593** <br><br> alqwaisly, mawas <br> 4 Lmrie road <br> aooston, ME 02134 | | - | | | | | 480.00 |
| Account No. **xxxx3925** <br><br> Alsahlani, Hussam <br> 1784 Taper Drive <br> Pittsburgh, PA 15241 | | - | | | | | 419.73 |

Sheet no. __**54**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,845.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                    ,    Case No. ___**13-42659**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0087** <br><br> **Alsaleh, Ruaa** <br> **13228 Brookside Dr** <br> **Sugarland, TX 77478** | - | | | | | | 174.46 |
| Account No. **xxx7756** <br><br> **alserkal, saleh** <br> **13900 marqueses** <br> **warina del ray, CA 90292** | - | | | | | | 429.00 |
| Account No. **xxx9287** <br><br> **Alshamlan, Mai** <br> **1010 Regancy Pkwy Apt 311** <br> **Omaha, NE 68114** | - | | | | | | 466.14 |
| Account No. **xxx0605** <br><br> **Alshawaf, Yaqoub** <br> **7051 W Blvd** <br> **youngstown, OH 44512** | - | | | | | | 1,499.40 |
| Account No. **xxx3903** <br><br> **Alshenaisi, Abdulaziz** <br> **4158 Dakota Street** <br> **San Diego, CA 92122** | - | | | | | | 478.50 |

Sheet no. __**55**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,047.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                    ,    Case No.    **13-42659**
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx7451** | | | | | | | | |
| Alston, Katrina 269 E Villa Pasadena, CA 91101 | - | | | | | | | |
| | | | | | | | | 764.61 |
| Account No. **xxx9615** | | | | | | | | |
| Alsubaie, Nais 144 Gooch Hall Martin, TN 38238 | - | | | | | | | |
| | | | | | | | | 157.30 |
| Account No. **xxx7433** | | | | | | | | |
| Alter, Cerna 1412 Oldbury Place Westlake Village, CA 91361 | - | | | | | | | |
| | | | | | | | | 266.40 |
| Account No. **xxxx4261** | | | | | | | | |
| Altieri, Dominick 329 Adams Avenue Cuyahoga Falls, OH 44221 | - | | | | | | | |
| | | | | | | | | 229.00 |
| Account No. **xxx8320** | | | | | | | | |
| Altourah, Kelly 1103 SW 28th St #307 Ankeny, OH 50023 | - | | | | | | | |
| | | | | | | | | 164.45 |

Sheet no. __56__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,581.76**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.    **13-42659**
_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2382** <br><br> **Alvarado, Jennifer M** <br> **11699 216th Street** <br> **Lakewood, CA 90715** | | - | | | | | | 155.87 |
| Account No. **xxx6590** <br><br> **Alvarado, Tracie  1** <br> **P O Box 332** <br> **Denver City, TX 79323** | | - | | | | | | 105.00 |
| Account No. **xxx7397** <br><br> **Alvarez Jr. , Ralph** <br> **6442 Reef Circle** <br> **Tampa, FL 33625** | | - | | | | | | 309.00 |
| Account No. **xxx9000** <br><br> **Alvarez, Kelly R** <br> **6 Grove Circle** <br> **Sellersville, PA 18960** | | - | | | | | | 167.60 |
| Account No. **xxx0009** <br><br> **Alwadhi, Humaid** <br> **116 Bailey St #1** <br> **East lansing, MI 48823** | | - | | | | | | 986.00 |

Sheet no. __57__ of __590__ sheets attached to Schedule of        Subtotal        1,723.47
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                                    ,    Case No.    **13-42659**
                                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9714**<br><br>**Alwahibi, Mohammed N**<br>**4480 Hagadorn Rd Apt 205**<br>**Okemos, MI 48864** | - | | | | | | **999.57** |
| Account No. **xxx5754**<br><br>**Alyufus, Yousaf**<br>**600 West 26th street apt 2316**<br>**Austin, TX 78705** | - | | | | | | **1,544.40** |
| Account No. **xxx9226**<br><br>**Ament, Matthew**<br>**7726 East La Junta Road**<br>**Scottsdale, AZ 85255** | - | | | | | | **414.40** |
| Account No. **xxx4000**<br><br>**Amenta, Justin**<br>**335 Kensington Rd**<br>**Southington, CT 06489** | - | | | | | | **738.00** |
| Account No.<br><br>**America's Unknown Destinations**<br>**4187 Lynwood Drive**<br>**Kent, OH 44240** | - | | | | | | **440.00** |

Sheet no. **58** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,136.37**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                      ,        Case No.    **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**American Balloons - FL** <br>**4906 Land-O-Lakes Blvd** <br>**Land-O-Lakes, FL 34639** | - | | | | | | **1,150.00** |
| Account No. <br><br>**American Balloons Intl. - NJ** <br>**218 Dove Cote Court** <br>**Whitehouse Station, NJ 08889** | - | | | | | | **600.00** |
| Account No. <br><br>**American Freedom Ballooning** <br>**617 Briarwood Drive** <br>**Elverson, PA 19520** | - | | | | | | **3,440.00** |
| Account No. **xxxx3047** <br><br>**Ames, Cynthia E** <br>**350 Santa Cruz St** <br>**Boulder Creek, CA 95006** | - | | | | | | **493.48** |
| Account No. **xxx9790** <br><br>**Amin, Aakash** <br>**12352 Bluewing Ct** <br>**Poway, CA 92064** | - | | | | | | **230.00** |

Sheet no. **59** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **5,913.48**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.   **13-42659**
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3086** | | | | | | | |
| Amitrano, Carolyn S 8 Wildwood Rd Narragansett, RI 02882 | - | | | | | | 103.20 |
| Account No. **xxx8379** | | | | | | | |
| Amon, Bret Po Box 2740 Dillion, CO 80435 | - | | | | | | 468.00 |
| Account No. **xxxx3871** | | | | | | | |
| Amos, David J. P.O. Box 714 Greenville, CA 95947 | - | | | | | | 509.50 |
| Account No. **xxx7684** | | | | | | | |
| Amos, Korey 269 Black Lane Calhoun, LA 71225 | - | | | | | | 555.66 |
| Account No. **xxx7110** | | | | | | | |
| Anantha, Ravindra 1425 South Wols Road Prospect Heights, IL 60070 | - | | | | | | 2,025.00 |

Sheet no. __60__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,661.36**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,    Case No. ___**13-42659**___

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1925** <br><br> **Ananthanarayanan, Ponnani** <br> **303 Minuteman Dr** <br> **Collegeville, PA 19426** | - | | | | | | 119.75 |
| Account No. **xxxx3511** <br><br> **Anastasopoulos, Roula** <br> **2566 48th Street** <br> **Queens, NY 11103** | - | | | | | | 274.88 |
| Account No. **xxx2832** <br><br> **Anaya, Isabel** <br> **13838 The Lakes Blvd** <br> **sluggerville, TX 78660** | - | | | | | | 450.00 |
| Account No. **xxx3435** <br><br> **Anaya, Jonathon** <br> **507 South Ross** <br> **Mountainair, NM 87036** | - | | | | | | 484.80 |
| Account No. **xxxx3993** <br><br> **Anaya, Melissa** <br> **2015 Herst Dr** <br> **Allen, TX 75013** | - | | | | | | 127.50 |

Sheet no. __**61**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,456.93**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,        Case No.   **13-42659**
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1825** <br><br> **Andachter, Anne** <br> **1512 W Wicklow Lane** <br> **Sioux Falls, SD 57108** | - | | | | | | 343.51 |
| Account No. **xxx1659** <br><br> **Andersen, Andrea** <br> **900 South Forest Ave** <br> **Sioux Falls, SD 57104** | - | | | | | | 368.00 |
| Account No. **xxxx4689** <br><br> **Anderson, Ashley 3** <br> **4735 route 60** <br> **derry, NY 14740** | - | | | | | | 459.80 |
| Account No. **xxx5324** <br><br> **Anderson, Blake** <br> **3107 NE 40TH cT** <br> **fT IAUDERDALE, FL 33308** | - | | | | | | 321.75 |
| Account No. **xxx4098** <br><br> **Anderson, Carol  L** <br> **720 Michigan ave** <br> **washington, PA 15301** | - | | | | | | 270.27 |

Sheet no. **62** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,763.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1683** <br><br> **anderson, daix** <br> **17414 poplar canyon** <br> **richmond, TX 77407** | - | | | | | | 607.75 |
| Account No. **xxx1647** <br><br> **Anderson, eric 1** <br> **Box 424** <br> **Delta Junction, AK 99737** | - | | | | | | 865.80 |
| Account No. **xxx6441** <br><br> **Anderson, floyd j** <br> **4703 46 ave north** <br> **st. pete, FL 33709** | - | | | | | | 248.20 |
| Account No. **xxxx3360** <br><br> **Anderson, Jefferey B.** <br> **200 Crest** <br> **Spicewood, TX 78669** | - | | | | | | 114.50 |
| Account No. **xxx7359** <br><br> **Anderson, Katarina** <br> **Coast Highway 101** <br> **South Beach, OR 97366** | - | | | | | | 1,115.40 |

Sheet no. **63** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,951.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,   Case No.   **13-42659**
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx0208** | | | | | | | | |
| Anderson, Keith 1 1335 Summit ave  216 Oshkosh, WI 54901 | - | | | | | | | 799.20 |
| Account No. **xxx7038** | | | | | | | | |
| Anderson, Kristian 13266 Meander Cove Drive Germantown, MD 20874 | - | | | | | | | 171.59 |
| Account No. **xx4652** | | | | | | | | |
| Anderson, Krystal 5019 East 600 North Kokomo, IN 46901 | - | | | | | | | 273.00 |
| Account No. **xxx9791** | | | | | | | | |
| Anderson, Megan 93 willow creek dr battlecreek, MI 49015 | - | | | | | | | 107.90 |
| Account No. **xxx1014** | | | | | | | | |
| Anderson, Mitchell L 803 Sawgrass Place Ft Smith, VA 23703 | - | | | | | | | 858.00 |

Sheet no. __64__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    2,209.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No. ___**13-42659**___
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1411** | | | | | | | |
| **Anderson, Nicole 1** **7c Gorman St** **Moosup, CT 06354** | - | | | | | | 325.00 |
| Account No. **xxx3836** | | | | | | | |
| **Anderson, Nina** **59 lakeland drive** **atlanta, GA 30305** | - | | | | | | 390.00 |
| Account No. **xxx2485** | | | | | | | |
| **Anderson, Paul W** **3000 Clubhouse Road** **Costa Mesa, CA 92626** | - | | | | | | 3,699.50 |
| Account No. **xxx1417** | | | | | | | |
| **Anderson, Ryan 1** **315 Carona St. Apt. B** **Winston Salem, NC 27103** | - | | | | | | 560.00 |
| Account No. **xxx6601** | | | | | | | |
| **Anderson, Sean 1** **po box 181138** **Coronado, CA 92178** | - | | | | | | 339.20 |

Sheet no. __**65**__ of __**590**__ sheets attached to Schedule of          Subtotal                           5,313.70
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                , Case No.    **13-42659**

                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9001** <br><br> **Anderson, Sean 3** <br> **4216 Logansport rd** <br> **Logansport, IN 46947** | - | | | | | | 175.40 |
| Account No. **xxx8610** <br><br> **Anderson, Shane** <br> **6033 Sycamore Ave NW** <br> **Seattle, WA 98107** | - | | | | | | 1,001.00 |
| Account No. **xxx3332** <br><br> **Andino, Joseph** <br> **3110 South west 120 road** <br> **miami, FL 33175** | - | | | | | | 157.50 |
| Account No. **xxx2574** <br><br> **Andrade, Roberto** <br> **1508 Bay Road Apt 35** <br> **Miami Beach, FL 33139** | - | | | | | | 160.00 |
| Account No. **xxx0738** <br><br> **Andre, Ruth L.** <br> **35086 Sr 27** <br> **Hector, AR 72843** | - | | | | | | 396.00 |

Sheet no. __66__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,889.90**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,   Case No. ____**13-42659**_____
_____Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1071** | | | | | | | |
| Andre, Sarah 3115 Sunset Bulv. Houston, TX 77005 | - | | | | | | 275.00 |
| Account No. **xxx7001** | | | | | | | |
| Andreas, Andrew K 10412 Flint St Overland Park, KS 66214 | - | | | | | | 1,800.00 |
| Account No. **xxx4211** | | | | | | | |
| Andren, Kerri 96 Edgewood Dr. Florham Park, NJ 07932 | - | | | | | | 176.61 |
| Account No. **xxxx3451** | | | | | | | |
| Andreus, Eric 305 Nestle Way Breinigsville, PA 18031 | - | | | | | | 812.50 |
| Account No. **xxxx0913** | | | | | | | |
| Andrew, Jon 1190 Arbor Hill Drive Woodstock, GA 30189 | - | | | | | | 506.00 |

Sheet no. __**67**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,570.11

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.      **13-42659**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8133** <br><br> **Andrews, Donna** <br> **4223 Abby Ridge** <br> **Quincy, IL 62305** | - | | | | | | 688.75 |
| Account No. **xxx2139** <br><br> **Andrews, Helen** <br> **18131 Langlois Rd Apt D-13** <br> **Desert Hot Springs, CA 92241** | - | | | | | | 710.40 |
| Account No. **xxx8134** <br><br> **Andrews, Kevin** <br> **4022 Towne Lakes Circle #3108** <br> **Appleton, WI 54913** | - | | | | | | 255.78 |
| Account No. **xxx0643** <br><br> **Andrews, Shawn** <br> **15811 Gordon cummins** <br> **canyon, TX 79015** | - | | | | | | 525.00 |
| Account No. **xxx2070** <br><br> **Andrews, Taylor R.** <br> **2447 Cowart St** <br> **Jena, LA 71342** | - | | | | | | 220.00 |

Sheet no. __68__ of __590__ sheets attached to Schedule of                                    Subtotal                    2,399.93
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.        **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0762** | | | | | | | |
| **Angel, Douglas P.** **62020 mount vernon** **washington, MI 48094** | - | | | | | | 1,598.40 |
| Account No. **xxx8913** | | | | | | | |
| **Angel, Mason** **2539 West HWY 18** **Paradise, KS 67658** | - | | | | | | 240.12 |
| Account No. **xxxx1183** | | | | | | | |
| **Angelakos, B. Dean** **132 East 35th street apt. 11-G** **New York, NY 10016** | - | | | | | | 965.25 |
| Account No. **xxx1661** | | | | | | | |
| **Anghel, Susan** **5 Columbia Place** **Merrick, NY 01156** | - | | | | | | 198.00 |
| Account No. **xxx2784** | | | | | | | |
| **Anikin, Aleksey** **622 Waldon lane** **Savannah, GA 31405** | - | | | | | | 685.10 |

Sheet no. __69__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,686.87

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,          Case No.        **13-42659**
                                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9146** <br><br> **Anisha, Shanoral** <br> **615 saint ives lane** <br> **goose creek, SC 29445** | - | | | | | | 407.00 |
| Account No. **xxx7963** <br><br> **Anrig, Chris** <br> **141 Blu Lake Blvd** <br> **Pooler, GA 31322** | - | | | | | | 221.60 |
| Account No. **xxx8189** <br><br> **Antinori, Pablo** <br> **3901 Accent Drive** <br> **Dallas, TX 75287** | - | | | | | | 1,952.00 |
| Account No. **xxx2072** <br><br> **Antuma, Mike** <br> **4647 Shearwood Court** <br> **Grand Rapids, MI 49525** | - | | | | | | 210.00 |
| Account No. **xxx4735** <br><br> **Anwar Tajuddin, Abdul W.** <br> **S80 1 Castle Point Terrace** <br> **Hoboken, NJ 07030** | - | | | | | | 285.00 |

Sheet no. __**70**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **3,075.60**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,          Case No.      **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0851**<br><br>**Aoki, Risa**<br>**8152 Patterson Woods Dr. Apt 3107**<br>**Orlando, FL 32821** | | - | | | | | **1,183.00** |
| Account No. **xxx5826**<br><br>**Apakuri, Ramakiran**<br>**4545 Ladder Rd**<br>**Spring, TX 77388** | | - | | | | | **337.48** |
| Account No. **xxx0351**<br><br>**Apeles, Paul**<br>**5 Fletcher Court**<br>**Spring Valley, NY 10977** | | - | | | | | **326.16** |
| Account No. **xxx1418**<br><br>**apelis, alexander p**<br>**29 east 6th street**<br>**clifton, NJ 07011** | | - | | | | | **546.00** |
| Account No.<br><br>**Aphelion Aviation, LLC**<br>**82 Hartfield Rd, Ste 214**<br>**Morgantown, WV 26505** | | - | | | | | **115.00** |

Sheet no. __71__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,507.64**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          ,          Case No.    **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx9712** | | | | | | | | |
| Apodaca, Jeffrey PO Box 3346 fremont, CA 94539 | - | | | | | | | 430.00 |
| Account No. **xxx8377** | | | | | | | | |
| Apodaca, Justin 8431 Hope Ct Thornton, CO 80229 | - | | | | | | | 543.90 |
| Account No. **xxx6021** | | | | | | | | |
| Appleberry, Charles 332 South 4th St Steelton, PA 17113 | - | | | | | | | 192.85 |
| Account No. **xxx6520** | | | | | | | | |
| Applegate, Kelli 1211 east cumberland ave 2504 Tampa, FL 33602 | - | | | | | | | 259.50 |
| Account No. **xxxx0058** | | | | | | | | |
| Appleyard, Jordan 6140 Sagamore Ln Kalmazoo, MI 49004 | - | | | | | | | 686.40 |

Sheet no. __72__ of __590__ sheets attached to Schedule of                                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)        | 2,112.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,      Case No.  ___**13-42659**___
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4694**<br><br>**ARABOLE, MAHESH ISHWAR**<br>**1177 S Northpoint Blvd**<br>**Waukegan, IL 60085** | - | | | | | | 452.80 |
| Account No. **xxx2721**<br><br>**Aranda, Genaro**<br>**147 West Theo Aven.**<br>**San Antonio, TX 78214** | - | | | | | | 375.00 |
| Account No. **xxxx1184**<br><br>**Aranguren-langston, Sandra**<br>**40 Bank St.**<br>**New york, NY 10014** | - | | | | | | 360.00 |
| Account No. **xxx4100**<br><br>**Aravindam, Rajagopal**<br>**134 -A, 5th st Ram Nagar**<br>**Tamin Nadu** | - | | | | | | 469.48 |
| Account No. **xxx6125**<br><br>**Arboleda, Patricia**<br>**16500 Collins Ave. Apt. 355**<br>**Sunny Isle, FL 33160** | - | | | | | | 688.20 |

Sheet no. __**73**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,345.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,    Case No.  **13-42659**
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1513** | | | | | | | |
| Arcara, Vanessa 109 Wheatley Rd. Glen Head, NY 11545 | - | | | | | | 642.00 |
| Account No. **xxx0419** | | | | | | | |
| Archer, Lori 222 E American Rd Gillette, WY 82716 | - | | | | | | 250.25 |
| Account No. **xxx1799** | | | | | | | |
| Archer, Sarah A 4431 Stewart Avenue Los Angeles, CA 90066 | - | | | | | | 533.32 |
| Account No. **xxxx1847** | | | | | | | |
| Archuleta, Billy 5460 Alteza Drive Colorado Springs, CO 80917 | - | | | | | | 517.26 |
| Account No. **xxxx3562** | | | | | | | |
| Archuleta, Cori 1534 NW 37th Ave Camas, WA 98607 | - | | | | | | 2,700.00 |

Sheet no. __**74**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 4,642.83 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                              ,        Case No.    **13-42659**
                                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7484** | | | | | | | |
| **Ard, Eunice M**<br>**PO Box 433**<br>**East Point, FL 32328** | | - | | | | | 540.54 |
| Account No. **xxx1662** | | | | | | | |
| **Ardizzone, Michael**<br>**868 south morgan town road**<br>**greenwood, IN 46143** | | - | | | | | 378.00 |
| Account No. **xxx3783** | | | | | | | |
| **Ardoin, Matthew**<br>**1607 Tiger Ln.**<br>**Villplatte, LA 70586** | | - | | | | | 125.80 |
| Account No. **xxx8526** | | | | | | | |
| **Ardolino, Joseph J**<br>**281 Kings Road**<br>**Madison, NJ 07940** | | - | | | | | 90.00 |
| Account No. **xxx6846** | | | | | | | |
| **Arellno, Bertha**<br>**8350 US Hwy 87 E # 2**<br>**San Antonio, TX 78263** | | - | | | | | 349.00 |

Sheet no. __75__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,483.34**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                              ,        Case No. ___**13-42659**___
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2076** <br><br> **Arguello, Johanna** <br> **1606 Heather Springs Ln** <br> **League city, TX 77573** | - | | | | | | 283.14 |
| Account No. **xxx9227** <br><br> **Argueta, Magda** <br> **1 Quentin Ave.** <br> **New Brunswick, NJ 08901** | - | | | | | | 414.85 |
| Account No. **xxx6193** <br><br> **Arieh , Nitanel** <br> **6900 lachland circle** <br> **baltimore, MD 21239** | - | | | | | | 429.20 |
| Account No. <br><br> **Arizona Hot Air Balloon Company, LLC** <br> **3913 W. Woodridge Dr** <br> **Glendale, AZ 85308** | - | | | | | | 330.00 |
| Account No. **xxx3302** <br><br> **Armand, Jon** <br> **9121 Sweetbrook Lane** <br> **Riley, NC 27615** | - | | | | | | 266.00 |

Sheet no. __**76**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,723.19

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.     **13-42659**
_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8702**<br><br>**Armentrout, John**<br>**6930 Sandia Dr.**<br>**Reno, NV 89523** | - | | | | | | 532.00 |
| Account No. **xxx6906**<br><br>**Armiger, zachary**<br>**9 andrews court**<br>**parkton, MD 21120** | - | | | | | | 249.70 |
| Account No. **xxx8676**<br><br>**Armour, Warren**<br>**6475 Canyon Vista Ct.**<br>**San Diego, CA 92111** | - | | | | | | 526.91 |
| Account No. **xxx4452**<br><br>**Armstrong , Susan A**<br>**764 High Street**<br>**Lancaster, PA 17603** | - | | | | | | 218.00 |
| Account No. **xxx3531**<br><br>**Armstrong, Andra**<br>**3214 Centenary Bulvd.**<br>**Shreveport, LA 71104** | - | | | | | | 1,111.32 |

Sheet no. __**77**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    | 2,637.93 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                     ,     Case No.  **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1432** <br><br> **Armstrong, Brooke** <br> **PO Box 447** <br> **Merlin, OR 97532** | - | | | | | | 281.20 |
| Account No. **xxxx2013** <br><br> **Armstrong, Janette** <br> **15232 Moringside Drive** <br> **Chino Hills, CA 91709** | - | | | | | | 85.75 |
| Account No. **xxx8544** <br><br> **Armstrong, Lisa** <br> **1227 Sedgewood Ln.** <br> **Lincolnton, NC 28092** | - | | | | | | 343.20 |
| Account No. **xxx2177** <br><br> **Armstrong, Ryan** <br> **1515 east broadway** <br> **Monmouth, IL 61462** | - | | | | | | 1,014.25 |
| Account No. **xxxx3518** <br><br> **Armstrong, Travis** <br> **300 Archibald close** <br> **Ft. McMurray, AB T9K 2P5** | - | | | | | | 555.00 |

Sheet no. __78__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 2,279.40 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** , Case No. **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2184** <br><br> **arnaud, patrick** <br> **53 riverview ln** <br> **cocoa beach, FL 32931** | | - | | | | | **473.19** |
| Account No. **xxxx2317** <br><br> **Arndt, Renee** <br> **1216 Blairwood Drive** <br> **Flowermound, TX 75028** | | - | | | | | **1,642.80** |
| Account No. **xxx1663** <br><br> **Arnold, Mark** <br> **4791-B Quailwood Terrace** <br> **Boynton Beach, FL 33436** | | - | | | | | **627.00** |
| Account No. **xxx4323** <br><br> **Arnold, Matt** <br> **4617 Summer Oak Avenue East** <br> **Aprt.832** <br> **Sarasota, FL 34243** | | - | | | | | **744.60** |
| Account No. **xxx3249** <br><br> **Arnolde, Jason** <br> **1525 Graves Ave 139** <br> **El Cahone, CO 92021** | | - | | | | | **234.14** |

Sheet no. __79__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,721.73**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,        Case No.    **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3409** <br><br> **Arora, Karan** <br> **7308 West 27th St Apt 9** <br> **Las Angelos, CA 90007** | | - | | | | | 645.00 |
| Account No. **xxx6781** <br><br> **Arreola, Crystal** <br> **2507 west madison ave** <br> **Montabella, CA 90640** | | - | | | | | 540.00 |
| Account No. **xxx4324** <br><br> **Arrietta, Elise** <br> **5707 Gaston Ave Apt 205** <br> **Dallas, TX 75214** | | - | | | | | 494.00 |
| Account No. **xxx9552** <br><br> **Arrigo, Vince** <br> **242 S Washington Blvd** <br> **Sarasota, FL 34236** | | - | | | | | 395.65 |
| Account No. **xxx1113** <br><br> **Arrington, Michael** <br> **2804 graham blvd** <br> **Pittsburgh, PA 15235** | | - | | | | | 443.22 |

Sheet no. __80__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,517.87

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,      Case No.    **13-42659**
                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5465**<br><br>**Arseneault, Patrick**<br>**1509 Route 315 Dunlop south**<br>**New brunswick** | - | | | | | | 219.30 |
| Account No. **xxx1928**<br><br>**Arteaga, Emillo**<br>**1102 W. Mc Fadden**<br>**Santa Anna, CA 92707** | - | | | | | | 657.43 |
| Account No. **xxx8643**<br><br>**Arteche, Markus**<br>**335 Goosecreek Dr.**<br>**Winter Springs, FL 32708** | - | | | | | | 397.48 |
| Account No. **xxxx3300**<br><br>**Arter, Shawn N**<br>**2806 Mcgill Blvd**<br>**San Angelo, TX 76905** | - | | | | | | 765.45 |
| Account No. **xxx9609**<br><br>**Arterburn, Stephen**<br>**401 gleneyrie street**<br>**laguna beach, CA 92651** | - | | | | | | 574.00 |

Sheet no. **81** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,613.66

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____ ,    Case No. ____**13-42659**_____
                            Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8717** | | | | | | | |
| Arthur, Sidney P O Box 280 Fredonia, WI 53021 | - | | | | | | 245.00 |
| Account No. **xxxx2225** | | | | | | | |
| Artzibushev, Constantine 5111 West Homer Ave Tampa, FL 33621 | - | | | | | | 749.65 |
| Account No. **xxx3803** | | | | | | | |
| arul, Jerome 2 college street 31 providence, RI 02903 | - | | | | | | 1,073.00 |
| Account No. **xxx9412** | | | | | | | |
| Arwindekar, Amit 1600 N. Marshfield Ave. Chicago, IL 60622 | - | | | | | | 651.20 |
| Account No. **xxx6232** | | | | | | | |
| Ascha, Mona 6950 Norvale Circle West Gates Mills, OH 44040 | - | | | | | | 284.70 |

Sheet no. __**82**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,003.55**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                             ,     Case No.  **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1035**<br><br>**Asencio, Blanco A**<br>**1011 Godwin Ave**<br>**Chesapeake, VA 23324** | - | | | | | | 100.10 |
| Account No. **xxx4802**<br><br>**Ashby, Holly**<br>**8010 Sandi Court**<br>**Indianapolis, IN 46260** | - | | | | | | 151.26 |
| Account No. **xxx2870**<br><br>**Ashby, Matthew E**<br>**2 Carpenter Place**<br>**Pueblo, CO 81001** | - | | | | | | 296.00 |
| Account No.<br><br>**Asheville Hot Air Balloons**<br>**P.O. BOX 2319**<br>**Candler, NC 28715** | - | | | | | | 1,330.00 |
| Account No. **xxx3712**<br><br>**Ashley, Adrienne**<br>**9407 waterfall cove dr**<br>**cesterfield, VA 23832** | - | | | | | | 725.20 |

Sheet no. __83__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **2,602.56**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                      , Case No. **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2227**<br><br>Ashley, Cristina<br>8900 Holly Hill Rd<br>Quinton, VA 23141 | - | | | | | | 597.74 |
| Account No. **xxx1933**<br><br>Ashner, Sandra<br>3200 Jasmine rd<br>montgomery, AL 36111 | - | | | | | | 2,622.50 |
| Account No. **xxx5140**<br><br>Ashworth, Eric<br>17Farm Lane<br>Carlisle, PA 17015 | - | | | | | | 1,184.00 |
| Account No. **xxx7440**<br><br>Askew, Charles<br>9 weathers field dr<br>Medford, NJ 08055 | - | | | | | | 525.15 |
| Account No. **xxx2999**<br><br>Asses, Carlos H<br>Rua Francisco Paulo<br>Brazil Saint Paula   00952-4080 | - | | | | | | 798.00 |

Sheet no. **84** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **5,727.39**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                        ,        Case No.  **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9059** <br><br> **Assouline, Tom** <br> **110 North Federal Hwy** <br> **Ft. Lauderdale, FL 33301** | | - | | | | | **1,232.50** |
| Account No. **xxx8915** <br><br> **Asthana, Vivek** <br> **2404 Heritage Way** <br> **Union City, CA 94587** | | - | | | | | **702.45** |
| Account No. **xxx2227** <br><br> **Astramecki, Ross** <br> **2999 Oak Rd #200** <br> **Walnut Creek, CA 94597** | | - | | | | | **2,258.75** |
| Account No. <br><br> **AT&T 678-567-1731-156-1887** <br> **P.O. BOX 105262** <br> **Atlanta, GA 30348-5262** | | - | | | | | **182.57** |
| Account No. **xxx5537** <br><br> **Ateng-Attakora, George** <br> **1505 Mydeck Place** <br> **Crown Point, IN 46307** | | - | | | | | **1,156.25** |

Sheet no. __85__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **5,532.52**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** ,  Case No.  **13-42659**

_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9239**<br><br>Athanasiou, George<br>61-47 146 place<br>Flushing, NY 11367-1211 | - | | | | | | 284.57 |
| Account No. **xxx5978**<br><br>Athanta, Srikanth<br>13644 Legacy Circle APt b<br>Herrendon, VA 20171 | - | | | | | | 2,227.50 |
| Account No. **xxx2386**<br><br>Atkins, William<br>3551 7th st<br>Moline, IL 61265 | - | | | | | | 472.40 |
| Account No. **xxx4293**<br><br>Atkinson, Lorna<br>10 Highview Dr<br>Wayne, PA 19087 | - | | | | | | 100.03 |
| Account No. **xxx3916**<br><br>Atkinson, Mario C<br>P.O BOx 180754<br>Austin, TX 78718 | - | | | | | | 130.00 |

Sheet no. __86__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,214.50**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                  ,     Case No.   **13-42659**
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3654** <br><br> **Atkinson, Patrick 1** <br> **12300 Marion Lane West #2205** <br> **Minnetonka, MN 55305** | - | | | | | | 237.60 |
| Account No. **xxx8874** <br><br> **Aton, Ron** <br> **829 Lassen** <br> **Vallejo, CA 94591** | - | | | | | | 495.00 |
| Account No. **xxx5275** <br><br> **Atwood, Jason C.** <br> **833 West Buena Ave Apt 1701** <br> **Chicago, IL 60613** | - | | | | | | 199.14 |
| Account No. **xxx8262** <br><br> **Atwood, Jeff** <br> **1627 S 1220 W** <br> **Uintah, UT 84078** | - | | | | | | 783.00 |
| Account No. **xxx3027** <br><br> **Atwood, Jerry** <br> **PO Box 770** <br> **Ferndale, WA 98248** | - | | | | | | 507.50 |

Sheet no. __87__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,222.24**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,    Case No.   **13-42659**
                                             Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7372**<br><br>**Auck, Jenne**<br>**820 Travis Circle**<br>**Centralia, MO 65240** | - | | | | | | 512.08 |
| Account No. **xxxx0059**<br><br>**Audu, Ayuba**<br>**4604 Crosswind Court**<br>**Melbourn, FL 32904** | - | | | | | | 664.95 |
| Account No. **xxx4598**<br><br>**Aughenbaugh, Mildred A**<br>**400 Highway 1283**<br>**Loris, SC 29569** | - | | | | | | 338.00 |
| Account No. **xxx9709**<br><br>**Augustin, Scott M**<br>**102 South 5th Street**<br>**Perkasie, PA 18944** | - | | | | | | 434.86 |
| Account No. **xxx8190**<br><br>**Aukes, Gary**<br>**359 100 11th street**<br>**beaver creek, MN 56116** | - | | | | | | 500.00 |

Sheet no. __88__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,449.89**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                      ,    Case No.    **13-42659**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx9379** <br><br> **Ault, Keith A** <br> **2132 Alt Rd** <br> **Chillicothe, OH 45601** | | - | | | | | | 171.26 |
| Account No. **xxx8756** <br><br> **Ausmus, Kendra** <br> **202 W Washington St** <br> **Macon, MO 63552** | | - | | | | | | 256.04 |
| Account No. <br><br> **Austin Aeronauts** <br> **1700 Elmhurst Drive** <br> **Austin, TX 78741** | | - | | | | | | 6,000.00 |
| Account No. <br><br> **Austin Skydiving Center** <br> **1055 PR 7022** <br> **Lexington, TX 78947** | | - | | | | | | 3,034.00 |
| Account No. **xxx6767** <br><br> **Austin, Tommy D** <br> **155 Mississippi Loop** <br> **Jacksonville, AR 72076** | | - | | | | | | 621.60 |

Sheet no. __89__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,082.90

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,   Case No. ____**13-42659**_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6334** | | | | | | | |
| **Avila, Jose 1** **4429 North Eddy** **Fresno, CA** | | - | | | | | 83.08 |
| Account No. **xxx2221** | | | | | | | |
| **Avila, Nathan** **167 Jackson street** **brooklyn, NY 11211** | | - | | | | | 226.80 |
| Account No. **xxx7133** | | | | | | | |
| **avsalud, Melchor** **40-36 74th St** **Elmhurst, NY 11373** | | - | | | | | 292.57 |
| Account No. **xxx4041** | | | | | | | |
| **awe, ade** **205 watts cir.** **nashville, TN 37209** | | - | | | | | 89.50 |
| Account No. | | | | | | | |
| **Awesome Ascensions** **24716 Streit Road** **Harvard, IL 60033** | | - | | | | | 600.00 |

Sheet no. __**90**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,291.95**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,    Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx4933** | | | | | | | | |
| Awishus, Phalaine 800 E Beau Apt 8H Washington, PA 15301 | | - | | | | | | 1,295.00 |
| Account No. **xxx2457** | | | | | | | | |
| Aycinena, Mariano 5 6th ave 1170 zone 1 Edificio Herraera Guatamala City, Guatamala | | - | | | | | | 1,020.61 |
| Account No. **xxx9581** | | | | | | | | |
| Aydelotte, James 22 Leprechaun lane Boise, ID 83617 | | - | | | | | | 536.25 |
| Account No. **xxx8775** | | | | | | | | |
| Azam, Shaina 395 New Castle Dr Alpharetta, GA 30009 | | - | | | | | | 405.00 |
| Account No. **xxx5206** | | | | | | | | |
| Aziz, Walid 2060 Dogwood Trail Apt 2A Marvel, IN 46410 | | - | | | | | | 68.54 |

Sheet no. **91** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **3,325.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    , Case No. ____**13-42659**____
                                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3565**<br><br>**Azza, Kalyn**<br>**8400 B Streamview Dr**<br>**Huntersville, NC 28078** | - | | | | | | **93.00** |
| Account No. **xxx9581**<br><br>**Azzarone, Colleen**<br>**4390 SE Scotland Cay Way**<br>**Stuart, FL 34997** | - | | | | | | **765.46** |
| Account No. **xxx8359**<br><br>**Babas, JC**<br>**943 N Standley Ave**<br>**West Hollywood, CA 90046** | - | | | | | | **187.50** |
| Account No. **xxx8060**<br><br>**Babb, Mathew**<br>**9300 Treasure Hill Rd Apt. 1108**<br>**Little Rock, AR 72227** | - | | | | | | **486.00** |
| Account No. **xxx9480**<br><br>**babcock, Brandon**<br>**1109 Willowind trail**<br>**ft. wayne, IN 46845** | - | | | | | | **62.00** |

Sheet no. __**92**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,593.96**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,        Case No.    **13-42659**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5276** | | | | | | | |
| **Babcock, Lori** **2025 E Campbell Ave Apt 321** **Phoenix, AZ 85016** | - | | | | | | 85.60 |
| Account No. **xxxx1937** | | | | | | | |
| **Baber, Kim** **10132 N Baird Ave** **Fresno, CA 93720** | - | | | | | | 139.00 |
| Account No. **xxxx3872** | | | | | | | |
| **Baca, Hugo** **3206 Embercrest Lane** **garland, TX 75044** | - | | | | | | 488.82 |
| Account No. **xxx5411** | | | | | | | |
| **Baca, Nancy C** **1536 Clermont st** **Denver, CO 80220** | - | | | | | | 350.00 |
| Account No. **xxx9630** | | | | | | | |
| **Bach, Duane** **330 Spring Creek Rd.** **Rockford, IL 61107** | - | | | | | | 1,368.75 |

Sheet no. **93** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             **2,432.17**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____ ,        Case No. ___**13-42659**_____

                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8655** | | | | | | | |
| bachand, david 570 c ave coronado, CA 92118 | | - | | | | | 1,568.80 |
| Account No. **xxx1978** | | | | | | | |
| Badalamenti, Ariadna 1330 Rivera Ct Santa Rosa, CA 95409 | | - | | | | | 71.95 |
| Account No. **xxx3715** | | | | | | | |
| Badel, Krunal 628 Norriston Rd. Horsham, PA 19044 | | - | | | | | 946.40 |
| Account No. **xxx6366** | | | | | | | |
| Bader, John C. 429 Cypress View Oldsmar, FL 34677 | | - | | | | | 221.92 |
| Account No. **xxx9797** | | | | | | | |
| Badgi, Amit 429 Enclave Circle apt:301 Costa Mesa, CA 92626 | | - | | | | | 384.80 |

Sheet no. __**94**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **3,193.87**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                            , Case No. ___**13-42659**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3388** | | | | | | | |
| **Badgley, Emily A** <br> **683 Tremont St. Apt 3** <br> **Boston, MA 02118** | | - | | | | | 474.40 |
| Account No. **xxxx3661** | | | | | | | |
| **Badkook, Mohannad** <br> **75 Station Landing** <br> **Medford, MA 02155** | | - | | | | | 312.65 |
| Account No. **xxx9819** | | | | | | | |
| **Bag, Rupak** <br> **249 Washington St apt B** <br> **Jersey city, NJ 07302** | | - | | | | | 1,037.13 |
| Account No. **xxx4593** | | | | | | | |
| **Baggett, Holly** <br> **474 White Road** <br> **Chatsworth, GA 30705** | | - | | | | | 89.96 |
| Account No. **xxx8163** | | | | | | | |
| **Baghdady, Mohammed** <br> **310 9th Street** <br> **Jersey City, NJ 07302** | | - | | | | | 1,500.00 |

Sheet no. __**95**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            3,414.14

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,   Case No. _____**13-42659**_____

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4366** <br><br> **Baharimehr, Shahin** <br> **1835 Arch Apt 1604** <br> **Philidelphia, PA 19103** | | - | | | | | 255.25 |
| Account No. **xxx4881** <br><br> **Bahmanpour, Mitra** <br> **51 Martinique St.** <br> **Laguena Miguel, CA 92677** | | - | | | | | 116.50 |
| Account No. **xxx7781** <br><br> **Bahr, Corinna, J** <br> **1711 Rustric Oak Lane** <br> **Seabrook, TX 77586** | | - | | | | | 257.40 |
| Account No. **xxx2705** <br><br> **Bailey , Rod** <br> **3617 Vincent Ct** <br> **Bakersfield, CA 93304** | | - | | | | | 150.40 |
| Account No. **xxx3854** <br><br> **Bailey, Alicen** <br> **561 Sunset school rd.** <br> **Sunset, TX 76270** | | - | | | | | 462.16 |
| Sheet no. __**96**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal <br> (Total of this page) | | | | 1,241.71 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                              ,    Case No. ____**13-42659**____
                                             Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7512**<br><br>**Bailey, April**<br>**510 Valley View Rd. SW**<br>**Oronoco, MN 55960** | - | | | | | | 273.60 |
| Account No. **xxx7191**<br><br>**Bailey, Cathi**<br>**3077 Summit ct**<br>**Newburgh, IN 47630** | - | | | | | | 485.56 |
| Account No. **xxx4790**<br><br>**Bailey, Melissa 1**<br>**3027 S 300 W**<br>**Bountiful, UT 84010** | - | | | | | | 261.00 |
| Account No. **xxx6236**<br><br>**Bailey, Michael 1**<br>**3027 S 300W Bountiful**<br>**Bountiful, UT 84010** | - | | | | | | 121.55 |
| Account No. **xxx7811**<br><br>**Bailey, Tokuda**<br>**1700 Fountain Court**<br>**Columbus, GA 31904** | - | | | | | | 429.50 |

Sheet no. __**97**__ of __**590**__ sheets attached to Schedule of       Subtotal        | 1,571.21 |
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,      Case No.  **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6431**<br><br>**Baker, Abby**<br>**13504 copper head drive**<br>**riverview, FL 33569** | - | | | | | | 447.20 |
| Account No. **xxx4656**<br><br>**Baker, Chris**<br>**8811 Staghorn ml**<br>**converse, TX 78109** | - | | | | | | 733.59 |
| Account No. **xxx1114**<br><br>**Baker, Kay F**<br>**234 Stock Farm Rd**<br>**Jackson Center, PA 16133** | - | | | | | | 91.70 |
| Account No. **xxx7330**<br><br>**Baker, Larry 1**<br>**3412 Willow Lake Dr Apt 411**<br>**Kalamazoo, MI 49008** | - | | | | | | 247.50 |
| Account No. **xxx4737**<br><br>**Bakkejord, Dag**<br>**Surras Gata 35 4010**<br>**Statanger** | - | | | | | | 485.10 |

Sheet no. __98__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,005.09**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    , Case No.   **13-42659**
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6936**<br><br>**Balahadia, Brian**<br>**153 boyd ave**<br>**Jersey city, NJ 07304** | - | | | | | | **520.50** |
| Account No. **xxxx2321**<br><br>**Balch, Jim**<br>**P.O BOX 0678**<br>**EAST WINDSOR, CT 06088-0678** | - | | | | | | **4,142.60** |
| Account No. **xxx0502**<br><br>**Balderrama, Jonathon**<br>**4840 Fruitridge Rd**<br>**Sacramento, CA 95820** | - | | | | | | **317.25** |
| Account No. **xxx0199**<br><br>**Baldev, Eric**<br>**1422 north greenview apt. 2**<br>**chicago, IL 60642** | - | | | | | | **481.08** |
| Account No. **xxxx3361**<br><br>**Baley, Randy**<br>**4501 Indian Lopes trail**<br>**Arlington, TX 76017** | - | | | | | | **519.60** |

Sheet no. **99** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **5,981.03**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,      Case No. **13-42659**
                                   Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4493** <br><br> **Ball, Renae G** <br> **2117 Old Indian Rd** <br> **Richmond, VA 23235** | - | | | | | | 595.25 |
| Account No. **xxx0411** <br><br> **Ballard, Christopher** <br> **933 Neptewn Ct** <br> **Mountain View, CA 94043** | - | | | | | | 1,190.00 |
| Account No. **xxxx1412** <br><br> **Ballard, Diana** <br> **1803 Courtney Cove** <br> **Round Rock, TX 78664** | - | | | | | | 397.60 |
| Account No. <br><br> **Balloon Hollow** <br> **1112 Merrywood Court** <br> **Mooresville, NC 28115** | - | | | | | | 5,510.00 |
| Account No. <br><br> **Balloon Masters** <br> **7644 N Oakbrook Drive** <br> **Reynoldsburg, OH 43068** | - | | | | | | 2,576.00 |

Sheet no. __100__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,268.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,  Case No. ____**13-42659**____

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Balloon Quest Inc** <br> **2470 Grange Hall Rd** <br> **Fenton, MI 48430** | - | | | | | | 209.00 |
| Account No. <br><br> **Balloon Stormers** <br> **PO Box 368** <br> **Ashland, MO 65010** | - | | | | | | 692.00 |
| Account No. <br><br> **Balloons Above the Valley** <br> **603 California Blvd.** <br> **Napa, CA 94559** | - | | | | | | 10,283.60 |
| Account No. <br><br> **Balloons and Beyond** <br> **533 Edgewater Dr** <br> **Polk City, FL 33868** | - | | | | | | 4,800.00 |
| Account No. <br><br> **Balloons Over Georgia** <br> **112 Jason Lane** <br> **Cumming, GA 30040** | - | | | | | | 3,400.00 |

Sheet no. __101__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     19,384.60

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                ,        Case No. ___**13-42659**___
                                                  Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Balloons Unlimited** **P.O. Box 762** **Middleburg, VA 20118** | | | | | | | **7,800.00** |
| Account No. **xxx5881** | | - | | | | | |
| **Balsie, Lauren** **6745 Cow Hollow Dr** **Charlotte, NC 28226** | | | | | | | **284.00** |
| Account No. **xxx6553** | | - | | | | | |
| **Baltimore Steel Erectors, LLC** **11006 Red Lion rd** **White Marsh, MD 21162** | | | | | | | **17,042.00** |
| Account No. **xxx7077** | | - | | | | | |
| **Baltzer, Adam** **2001 Hillston Ridge Rd #308** **Raleigh, NC 27617** | | | | | | | **840.00** |
| Account No. **xxx3804** | | - | | | | | |
| **Baluch, Kevin S** **1175 woods crossing road suite 8** **greenville, SC 29607** | | | | | | | **899.00** |

Sheet no. __102__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **26,865.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.    **13-42659**
                                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3382**<br><br>**Bandurraga, Savanah**<br>**122 Cannon Street**<br>**Charleston, SC 29403** | - | | | | | | 460.86 |
| Account No. **xxx6783**<br><br>**bangiyev, boris**<br>**649 greeley ave**<br>**Staten Island, NY 10306** | - | | | | | | 797.50 |
| Account No. **xxx1686**<br><br>**Bankoski,  Linda**<br>**793 SparkDale Rd**<br>**Newark, NJ 19711** | - | | | | | | 262.00 |
| Account No. **xxx2785**<br><br>**Baranets, Zhanna**<br>**125-10 Queens Blvd Apt 714**<br>**Qu Gardens, NY 11415** | - | | | | | | 184.47 |
| Account No. **xxx0375**<br><br>**Barattini, Winnie**<br>**10008 Leaf Wood Drive**<br>**Talahasee, FL 32312** | - | | | | | | 283.80 |

Sheet no. __103__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       1,988.63

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,   Case No. ___**13-42659**___
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4294** <br><br> **Barbato, Carl** <br> **5 west 13th st apt 17A** <br> **New York, NY 10011** | - | | | | | | 236.85 |
| Account No. **xxx2121** <br><br> **barber, charles 1** <br> **5325 south 9th ave** <br> **countryside, IL 60525** | - | | | | | | 652.50 |
| Account No. **xxx8085** <br><br> **Barbier, Guy Thomas** <br> **260 E. Chestnut St, unit 4401** <br> **Chicago, IL 60611** | - | | | | | | 508.80 |
| Account No. **xxx9314** <br><br> **Barbour, Kareem** <br> **5643 Harpers Farm Road Unit F** <br> **Columbia, MD 21044** | - | | | | | | 1,798.62 |
| Account No. **xxx6977** <br><br> **BARGER, ALICE** <br> **30172 FM 3009** <br> **New Braumfels, TX 78132** | - | | | | | | 209.40 |

Sheet no. __104__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,406.17**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                  ,          Case No.  **13-42659**
                                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6566** | | | | | | | |
| Baricelli, Joseph 5515 Wissahickon Ave Apt 101A Philadelphia, PA 19144 | - | | | | | | 206.00 |
| Account No. **xxx5746** | | | | | | | |
| barker, Edward A 626 Heather lane bryn mawr, PA 19010 | - | | | | | | 207.28 |
| Account No. **xxx3488** | | | | | | | |
| Barker, Lacey 1 3374 Ridgeview Dr Holdenville, OK 74848 | - | | | | | | 258.00 |
| Account No. **xxx6715** | | | | | | | |
| Barksdale, Chelsea D 2300 Shrewsbury Burlington, OH 43221 | - | | | | | | 569.40 |
| Account No. **xxx2507** | | | | | | | |
| Barksdale, John 8523 Greenbelt Rd Apt T1 Greenbelt, MD 20770 | - | | | | | | 230.08 |

Sheet no. __105__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **1,470.76**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No. ____**13-42659**____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2786**<br><br>**Barkus, Elizabeth**<br>**152 8th ave apt 6n**<br>**new york, NY 10011** | - | | | | | | 117.43 |
| Account No. **xxxx0060**<br><br>**Barnes, Kevin**<br>**185 Oakland aveSuite 150**<br>**Birmingham, MI 48009** | - | | | | | | 759.00 |
| Account No. **xxx0908**<br><br>**Barnes, Violet**<br>**703 West Lisbon Lane**<br>**Clovis, CA 93619** | - | | | | | | 756.00 |
| Account No. **xxx0513**<br><br>**Barnet, Lisa E**<br>**8925 Beverlywood St**<br>**Loa Angeles, CA 90034** | - | | | | | | 127.60 |
| Account No. **xxx2997**<br><br>**Barnett, Taryn**<br>**929 Natchez Valley Trace**<br>**Grayson, GA 30017** | - | | | | | | 562.50 |

Sheet no. __**106**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,322.53**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  __Headband, LLC_____,    Case No. ___13-42659_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx5539** | | | | | | | | |
| Barnhart, Melissa 8628 Black Rock Harbour Pasadena, MD 21122 | | - | | | | | | 2,050.00 |
| Account No. **xxx5747** | | | | | | | | |
| Barniak, Adrian T 32 Preli Ct Southington, CT 06489 | | - | | | | | | 146.28 |
| Account No. **xxx3786** | | | | | | | | |
| Barnum, Lela A 4630 E Mount Vernon Witchita, KS 67218 | | - | | | | | | 182.00 |
| Account No. **xxx5265** | | | | | | | | |
| Barnwell, Sharon 12709 NW 15th St. Coral Springs, FL 33071 | | - | | | | | | 214.60 |
| Account No. **xxx6784** | | | | | | | | |
| Barone, Andrew 30 Russell Terrace Eaton Town, NJ 07724 | | - | | | | | | 1,204.80 |

Sheet no. __107__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                3,797.68

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.      **13-42659**
_____
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx1878** | | | | | | | | |
| **Barr, Patricia A** **1850 Gibson Dr** **Hatboro, PA 19040** | | - | | | | | | 559.44 |
| Account No. **xxx2823** | | | | | | | | |
| **Barr, Richard** **2801 Powhattan** **Kettering, OH 45420** | | - | | | | | | 573.95 |
| Account No. **xxx6128** | | | | | | | | |
| **Barrantes, Anna C** **329 Hayes St** **Sanfransico, CA 94102** | | - | | | | | | 410.00 |
| Account No. **xxx9844** | | | | | | | | |
| **BarrCLOUGH, Gavin** **1725 Wright Ave Apt 17** **Mountain View, CA 94043** | | - | | | | | | 475.40 |
| Account No. **xxx8089** | | | | | | | | |
| **Barreto, Juan** **10455 Palmerello Rd** **San Diego, CA 92131** | | - | | | | | | 239.15 |

Sheet no.  __108__ of __590__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **2,257.94**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC** _____ ,    Case No. _____ **13-42659** _____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6476**<br><br>**Barrie, David**<br>**1000 Eulalia Rd.**<br>**Atlanta, GA 30319** | | - | | | | | 108.30 |
| Account No. **xxx7667**<br><br>**Barrilleaux, Jaime**<br>**12468 Sirchia Ln**<br>**Independence, LA 70443** | | - | | | | | 314.00 |
| Account No. **xxx7869**<br><br>**Barrios, Rogelio**<br>**P O Box 219**<br>**Sebastian, TX 78594** | | - | | | | | 491.99 |
| Account No. **xxx2027**<br><br>**Bartch, Patrick**<br>**4651 Gann Ct SW**<br>**Smryna, GA 30082** | | - | | | | | 729.65 |
| Account No. **xxx4660**<br><br>**Bartell, Christopher J.**<br>**3924 Terrace St.**<br>**Philadelphia, PA 19128** | | - | | | | | 434.83 |

Sheet no. __109__ of __590__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)          **2,078.77**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,    Case No.   **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1499** <br><br> **Bartolomeo, Ymoli** <br> **626 Coral Way** <br> **Coral Gables, FL 33134** | | - | | | | | 735.46 |
| Account No. **xxx6445** <br><br> **Bartolotta, Joseph L** <br> **219 38th St** <br> **Pittsburgh, PA 15201** | | - | | | | | 251.37 |
| Account No. **xxx1385** <br><br> **Barton, Mindy A.** <br> **5 Sandlewood Dr 17 B** <br> **Fort Walton Beach, FL 32548** | | - | | | | | 216.75 |
| Account No. **xxx7099** <br><br> **Bartunek, Jane Renee** <br> **523 Pier 2** <br> **Lincoln, NE 68528** | | - | | | | | 298.80 |
| Account No. **xxx6435** <br><br> **Bascon, Monette** <br> **723 Anchor Cove** <br> **San Diego, CA 92154** | | - | | | | | 102.50 |

Sheet no. __110__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,604.88**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,        Case No.    **13-42659**
_____
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4009**<br><br>**Baseer, Sana**<br>**1813 Marian Drive**<br>**Elezebith City, NC 27909** | - | | | | | | 298.87 |
| Account No. **xxx4819**<br><br>**Bash, Rebecca**<br>**1464 Carol Drive**<br>**Napa, CA 94558** | - | | | | | | 489.29 |
| Account No. **xxx7173**<br><br>**Baskett, Ray**<br>**109 Commerce St**<br>**Lake Mary, FL 32746** | - | | | | | | 1,062.50 |
| Account No. **xxxx3789**<br><br>**Bass, Beverly**<br>**319 E. Hickory Ridge Cir**<br>**Argyle, TX 76226** | - | | | | | | 286.50 |
| Account No. **xxx3489**<br><br>**bassett, charmaine**<br>**3344 Secor Rd suite b106**<br>**Toledo, OH 43606** | - | | | | | | 537.00 |

Sheet no. _**111**_ of _**590**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            2,674.16

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,        Case No.   **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3567** | | | | | | | |
| **Bassett, Charmaine R 3344 Secor Rd suite b106 Toledo, OH 43606** | | - | | | | | 716.00 |
| Account No. **xxx2871** | | | | | | | |
| **Batchelor, Jillian 7274 Parading Pokey Street Las Vegas, NV 89131** | | - | | | | | 232.00 |
| Account No. **xxx1646** | | | | | | | |
| **Bateman, Sandra 8725 east longlake circ. Witchita, KS 67207** | | - | | | | | 288.60 |
| Account No. **xxx7581** | | | | | | | |
| **Bates, Graham C. 747 Runway Bay Chandler, AZ 85240** | | - | | | | | 94.88 |
| Account No. **xxx0477** | | | | | | | |
| **Bates, Kay 7211 Stonebridge Rd Newbrugh, IN 47630** | | - | | | | | 290.00 |

Sheet no. __112__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,621.48**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,   Case No.   **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5207** <br><br> **Bates, Mr. John R.** <br> **6307 Waterford Blvd. Suite 155** <br> **Oklahoma City, OK 73118** | | - | | | | | **3,500.00** |
| Account No. **xxx7279** <br><br> **Batley, Jason** <br> **519 spring street** <br> **davidson, NC 28036** | | - | | | | | **1,006.40** |
| Account No. **xxxx2966** <br><br> **battersby, gregg** <br> **1666 county rd 8** <br> **south woodslee, 51** | | - | | | | | **62.99** |
| Account No. **xxx8440** <br><br> **bauckman, brandon** <br> **7330 Canadian Drive** <br> **Erving, TX 75039** | | - | | | | | **107.00** |
| Account No. **xxx1166** <br><br> **Baudhuin, David J.** <br> **P.O. Box 436** <br> **Lakeville, MN 55044** | | - | | | | | **570.00** |

Sheet no. __113__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,246.39**

B6F (Official Form 6F) (12/07) - Cont.

In re  __Headband, LLC_____,       Case No. ____13-42659_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2077** | | | | | | | | |
| Baudoin, Anne 2520 oak Cliff drive baton rouge, LA 70810 | | - | | | | | | 544.16 |
| Account No. **xxxx4507** | | | | | | | | |
| Bauer, Sheila 2775 N Lake Shore Dr Holland, MI 49424 | | - | | | | | | 1,084.80 |
| Account No. **xxxx3564** | | | | | | | | |
| Baughman, Leonard F. 2160 E. Fry Blvd. Sierra Vista, AZ 85635 | | - | | | | | | 457.70 |
| Account No. **xxx6206** | | | | | | | | |
| Baum, Lynn P.O. Box 20459 Sarasota, FL 34276 | | - | | | | | | 1,060.00 |
| Account No. **xxx4094** | | | | | | | | |
| Baumbach, Jillian po box 806 sudbury, MA 01776 | | - | | | | | | 585.00 |

Sheet no. __114__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,731.66

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**
                                                                              ,        Case No.   **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7172** | | | | | | | |
| Baumer, Gregory 1930 Ridge Ave. Apt C411 Evanston, IL 60201 | - | | | | | | 168.64 |
| Account No. **xxx9453** | | | | | | | |
| Baumgart, Andrea 3255 Buffalo Run tarpon springs, FL 34688 | - | | | | | | 2,683.75 |
| Account No. **xxx7582** | | | | | | | |
| Baumgart, William 3255 Buffalo Run Taron Springs, FL 34688 | - | | | | | | 1,902.50 |
| Account No. **xxx4478** | | | | | | | |
| Baumhoer, Nicholas R 6600 concord dr newburgh, IN 47630 | - | | | | | | 277.97 |
| Account No. **xxx0959** | | | | | | | |
| Bautista, Elsa 5151 North Lake Drive Whitefish Bay, WI 53217 | - | | | | | | 93.75 |

Sheet no. __115__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,126.61

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,    Case No. __**13-42659**__
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8680** <br><br> **Bawden, Nicholas E** <br> **1407 C Orleander Lane** <br> **Dauphin Island, AL 36528** | - | | | | | | 1,145.00 |
| Account No. **xxx2624** <br><br> **Baxani, Marie** <br> **72 Wynondley Rd.** <br> **Hitchin Herts SG49PT** | - | | | | | | 202.50 |
| Account No. **xxx9079** <br><br> **Baxter, Dana A.** <br> **4020 Porte La Pav, Unit 103** <br> **San Diego, CA 92122** | - | | | | | | 219.14 |
| Account No. <br><br> **Bay Area Skydiving** <br> **P.O. Box 88** <br> **Byron, CA 94514** | - | | | | | | 1,830.00 |
| Account No. **xxx9796** <br><br> **Bayha, Jennifer** <br> **980 Crestview Dr** <br> **Pasadena, CA 91107** | - | | | | | | 1,344.86 |

Sheet no. __**116**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,741.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                      ,        Case No. ___**13-42659**___
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6762** <br><br> **Baylis, Robert** <br> **3825 Bryan Street** <br> **Dallas, TX 75204** | - | | | | | | **3,360.00** |
| Account No. **xxx3781** <br><br> **bayliss, Ryan A** <br> **5761 Robbie rd apt 3406** <br> **Plano, TX 75024** | - | | | | | | **136.25** |
| Account No. **xxx5684** <br><br> **Baynes, Darryl** <br> **Brookside Dr** <br> **Wheeling, WV 26003** | - | | | | | | **796.00** |
| Account No. **xxxx0626** <br><br> **Bazan, Joel** <br> **Po Box 84** <br> **Concopcion, TN 78349** | - | | | | | | **727.65** |
| Account No. **xxx8363** <br><br> **Bazin, Nancy L** <br> **334 Sabin Ave** <br> **West Minster, VT 05158** | - | | | | | | **229.40** |

Sheet no. __**117**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **5,249.30**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,      Case No. ____**13-42659**____
                          Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx1772** | | | | | | | | |
| **Bazinet, Yvonne** **5234 Hollister Ave** **Santa Barbara, CA 93111** | | - | | | | | | 936.80 |
| Account No. **xxx8777** | | | | | | | | |
| **Bbaaha, Arastao** **1701 nichols cannon rd #103** **los angeles, CA 90046** | | - | | | | | | 207.70 |
| Account No. **xxxx2695** | | | | | | | | |
| **Beach, Joseph** **450 Pitts Rd.** **Hixson, TN 37343** | | - | | | | | | 454.74 |
| Account No. **xxx2900** | | | | | | | | |
| **Beale, April** **744 La Charles Dr NE** **Albequerque, NM 87123** | | - | | | | | | 97.50 |
| Account No. **xxx8778** | | | | | | | | |
| **Beall, Donna** **225 helen street** **midland, MI 48640** | | - | | | | | | 160.16 |

Sheet no. __118__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,856.90**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**_____,       Case No. ___**13-42659**_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0176**<br><br>**Beard, Matthew**<br>**179 North Royal Oaks Blvd Apt H3**<br>**Franklin, TN 37067** | - | | | | | | **333.00** |
| Account No. **xxx8210**<br><br>**Beard, Michael**<br>**8180 Nicholson Dr**<br>**Frisco, TX 75034** | - | | | | | | **650.00** |
| Account No. **xxx5124**<br><br>**Bears, Aaron**<br>**422 Soth 11th**<br>**Manhattan, KS 66502** | - | | | | | | **201.65** |
| Account No. **xxx4411**<br><br>**Beasely, Derek**<br>**1326 Beachmont Street**<br>**Ventura, CA 93001** | - | | | | | | **115.50** |
| Account No. **xxx8364**<br><br>**Beason, Steven Wayne**<br>**1500 Blue grass Lake Pkwy**<br>**Alpharetta, GA 30004** | - | | | | | | **66.00** |

Sheet no. __**119**__ of __**590**__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)       **1,366.15**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                    , Case No. ___**13-42659**___
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7979** <br><br> **Beaton, Dax R** <br> **6803 Palomino Ridge Ct** <br> **Summerfield, NC 27358** | | - | | | | | 511.50 |
| Account No. **xxx4296** <br><br> **Beauclair, Carla** <br> **3001 McCart Ave** <br> **Fort Worth, TX 76110** | | - | | | | | 300.00 |
| Account No. **xxx0963** <br><br> **Beaudetpe, Sarah** <br> **5804 15th Aveune NE apt 9** <br> **Seattle, WA 98105** | | - | | | | | 195.00 |
| Account No. **xxx1979** <br><br> **Beaudin, Paul** <br> **997 Jockey Hill Rd** <br> **Landaff, NH 03585** | | - | | | | | 188.00 |
| Account No. **xxxx3539** <br><br> **Beaumarchais, Dave** <br> **2933 E. Highlands Rd.** <br> **Highland, MI 48356** | | - | | | | | 423.00 |

Sheet no. __120__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,617.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                   ,        Case No.  **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0212** <br><br> Beccu, Nadine <br> 514 Bryant St <br> San Fransico, CA 94107 | - | | | | | | 1,072.50 |
| Account No. **xxx8140** <br><br> Bechtel, Amy <br> 1313 Wheatlande Way <br> Las Vegas, NV 89128 | - | | | | | | 98.99 |
| Account No. **xxx3173** <br><br> Beck, Jamilyn <br> 6924 Cumberland Terrace <br> University Park, FL 34201 | - | | | | | | 273.78 |
| Account No. **xxx2269** <br><br> Beck, Richard <br> 2353 150th Street <br> Sharpsburg, IA 50862 | - | | | | | | 207.20 |
| Account No. **xxx9989** <br><br> Beckendorf, Houston <br> 25883 Stonehenge <br> Denham Springs, LA 70726 | - | | | | | | 421.95 |

Sheet no. __121__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        2,074.42

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                   ,        Case No.    **13-42659**
_____
                            Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9169** | | | | | | | |
| Beckman, Erin 9355 Harroway Rd. Summerville, SC 29485 | | - | | | | | 1,164.75 |
| Account No. **xxx1086** | | | | | | | |
| Beckwith, Diane 4405 Kim St. Snellville, GA 30039 | | - | | | | | 220.50 |
| Account No. **xxx0514** | | | | | | | |
| Bedi, Kanwar 3925 Walnut St Apt 611 Philadelphia, PA 19104 | | - | | | | | 192.80 |
| Account No. **xxx7099** | | | | | | | |
| Bedoya, Sebastian 3859 American Drive Abilene, TX 79606 | | - | | | | | 237.45 |
| Account No. **xxx2425** | | | | | | | |
| Behymer, Cheryl 12824 Park Hill Rd Oklahoma City, OK 73142 | | - | | | | | 1,397.00 |

Sheet no. __122__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,212.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                          ,        Case No.   **13-42659**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1727** <br><br> **Beil, Maggie** <br> **3400 Edloe St Apt 1532** <br> **Houston, TX 77027** | - | | | | | | 449.98 |
| Account No. **xxx8879** <br><br> **Beiler Jr, Elmer B** <br> **137 North New Holland Rd** <br> **Gordanville, PA 17529** | - | | | | | | 992.80 |
| Account No. **xxx5427** <br><br> **Belardo, Mardel** <br> **1531 Hemmingway Lane** <br> **Roswell, GA 30075** | - | | | | | | 99.92 |
| Account No. **xxx9653** <br><br> **Bell, Charles 1** <br> **2725 Mimosa Park** <br> **Richland Hills, TX 76118** | - | | | | | | 1,029.60 |
| Account No. **xxx4412** <br><br> **Bell, Gregory M** <br> **1020 North 2nd St** <br> **Atchison, KS 66002** | - | | | | | | 225.95 |

Sheet no. __123__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **2,798.25**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                              ,    Case No.    **13-42659**
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5502**<br><br>**Bell, Jalisa S**<br>**10810 Sherwood Hill Rd**<br>**Owings Mill, MD 21117** | | - | | | | | 239.90 |
| Account No. **xxx0515**<br><br>**Bell, Patsy J**<br>**6070 Sea Isle**<br>**Galveston, TX 77554** | | - | | | | | 158.20 |
| Account No. **xxx4479**<br><br>**Bell, Stacie**<br>**624 NW 18th Place**<br>**Moore, OK 73160** | | - | | | | | 255.97 |
| Account No. **xxx8574**<br><br>**Bellegarde, Valerie**<br>**330 East 39th Street Apt 4L**<br>**New York, NY 10016** | | - | | | | | 105.72 |
| Account No. **xxx8916**<br><br>**Bellini, Maria**<br>**923 Dunkirk**<br>**Arlington, TX 76017** | | - | | | | | 109.55 |

Sheet no. __124__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

869.34

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,    Case No.  **13-42659** _____

                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1924**<br><br>Bement, Courtney<br>427 Buckeye lane<br>Westchester, PA 19382 | - | | | | | | 169.05 |
| Account No. **xxxx4918**<br><br>Bench, Hollie<br>4368 Foxhaven Ave<br>Canton, OH 44718 | - | | | | | | 89.72 |
| Account No. **xxx7946**<br><br>Benditz, Daniel<br>44 Gleannloch Estates Dr<br>Spring, TX 77379 | - | | | | | | 4,250.00 |
| Account No. **xxx9222**<br><br>Bene, Rami<br>rahal 55<br>telaviv, 51 | - | | | | | | 2,520.00 |
| Account No. **xxx6242**<br><br>Benedetti, Francesca<br>609 se 58th ave<br>portland, OR 97215 | - | | | | | | 381.84 |

Sheet no. __125__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,410.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,      Case No.    **13-42659**
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8895**<br><br>**Beneville, Christine**<br>**86 SHINNECOCK AVE**<br>**MASSAPEQUA, NY 11758** | | - | | | | | 733.65 |
| Account No. **xxx1824**<br><br>**beng, fiona**<br>**20084 east shadyridge rd**<br>**parker, CO 80134** | | - | | | | | 235.25 |
| Account No. **xxx9949**<br><br>**Benitez, David**<br>**21 Spruce St**<br>**Pompton Lakes, NJ 07442** | | - | | | | | 1,244.55 |
| Account No. **xxx7071**<br><br>**Benner, Michael**<br>**634 E Leray St Apt 2**<br>**Watertown, NY 13601** | | - | | | | | 639.40 |
| Account No. **xxx5541**<br><br>**Bennett, Alison**<br>**4556 country glen circle**<br>**grovetown, GA 30813** | | - | | | | | 213.43 |

Sheet no. __126__ of __590__ sheets attached to Schedule of                           Subtotal                 | 3,066.28 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC**                                                      , Case No. **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx1479** | | | | | | | | |
| **Bennett, Atalia** **151 Boylston street** **jamacia plain, MA 02130** | | - | | | | | | 272.00 |
| Account No. **xxx5349** | | | | | | | | |
| **Bennett, Chip** **537 Latitude Ln.** **Ospray, FL 34229** | | - | | | | | | 700.00 |
| Account No. **xxx6270** | | | | | | | | |
| **Bennett, Deborah** **62 Moprior Lane** **North Augusta, SC 29860** | | - | | | | | | 241.40 |
| Account No. **xxx0423** | | | | | | | | |
| **Bennette, Jennifer** **9241 Northedge dr** **Springfield, VA 22153** | | - | | | | | | 2,159.00 |
| Account No. **xxx4537** | | | | | | | | |
| **Benson, Jason R** **1254 Lake Rd** **Hiram, GA 30141** | | - | | | | | | 441.00 |

Sheet no. __127__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **3,813.40**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          , Case No.   **13-42659**
                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx8896** | | | | | | | | |
| **Benson, John 1** **7609 June Grass Ln.** **Frisco, TX 75035** | | - | | | | | | 1,966.25 |
| Account No. **xxx2420** | | | | | | | | |
| **Bent, Michael** **6827 mill rd** **Egg Harbor Township, NJ 08234** | | - | | | | | | 235.79 |
| Account No. **xxx2341** | | | | | | | | |
| **bentley, gregg** **567 biello vista court** **greenwood, IN 46143** | | - | | | | | | 899.47 |
| Account No. **xxxx0239** | | | | | | | | |
| **Benton, Richard** **1299 Ocean Ave** **Santa Monica, CA 90401** | | - | | | | | | 800.00 |
| Account No. **xxx2824** | | | | | | | | |
| **Bentzlin-Smith, Ashley** **8110 East Fairmount Drive** **Denver, CO 80230** | | - | | | | | | 81.20 |

Sheet no. __128_ of _590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,982.71**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,        Case No.   **13-42659**
                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9085** <br><br> **beplay, ryan c** <br> **54547 sagewood drive** <br> **mishawauka, IN 46545** | - | | | | | | **260.54** |
| Account No. **xxx0461** <br><br> **Bequillard, Aldena** <br> **5215 Live Oak Rd** <br> **Lakeland, FL 33813** | - | | | | | | **1,463.00** |
| Account No. **xxxx3453** <br><br> **Berfond, Danielle** <br> **85 John St., Apt. 3L** <br> **New York, NY 10038** | - | | | | | | **1,020.00** |
| Account No. **xxx4707** <br><br> **Berg, Alexandria M** <br> **po box 1513** <br> **monroe, WA 98272** | - | | | | | | **262.50** |
| Account No. **xxx9605** <br><br> **Berg, Esther** <br> **270 Neskowin Way** <br> **Eagle, ID 83616** | - | | | | | | **251.60** |

Sheet no. __129__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,257.64**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**
                                                                                    ,      Case No. _____**13-42659**_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8193** <br><br> **Berge, Steve** <br> **5095 Norseman Circle** <br> **Marrieta, GA 30068** | - | | | | | | 178.00 |
| Account No. **xxx0503** <br><br> **Bergemann, Brittney** <br> **5028 Voltaire St** <br> **San Diego, CA 92107** | - | | | | | | 702.43 |
| Account No. **xxxx3480** <br><br> **Berger, Les** <br> **325 Sharon Park Dive** <br> **Minlow Park, CA 94025** | - | | | | | | 4,800.00 |
| Account No. **xxx2825** <br><br> **Bergersen, Brad** <br> **102 Foxtrap Drive** <br> **Glen Burnie, MD 20161** | - | | | | | | 799.00 |
| Account No. **xxx5287** <br><br> **Bergman, Daniel** <br> **14428 Lake Jessup Drive** <br> **Jacksonville, FL 32258** | - | | | | | | 234.99 |

Sheet no. __**130**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **6,714.42**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                    ,        Case No.   **13-42659**
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1293**<br><br>**Bergmann, Angela K. D.**<br>**5710 SE Lloyd Street**<br>**Milwaukee, OR 97222** | - | | | | | | 100.01 |
| Account No. **xxxx3903**<br><br>**Beriger, Lisa**<br>**1705 W Woodbridge Ct #194**<br>**Tucson, AZ 85746** | - | | | | | | 242.15 |
| Account No. **xxx3303**<br><br>**Berisha, Doruntina**<br>**4028 Viapicaposte**<br>**pales verdes, CA 90274** | - | | | | | | 164.60 |
| Account No. **xxx5661**<br><br>**Berlingeri, Anthony**<br>**52 dawn heath cir**<br>**littleton, CO 80127** | - | | | | | | 732.60 |
| Account No. **xxx5836**<br><br>**Berna, Charlette**<br>**1757 Bryn Mawr Ave**<br>**Santa Monica, CA 90405** | - | | | | | | 105.80 |

Sheet no. __131__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,345.16**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                      ,        Case No. _____**13-42659**_____

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4792**<br><br>**Bernard, Kimberly**<br>**424b Salem st**<br>**Lexington, NC 27292** | | - | | | | | **93.33** |
| Account No. **xxx3570**<br><br>**Berry, Raymond**<br>**15922 Countrybrook Street**<br>**Tampa, FL 33624** | | - | | | | | **106.00** |
| Account No. **xxx2059**<br><br>**Bertrand, Brad**<br>**6367 Rancho Mission Road**<br>**San diago, CA 92108** | | - | | | | | **725.94** |
| Account No. **xxx9092**<br><br>**bertrand, willam**<br>**900 NORTH WALLNUT CREEK SWEET 100**<br>**MANSFIELD, TX 76063** | | - | | | | | **821.40** |
| Account No. **xxx2873**<br><br>**Berus, Joy**<br>**333 city blvd west Suite 2050**<br>**Orange, CA 92868** | | - | | | | | **597.47** |

Sheet no. __**132**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,344.14**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                                    ,     Case No. ___**13-42659**___
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1543** | | | | | | | |
| Bessette, Alan 9281 SW 197 Circle Dunnellon, FL 34432 | | - | | | | | 326.00 |
| Account No. **xxxx2509** | | | | | | | |
| Best, Don 1333 Britton Av Ft. Worth, TX 76115 | | - | | | | | 413.00 |
| Account No. **xxx3074** | | | | | | | |
| Beswick, Tammy S 13623 Hoffma Ct Grand Haven, MI 49417 | | - | | | | | 843.60 |
| Account No. **xxx8265** | | | | | | | |
| Bevill, George 5659 Wigton Drive Houston, TX 77096 | | - | | | | | 329.98 |
| Account No. **xxx1559** | | | | | | | |
| Bewick, Brent 66 State St. Culver, IN 46511 | | - | | | | | 211.51 |

Sheet no. __133__ of __590__ sheets attached to Schedule of                    Subtotal                2,124.09
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,    Case No. ___**13-42659**___
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0647** <br><br> **Bezjak, Yvonne L** <br> **9751 Stagpenn road** <br> **chesterfield, VA 23832** | - | | | | | | 72.70 |
| Account No. **xxx5883** <br><br> **Bezwada, Anuritha** <br> **5330 Bent Forest Dr.** <br> **Dallas, TX 75244** | - | | | | | | 209.45 |
| Account No. **xxx4586** <br><br> **bhachu mohan, manikandan** <br> **cjoseph cupler 108 poplar street** <br> **jersey city, NJ 07307** | - | | | | | | 567.00 |
| Account No. **xxx9752** <br><br> **Bhaijee, Ummema** <br> **64 Evanspark Circle NW** <br> **, 51** | - | | | | | | 829.40 |
| Account No. **xxxx2015** <br><br> **Bhatia, Abhishek** <br> **2650 Durand Ave., Cheney Hall rm204** <br> **Berkeley, CA 94720** | - | | | | | | 1,274.35 |

Sheet no. __**134**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **2,952.90**

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC**
_____ ,
                        Debtor

Case No. **13-42659**
_____

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9488** Bhatt, Hiren, P 586 Main St #G Hackensack, NJ 07601 | - | | | | | | 869.72 |
| Account No. **xxxx3519** Bhingarkar, Preeti 409 Grovehurst Drive Alpharetta, GA 30022 | - | | | | | | 223.94 |
| Account No. **xxx1289** Bibus, Arnaud 510 North Ocean BLVD Pansan Beach, FL 33062 | - | | | | | | 557.20 |
| Account No. **xxx6120** Bicaku, Elona 4829 Port Narnock Way Wesley Chapel, GA 33543 | - | | | | | | 738.15 |
| Account No. **xxx5796** Bice, Richard 4141 Commons Drive, W Destin, FL 32541 | - | | | | | | 378.25 |

Sheet no. **135** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,767.26**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,          Case No.        **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4293**<br><br>Bielema, Joshua D<br>2016 N Rockton Ave<br>Rockford, IL 61103 | - | | | | | | 93.03 |
| Account No. **xxx2124**<br><br>Bierle, Nick<br>47794 Julie Drive<br>Sioux Falls, SD 50178 | - | | | | | | 687.02 |
| Account No. **xxx3845**<br><br>Bierman, Brendan<br>420 S Maine St apt 705<br>Tulsa, OK 74103 | - | | | | | | 213.07 |
| Account No. **xxx8757**<br><br>biesek, Ricardo<br>1021 concord chase circle<br>concord, NC 28025 | - | | | | | | 189.33 |
| Account No. **xxx7178**<br><br>Bigelow, Dustin<br>511 iowa ave<br>iowa city, IA 52240 | - | | | | | | 1,225.01 |

Sheet no. __136__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,407.46**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                           ,        Case No.    **13-42659**
                            Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8077** | | | | | | | |
| Biller, Christine 451 NW 11th Rd Warrensberg, MO 64093 | | - | | | | | 1,376.40 |
| Account No. **xxx1664** | | | | | | | |
| Billheimer, Robert PO Box 914 Tybee Island, SC 31328 | | - | | | | | 455.16 |
| Account No. **xxx4803** | | | | | | | |
| Bilohlavek, Brittany 1520 Rebecca Dailiey Drive Apt 1001A Charlotte, NC 28262 | | - | | | | | 104.50 |
| Account No. **xxxx0160** | | | | | | | |
| Bilyk, Vyacheslav 1300 SW 8th Avenue Battleground, WA 98604 | | - | | | | | 725.00 |
| Account No. **xxx3003** | | | | | | | |
| Bimi, Migen 2307 Salem Village Rd #D Parkville, MD 21234 | | - | | | | | 1,100.00 |

Sheet no. __137_ of __590_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **3,761.06**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    , Case No.   **13-42659**
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9101** | | | | | | | |
| Birchfield, Michael L. 115 Rockland Drive Sharpburg, GA 30277 | - | | | | | | 180.00 |
| Account No. **xxx3860** | | | | | | | |
| Birsen, Terri 147 Prospect Hill Rd Waverly, NY 14892 | - | | | | | | 896.00 |
| Account No. **xxxx3711** | | | | | | | |
| Bisesi, Ashley 628 Baylor Rd Glen Burnie, MD 21061 | - | | | | | | 624.00 |
| Account No. **xxx4328** | | | | | | | |
| Bishop, Kim for Joe 5105 Crane Dr West Richland, WA 99353 | - | | | | | | 175.00 |
| Account No. **xxx4725** | | | | | | | |
| Bissell, Joseph 13 Stewart Greenville, PA 16125 | - | | | | | | 1,895.00 |

Sheet no. __138__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,770.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC**                                          ,        Case No. **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3054** | | | | | | | |
| **Bittan, Andrew** P.O. Box 2265 Rockville, MD 20847 | - | | | | | | 714.57 |
| Account No. **xxx2460** | | | | | | | |
| **Bitter Jr., Todd A** 400 Lakeview Dr. Wilder, KY 41071 | - | | | | | | 348.00 |
| Account No. **xxxx1101** | | | | | | | |
| **Black JR, Robert** 6528 Chadwick Ct Savage, MN 55378 | - | | | | | | 411.60 |
| Account No. **xxx4214** | | | | | | | |
| **Black, Austin** 10416 Lake Carroll Way Tampa, FL 33618 | - | | | | | | 190.92 |
| Account No. **xxx6702** | | | | | | | |
| **black, michael** 3115 north 1175 east layton, UT 84040 | - | | | | | | 209.04 |

Sheet no. __139__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,874.13**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,     Case No.    **13-42659**
                                   Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7880** | | | | | | | |
| **Blackorby, Bryan J** **1234 Briarhill Lane** **Atlanta, GA 30324** | | - | | | | | 356.00 |
| Account No. **xxx0549** | | | | | | | |
| **Blair, Frantzen** **302 Knight Run Ave** **Tampa, FL 33602** | | - | | | | | 133.20 |
| Account No. **xxx9455** | | | | | | | |
| **Blake, Kevin** **1025 purdew avenue apt c** **ridgecrest, CA 93555** | | - | | | | | 233.60 |
| Account No. **xxx5596** | | | | | | | |
| **BLANCHARD, CECILE** **2122 YORK RD** **OAK BROOK, IL 60523** | | - | | | | | 2,140.89 |
| Account No. **xxx6541** | | | | | | | |
| **Blanchard, Michael** **710 State Route 821 Unit 32** **Yakima, WA 98901** | | - | | | | | 415.88 |

Sheet no. __140__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,279.57**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,     Case No.   **13-42659**
                                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8647** <br><br> **Blanche, Jamie** <br> **2602 Dogwood Terrace** <br> **Atlanta, GA 30319** | - | | | | | | 185.84 |
| Account No. **xxx0853** <br><br> **Blattler, Jennifer** <br> **1 American Square #1300** <br> **Indianapolis, IN 46282** | - | | | | | | 3,590.00 |
| Account No. **xxxx3565** <br><br> **Blevins, Libby** <br> **5615 Pine Valley Drive** <br> **Zanesville, OH 43701** | - | | | | | | 1,897.02 |
| Account No. **xxx2722** <br><br> **Blicker, Joseph A** <br> **500 Webster Rd Lot 224** <br> **Auburn, AL 36832** | - | | | | | | 242.54 |
| Account No. **xxx5874** <br><br> **Blom, Catherine** <br> **637 Phillips Dr.** <br> **Coppell, TX 75019** | - | | | | | | 244.45 |

Sheet no. __141__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,159.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,        Case No.    **13-42659**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6599** | | | | | | | |
| **Blondin, Brian** **P.O. Box 159** **Kodiak, AK 99615** | | - | | | | | 853.71 |
| Account No. **xxx6583** | | | | | | | |
| **bloszies, alicia** **1712 springfield dr** **ft collins, CO 80521** | | - | | | | | 486.20 |
| Account No. | | | | | | | |
| **Blue Dragon Balloons** **301 East Prospect Avenue** **North Wales, PA 19454** | | - | | | | | 150.00 |
| Account No. | | | | | | | |
| **Blue Ridge Skydiving Adventures** **P.O. Box 144** **Middletown, VA 22645** | | - | | | | | 700.00 |
| Account No. | | | | | | | |
| **Blue Skies Balloon KY** **17554 Aiken Rd** **Louisville, KY 40245** | | - | | | | | 1,685.00 |

Sheet no. __142__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,874.91

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                     ,        Case No.    **13-42659**
                                            Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2827**<br><br>**Blume, Rudy**<br>**2151 Cumberland Pky Apt 538**<br>**Atlanta, GA 30339** | - | | | | | | 687.62 |
| Account No.<br><br>**Bob's Balloon Charters, LLC**<br>**729 Deen Still Rd**<br>**Davenport, FL 33897** | - | | | | | | 600.00 |
| Account No. **xxx0854**<br><br>**Boczkiewicz, Roberta**<br>**19160 Ashbourne Lane**<br>**Brookfield, WI 53045** | - | | | | | | 1,179.75 |
| Account No. **xxx9012**<br><br>**Bodkin, Cynthia**<br>**Rt 2 Box 27**<br>**Montroes, WV 26283** | - | | | | | | 827.40 |
| Account No. **xxx9029**<br><br>**Boehn, Anne**<br>**1130 SW Santa Fe Dr.**<br>**Lee Summit, MO 64081** | - | | | | | | 730.80 |

Sheet no.  **143**  of  **590**  sheets attached to Schedule of                         Subtotal                    4,025.57
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                          ,    Case No.    **13-42659**
                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9424** | | | | | | | |
| **Boga, Srisanctosh** **4047 145th Ave NE** **Bellvue, WA 98007** | - | | | | | | 836.55 |
| Account No. **xxx2640** | | | | | | | |
| **Bogart, Derrick** **2840 N Canterbury Lake Drive** **Hernando, FL 34442** | - | | | | | | 84.15 |
| Account No. **xxx4522** | | | | | | | |
| **Bogart, Jordan** **2214 Spanishmoss Dr** **Jacksonville, FL 32246** | - | | | | | | 168.74 |
| Account No. **xxx7096** | | | | | | | |
| **Bogas, Ryan** **306 Mcculland rd.** **Cannonsburg, PA 15317** | - | | | | | | 810.81 |
| Account No. **xxx2344** | | | | | | | |
| **Bogdanoff, Scott** **2798 Wexford Dr.** **San Jose, CA 95132** | - | | | | | | 454.30 |

Sheet no. __144__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **2,354.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8034**<br><br>**Bogden, Robert**<br>**2345 NE Hopkens Court**<br>**Pullman, WA 91163** | - | | | | | | **695.00** |
| Account No. **xxx5034**<br><br>**Boggs, Evonne**<br>**5902 Pace Bend Rd N Box2**<br>**Spicewood, TX 78669** | - | | | | | | **98.67** |
| Account No. **xxx3505**<br><br>**Bohigas, Laura**<br>**2430 Mlk Way Apt 4**<br>**Berkley, CA 94704** | - | | | | | | **123.75** |
| Account No. **xxx4154**<br><br>**Bohrer, Antonia**<br>**3708 Highland Dr**<br>**Garnett Valley, PA 19061** | - | | | | | | **71.43** |
| Account No. **xxx7692**<br><br>**Boin, Marc**<br>**511 Woodbend Lane**<br>**Houston, TX 77079** | - | | | | | | **155.40** |

Sheet no. __145__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **1,144.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** , Case No. **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Boise Hot Air Balloon Company**<br>**3340 Lake Harbor K304**<br>**Boise, ID 83703** | | | | | | | 340.00 |
| Account No. **xxx0645** | | - | | | | | |
| **bolduc, annie**<br>**3350 george busbee**<br>**kennesaw, GA 30144** | | | | | | | 94.00 |
| Account No. **xxx9925** | | - | | | | | |
| **Boler, Nathaniel**<br>**184 Mayfair Cir W**<br>**Palm Harbor, FL 34683** | | | | | | | 467.20 |
| Account No. **xxx7341** | | - | | | | | |
| **Bolzeniu, Patrick D**<br>**100 Lakeshore dr apt. 126**<br>**Lexington, KY 40502** | | | | | | | 227.37 |
| Account No. **xxx2060** | | - | | | | | |
| **Bond, Penni A**<br>**8931 North Rhoad Avenue #207**<br>**Kansas City, MO 64153** | | | | | | | 448.20 |

Sheet no. __146__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,576.77**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,      Case No.   **13-42659**
                                         Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7726**<br><br>**Bond, William**<br>**3601 west broadway ave.**<br>**Colombia, MO 65203** | - | | | | | | 717.75 |
| Account No. **xxx7048**<br><br>**Bonfini, Catherine**<br>**3637 Mountshannon Rd.**<br>**Columbus, OH 43221** | - | | | | | | 292.53 |
| Account No. **xxx5939**<br><br>**Bonilla, Julian**<br>**6 Blyth Ct**<br>**Columbia, SC 29210** | - | | | | | | 406.00 |
| Account No. **xxx6063**<br><br>**Bonior, Samantha**<br>**29904 Oak Grove**<br>**Sinclair Shores, MI 48082** | - | | | | | | 91.60 |
| Account No. **xxx4098**<br><br>**Bonner, Serrell J**<br>**2009 Beechwood Street**<br>**Little Rock, AR 72207** | - | | | | | | 117.50 |

Sheet no. __147__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,625.38

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                          ,      Case No.  __**13-42659**__
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6439** | | | | | | | |
| **Bonnett, Joel** **14822 south cedar lake rd.** **kiel, WI 53042** | - | | | | | | 243.00 |
| Account No. **xxx9094** | | | | | | | |
| **Boone, Norman** **3423 Waycross Lane** **Frisco, TX 75034** | - | | | | | | 833.75 |
| Account No. **xxxx4742** | | | | | | | |
| **Bor, Simona** **17391 El Cajon Ave** **Yorba Linda, CA 92886** | - | | | | | | 74.95 |
| Account No. **xxx4247** | | | | | | | |
| **Borcik, Teresa** **PO Box 6837** **Abilene, TX 79608** | - | | | | | | 499.78 |
| Account No. **xxx8435** | | | | | | | |
| **Borgia, Ann** **5462 Greenridge drive** **Toledo, OH 43615** | - | | | | | | 852.59 |

Sheet no. __**148**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,504.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,     Case No. ___**13-42659**_____
                                Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9894** <br><br> **Boron, Michael** <br> **706 Napoleon Rd. Apt 211** <br> **Bowling Green, OH 43402** | - | | | | | | 150.00 |
| Account No. **xxx9622** <br><br> **Borrajo, Jeremiah** <br> **3207 Maxwell st** <br> **Murfreesboro, TN 37130** | - | | | | | | 626.00 |
| Account No. **xxx7933** <br><br> **Borst, Larissa** <br> **61 St. Paul Street** <br> **Hamilton, VA 20158** | - | | | | | | 597.00 |
| Account No. **xxx5280** <br><br> **Boswell, Jennifer** <br> **1229 shooting star court** <br> **North pole, AK 99705** | - | | | | | | 438.86 |
| Account No. **xxx0046** <br><br> **Botelho, George M.** <br> **875 Meadows Rd** <br> **Boca Raton, FL 33648** | - | | | | | | 397.98 |

Sheet no. __149__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     2,209.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                ,    Case No. _____**13-42659**_____
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4739** <br><br> Botero, Carlos <br> 2810 Kensington Cir <br> Weston, FL 33332 | - | | | | | | 198.50 |
| Account No. **xxx4740** <br><br> Botero, Carlos 1 <br> 3680 Inverrary Dr. #2J <br> Lauderhill, FL 33319 | - | | | | | | 88.60 |
| Account No. **xxx6621** <br><br> Botonis, Athina <br> 3731 W Melinda Ln. <br> Glendale, AZ 85308 | - | | | | | | 89.60 |
| Account No. **xxx1149** <br><br> Boudreaux, Troy 1 <br> 119 W Tyler Lane <br> Leesville, LA 71446 | - | | | | | | 517.99 |
| Account No. **xxx4706** <br><br> Bouhnik, Joseph <br> 91 Bal Cross Dr <br> Bal Harbor, FL 33154 | - | | | | | | 980.00 |

Sheet no. __150__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,874.69 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                      , Case No. **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3838** | | | | | | | |
| Bourboun, Amira 7 Rowley Avenue Ottawa K2G1L7 | - | | | | | | 448.00 |
| Account No. **xxx9046** | | | | | | | |
| Bourne, David 10655 Woodstock Rd Roswell, GA 30075 | - | | | | | | 828.80 |
| Account No. **xxx8410** | | | | | | | |
| Bowen, Nanci 1409 New Mexico St. Boulder City, NV 89005 | - | | | | | | 99.50 |
| Account No. **xxxx3846** | | | | | | | |
| Bowen, Richard 930 Barbara Ann Lane Ellisville, MO 63021 | - | | | | | | 259.04 |
| Account No. **xxx3004** | | | | | | | |
| Bowen, Sonja 2352 Gallard St. Lawrenceville, GA 30043 | - | | | | | | 119.76 |

Sheet no. __151_ of __590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **1,755.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,   Case No.   **13-42659**
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1553**<br><br>**Bowers, Brian**<br>**85 shelly lane**<br>**Sharpsburg, GA 30377** | - | | | | | | 140.00 |
| Account No. **xxx6390**<br><br>**Bowers, Josh**<br>**3657 Stryker Ave**<br>**Tacoma, WA 98433** | - | | | | | | 529.82 |
| Account No. **xxx4065**<br><br>**Bowker, Andrew**<br>**3rd Aabn B.company buliding 210632**<br>**Camp Pendalton, CA 92055** | - | | | | | | 957.00 |
| Account No. **xxx9514**<br><br>**Bowman, Karly**<br>**2926 Greenhill Crt.**<br>**Ijamsville, MD 21754** | - | | | | | | 474.80 |
| Account No. **xxx2099**<br><br>**Boyce, Nelson**<br>**23 Hunt Path**<br>**New Rochelle, NY 10804** | - | | | | | | 166.75 |

Sheet no. __152_ of __590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,268.37**

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC** , Case No. **13-42659**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7947** <br><br> **Boyer, Karey** <br> **2448 Arbor Drive** <br> **Round Rock, TX 78681** | - | | | | | | 287.50 |
| Account No. **xxx8308** <br><br> **Boylan, Pete** <br> **185 Oakland Ave Suite 150** <br> **Birmingham, MI 48009** | - | | | | | | 2,081.80 |
| Account No. **xxxx3769** <br><br> **Boyle, Kenana** <br> **918 Clayres Court** <br> **Nashville, TN 37211** | - | | | | | | 632.70 |
| Account No. **xxx2829** <br><br> **Boz, Vivian** <br> **7402 43rd Ave** <br> **Elmhearst, NY 11373** | - | | | | | | 1,712.20 |
| Account No. **xxx9951** <br><br> **Braa, Michael** <br> **4033 Northview Terrace** <br> **Eagan, MN 55123** | - | | | | | | 431.30 |

Sheet no. __153__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **5,145.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**_____,     Case No. _____**13-42659**_____
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1556** <br><br> **Bradley, Daniel** <br> **5022 S. 193rd ave** <br> **Sand Springs, OK 74063** | | - | | | | | 297.90 |
| Account No. **xxx9081** <br><br> **Bradley, Thomas A.** <br> **498 Old Oran Rd.** <br> **Perrin, TX 76486** | | - | | | | | 492.00 |
| Account No. **xxxx3713** <br><br> **Brady, James** <br> **265 Elverton** <br> **Staton Island, NY 10308** | | - | | | | | 530.60 |
| Account No. **xxx8709** <br><br> **Brand, Cynthia** <br> **9800 carmel valley dr.** <br> **frisco, TX 75035** | | - | | | | | 636.40 |
| Account No. **xxx4742** <br><br> **brandell, anthony** <br> **2780 South Jones blvd** <br> **las vegas, NV 89146** | | - | | | | | 1,065.74 |

Sheet no. __**154**__ of __**590**__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)          3,022.64

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,    Case No.    **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0010** <br><br> **Brann, Christopher** <br> **933 West Vanburen 605** <br> **Chicago, IL 60607** | | - | | | | | **130.50** |
| Account No. **xxx5517** <br><br> **Branum, Terri** <br> **1410 Hillcrest dr.** <br> **Canyon, TX 79015** | | - | | | | | **1,154.40** |
| Account No. **xxx1223** <br><br> **Brauer, Brandon** <br> **18 Cameo Drive** <br> **Richboro, PA 18954** | | - | | | | | **414.56** |
| Account No. **xxx1880** <br><br> **Bravo, Manuel A** <br> **4132 Casey Trail** <br> **Norcross, GA 30093** | | - | | | | | **750.87** |
| Account No. **xxx4607** <br><br> **Brazel, John** <br> **7806 5th ave NE** <br> **Seattle, WA 98115** | | - | | | | | **442.74** |

Sheet no. __155__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,893.07**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,      Case No.    **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6198** <br><br> **Breard, Dominica** <br> **1450 Lincoln rd. apt. 608** <br> **Miami beach, FL 33139** | - | | | | | | **1,195.01** |
| Account No. <br><br> **Breeze Balloons LLC** <br> **3634 Long Prairie Road** <br> **Suite 108-216** <br> **Flower Mound, TX 75022** | - | | | | | | **600.00** |
| Account No. **xxxx1788** <br><br> **Brei, Brenda** <br> **3646 Medina Rd** <br> **Medina, OH 44256** | - | | | | | | **1,574.10** |
| Account No. **xxx4802** <br><br> **Breitweiser, elaine** <br> **13316 WEST CENTER DR** <br> **LAKEWOOD, CO 80228** | - | | | | | | **122.10** |
| Account No. **xxx6271** <br><br> **Brenner, Howard** <br> **524 West 57th street** <br> **New york, NY 10019** | - | | | | | | **1,267.50** |

Sheet no. __156__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **4,758.71**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,    Case No. ___**13-42659**___
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0572**<br><br>**Brett, Levi**<br>**835-6th st.**<br>**Clarkston, WA 99403** | - | | | | | | 293.75 |
| Account No. **xxxx3454**<br><br>**Brett, Patricia L.**<br>**590 Miramar Drive**<br>**Half Moon Bay, CA 94019** | - | | | | | | 695.97 |
| Account No. **xxx6023**<br><br>**Bretthauer, Daniela**<br>**Rua Itapaiuna 1800 apt 51d**<br>**Sao Paulo   00570-7000** | - | | | | | | 2,131.20 |
| Account No. **xxxx3970**<br><br>**Brickner, Chris**<br>**45211 deepwood ct**<br>**shelby township, MI 48317** | - | | | | | | 1,687.50 |
| Account No. **xxx8264**<br><br>**Briggs, Aaron**<br>**1650 west roscoe street apt. 308**<br>**chicago, IL 60657** | - | | | | | | 674.25 |

Sheet no. __**157**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,482.67

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**
_____,        Case No.   **13-42659**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2875** <br><br> **Brignac, Schquay** <br> **12666 Herron** <br> **Sylmar, CA 91342** | - | | | | | | 319.20 |
| Account No. **xxx3749** <br><br> **Brillantes, Augusto M** <br> **1232 Bell Tour Artch** <br> **Chesepeke, VA 23324** | - | | | | | | 687.70 |
| Account No. **xxx3388** <br><br> **Brinberg, Gary N.** <br> **7108 Ventnor Gardens Plaza** <br> **Ventnor, NJ 08406** | - | | | | | | 584.98 |
| Account No. **xxx4987** <br><br> **Brindisi, Lauren** <br> **322 Quail Street** <br> **Albany, NY 12208** | - | | | | | | 97.72 |
| Account No. **xxx5665** <br><br> **Brinkley, Jeffrey** <br> **6523 Drylog st** <br> **Capitol Heights, MD 20743** | - | | | | | | 609.60 |

Sheet no. __158__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,299.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0677**<br><br>Brinser, Angela J.<br>310 Twelve Oaks Dr<br>Warner Robbins, GA 31088 | - | | | | | | 942.50 |
| Account No. **xxx2003**<br><br>Brison, Jody<br>1006 South Liberty Ave<br>Independance, MO 64050 | - | | | | | | 359.02 |
| Account No. **xxxx1791**<br><br>Bristow, Grant<br>555 E. 5th St. Apt 2822<br>Austin, TX 78701 | - | | | | | | 822.25 |
| Account No. **xxx2029**<br><br>Bristow, Martin<br>910 2nd St.<br>Manhatten Beach, CA 90266 | - | | | | | | 3,523.50 |
| Account No. **xxx9296**<br><br>Britton, John<br>500 Cedar Knoll Court<br>Roswell, GA 30076 | - | | | | | | 75.00 |

Sheet no. __159_ of _590_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **5,722.27**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                          ,    Case No.    **13-42659**
                                      Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3100** | | | | | | | |
| **Brlit, Frances** **3100 W Rolling hills cir apt609** **Davie, FL 33328** | - | | | | | | **6,875.00** |
| Account No. **xxx2461** | | | | | | | |
| **Brock, Martin** **260 Bay St Apt 210** **San Francisco, CA 94133** | - | | | | | | **1,347.88** |
| Account No. **xxx4732** | | | | | | | |
| **Brody, Daniel** **253 W 91st Apt 2A** **New York, NY 10024** | - | | | | | | **306.00** |
| Account No. **xxx3846** | | | | | | | |
| **Bronez, Michael** **265 south liberty** **harrisonburg, VA 22801** | - | | | | | | **749.70** |
| Account No. **xxx9457** | | | | | | | |
| **Bronner, Liliana** **2806 Crawfrod St** **Belleview, NE 68005** | - | | | | | | **468.40** |

Sheet no. __160__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **9,746.98**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0931** <br><br> **Brooks, Angela** <br> **6123 Auth Rd.** <br> **Suitland, MD 20746** | - | | | | | | 675.00 |
| Account No. **xxx2188** <br><br> **Brooks, Jonathan M** <br> **6205 Farrington Road #L9** <br> **Chapel Hill, NC 27517** | - | | | | | | 489.00 |
| Account No. **xxx7258** <br><br> **Brooks, Kristopher W** <br> **105 S. Boggs St** <br> **Virginia Beach, VA 23452** | - | | | | | | 896.61 |
| Account No. **xxx7317** <br><br> **Brothers, Jonathan** <br> **1627 reflection st** <br> **san marcos, CA 92078** | - | | | | | | 267.00 |
| Account No. **xxx4480** <br><br> **Brotzman, Sara** <br> **2854 Woodmont drive** <br> **York, PA 17404** | - | | | | | | 207.43 |

Sheet no. __161__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,535.04**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,            Case No.    **13-42659**
_____                        _____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0911**<br><br>**Brouhard, Jennifer**<br>**8300 signal avenue ne**<br>**albuquerque, NM 87122** | - | | | | | | 1,000.00 |
| Account No. **xxxx1731**<br><br>**Brown, Alyssia**<br>**639 Linden Ave**<br>**Long Beach, CA 90802** | - | | | | | | 1,894.40 |
| Account No. **xxx0504**<br><br>**Brown, Andrea 1**<br>**2630 Old Columbus Rd.**<br>**London, OH 43140** | - | | | | | | 437.50 |
| Account No. **xxx9402**<br><br>**Brown, Angela G.**<br>**2521 104 Dr SE**<br>**Lake Steveson, WA 98258** | - | | | | | | 200.20 |
| Account No. **xxx5691**<br><br>**Brown, Don R**<br>**1100 Louisiana Street**<br>**Houston, TX 77002** | - | | | | | | 9,735.00 |

Sheet no. __162__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,267.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**
_____,   Case No. ___**13-42659**___
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7121**<br><br>**Brown, Douglas**<br>**15402 White Chapel Ct**<br>**Centreville, VA 20120** | - | | | | | | 478.20 |
| Account No. **xxx5754**<br><br>**Brown, John  1**<br>**7200 US Hwy 158**<br>**Jackson, NC 27845** | - | | | | | | 123.70 |
| Account No. **xxx5434**<br><br>**Brown, Josh 2**<br>**323 Chelsie Ln**<br>**Poultney, VT 05764** | - | | | | | | 208.00 |
| Account No. **xxx3717**<br><br>**Brown, Kellie G**<br>**53 East Water St**<br>**Smithsburg, MD 21783** | - | | | | | | 252.70 |
| Account No. **xxx5984**<br><br>**Brown, Kurtis**<br>**1902 13th st**<br>**Viola, IL 61486** | - | | | | | | 285.98 |

Sheet no. __163__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,348.58**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                  ,        Case No.   __13-42659__
_____
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7930**<br><br>**Brown, Laquandra**<br>**1445 S. Sherwood Drive**<br>**Charleston, SC 29407** | - | | | | | | 482.80 |
| Account No. **xxx3577**<br><br>**Brown, Linda A**<br>**9500 tonkin drive**<br>**orange vale, CA 95662** | - | | | | | | 357.50 |
| Account No. **xxx8918**<br><br>**Brown, Lindsey H.**<br>**717 Monroe Ave**<br>**Glensdale, PA 10198** | - | | | | | | 174.16 |
| Account No. **xxx0966**<br><br>**brown, lisa 2**<br>**385 crimson dr**<br>**idaho falls, ID 83401** | - | | | | | | 275.50 |
| Account No. **xxxx4071**<br><br>**Brown, Markeisha**<br>**22 South Congress St**<br>**Summerville, GA 60747** | - | | | | | | 99.44 |

Sheet no. __164__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,389.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,  Case No.  **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx7703** | | | | | | | | |
| Brown, Marshall 3040 Post Oak Blvd suite 1020 Houston, TX 77056 | | - | | | | | | |
| | | | | | | | | 2,250.00 |
| Account No. **xxx5038** | | | | | | | | |
| Brown, Matthew S 7370 NW 51st Street Lauderhill, FL 33319 | | - | | | | | | |
| | | | | | | | | 1,136.00 |
| Account No. **xxx9515** | | | | | | | | |
| Brown, Melissa D. 9577 High Cliffe St Hghlands Ranch, CO 80129 | | - | | | | | | |
| | | | | | | | | 239.00 |
| Account No. **xxx3954** | | | | | | | | |
| Brown, Mr. Michael 65 Clarkenwell RD London, UK, ec1r5bl | | - | | | | | | |
| | | | | | | | | 3,215.70 |
| Account No. **xxx8706** | | | | | | | | |
| Brown, Patrick 2 7700 N 71st ave Glendale, AZ 85303 | | - | | | | | | |
| | | | | | | | | 838.50 |

Sheet no. __165_ of _590_ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)        7,679.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                    ,    Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3058** | | | | | | | |
| Brown, Shanda 80 Pittston Circle Owens Mills, MD 21117 | | - | | | | | 1,288.00 |
| Account No. **xxx8345** | | | | | | | |
| Brown, Sharon R 605 chesnut walk pl. grayson, GA 30017 | | - | | | | | 996.00 |
| Account No. **xxx8917** | | | | | | | |
| Brown, Sheila T 205 Weatherstone Point Drive Woodstock, GA 30188 | | - | | | | | 89.00 |
| Account No. **xxxx2080** | | | | | | | |
| Brown, Tia 1218 Ling Way Austell, GA 30168 | | - | | | | | 96.78 |
| Account No. **xxx9668** | | | | | | | |
| Brown, Tyler 6237 Serene Court Chino, CA 91710 | | - | | | | | 442.62 |

Sheet no. __166__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,912.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,        Case No.    **13-42659**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0204**<br><br>**Brown-Morris, Donica**<br>**3505 Mountain Dr**<br>**Virginia Beach, VA 23453** | - | | | | | | 586.01 |
| Account No. **xxx9597**<br><br>**Brownell, Christopher A**<br>**5 grant ave**<br>**rensselaer, NY 12144** | - | | | | | | 705.60 |
| Account No. **xxx9951**<br><br>**Bruce, Lauren**<br>**po box 465**<br>**parishville, NY 13672** | - | | | | | | 1,146.60 |
| Account No. **xxxx1103**<br><br>**Brudno, Michael**<br>**30 shalva Herzliya**<br>**Isreal   46705** | - | | | | | | 1,287.00 |
| Account No. **xxx8071**<br><br>**Bruning, Carla**<br>**711 W Almay Ave**<br>**Flandranu, SD 57028** | - | | | | | | 235.20 |

Sheet no. __167__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **3,960.41**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.    **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5295** <br><br> **Bryan, Rod** <br> **183 Old Damascus Rd** <br> **Colquitt, GA 39837** | - | | | | | | 836.00 |
| Account No. **xxx9426** <br><br> **Bryant, Stacey** <br> **102 Hart St.** <br> **Statesboro, GA 30458** | - | | | | | | 212.85 |
| Account No. **xxx5156** <br><br> **Bryja, Tanya** <br> **6485 Ellington Ln** <br> **Beaumont, TX 77706** | - | | | | | | 302.51 |
| Account No. **xxx6150** <br><br> **Bsouza, Sharon** <br> **5202 Texana Drive** <br> **San Antonio, TX 78249** | - | | | | | | 937.50 |
| Account No. **xxx3136** <br><br> **Buck, Nicholas** <br> **706 North Wayne Street Apt 102** <br> **Arlington, VA 22201** | - | | | | | | 224.00 |

Sheet no. __168__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,512.86

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                    ,    Case No.    **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3010** | | | | | | | |
| **Buck, Sarah** **1518 Sequoia Trail** **Alabaster, AL 35007** | - | | | | | | 621.00 |
| Account No. **xxxx3389** | | | | | | | |
| **Buckley, Sharon** **6658 4th ave. N** **St. Petersburg, FL 33710** | - | | | | | | 120.48 |
| Account No. **xxx1970** | | | | | | | |
| **Buckowing, Matthew** **735 Rodeo St** **Oceanside, CA 92058** | - | | | | | | 455.50 |
| Account No. **xxxx4494** | | | | | | | |
| **Buffum, Karin** **4140 65th st** **holland, MI 49423** | - | | | | | | 1,400.00 |
| Account No. **xxx2964** | | | | | | | |
| **Bui, Hanh** **1779 S. Charlemont Ave.** **Hacienda Heights, CA 91745** | - | | | | | | 428.40 |

Sheet no. __169__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,025.38

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,     Case No. _____**13-42659**_____
                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4875** | | | | | | | |
| **Bui, Kim** **po box 3012** **Union city, CA 94587** | | - | | | | | 1,406.00 |
| Account No. **xxx5146** | | | | | | | |
| **Bullicer, Maryann** **4539 Presidio Drive** **Los Angeles, CA 90008** | | - | | | | | 118.50 |
| Account No. **xxx2332** | | | | | | | |
| **Bulthuis, Kerri** **100 East 14th Street** **Chicago, IL 60605** | | - | | | | | 145.00 |
| Account No. **xxx8577** | | | | | | | |
| **bumgardner, angela** **982 villagebrook drive** **henderson, KY 42420** | | - | | | | | 585.06 |
| Account No. **xxx4540** | | | | | | | |
| **Bumgarner, Amy** **1921 Blue Mountain Rd** **Longmont, CO 80504** | | - | | | | | 1,465.20 |

Sheet no. __170__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,719.76**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                           ,        Case No.    **13-42659**
                                          Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8888**<br><br>**bumting, rosemary**<br>**603 n river ave**<br>**glendive, MT 59330** | - | | | | | | 600.60 |
| Account No. **xxxx1928**<br><br>**Bundy, Dean**<br>**10550 S. Kelland Ct.**<br>**Oregon City, OR 97045** | - | | | | | | 917.00 |
| Account No. **xxx9099**<br><br>**Bunker, Lisa 1**<br>**219 Oakley Place**<br>**Grand Rapids, MI 49503** | - | | | | | | 469.80 |
| Account No. **xxx7445**<br><br>**Bunker, Paul**<br>**PO Box 690**<br>**Southern Pines, NC 28388** | - | | | | | | 1,599.12 |
| Account No. **xxx7920**<br><br>**Bunker, Paul C.**<br>**PO Box 690**<br>**Southern Pines, NC 28388** | - | | | | | | 2,086.98 |

Sheet no. __**171**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,673.50

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,   Case No.   **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2497** | | | | | | | |
| **Burdak, Sara** **8187 Trillium Ln** **Victoria, MN 55386** | | - | | | | | 818.50 |
| Account No. **xxx4805** | | | | | | | |
| **Burgan, Gary** **233 Treherne Rd.** **Timonium, MD 21093** | | - | | | | | 1,086.80 |
| Account No. **xxx2665** | | | | | | | |
| **Burkart, Sarah** **7165 Shoe Rd** **Burlington, NC 27215** | | - | | | | | 1,950.00 |
| Account No. **xxx4957** | | | | | | | |
| **Burke, JoAnn** **4971 St. Josephs Road** **Coopersburg, PA 18036** | | - | | | | | 210.71 |
| Account No. **xxx9564** | | | | | | | |
| **Burkes, Nigel** **1452 Temple St** **Clearwater, FL 33756** | | - | | | | | 299.80 |

Sheet no. __172__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,365.81**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,       Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5120**<br><br>**Burkhardt, Sandra**<br>**4715 S Street**<br>**Lincoln, NE 68506** | - | | | | | | 245.31 |
| Account No. **xxx8899**<br><br>**Burkstein, Sivan**<br>**26 devra lane**<br>**Framington, MA 01701** | - | | | | | | 504.00 |
| Account No. **xxx7814**<br><br>**Burnell, Neil**<br>**14817 darby dale**<br>**woodbridge, VA 22193** | - | | | | | | 237.87 |
| Account No. **xxxx3481**<br><br>**Burnett, Kevin**<br>**15 Donna Drive**<br>**Sheridan, AR 72150** | - | | | | | | 487.80 |
| Account No. **xxx8493**<br><br>**Burns, J.Warren**<br>**3707 Carlyle Court**<br>**Fredericksburg, VA 22408** | - | | | | | | 1,219.00 |

Sheet no. __**173**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,693.98

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,        Case No.   **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0824** | | | | | | | |
| **Burrington, Chad** **2603 South 374th Place** **Federal Way, WA 98003** | - | | | | | | 225.60 |
| Account No. **xxx3434** | | | | | | | |
| **busscher, ryan** **5884 84th ave** **zeeland, MI 49464** | - | | | | | | 260.00 |
| Account No. **xxx6062** | | | | | | | |
| **Bussell, Scott** **116 Canal St.** **Lebanon, OH 45036** | - | | | | | | 715.00 |
| Account No. **xxx8102** | | | | | | | |
| **Busselman, Kelly** **109 Christopher Circle** **Jonathan, NE 68832** | - | | | | | | 79.00 |
| Account No. **xxxx2765** | | | | | | | |
| **Butler, Jason** **314 Foltz Lane** **Muskogee, OK 74403** | - | | | | | | 530.00 |

Sheet no. __174__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **1,809.60**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC** _____ ,    Case No. _____**13-42659**_____
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx5136** | | | | | | | | |
| **Butris, Batoul** **199 Partidrige Drive** **Troy, MI 48098** | - | | | | | | | 202.35 |
| Account No. **xxxx2154** | | | | | | | | |
| **Butts, Rob** **229 Buffalo Dr** **Indianapolis, IN 46217** | - | | | | | | | 479.86 |
| Account No. **xxx3954** | | | | | | | | |
| **Byassee, Amy** **3512 Maxon Road** **Paducah, KY 42001** | - | | | | | | | 514.60 |
| Account No. **xxx4417** | | | | | | | | |
| **Cabrera, Lisa Maria** **255 W. 10th street #4RS** **New York, NY 10014** | - | | | | | | | 828.00 |
| Account No. **xxxx4080** | | | | | | | | |
| **Cacho, Sebastian** **10017 Jessica Street** **Keller, TX 76244** | - | | | | | | | 115.00 |

Sheet no. __175__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,139.81**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,   Case No.   **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0149** <br><br> **Cahill, Caroline** <br> **232 Front Street Apt. 3A** <br> **New York, NY 10038** | - | | | | | | 185.00 |
| Account No. **xxx1941** <br><br> **Caine, Laurel L.** <br> **217 Bryce Ave.** <br> **San Francisco, CA 94080** | - | | | | | | 145.59 |
| Account No. **xxx6158** <br><br> **Calamia, Steven** <br> **7042 Blackridge** <br> **El Paso, TX 79912** | - | | | | | | 177.20 |
| Account No. **xxx7100** <br><br> **Calarco, Kristen A.** <br> **622 Vista Grande Dr** <br> **Colorado Springs, CO 80906** | - | | | | | | 490.62 |
| Account No. **xxx7560** <br><br> **calderin, Luis** <br> **22 lincon street** <br> **new britain, CT 06052** | - | | | | | | 292.50 |

Sheet no. __176__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,290.91**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,      Case No.     **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **California Dreamin' 33133 Vista Del Monte Rd. Temecula, CA 92591** | - | | | | | | | 980.00 |
| Account No. **xxx1799** | | | | | | | | |
| **Callinan, Ryan 6300 Milgen Road Aprt. 1442 Columbus, GA 31907** | - | | | | | | | 213.51 |
| Account No. **xxxx1399** | | | | | | | | |
| **Calvery Road Baptist Church 6811 Beulah St Alexzandria, VA 22310** | - | | | | | | | 3,200.00 |
| Account No. **xxxx3714** | | | | | | | | |
| **Camarena, Rachelle 3301 Lone Hill Lane Encinitas, CA 92024** | - | | | | | | | 414.00 |
| Account No. **xxx1392** | | | | | | | | |
| **Camargo, Francisco 1324 West 6th St Belvedere, IL 61008** | - | | | | | | | 437.15 |

Sheet no. __177__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,244.66

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC** _____,    Case No. ____**13-42659**____
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7329**<br><br>Cameron, Joseph<br>2501 Pinetree Lane<br>Columbia, MO 65203 | - | | | | | | 470.16 |
| Account No. **xxx4009**<br><br>Camilleri, Derek<br>1201 38th St. #6<br>Rapid City, SD 57702 | - | | | | | | 209.94 |
| Account No. **xxx1834**<br><br>Campbell, Kevin  1<br>4611 West 72nd Street<br>Prairie Village, KS 66208 | - | | | | | | 1,278.90 |
| Account No. **xxx7327**<br><br>Campbell, Pamela<br>2509 N 15th St<br>Adel, IA 50003 | - | | | | | | 936.58 |
| Account No. **xxx9926**<br><br>Campbell, Richard<br>2836 Beachnut Rd<br>Charlotte, NC 28208 | - | | | | | | 168.13 |

Sheet no. __178__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,063.71**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,      Case No.      **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9383** <br><br> **Campbell, Taylor** <br> **6763 desert storm ave** <br> **Fort Campbell, KY 42223** | | - | | | | | 313.50 |
| Account No. **xxx9609** <br><br> **Canady, Tiffanee 1** <br> **1918 Fieldstone Way** <br> **Fredrick, MD 21702** | | - | | | | | 1,015.00 |
| Account No. **xxx2074** <br><br> **Candalaria, Nathan** <br> **27 Valentine Rd** <br> **Warminster, PA 18974** | | - | | | | | 443.80 |
| Account No. **xxx3214** <br><br> **Candies, Nelda M** <br> **158 Boras Lane** <br> **DesAllemands, LA 70030** | | - | | | | | 687.00 |
| Account No. **xxx9797** <br><br> **Canfield, David J.** <br> **1122 Oakwood Dr** <br> **DeWitt, MI 48820** | | - | | | | | 215.80 |

Sheet no. __179__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,675.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____ ,        Case No. ____**13-42659**_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3013** <br><br> Canhos, Tara <br> 1815 N Surf Road Apt 704 <br> Hollywood, FL 33019 | | - | | | | | 219.45 |
| Account No. **xxx8462** <br><br> Cannata, Joanne <br> 1900 burlington cir <br> columbia, TN 38401 | | - | | | | | 999.00 |
| Account No. **xxx8901** <br><br> Cannon, Stephen <br> 210 East Continental Blvd <br> South Lake, TX 76092 | | - | | | | | 1,125.00 |
| Account No. **xxx4252** <br><br> Canter, Lenny <br> 19A east cir dr <br> Key west, FL 33040 | | - | | | | | 468.34 |
| Account No. **xxx8103** <br><br> Cantey, Jocelyn <br> 432 S 47th St. <br> Philadelphia, PA 19143 | | - | | | | | 205.43 |

Sheet no. __180__ of __590__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)          3,017.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No. _____**13-42659**_____
                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Canton Air Sports** **14008 Union Ave. NE** **Alliance, OH 44601** | - | | | | | | | | **4,850.00** |
| Account No. **xxx9599** | | | | | | | | | |
| **Cantwell, Valerie** **24006 Canvasback Circle** **Leguna Negel, CA 92677** | - | | | | | | | | **2,220.00** |
| Account No. | | | | | | | | | |
| **Capital City Skydiving MI** **Charleviox State Bank** **111 State Street** **Charlevoix, MI 49720** | - | | | | | | | | **2,940.00** |
| Account No. **xxx8033** | | | | | | | | | |
| **CARBAUGH, JR, HARRY** **1616 Howell Road** **Hagerstown, MD 21740** | - | | | | | | | | **144.99** |
| Account No. **xxx8370** | | | | | | | | | |
| **Cardenas, Nereida** **606 San Antonio street Apartment 9** **Mission, TX 78572** | - | | | | | | | | **586.30** |

Sheet no. _**181**_ of _**590**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,741.29**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              , Case No. **13-42659**
                                      Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4918**<br><br>**Cardona, Mildred**<br>**530 Audubon Ave Apt 26**<br>**New York, NY 10040** | | - | | | | | **340.00** |
| Account No. **xxxx3542**<br><br>**Carey, Catherine**<br>**323 East 43rd Street**<br>**New York, NY 10036** | | - | | | | | **1,250.00** |
| Account No. **xxx6325**<br><br>**Carignan, Jake**<br>**4468 Lewis Tempest Way**<br>**Meridian, ID 83646** | | - | | | | | **421.80** |
| Account No. **xxx3391**<br><br>**Carillo, Maria T**<br>**19010 Bryant Street Apt 2**<br>**Northridge, CA 91324** | | - | | | | | **75.20** |
| Account No. **xxxx0629**<br><br>**Carlone, Joseph**<br>**P.O BOX 238**<br>**WOODSTOCK, CT 06281** | | - | | | | | **6,745.00** |

Sheet no. **182** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **8,832.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                  ,       Case No.    **13-42659**

                               Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9675**<br><br>Carlson, Kevin<br>144 Blue Pine dr<br>Springlake, NC 28390 | - | | | | | | 254.60 |
| Account No. **xxx8683**<br><br>Carlson, Sarah<br>5007 Cottage Glen CT<br>Kingwood, TX 77345 | - | | | | | | 129.60 |
| Account No. **xxx1800**<br><br>Carlson, Stanley<br>15579 Liberty Road<br>Lapine, OR 97739 | - | | | | | | 213.52 |
| Account No. **xxx6351**<br><br>Carlton, Cole<br>4457 Debracy PL<br>Tucker, GA 30084 | - | | | | | | 258.12 |
| Account No. **xxx4157**<br><br>Carlyle, Roy H<br>PO Box 841<br>Warrensburg, MO 64093 | - | | | | | | 761.25 |

Sheet no. __183__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
                   (Total of this page)     **1,617.09**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,    Case No.   **13-42659**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9952**<br><br>**Carmichael, Kelly**<br>**8081 E. Springview Ct**<br>**Anaheim Hills, CA 92808** | - | | | | | | 457.60 |
| Account No. **xxx6114**<br><br>**Carr, Ron**<br>**1235 West St.**<br>**Spartanburg, SC 29301** | - | | | | | | 316.68 |
| Account No. **xxx9086**<br><br>**carrillo, robert**<br>**1020 grand concourse blvd apt 17f**<br>**bronx, NY 10451** | - | | | | | | 777.50 |
| Account No. **xxx4254**<br><br>**Carrington, Tiffany L.**<br>**2806 Southcrest Dr**<br>**Arlington, TX 76016** | - | | | | | | 61.40 |
| Account No. **xxxx3927**<br><br>**Carstens, Larry**<br>**3305 N Illinois Route 23**<br>**Ottawa, IL 61350** | - | | | | | | 325.60 |

Sheet no. __184__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,938.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,        Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6690** | | | | | | | |
| Carswell, Jeffrey 9526 Greenel Rd Damascus, MD 20872 | - | | | | | | 1,733.00 |
| Account No. **xxx0914** | | | | | | | |
| Carter, Allison 70 Indigo Point Drive Charleston, SC 29407 | - | | | | | | 724.78 |
| Account No. **xxx4482** | | | | | | | |
| Carter, Lawrence 19861 Futura Dr Yorba Linda, CA 92886 | - | | | | | | 692.50 |
| Account No. **xxx2036** | | | | | | | |
| Carter, Nicholas 6325 Faulkner DR Jacksonville, FL 32244 | - | | | | | | 394.40 |
| Account No. **xxx0057** | | | | | | | |
| Carwell, John 301 Spring Mist Ct Lexington, SC 29072 | - | | | | | | 376.00 |

Sheet no. __**185**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,920.68**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.        **13-42659**
                                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6866**<br><br>**Cascone, Vincent M.**<br>**1700 S Ann Ct**<br>**Independance, MO 64057** | - | | | | | | 82.24 |
| Account No. **xxx7013**<br><br>**Casey, Gia**<br>**37 powderhorn drive**<br>**kinnelon, NJ 07405** | - | | | | | | 292.56 |
| Account No. **xxx8551**<br><br>**Cash, Whitney**<br>**657 Ward St.**<br>**Eastman, GA 31023** | - | | | | | | 457.18 |
| Account No. **xxx6508**<br><br>**Cassibry, Tomi**<br>**1723 State Street**<br>**Biloxi, MS 39531** | - | | | | | | 659.94 |
| Account No. **xxxx3716**<br><br>**Castaneda, Joe**<br>**13443 Mulberry Dr., Apt. 5**<br>**Whittier, CA 90605** | - | | | | | | 240.60 |

Sheet no. __186__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,732.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,          Case No.   **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7973** <br><br> **Castaneda, Jose** <br> **3148** <br> **El paso, TX 79938** | - | | | | | | 254.95 |
| Account No. **xxx1826** <br><br> **Castillo, Erich** <br> **967 Singing Hills Drive** <br> **Round Lake, IL 60073** | - | | | | | | 485.00 |
| Account No. **xxx9492** <br><br> **Castillo, Miguel C.** <br> **937 B. Kingsbury Rd.** <br> **Clarksville, TN 37043** | - | | | | | | 245.78 |
| Account No. **xxx8372** <br><br> **Castillo, Otto** <br> **8290 Lake Dr apt 235** <br> **Miami, FL 33166** | - | | | | | | 909.48 |
| Account No. **xxx9264** <br><br> **Castillo, Pearl** <br> **44045 15 th street west** <br> **Lancaster, CA 93534** | - | | | | | | 110.50 |

Sheet no. __**187**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,005.71**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                             ,        Case No. ___**13-42659**___
_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2339** | | | | | | | |
| **Castillr, Carlos** **2005 Champions Pkwy** **Lawrenceville, GA 30044** | - | | | | | | 455.00 |
| Account No. **xxx3339** | | | | | | | |
| **Catelli, Declan A** **183 W Anderson Rd** **Sequim, WA 98382** | - | | | | | | 276.00 |
| Account No. **xxxx3625** | | | | | | | |
| **Cation, Monica** **109 Las Lomas Dr** **Austin, TX 78746** | - | | | | | | 1,002.00 |
| Account No. | | | | | | | |
| **Catskill Mountain Balloon** **Michael Ranievi** **PO Box 446** **Oneonta, NY 13820** | - | | | | | | 1,910.00 |
| Account No. **xxx2107** | | | | | | | |
| **Cegielski, Scott** **12214 Ferncrest CT** **Houston, TX 77070** | - | | | | | | 743.75 |

Sheet no. __**188**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                      Subtotal
                                              (Total of this page)        **4,386.75**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____ ,        Case No. ___**13-42659**_____
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1352**<br><br>Cen, Jeny<br>14816 56ST RD<br>Flushing, NY 11355 | | - | | | | | 434.88 |
| Account No. **xxx2433**<br><br>Cenci, Max<br>2110 Grand Ave<br>West Des Moines, IA 50265 | | - | | | | | 787.00 |
| Account No. **xxx8063**<br><br>Cerne, Melanie<br>5210 Pine Needle Ct.<br>Durham, NC 27705 | | - | | | | | 1,036.00 |
| Account No. **xxx4919**<br><br>Cervantes, Sammy<br>423 S. College St<br>Waxahachie, TX 75165 | | - | | | | | 3,150.00 |
| Account No. **xxx5047**<br><br>Chachondia, Shwetal<br>1504 flintwood dr<br>Richardson, TX 75081 | | - | | | | | 1,434.00 |

Sheet no. __**189**_ of __**590**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,841.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                            ,    Case No.    **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4924** Chaggar, Inderpreet 3582 Crawdad Ct Union City, CA 94587 | | - | | | | | 1,983.60 |
| Account No. **xxxx1321** Chambers, Kayla 46 Orpah Drive Elkton, MD 21921 | | - | | | | | 74.92 |
| Account No. **xxx5749** Champagne, Robert G 18635 Hosmer Mill Rd Covington, LA 70435 | | - | | | | | 654.00 |
| Account No. **xxx5222** Chan, Elizabeth 355 South End Ave Apt 29K New York, NY 10280 | | - | | | | | 1,215.50 |
| Account No. **xxx9247** Chan, Ivy-Lai Yi 25 Boerum St Apt 12k Brooklyn, NY 11206 | | - | | | | | 761.04 |

Sheet no. __190__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,689.06**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                              ,      Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2666** <br><br> **Chan, Jenkins** <br> **1501 Calais Drive** <br> **Miami Beach, FL 33141** | - | | | | | | 85.00 |
| Account No. **xxxx3521** <br><br> **Chan, Jonathan** <br> **14453 SW 96 Terr** <br> **Miami, FL 33186** | - | | | | | | 228.00 |
| Account No. **xxxx2617** <br><br> **Chandlee, Thomas** <br> **5521 Pleasent View Road** <br> **Red Lion, PA 17356** | - | | | | | | 77.50 |
| Account No. **xxx1605** <br><br> **Chandra, Mala** <br> **4144 244th Ave. NE** <br> **Redmond, WA 98053** | - | | | | | | 708.50 |
| Account No. **xxx4102** <br><br> **Chandra, Rahul** <br> **441 North Pas Ave Apt 90** <br> **Burbank, CA 91505** | - | | | | | | 248.60 |

Sheet no. __**191**__ of __**590**__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)          1,347.60

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                        ,        Case No.    **13-42659**
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5048** | | | | | | | |
| Chaney, Justin 43355 Hay Road Ashburn, VA 20147 | - | | | | | | 209.90 |
| Account No. **xxx8959** | | | | | | | |
| Chang, Barbara 18 S Rd. Port Washington, NY 11050 | - | | | | | | 287.16 |
| Account No. **xxx8578** | | | | | | | |
| Chang, David C 984 Old Abbott Mountain Rd Prestonsburg, KY 41653 | - | | | | | | 743.85 |
| Account No. **xxx9197** | | | | | | | |
| Chantasi, Kenny 42 Dillingham Place Englewood Cliffs, NJ 07632 | - | | | | | | 1,885.00 |
| Account No. **xxxx2334** | | | | | | | |
| Chao, Chiahsien PO BOX 3042 USAFA, CO 80841 | - | | | | | | 1,471.86 |

Sheet no. __192__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,597.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,          Case No.    **13-42659**
                                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3034** | | | | | | | |
| chaparro, Daniel 5214 75th St. Lubbock, TX 09424 | - | | | | | | 1,137.72 |
| Account No. **xxx5903** | | | | | | | |
| Chapman, Anthony 10 Rock Haven Emangeni   03880 | - | | | | | | 498.30 |
| Account No. **xxx3839** | | | | | | | |
| Chappuis, Rick 7743 Brookgrove ct. Atlanta, GA 30339 | - | | | | | | 438.75 |
| Account No. **xxx9398** | | | | | | | |
| Charania, Shams 3084 River Brook Trail Atlanta, GA 30339 | - | | | | | | 214.75 |
| Account No. **xxxx3484** | | | | | | | |
| Charantharayil, Rohit 280 Marin Blvd Apt 5H Jersey City, NJ 07302 | - | | | | | | 706.20 |

Sheet no. __193_ of _590_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,995.72**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**
                                                                    Case No. __**13-42659**__
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4130**<br><br>**Charlotte County Public Schools**<br>**Marcia Louden**<br>**Pt. Charlotte, FL 33945** | | - | | | | | 3,026.00 |
| Account No. **xxx2392**<br><br>**Chase, Derek**<br>**1233 Winston Ave**<br>**Baltimore, MD 21239** | | - | | | | | 1,498.00 |
| Account No. **xxx8195**<br><br>**Chatham, Jessica**<br>**357 Country Club Cir.**<br>**Minden, LA 71055** | | - | | | | | 528.00 |
| Account No.<br><br>**Chattanooga Skydiving Company**<br>**d/b/a Chattanooga Skydiving Company**<br>**10 Abelia Lane**<br>**Chattanooga, TN 37415** | | - | | | | | 2,462.00 |
| Account No. **xxx7279**<br><br>**Chatur, Siddhant**<br>**8581 Sturbridge Dr**<br>**Cincinatti, OH 45236** | | - | | | | | 490.10 |

Sheet no. __**194**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,004.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                    , Case No.    **13-42659**
                                         Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1801** | | | | | | | |
| **Chau, Alex** **3789 clayston cove** **New haven, IN 46774** | | - | | | | | 639.44 |
| Account No. **xxx8894** | | | | | | | |
| **Chavez, Michael A** **11457 Genova Rd** **Rancho Cucamonga, CA 91701** | | - | | | | | 81.00 |
| Account No. **xxx8905** | | | | | | | |
| **Chehal-Camp, Sirat** **279 Rugged Earth Dr** **Austin, TX 78737** | | - | | | | | 1,322.50 |
| Account No. **xxx9251** | | | | | | | |
| **Chekka, Sesha** **11117 S. Racine Ave Apt 3 F** **Chicago, IL 60607** | | - | | | | | 234.90 |
| Account No. **xxx8907** | | | | | | | |
| **Chelkowski, Anne** **1836 Greenpoint Ave.** **Schenetady, NY 12303** | | - | | | | | 104.00 |

Sheet no. __195__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,381.84

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,   Case No.   **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1430**<br><br>Chen,  HAIWAH ANGELA<br>44 HILL ST, APT 1H<br>MORRISTOWN, NJ 07960 | - | | | | | | 65.00 |
| Account No. **xxx9135**<br><br>Chen, Kanchen<br>103 north College<br>Muncie, IN 47303 | - | | | | | | 819.00 |
| Account No. **xxx2168**<br><br>Chen, Lin<br>3650 Chestnut Street<br>Philadelphia, PA 19104 | - | | | | | | 234.85 |
| Account No. **xxx5404**<br><br>Chen, Ying<br>131 Eldridge St Apt 4B<br>New York, NY 10002 | - | | | | | | 554.99 |
| Account No. **xxxx0510**<br><br>Chenkin, Amanda<br>118 9th St. NE<br>Washington, DC 20002 | - | | | | | | 241.80 |

Sheet no. __196__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,915.64**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              , Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2159**<br><br>Chenna, Ravi<br>1328 Hidden Rdg Apt. 1129<br>Irving, TX 75038 | - | | | | | | 900.90 |
| Account No. **xxx6727**<br><br>Chernick, John<br>8 Rocky Ledge Road<br>Marimax, NH 03054 | - | | | | | | 202.20 |
| Account No. **xxx4704**<br><br>Chertavian, Gerald C.<br>95 Irving St<br>Cambridge, MA 02138 | - | | | | | | 1,813.00 |
| Account No. **xxx6941**<br><br>Chesley, Kurtis<br>4011 Silver Beach Road<br>Ballston Spa, NY 12020 | - | | | | | | 277.30 |
| Account No. **xxx0915**<br><br>Chester, Katrina<br>1131 12th St. Apt 103<br>Santa Monica, CA 90403 | - | | | | | | 208.99 |

Sheet no. __**197**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,402.39

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**
_____,        Case No.    **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8196**<br><br>Chester, Margie<br>3110 Thousand Oaks, Apt. 1227<br>San Antonio, TX 78247 | - | | | | | | 153.73 |
| Account No. **xxx8616**<br><br>Cheung, Charis<br>349 Pointe Dr.<br>Brea, CA 92821 | - | | | | | | 864.60 |
| Account No. **xxx4986**<br><br>Child, Carolyn<br>5080 W 4400 S<br>westhaven, UT 84401 | - | | | | | | 220.52 |
| Account No. **xxx3506**<br><br>Chimento, Megan I<br>288 East Main Street #10<br>Branford, CT 06405 | - | | | | | | 594.00 |
| Account No. **xxx5900**<br><br>Chisholm, Sherri<br>2202 abby Lane<br>Atlanta, GA 30345 | - | | | | | | 230.93 |

Sheet no. __198__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,063.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** ,                                    Case No.   **13-42659**
                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0932** <br><br> Cho, Nino <br> 24780 Stone Pillar Drive <br> Aldie, VA 00020-1205 | - | | | | | | 120.90 |
| Account No. **xxxx3568** <br><br> Choi, Peter <br> 444 Lucas Avenue, Apt. 18 <br> Los Angeles, CA 90017 | - | | | | | | 244.87 |
| Account No. **xxx9976** <br><br> Choudhry, Nashwa <br> 1 Richmond St  Apt 3067 <br> New Brunswick, NJ 08901 | - | | | | | | 185.90 |
| Account No. **xxxx3780** <br><br> Christian, Steve <br> 13723 Chenault Lane <br> College Station, TX 77845 | - | | | | | | 484.16 |
| Account No. **xxx8579** <br><br> Christine, DeeAnne <br> 421 Enclave Circle Apt 306 <br> Costa Mesa, CA 92626 | - | | | | | | 380.00 |

Sheet no. __199_ of __590_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,415.83**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,    Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2940** | | | | | | | |
| Chrzanowski, Laurie 221 Parade St Erie, PA 16507 | | - | | | | | 65.90 |
| Account No. **xxxx2023** | | | | | | | |
| Chu, Chia-Yueh 257 Rollins Anve Rockville, MD 20852 | | - | | | | | 856.00 |
| Account No. **xxx1381** | | | | | | | |
| Church, Michael F 2888 Britt drive argyle, TX 76226 | | - | | | | | 71.55 |
| Account No. **xxx6282** | | | | | | | |
| Church, Pathways 311 W Evergreen DR Appleton, WI 54913 | | - | | | | | 511.56 |
| Account No. **xxx1399** | | | | | | | |
| chylak, matt 20 south 39th street apt s 3 philadelphia, PA 19014 | | - | | | | | 1,341.25 |

Sheet no. __200__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            2,846.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,     Case No.    **13-42659**
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4427** | | | | | | | |
| ciabattoni, Dornino M 2303 A south 12th street st louis, MO 63104 | | - | | | | | 1,435.50 |
| Account No. **xxx0391** | | | | | | | |
| Ciccarella, Richard 5239 Eisenhauer Road Aprt. 2022 San Antonio, TX 78218 | | - | | | | | 1,276.06 |
| Account No. **xxx8874** | | | | | | | |
| Cilurzo, Sheila 132 Sontab Drive Franklin, TN 30764 | | - | | | | | 1,358.50 |
| Account No. **xxxx0578** | | | | | | | |
| Cinzano, Michael 2925 Beiber Wood Lane Silver Springs, MD 20906 | | - | | | | | 1,249.50 |
| Account No. **xxx2650** | | | | | | | |
| Cioffi, Gary 25 Bloomingdale rd hicksville, NY 11801 | | - | | | | | 1,200.00 |

Sheet no. **201** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,519.56**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,     Case No.   **13-42659**
_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4617** | | | | | | | |
| Cismeros, Ricardo 3405 tea rose place el paso, TX 79936 | - | | | | | | 77.41 |
| Account No. **xxxx2619** | | | | | | | |
| Claar, Jennifer B 15414 Raystown Rd Jemes Creek, PA 76657 | - | | | | | | 338.10 |
| Account No. **xxx7322** | | | | | | | |
| Clark, Brian Austin 5126 Meadows Del Mar San Diego, CA 92130 | - | | | | | | 1,170.70 |
| Account No. **xxx9520** | | | | | | | |
| Clark, Christopher 2 P.O. Box 2071 Robbinsville, NC 28771 | - | | | | | | 341.90 |
| Account No. **xxx3848** | | | | | | | |
| clark, clint 77 rockys place kingland, GA 31548 | - | | | | | | 698.00 |

Sheet no. __202__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,626.11

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                    ,    Case No. ___**13-42659**___
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8675** | | | | | | | |
| Clark, Gary 1 706 Defiance St. Wapakoneta, OH 45895 | | - | | | | | 577.54 |
| Account No. **xxx6861** | | | | | | | |
| Clark, Heather 1 3141 Amherst Dallas, TX 75225 | | - | | | | | 347.00 |
| Account No. **xxx8049** | | | | | | | |
| Clark, Jennie 1030 Windarce Tr Sanford, NC 27332 | | - | | | | | 852.00 |
| Account No. **xxx8050** | | | | | | | |
| Clark, Jennie 1 4516 SE Milwakie Ave Portland, OR 97202 | | - | | | | | 661.30 |
| Account No. **xxx4938** | | | | | | | |
| Clark, John 2 1116 S. Patterson Dr Moore, OK 73160 | | - | | | | | 631.80 |

Sheet no. __203__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,069.64**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                        ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0916**<br><br>**Clark, Marsha**<br>**4588 Fig St.**<br>**Golden, CO 80403** | - | | | | | | 269.00 |
| Account No. **xxx2712**<br><br>**Clark, Robert G.**<br>**2199 Innerbelt Business Center Drive**<br>**St. Louis, MO 63114** | - | | | | | | 2,100.00 |
| Account No. **xxx4105**<br><br>**Clarke, Anna**<br>**901 Langley Rd**<br>**Glen Burnie, MD 21060** | - | | | | | | 239.80 |
| Account No. **xxxx3581**<br><br>**Clarkson, Zayna**<br>**11 Bald Eagle Dr**<br>**Paron, AR 72122** | - | | | | | | 248.00 |
| Account No. **xxx7058**<br><br>**Classen, Kristin E**<br>**1306 N King**<br>**Liberal, KS 67901** | - | | | | | | 211.65 |

Sheet no. __204__ of __590__ sheets attached to Schedule of                          Subtotal                3,068.45
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,        Case No.  **13-42659**
                                         Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4299** | | | | | | | |
| Claton, Sean T 168 Long Branch Dr Henrietta, NY 14467 | | - | | | | | 300.30 |
| Account No. **xxx4382** | | | | | | | |
| clayton, kimberly k 106 north greenway street henrietta, TX 76365 | | - | | | | | 366.97 |
| Account No. **xxx6205** | | | | | | | |
| Cleary, William 1340 Stroud Ct New Port Richey, FL 34655 | | - | | | | | 848.00 |
| Account No. **xxx6970** | | | | | | | |
| Clement, Daniel 4515 Phurston Lane Fitzburg, WI 53711 | | - | | | | | 3,000.00 |
| Account No. **xxx0340** | | | | | | | |
| Clemente, Mark A 8520 Charleston Ridge Dr Mason, OH 45040 | | - | | | | | 235.56 |

Sheet no.  **205**  of  **590**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4,750.83**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,          Case No.    **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8960** <br><br> **Clerico, Ryan** <br> **2825 E Cottonwood Pkwy Ste 505** <br> **Salt Lake City, UT 84121** | - | | | | | | **5,400.00** |
| Account No. <br><br> **Cleveland Soaring Society, Inc** <br> **814 S Prospect Rd** <br> **Hartsville, OH 44632** | - | | | | | | **100.00** |
| Account No. **xxx4987** <br><br> **Clevenger, Cliff** <br> **po ox** <br> **Ranchester, WY 82839** | - | | | | | | **419.88** |
| Account No. **xxxx2899** <br><br> **Clevenger, Jonathan** <br> **1201 s joyce st** <br> **arlington, VA 22202** | - | | | | | | **150.99** |
| Account No. **xxx9845** <br><br> **Clevenger, Madeline** <br> **2317 Deaudion St** <br> **Marquette, MI 49855** | - | | | | | | **97.25** |

Sheet no. _**206**_ of _**590**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **6,168.12**

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,    Case No. ___13-42659_____
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx0151** | | | | | | | | |
| **Clifford, Michael** **12364 Harvey Rd** **Clear Spring, MD 21722** | - | | | | | | | 660.00 |
| Account No. **xxxx0934** | | | | | | | | |
| **cline, amy** **po box 111** **zullinger, PA 17272** | - | | | | | | | 712.14 |
| Account No. | | | | | | | | |
| **Cloud 9 Adventures** **14155 Hwy 73, # 9** **Prairieville, LA 70769** | - | | | | | | | 2,125.00 |
| Account No. | | | | | | | | |
| **Cloud Chasers** **3755 Heritage Crest Parkway** **Buford, GA 30519** | - | | | | | | | 125.00 |
| Account No. **xxx9953** | | | | | | | | |
| **Clouse, Katherine** **5537 Mesa Ridge Ln. Apt. F** **Columbus, OH 43231** | - | | | | | | | 256.25 |

Sheet no. __207__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,878.39

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                            ,   Case No.    **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6389**<br><br>**Co, Alistair**<br>**7417 Heatherwood Dr Apt 1A**<br>**Grand Blanc, MO 48439** | - | | | | | | **441.04** |
| Account No. **xxx4525**<br><br>**Coates, Karen**<br>**217 Hickory Ridge Ct**<br>**Argyle, TX 76226** | - | | | | | | **547.58** |
| Account No. **xxx9359**<br><br>**Coates, Scott**<br>**13311 Woodmar Place**<br>**Cedar Lake, IN 46303** | - | | | | | | **298.00** |
| Account No. **xxx8107**<br><br>**Cobds, Roosevelt**<br>**8003 S Colfax Ave**<br>**Chicago, IL 60617** | - | | | | | | **180.18** |
| Account No. **xxx9014**<br><br>**Cochran, Christopher 1**<br>**6 Canal St**<br>**Chickasaw, AL 36611** | - | | | | | | **440.00** |

Sheet no. __208__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,906.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                        ,      Case No. ___**13-42659**___
                                     Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2392**<br><br>Cochran, Wayne<br>554 Congress Hill Rd.<br>Franklin, PA 16323 | - | | | | | | 167.99 |
| Account No. **xxx3865**<br><br>Coe, Kati<br>140 Co. Rd 216<br>Sweetwater, TX 79556 | - | | | | | | 466.16 |
| Account No. **xxx1955**<br><br>Coetzee, Gerhard<br>2083 SW Panther Trace<br>Sturat, FL 34997 | - | | | | | | 475.00 |
| Account No. **xxx4160**<br><br>Cogan, Ali<br>1946 Greymont Street<br>Phildelphia, PA 19116 | - | | | | | | 95.76 |
| Account No. **xxx2130**<br><br>Cogburn, John<br>3200 lenox rd<br>atlanta, GA 30324 | - | | | | | | 110.00 |

Sheet no. __209__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   1,314.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,      Case No. ____**13-42659**____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Cogent Communications - HB** **P.O. Box 791087** **Baltimore, MD 21279-1087** | - | | | | | | 1,970.20 |
| Account No. **xxx4828** | | | | | | | |
| **Cohn, Adam** **434 Grand Ave** **Lake Zurich, IL 60047** | - | | | | | | 408.56 |
| Account No. **xxx2959** | | | | | | | |
| **Colburn, Mary E** **4907 Indian wood road unit 106** **Culver city, CA 90230** | - | | | | | | 976.80 |
| Account No. **xxx1614** | | | | | | | |
| **Cole, Gary C** **115 Pinewood Rd** **Virginia Beach, VA 23451** | - | | | | | | 99.87 |
| Account No. **xxx8065** | | | | | | | |
| **Cole, Neil** **1450 Broadway 3rd Fl** **New York, NY 10018** | - | | | | | | 3,540.00 |

Sheet no. __**210**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **6,995.43**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          ,          Case No.  __**13-42659**__
                                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9846** <br><br> **Cole, Ronald** <br> **1896 Surrey Trail** <br> **Conyers, GA 30013** | | - | | | | | 102.72 |
| Account No. **xxx3342** <br><br> **Colell Brandan, Guillermo** <br> **251 Crandon Bulvd Apt. 105** <br> **Key Biscayne, FL 33149** | | - | | | | | 652.65 |
| Account No. **xxx2169** <br><br> **Collins, Frank** <br> **483 Granger Drive** <br> **Bear, DE 19701** | | - | | | | | 814.87 |
| Account No. **xxx0669** <br><br> **Collins, Patrick 2** <br> **624 B Fleming Street** <br> **Key West, FL 33040** | | - | | | | | 1,909.20 |
| Account No. **xxx9927** <br><br> **Collins, Susan G** <br> **186 Wilson Way** <br> **South Elgin, IL 60177** | | - | | | | | 112.77 |

Sheet no. __**211**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,592.21

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.    **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3569** | | | | | | | |
| **Collins, Wesley** **352 Conventry Rd.** **Virginia Beach, VA 23462** | | - | | | | | 587.78 |
| Account No. | | | | | | | |
| **Comcast 0760693** **PO Box 530098** **Atlanta, GA 30353-0098** | | - | | | | | 70.45 |
| Account No. **xxxx3580** | | | | | | | |
| **Commerce Company One** **P.O. Box 757** **Commerce, GA 30529** | | - | | | | | 2,651.04 |
| Account No. **xxxx3718** | | | | | | | |
| **Compton, Christel** **8125 Keeler St** **Alexandria, VA 22309** | | - | | | | | 686.00 |
| Account No. **xxx6488** | | | | | | | |
| **comtois, ray** **2940 falcon street** **washoe valley, NV 89704** | | - | | | | | 401.70 |

Sheet no. __212__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,396.97**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                     ,   Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0059**<br><br>Conaway, Sarena<br>8822 Indigo Lane<br>Ypsilanti, MI 48197 | - | | | | | | 108.32 |
| Account No. **xxx9007**<br><br>Conboy, Michael<br>4 Ward Ave<br>South Deerfield, MA 01373 | - | | | | | | 359.00 |
| Account No. **xxx6899**<br><br>Conkright, Robert K<br>11909 Arabian Trail<br>Austin, TX 78759 | - | | | | | | 102.00 |
| Account No. **xxx7367**<br><br>Conlon, Josh<br>2577 North Stowell Ave. aptB<br>Milwaukee, WI 53211 | - | | | | | | 1,683.78 |
| Account No. **xxxx2241**<br><br>Connery, Mimi<br>336 Canal Street 2W<br>New York, NY 10013 | - | | | | | | 1,058.20 |

Sheet no. __213_ of _590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,311.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                                 ,          Case No.        **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2878** | | | | | | | |
| Connolly, Lonna<br>PO BOx 726<br>Heber, AZ 85928 | | - | | | | | 176.00 |
| Account No. **xxx4002** | | | | | | | |
| Connor, Martin<br>13474 Robleda Road<br>Los Altos Hills, CA 94022 | | - | | | | | 1,538.40 |
| Account No. **xxx5856** | | | | | | | |
| connor, martin 1<br>112 cumberland place<br>bryn mart, PA 19010 | | - | | | | | 1,420.80 |
| Account No. **xxx4003** | | | | | | | |
| Conover, Dawn<br>403 Jackson Ave<br>Dunellen, NJ 08812 | | - | | | | | 82.00 |
| Account No. **xxx4150** | | | | | | | |
| Conoway, Gary<br>2900 E Lincoln Ave unit 246<br>Anaheim, CA 92806 | | - | | | | | 303.34 |

Sheet no. __214__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,520.54

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,          Case No. ____13-42659_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7945**<br><br>**Conrad, Gunnar**<br>**P.O. Box 2606**<br>**Durango, CO 81302** | - | | | | | | 2,240.00 |
| Account No. **xxxx3686**<br><br>**Contenco, Dean**<br>**620 Busch Garden Lane**<br>**Pasadena, CA 91105** | - | | | | | | 497.74 |
| Account No. **xxx4528**<br><br>**Contreras, Lucy**<br>**927 valley view circle**<br>**Red oak, TX 75154** | - | | | | | | 492.10 |
| Account No. **xxx9939**<br><br>**Cook, Jeffrey**<br>**1200 C Buena Vista St.**<br>**Pittsburgh, PA 15212** | - | | | | | | 619.20 |
| Account No. **xxxx3911**<br><br>**Cook, Jeffrey T.**<br>**3249 Randall Street**<br>**Jacksonville, FL 32205** | - | | | | | | 479.10 |

Sheet no. __215__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,328.14

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                      ,     Case No.  **13-42659**
                                                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2182** | | | | | | | | |
| Cook, Kassidy 3615 N. Union ave Shawnee, OK 74804 | | - | | | | | | 816.24 |
| Account No. **xxx2800** | | | | | | | | |
| Cook, Kelli R 224 40th Ave NE Great Falls, MT 59404 | | - | | | | | | 666.40 |
| Account No. **xxx4335** | | | | | | | | |
| Cook, Michael 1 8001 Winding stream drive Denton, TX 76210 | | - | | | | | | 427.02 |
| Account No. **xxx0348** | | | | | | | | |
| cool, peter matthew 1156 east maide marian willamston, MI 48895 | | - | | | | | | 1,124.80 |
| Account No. **xxx4829** | | | | | | | | |
| Cooper, Brea 1018 Woodcrest Walk Lithonia, GA 30058 | | - | | | | | | 185.83 |

Sheet no. **216** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **3,220.29**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          ,     Case No.  **13-42659**
                                      Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3831** | | | | | | | |
| **Cooper, Danielle**<br>**181 Autumn Wind Ct**<br>**Warrenton, VA 20186** | | - | | | | | 471.40 |
| Account No. **xxx1160** | | | | | | | |
| **Cooper, Jill**<br>**506 Leef St. Apt D**<br>**Mt. Gilead, OH 43338** | | - | | | | | 544.64 |
| Account No. **xxx0052** | | | | | | | |
| **cooper, jody**<br>**206 galaxy**<br>**lafayette, LA 70506** | | - | | | | | 722.50 |
| Account No. **xxx3539** | | | | | | | |
| **Copacino, Allyson L**<br>**722 NE Shaver St**<br>**Portland, OR 97212** | | - | | | | | 164.00 |
| Account No. **xxx9855** | | | | | | | |
| **copland, wallace h**<br>**1574 penniman road**<br>**williamsburg, VA 23185** | | - | | | | | 1,163.50 |

Sheet no. __217__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,066.04**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    , Case No.  **13-42659**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1921** | | | | | | | |
| Coppinger, Jon 5424 Cassandra Smith Hixson, TN 37343 | - | | | | | | 78.04 |
| Account No. **xxx7998** | | | | | | | |
| Coppolino, Joseph 11 Rosewood Dr. Saco, ME 04072 | - | | | | | | 1,080.00 |
| Account No. **xxx3361** | | | | | | | |
| Cordes, Arron 293 Hudson Ave No.1 Albany, NY 12210 | - | | | | | | 352.80 |
| Account No. **xxx8378** | | | | | | | |
| Cordova, Ron 2695 Pine Run Road Las Vegas, NV 89135 | - | | | | | | 324.30 |
| Account No. **xxx8716** | | | | | | | |
| Corley, Deannie 55 Sharp Dr Carrolton, GA 30117 | - | | | | | | 99.94 |

Sheet no. __218__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,935.08**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          ,         Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9583** <br><br> **Corman, Roger** <br> **3007 north beverly glen circle** <br> **los angeles, CA 90077** | | - | | | | | **1,609.37** |
| Account No. **xxx6777** <br><br> **Corona Diago, Carmen N.** <br> **5531 E 81st st** <br> **Indianapolis, IN 46250** | | - | | | | | **268.50** |
| Account No. **xxx8862** <br><br> **Corrigan, Randy** <br> **5569 Caminito Mundano** <br> **San Diego, CA 92130** | | - | | | | | **387.15** |
| Account No. **xxx3016** <br><br> **Cortez, Pedro** <br> **2239 Cromwell Cir Apt 1111** <br> **Austin, TX 78741** | | - | | | | | **383.75** |
| Account No. **xxxx1735** <br><br> **Cortinas, Jose** <br> **365 CR 672 West** <br> **Natalia, TX 78059** | | - | | | | | **64.16** |

Sheet no. __219__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,712.93**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    , Case No.   **13-42659**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8815** | | | | | | | |
| **Costell, Jeffrey I** **5575 bill cody road** **Hidden hills, CA 91302** | | - | | | | | 917.60 |
| Account No. **xxx5909** | | | | | | | |
| **Costilow, Chrystal** **153 New Hope Road** **Winona, MS 38967** | | - | | | | | 868.00 |
| Account No. **xxxx3570** | | | | | | | |
| **Cotnoir, Preston** **14640 Timber Point** **Milton, GA 30004** | | - | | | | | 536.35 |
| Account No. **xxx7591** | | | | | | | |
| **Cotter, Daniel** **202 Park Terrace Court Apt 20** **Vienna, VA 22180** | | - | | | | | 79.80 |
| Account No. **xxx4485** | | | | | | | |
| **Cotterman, Kathleen** **1320 Buena Vista Blvd** **Panama City, FL 32401** | | - | | | | | 243.22 |

Sheet no. __220__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,644.97**

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,                Case No. ___13-42659_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4911**<br><br>**Cottrell, Brandon**<br>**9482 west stargazer dr.**<br>**penelton, IN 46064** | - | | | | | | 1,245.00 |
| Account No. **xxx7341**<br><br>**Coulibaly, Charles**<br>**3901 Parkview Lane**<br>**Irvine, CA 92612** | - | | | | | | 548.10 |
| Account No. **xxxx3135**<br><br>**Cousin, Jaime**<br>**348 Roedling St #17**<br>**Brooklyn, NY 11211** | - | | | | | | 317.20 |
| Account No. **xxx2987**<br><br>**Coveney, Patrick**<br>**18218 North 52nd St.**<br>**Scottsdale, AZ 85254** | - | | | | | | 387.00 |
| Account No. **xxx6479**<br><br>**Covert, Travis**<br>**6910 Cansfield**<br>**Katy, TX 77494** | - | | | | | | 87.23 |

Sheet no. __221__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,584.53

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                      ,     Case No.  **13-42659**
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8717** <br><br> **Cowart, Sean** <br> **2470 East Sierra Avenue** <br> **Fresno, CA 93710** | - | | | | | | 464.72 |
| Account No. **xxx3126** <br><br> **Cox, Christopher** <br> **405 West Viola Ave** <br> **Yakima, WA 98902** | - | | | | | | 556.00 |
| Account No. **xxx4177** <br><br> **Cox, Daniel 1** <br> **55 pharr rd apt #f 201** <br> **atlanta, GA 30305** | - | | | | | | 94.81 |
| Account No. **xxxx1527** <br><br> **Cox, Dennis** <br> **7453 Telegraph Rd** <br> **Temperance, MI 48182** | - | | | | | | 398.75 |
| Account No. **xxx4522** <br><br> **Cox, Diane** <br> **13631 Brandy Oaks rd** <br> **Chesterfield, VA 23832** | - | | | | | | 648.00 |

Sheet no. **222** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 2,162.28

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,      Case No.    **13-42659**
                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0685** | | | | | | | |
| **Cox, Jason** 679 Dillon Dr Spring Creek, NV 89815 | | - | | | | | 698.75 |
| Account No. **xxx9429** | | | | | | | |
| **Cozad, Deven** 10310 Short Lane SW Lakewood, WA 98490 | | - | | | | | 565.20 |
| Account No. **xxx4013** | | | | | | | |
| **Crabtree, Barry** 700 Martins Lane Evansville, IN 47715 | | - | | | | | 1,087.50 |
| Account No. **xxx4831** | | | | | | | |
| **Craig, Chase** 3025 Hydrus Dr Orlando, FL 32828 | | - | | | | | 109.90 |
| Account No. **xxx8199** | | | | | | | |
| **Cram, Susan** 2032 Main Street Warheese, NJ 08043 | | - | | | | | 94.46 |

Sheet no. __223__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **2,555.81**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    , Case No.   **13-42659**
                                         Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5359** <br><br> Cranford, Derek C <br> 7008 Andalucia Ln <br> Killeen, TX 76542 | - | | | | | | 507.60 |
| Account No. **xxx4161** <br><br> Craven, Daniel <br> 2301 S. Mopach Apt 1033 <br> Austin, TX 78746 | - | | | | | | 247.40 |
| Account No. **xxx3258** <br><br> Crawford, Greg <br> 3557 Glenn Hwy <br> Cambridge, OH 43725 | - | | | | | | 959.60 |
| Account No. **xxx7937** <br><br> Crawford, Josiah <br> 5406 1/2 Lemon Grove Ave. <br> Los Angeles, CA 90038 | - | | | | | | 520.70 |
| Account No. **xxx4422** <br><br> Crawford, Traci <br> 423 Silver Creek dr <br> Duncanville, TX 75137 | - | | | | | | 419.75 |

Sheet no. **224** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,655.05**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                  ,        Case No.  **13-42659**
                                         Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5932** <br><br> **Crawley, Brian** <br> **885 stonechase** <br> **lake mary, FL 32746** | - | | | | | | 414.80 |
| Account No. **xxx4832** <br><br> **Crisanti, Matthew 1** <br> **6256 Winterfred drive** <br> **Fort Worth, TX 76133** | - | | | | | | 468.75 |
| Account No. **xxx6002** <br><br> **Cristelli, Shane** <br> **230 N Broadway** <br> **Ada, OK 74820** | - | | | | | | 389.00 |
| Account No. **xxx5545** <br><br> **Crocco, Kim** <br> **2693 South Bamby Lane** <br> **Atlanta, GA 30319** | - | | | | | | 199.84 |
| Account No. **xxx7022** <br><br> **Croft, Michelle** <br> **900 SE Centerpointe Dr p106** <br> **Corvallis, OR 97333** | - | | | | | | 178.75 |

Sheet no. __225__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **1,651.14**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    , Case No.   **13-42659**
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8075** | | | | | | | |
| Crone, Andrew 1671 8th street drive nw hickory, NC 28601 | - | | | | | | 136.70 |
| Account No. **xxx1956** | | | | | | | |
| Crook, Jesse 5620 S. Colony Apt 1105 The Colony, TX 75035 | - | | | | | | 501.60 |
| Account No. **xxx0690** | | | | | | | |
| Crook, Joy 186 Oonoga Way Loudon, TN 37774 | - | | | | | | 1,573.00 |
| Account No. **xxx3258** | | | | | | | |
| Crooks, Julian 840 Del Mont Dr. Winwood, PA 19096 | - | | | | | | 233.99 |
| Account No. **xxxx3365** | | | | | | | |
| Cropper, Jessica 4325 Ocean drive Corpus, TX 78412 | - | | | | | | 427.50 |

| | | |
|---|---|---|
| Sheet no. __226__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,872.79 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                            ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3569**<br><br>Crosby, Thomas<br>7753 High Village Dr<br>Houston, TN 77095 | | - | | | | | 943.80 |
| Account No. **xxx8390**<br><br>Cross, Joshua<br>1409 whispering cove trl<br>fort worth, TX 76134 | | - | | | | | 489.06 |
| Account No. **xxx0609**<br><br>Crouse, Josh<br>10 Kingsbury Way<br>Hampton, VA 23666 | | - | | | | | 430.16 |
| Account No. **xxx2035**<br><br>Crow, Lynn<br>1900 E. Ocean Blvd Apt 1517<br>Long Beach, CA 90802 | | - | | | | | 729.49 |
| Account No. **xxx4012**<br><br>Crow, Phillip<br>2651 South Polaris Dr<br>Fort Worth, TX 76137 | | - | | | | | 1,701.00 |

Sheet no. __227__ of __590__ sheets attached to Schedule of          Subtotal          | 4,293.51 |
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,     Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9478**<br><br>Crowder, Walt<br>2006 San Miguel Dr.<br>Friendswood, TX 77546 | | - | | | | | 451.90 |
| Account No. **xxx4717**<br><br>Crowe , Justin W<br>600 Willow Oak Drive<br>Dardanelle, AR 72834 | | - | | | | | 109.15 |
| Account No. **xxx3395**<br><br>Crozier, Jonathan<br>PO Box 721<br>San Clemente, CA 92674 | | - | | | | | 829.00 |
| Account No. **xxx8831**<br><br>Crum, Kyle J<br>4807 somerset rd<br>riverdale, MD 20737 | | - | | | | | 269.99 |
| Account No. **xxx1523**<br><br>Cruz, Francisco<br>8405 North Hines Ave.<br>Tampa, FL 33614 | | - | | | | | 403.00 |

Sheet no. __228_ of __590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,063.04

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                            ,        Case No. __**13-42659**__
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2833** | | | | | | | |
| **Cuellar, Miguel** **406 1/2 North Alisos Street** **Santa Barbara, CA 93013** | - | | | | | | 100.20 |
| Account No. **xxx0649** | | | | | | | |
| **Culbreath, Corey** **113 W Monument st** **Baltimore, MD 21201** | - | | | | | | 582.00 |
| Account No. **xxx3127** | | | | | | | |
| **Culhane, Daniell** **1541 upingham Drive** **Thousand Oaks, CA 91360** | - | | | | | | 231.80 |
| Account No. **xxx7683** | | | | | | | |
| **Cumbo, Christopher** **417 Texas Ave** **Hewitt, TX 76643** | - | | | | | | 242.00 |
| Account No. **xxx1483** | | | | | | | |
| **Cummings, John 1** **10 perimeter summit 4108** **atlanta, GA 30319** | - | | | | | | 1,375.00 |

Sheet no. __**229**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,531.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC** _____,    Case No. _____**13-42659**_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8473** <br><br> **Curbelo, Kimberly** <br> **2045 Holland Ave.** <br> **Bronx, NY 10462** | | - | | | | | 392.85 |
| Account No. **xxx6270** <br><br> **Curby, Sarah** <br> **1721 North Hoyne Ave** <br> **Chicago, IL 60647** | | - | | | | | 768.00 |
| Account No. **xxx0968** <br><br> **Currence, Eric** <br> **824 Oak Arbor Court** <br> **Clarksville, TN 37040** | | - | | | | | 1,480.00 |
| Account No. **xxx7830** <br><br> **Curry, Jarius** <br> **203 Lincoln St. Apt. a** <br> **Jackson, TN 38301** | | - | | | | | 208.38 |
| Account No. **xxx3142** <br><br> **Curry, Thomas** <br> **28676 East 138th St South** <br> **Coweta, OK 74429** | | - | | | | | 153.00 |

Sheet no. _**230**_ of _**590**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,002.23**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,        Case No.   **13-42659**
                                                   Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7453** | | | | | | | |
| Curtis, Angela 203 Dickenson Ct Pemberton, NJ 08068 | - | | | | | | 1,458.60 |
| Account No. **xxx2843** | | | | | | | |
| Cusack, Liam 1 Gate Court Billington Township, NJ 08016 | - | | | | | | 184.44 |
| Account No. **xxx5360** | | | | | | | |
| Cutshaw, Kenneth 980 Hammond Dr. Suit 1100 Atlanta, GA 30328 | - | | | | | | 91.99 |
| Account No. **xxx4641** | | | | | | | |
| cvetkov, radoslav r 305 West willow road prospect heights, IL 60070 | - | | | | | | 962.16 |
| Account No. | | | | | | | |
| D&R Balloons 5025 Allen Lane North Las Vegas, NV 89031 | - | | | | | | 350.00 |

Sheet no. __231__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,047.19

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC** , Case No. **13-42659**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx4233** Dace, Joshua 19622 Cypress Drive Morrison, CO 80465 | | - | | | | | | 328.90 |
| Account No. **xxx7045** Dacus, Callie 102 Tonkawa trail buffalo gap, TX 79508 | | - | | | | | | 494.80 |
| Account No. **xxxx1796** Dadeo, Richard 1020 Lake Sumter Landing The Villages, FL 32162 | | - | | | | | | 5,538.75 |
| Account No. **xxx7644** Dalrymple, Robert 9000 W Sunset Blvd W. Hollywood, CA 90069 | | - | | | | | | 7,180.00 |
| Account No. **xxx3362** Damato, Gary 510 Tysens Ln. Staton Island, NY 10306 | | - | | | | | | 117.00 |

Sheet no. **232** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 13,659.45

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                        ,    Case No.    **13-42659**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Damn Yankee Balloons** **241 Weld Street** **Dixfield, ME 04224** | | | | | | | **2,220.00** |
| Account No. **xxx0392** | | - | | | | | |
| **Damon, Heidi** **2021 N Lemans Blvd.#7207** **Tampa, FL 33607** | | | | | | | **170.00** |
| Account No. **xxx7463** | | - | | | | | |
| **Damti, Clara** **3600 Amla Rd Apt 4514** **Richardson, TX 75080** | | | | | | | **150.15** |
| Account No. **xxx2668** | | - | | | | | |
| **Dancer, Sheilah** **16207 South 26th St** **Phoenix, AZ 85408** | | | | | | | **196.92** |
| Account No. | | - | | | | | |
| **Dancing On Air Balloons** **70 Plum Brook Road** **Flemington, NJ 08822** | | | | | | | **1,295.00** |

Sheet no. __233__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **4,032.07**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,    Case No.    **13-42659**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4529** <br><br> **Daniels, Thomas** <br> **740 Seminole Ave** <br> **Orlando, FL 32804** | - | | | | | | **96.00** |
| Account No. **xxx3089** <br><br> **Dardenne, Yves** <br> **3403 200 West Central** <br> **Tracey, CA 95376** | - | | | | | | **364.00** |
| Account No. **xxxx1440** <br><br> **Darreira, Lourdes** <br> **845 SW 148 Place** <br> **Miami, FL 33194** | - | | | | | | **2,549.00** |
| Account No. **xxx3984** <br><br> **Dart, Dennis** <br> **11415 NE 128th St suite 110** <br> **Kirkland, WA 98034** | - | | | | | | **4,953.00** |
| Account No. **xxx3128** <br><br> **Darwin, Courtney** <br> **6489 Stags Leap Rd.** <br> **Fanger, TX 76266** | - | | | | | | **741.00** |

Sheet no. __234__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **8,703.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                ,     Case No.   **13-42659**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5859**<br><br>**Datte, Chuck**<br>**8916 Calliandra Rd**<br>**San Diego, CA 92126** | - | | | | | | 339.00 |
| Account No. **xxx2730**<br><br>**Daudelin, Douglas**<br>**1967 Red Oak dr.**<br>**Franklin, IN 46131** | - | | | | | | 553.00 |
| Account No. **xxx7562**<br><br>**Daugherty, Joseph**<br>**902 Kings grant rd**<br>**Willmington, NC 28405** | - | | | | | | 1,495.00 |
| Account No.<br><br>**David Beardslee Hang Gliding**<br>**18860 Dexter Avenue**<br>**Lake Elsinore, CA 92532** | - | | | | | | 600.00 |
| Account No. **xxx2238**<br><br>**davidson, colleen**<br>**201 garrison cresent**<br>**fafkapoon, 51 s7h27** | - | | | | | | 702.58 |

Sheet no. **235** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **3,689.58**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                    ,    Case No.    **13-42659**
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx1155** | | | | | | | | |
| Davies, Robert E 3505 Timberwood Road Munhall, PA 15120 | | - | | | | | | 1,953.60 |
| Account No. **xxx4336** | | | | | | | | |
| Davis, April 1 13198 W Palm Lane Goodyear, AZ 85395 | | - | | | | | | 86.60 |
| Account No. **xxx6901** | | | | | | | | |
| Davis, Jared A. 9232 W Viking rd Las Vegas, NV 89147 | | - | | | | | | 100.15 |
| Account No. **xxx7879** | | | | | | | | |
| Davis, Matthew 2 4372 Roscommon Way Dublin, CA 94568 | | - | | | | | | 348.60 |
| Account No. **xxx5765** | | | | | | | | |
| Davis, Norm 819 Grant St Endicott, NY 13760 | | - | | | | | | 496.00 |

Sheet no. __236__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,984.95**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,       Case No.   **13-42659**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8721** | | | | | | | |
| Davis, Ronisha 9335 S 8th Ave. Inglewood, CA 90305 | | - | | | | | 274.05 |
| Account No. **xxx9717** | | | | | | | |
| Davis, Roy PO Box 131 Leroy, TX 76654 | | - | | | | | 441.36 |
| Account No. **xxx5455** | | | | | | | |
| Davis, William 3 1772 Harcor drive Pittsburgh, PA 15226 | | - | | | | | 479.80 |
| Account No. **xxx6413** | | | | | | | |
| Davis-Warren, Makhira 1320 Truemper st San Antonio, TX 78236 | | - | | | | | 226.08 |
| Account No. **xxx3131** | | | | | | | |
| Day, Conney 180 county rd 850 buna, TX 77612 | | - | | | | | 214.40 |

Sheet no. __237__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,635.69**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                            , Case No.   **13-42659**
                                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3319** <br><br> Day, Dewayne A. <br> 8123 Heatherton Lane 202 <br> Vienna, VA 22180 | - | | | | | | 301.00 |
| Account No. <br><br> Daybreak Ballooning <br> 626 Thomasville Drive <br> Medford, OR 97504 | - | | | | | | 350.00 |
| Account No. <br><br> DC Skydiving Center <br> Charlevoix State Bank <br> 111 State Street <br> Charlevoix, MI 49720 | - | | | | | | 53,250.00 |
| Account No. **xxx0420** <br><br> De Guzman, Alma <br> 10980 Chambeau Way <br> Elk Grove, CA 95624 | - | | | | | | 106.50 |
| Account No. **xxx9731** <br><br> De Los Santos, Goodrich Dizon <br> 1 E Julian St. Apt 212 <br> San Jose, CA 95112 | - | | | | | | 406.30 |

Sheet no. __238__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **54,413.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,     Case No. _____**13-42659**_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2196**<br><br>De Mott, John<br>5602 Woodrow Avenue #204<br>Austin, TX 78756 | - | | | | | | 112.97 |
| Account No. **xxx2190**<br><br>Dean, Derek<br>206 Shades Crest Road<br>Birmingham, AL 35226 | - | | | | | | 1,123.75 |
| Account No. **xxx2233**<br><br>Dean, Melinda 1<br>130 Century Ln<br>Clyde, TX 79510 | - | | | | | | 964.32 |
| Account No. **xxx2239**<br><br>Deck, Eric<br>1391 saxony sw<br>palm bay, FL 32908 | - | | | | | | 1,147.00 |
| Account No. **xxx9011**<br><br>Decker, Crystal<br>152 East Lake Street<br>Camden, TN 38320 | - | | | | | | 555.94 |

Sheet no. __239__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,903.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,      Case No. ___**13-42659**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1317** | | | | | | | |
| Deckert, Lori J 6912 Spelman Dr Springfield, VA 22153 | | - | | | | | 73.90 |
| Account No. **xxx5885** | | | | | | | |
| Deep, Martha 256 kobert avenue lebanon, KY 40033-1430 | | - | | | | | 255.00 |
| Account No. **xxx5825** | | | | | | | |
| DEFREITAS, LISA 20100 Hardwood Ter Ashburn, VA 20147 | | - | | | | | 488.00 |
| Account No. **xxx1413** | | | | | | | |
| DeHaas, Jeanne 1 126 Jenjo Dr Bellfonte, PA 16823 | | - | | | | | 148.00 |
| Account No. **xxx6026** | | | | | | | |
| Dehart, Chris 8046 High Crost ne drive leland, NC 28451 | | - | | | | | 552.00 |

Sheet no. __240__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,516.90

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,      Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2792**<br><br>**Deines, Robert**<br>**2151 East Broadway Rd Suite 111**<br>**Tempe, AZ 85282** | - | | | | | | 1,756.50 |
| Account No. **xxx7263**<br><br>**Deitrich, Mitchell C.**<br>**1837 barnard rd**<br>**wooster, OH 44691** | - | | | | | | 606.10 |
| Account No. **xxx2348**<br><br>**Delamar, Marguerite**<br>**169 Marlow Ln.**<br>**Albany, GA 31721** | - | | | | | | 709.80 |
| Account No. **xxx4878**<br><br>**Delaney, Daniel**<br>**185 S. Fourth St apt . 5B**<br>**Brooklyn, NY 11211** | - | | | | | | 478.80 |
| Account No. **xxx4007**<br><br>**Delaney, Patricia**<br>**2167 Alexander Drive**<br>**Norrtispown, PA 19403** | - | | | | | | 359.99 |

Sheet no. __241__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         3,911.19

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          ,        Case No.    **13-42659**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2834** | | | | | | | |
| Deleon, Brandy 102 Country village drive Youngville, LA 70592 | - | | | | | | 308.13 |
| Account No. **xxx4666** | | | | | | | |
| Delgadillo, lilia 2505 Fernandez Dr sacramento, CA 95822 | - | | | | | | 825.00 |
| Account No. **xxx2634** | | | | | | | |
| Dell, Benjamin 143 Read St New York, NY 10013 | - | | | | | | 4,500.00 |
| Account No. **xxx0048** | | | | | | | |
| Dellorso, Philip 2586 running wolf trail Odenton, MD 21113 | - | | | | | | 401.25 |
| Account No. **xxx9112** | | | | | | | |
| Dempsey, Connie 5009 Pacific hwy East Suite 10-0 Fife, WA 98424 | - | | | | | | 611.00 |

Sheet no. __242__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,645.38**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                    , Case No.    **13-42659**
                                  Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3794** | | | | | | | |
| **Dempsey, Sara** **804 Washington St. S** **Twin Falls, ID 83301** | | - | | | | | 428.30 |
| Account No. **xxx4423** | | | | | | | |
| **Den-Hamou, Danielle** **1504 West Ave** **Miami Beach, FL 33139** | | - | | | | | 243.15 |
| Account No. **xxx9498** | | | | | | | |
| **Denmark, Inga** **27020 104th Ave SE** **Kent, WA 98030** | | - | | | | | 320.00 |
| Account No. **xxx4068** | | | | | | | |
| **Dennison, Lisa** **6501 se 157th place** **oklahoma city, OK 73165** | | - | | | | | 678.99 |
| Account No. **xxx0117** | | | | | | | |
| **Denton, Ramona** **5042 wilshire blvd. #15666** **Los Angeles, CA 90036** | | - | | | | | 362.97 |

Sheet no. __243__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,033.41**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,     Case No.    **13-42659**
                            Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2367**<br><br>**Desai, Hardik**<br>**204 Arbor Lake Blvd**<br>**Hermitage, TN 37076** | - | | | | | | 697.20 |
| Account No. **xxx5791**<br><br>**Devereaux, Anna**<br>**3506 East Copper Kettle Way**<br>**Orange, CA 92867** | - | | | | | | 453.60 |
| Account No. **xxx1884**<br><br>**Devers, Jenna**<br>**8915 Distant Woods Drive**<br>**Houston, TX 77095** | - | | | | | | 306.36 |
| Account No. **xxx4836**<br><br>**Dewaard, Kaitlyn**<br>**275 Grove St. Suite 2-130**<br>**Newton, MA 02466** | - | | | | | | 6,894.00 |
| Account No. **xxx4624**<br><br>**Dewitt, Stephanie A**<br>**3398 shire cirlce**<br>**castle rock, CO 80104** | - | | | | | | 981.24 |

Sheet no. __244__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,332.40**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    , Case No.    **13-42659**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2345**<br><br>dhang, jing<br>1034 southwest taylor street<br>portland, OR 97205 | - | | | | | | 1,554.00 |
| Account No. **xxx3540**<br><br>Dhru, Shailini<br>2450 West Pecos Rd. Apt 2027<br>Chandler, AZ 85224 | - | | | | | | 153.01 |
| Account No. **xxx8384**<br><br>Dial, Scott 1<br>1011 Harness<br>Richardson, TX 75081 | - | | | | | | 2,341.62 |
| Account No. **xxxx1949**<br><br>Dials, Meghann<br>3231 Van Tassell Drive<br>Indianapolis, IN 46240 | - | | | | | | 492.90 |
| Account No. **xxx2241**<br><br>Dias, Phil<br>3702 42ND AVE<br>BRENTWOOD, MD 20722 | - | | | | | | 107.45 |

Sheet no. __245__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,648.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,   Case No.   **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2242** <br><br> **Diaz, Frank** <br> **13941 south west 16th street** <br> **Miami, FL 33175** | - | | | | | | 491.91 |
| Account No. **xxx1080** <br><br> **Dibernardo, Lisa** <br> **610 Dover Chase Blvd.** <br> **Toms River, NJ 08755** | - | | | | | | 810.00 |
| Account No. **xxx1424** <br><br> **Dickinson, Elizabeth** <br> **1010 Delta Blvd Apt 105** <br> **Atlanta, GA 30354** | - | | | | | | 2,028.60 |
| Account No. **xxx7363** <br><br> **dickson, gregory** <br> **2920 signal creek place** <br> **Thornton, CO 80241** | - | | | | | | 814.00 |
| Account No. **xxx3216** <br><br> **Dickson, Lisa 1** <br> **3884 Brigadoon DR** <br> **Cincinnati, OH 45255** | - | | | | | | 246.00 |

Sheet no. __246__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 4,390.51 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,    Case No. ___13-42659_____
　　　　　　　　　　　　　　Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx4837 | | | | | | | | |
| Diekema, Laura 2400 El Camino Real Seirra Vista, AZ 85635 | - | | | | | | | 82.60 |
| Account No. xxx0993 | | | | | | | | |
| Diesbourg, Terrie 19801 Lookout Lane Eustis, FL 32726 | - | | | | | | | 223.08 |
| Account No. xxx4164 | | | | | | | | |
| Diez, Claudia 6019 Chipola Circle Orlano, FL 32809 | - | | | | | | | 362.50 |
| Account No. xxx6492 | | | | | | | | |
| Diggins, Ashlye 10600 Davis Ave apt2 woodstock, MD 21163 | - | | | | | | | 516.50 |
| Account No. xxx1129 | | | | | | | | |
| Dillon, Brandy 2491 Ledgewood Dr. West Jordan, UT 84084 | - | | | | | | | 87.60 |

Sheet no. __247__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　1,272.28

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                   ,        Case No.  **13-42659**
                                   Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2636** | | | | | | | | |
| Dimare, Thomas PO Box 517 Newman, CA 95360 | | - | | | | | | 2,772.00 |
| Account No. **xxx4527** | | | | | | | | |
| Dimsey, Esmeralda O 4403 Battery Hill Ln Fredricksburg, VA 22408 | | - | | | | | | 328.06 |
| Account No. **xxx9965** | | | | | | | | |
| Dinapoli, Elvira Rose 23 Merrimac Way Unit G Tyngsboro, MA 01079 | | - | | | | | | 294.52 |
| Account No. **xxx4528** | | | | | | | | |
| Dinsey, Esmeralda O 4403 Battery Hill Ln Fredricksburg, VA 22408 | | - | | | | | | 164.03 |
| Account No. **xxx1428** | | | | | | | | |
| dinzeo, joseph l 909 centerbrook drive brandon, FL 33511 | | - | | | | | | 350.35 |

Sheet no. __248_ of __590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,908.96**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,     Case No.   **13-42659**
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6986** | | | | | | | |
| **Dippolito, Benjamin** **14623 Murrey Rd SW Apt 13** **Lakewood, WA 98439** | | - | | | | | 292.59 |
| Account No. **xxx7883** | | | | | | | |
| **Dirksen, Scott** **2300 Highland Rd** **Batesfield, AR 72501** | | - | | | | | 1,254.00 |
| Account No. **xxx3180** | | | | | | | |
| **DiRocco, Anthony G** **655 Deep Valley Dr Unit 125 F** **Rolling Hills Estates, CA 90274** | | - | | | | | 473.88 |
| Account No. **xxx6480** | | | | | | | |
| **Dlugas, Amanda** **9342 south hawley park rd** **West jordon, UT 84081** | | - | | | | | 1,398.50 |
| Account No. **xxx9326** | | | | | | | |
| **Doan, Angie** **990 Lewis Ridge Cir.** **Lawrenceville, GA 30045** | | - | | | | | 94.99 |

Sheet no. **249** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **3,513.96**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                         ,    Case No. ___**13-42659**___
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0049**<br><br>**Dobbins, Michelle**<br>**105 Kenwood court apt 1**<br>**normal, IL 61760** | - | | | | | | 782.00 |
| Account No. **xxx6545**<br><br>**Dodson, Dan**<br>**2761 Carmon on Wesley**<br>**Atlanta, GA 30327** | - | | | | | | 709.50 |
| Account No. **xxx5055**<br><br>**Dodt, Brian**<br>**1901 East Mineral Road**<br>**Gilbert, AZ 85234** | - | | | | | | 213.28 |
| Account No. **xxx4218**<br><br>**Doggett, Christopher**<br>**1600 Arch St #1921**<br>**Philadelphia, PA 19103** | - | | | | | | 5,800.00 |
| Account No. **xxx2883**<br><br>**Doherty, Julian**<br>**4750 Rosebank Drive**<br>**LaCanada, CA 91011** | - | | | | | | 162.00 |

Sheet no. __**250**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,666.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                  ,        Case No.    **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8496** <br><br> **Dohrenwend, Michael W** <br> **519 A Main Street** <br> **Toms River, NJ 08753** | - | | | | | | 624.25 |
| Account No. **xxx9343** <br><br> **Donadio, Mahassti** <br> **18 Nottingham way** <br> **Cohoes, NY 12047** | - | | | | | | 286.65 |
| Account No. **xxx2673** <br><br> **Donato, Jacob** <br> **3677 Cochran St** <br> **Simi Valley, CA 93063** | - | | | | | | 425.00 |
| Account No. **xxx9776** <br><br> **Donley, Amy** <br> **103 Singer Road** <br> **Abbingdon, MD 21009** | - | | | | | | 364.65 |
| Account No. **xxx6319** <br><br> **Dontula, Rakesh** <br> **4500 Sojourn Drive  #611** <br> **Addison, TX 75001** | - | | | | | | 527.60 |

Sheet no. __251__ of __590__ sheets attached to Schedule of          Subtotal          | 2,228.15 |
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                            ,          Case No.        **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6800** <br><br> **Doricko, Brian** <br> **90 Iroquois Rd Apt A** <br> **stamford, CT 06902** | - | | | | | | 3,090.00 |
| Account No. **xxx9306** <br><br> **Dorris, Michael** <br> **970 montgomery st** <br> **mandeville, LA 70448** | - | | | | | | 2,160.00 |
| Account No. **xxxx3488** <br><br> **Dorriss, Ronulus** <br> **209 N. 19 Street** <br> **Bismark, ND 58501** | - | | | | | | 982.95 |
| Account No. **xxx0779** <br><br> **Dorsey, Brittany** <br> **170 E Center St.** <br> **Marion, OH 43302** | - | | | | | | 680.00 |
| Account No. **xxx2197** <br><br> **Dorvee, John** <br> **8036 James Court** <br> **Niwot, CO 80503** | - | | | | | | 279.98 |

Sheet no. __252__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,192.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                 ,        Case No.   **13-42659**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6847** <br><br> **Dos Santos, Veronica A** <br> **2700 Oakbrook lane** <br> **Weston, FL 33332** | - | | | | | | 1,068.93 |
| Account No. **xxx9804** <br><br> **Doss, Marilyn** <br> **19203 Hillford Ave.** <br> **Carson, CA 90746** | - | | | | | | 171.50 |
| Account No. **xxx4531** <br><br> **Doss, Thomas** <br> **413 Mossyleaf drive** <br> **Huntsville, AL 35824** | - | | | | | | 520.22 |
| Account No. **xxx2283** <br><br> **Dougan esq, Steve** <br> **433 fuente place** <br> **Lincoln, CA 95648** | - | | | | | | 1,799.23 |
| Account No. **xxx9613** <br><br> **Douglas, Natalie** <br> **1446 Montgomery  St** <br> **Tustin, CA 92782** | - | | | | | | 421.75 |

Sheet no. __253__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **3,981.63**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                              ,          Case No.    **13-42659**
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4154**<br><br>**Douyon, Barbara**<br>**2911 Railroad Av**<br>**Yuba city, CA 95991** | - | | | | | | 311.00 |
| Account No. **xxx4532**<br><br>**Dowe, Nancy**<br>**5023 72nd Street E**<br>**Bradenton, FL 34203** | - | | | | | | 86.45 |
| Account No. **xxx4165**<br><br>**Dowell, Paula**<br>**2685 Hosea Williams Dr**<br>**Atlanta, GA 30317** | - | | | | | | 293.66 |
| Account No. **xxx1542**<br><br>**Downton, Kate**<br>**1017 E Mcclarnon Dr**<br>**Greenfield, IN 46140** | - | | | | | | 60.00 |
| Account No. **xxx8794**<br><br>**Dozier, Jeffery**<br>**298 South Niagra Court**<br>**Centenial, CO 80111** | - | | | | | | 487.50 |

Sheet no. __254__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      1,238.61

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC**                         ,      Case No.     **13-42659**

                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2570**<br><br>Draper, Brandy<br>218 West Lincoln Ave<br>Orange, CA 92865 | | - | | | | | 9,000.00 |
| Account No. **xxx2587**<br><br>Draughn, Thomas L<br>3776 interstate 55 south<br>jackson, MS 39212 | | - | | | | | 1,832.00 |
| Account No. **xxx6979**<br><br>dreidert, john<br>3305 Terrace drive<br>Erlanger, KY 41018 | | - | | | | | 168.30 |
| Account No. **xxx8863**<br><br>Drescher, Mark<br>1601 8th Ave<br>Watervliet, NY 12189 | | - | | | | | 291.90 |
| Account No. **xxxx3662**<br><br>Drew, Carol<br>P.O. 190 Riverwood<br>2210 New South Wales | | - | | | | | 2,000.00 |

Sheet no. __255__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      13,292.20

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,    Case No. ___13-42659_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx9978** | | | | | | | | |
| Drew, Cathy 67 Vestry Street New York, NY 10013 | - | | | | | | | 687.50 |
| Account No. **xxx5262** | | | | | | | | |
| Drobinski, Darin 175 Court Street Prescott, WI 54021 | - | | | | | | | 712.80 |
| Account No. **xxx9771** | | | | | | | | |
| Drumm-Boyd, Christina 2528 las corrales court virgina beach, VA 23456 | - | | | | | | | 575.00 |
| Account No. **xxx6649** | | | | | | | | |
| Du Puis, Arlene 47341 Pinewood Dr chesterfield township, MI 48051 | - | | | | | | | 351.00 |
| Account No. **xxx9400** | | | | | | | | |
| Duarte, Misha 421 Madison Street Denver, CO 80206 | - | | | | | | | 1,355.70 |

Sheet no. __256_ of _590_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,682.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**_____ ,        Case No. ___**13-42659**_____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5162** <br><br> **Duchamp, Stephanie** <br> **8697 Night Watch Ct** <br> **Bristow, VA 20136** | - | | | | | | 124.95 |
| Account No. **xxx5163** <br><br> **Dudley, Joseph L** <br> **402 Digley Ave** <br> **Baltimore, MD 21227** | - | | | | | | 99.96 |
| Account No. **xxx5673** <br><br> **Duer, Jerry** <br> **825 E Moon Vista st** <br> **Apache Junction, AZ 85119** | - | | | | | | 2,042.20 |
| Account No. **xxx3497** <br><br> **Duey, Eric R.** <br> **2000 Art School rd** <br> **Chester Springs, PA 19425** | - | | | | | | 442.13 |
| Account No. **xxx5665** <br><br> **Dufrene, Kristopher** <br> **236 Lorranie Drive** <br> **DesAllemands, LA 70030** | - | | | | | | 1,044.00 |

Sheet no. __**257**_ of __**590**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,753.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.   **13-42659**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8203**<br><br>Duncan, Capucine<br>10232 south torrente ave<br>Chicago, IL 60617 | - | | | | | | 228.54 |
| Account No. **xxx2584**<br><br>Dunn, Emily<br>1338 Emerald Street NE<br>Washington, CT 20002 | - | | | | | | 212.90 |
| Account No. **xxx8080**<br><br>Dunn, Matthew<br>marine co 29<br>palms, CA 92278 | - | | | | | | 239.86 |
| Account No. **xxxx3572**<br><br>Dunnavant, Virginia<br>14922 Brotherly Lane<br>Charlotte, NC 28278 | - | | | | | | 250.40 |
| Account No. **xxx5137**<br><br>Duong, Nimi<br>901 Washington St. Apt. 107<br>Denver, CO 80203 | - | | | | | | 192.35 |

Sheet no. __258__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **1,124.05**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,   Case No.   **13-42659**
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1613** <br><br> **Dupras, Jessica** <br> **474 Bay De Noc** <br> **Nedaunee, MI 49866** | | - | | | | | 92.00 |
| Account No. **xxx4925** <br><br> **Durbin, Edward M** <br> **744 Inverness Ln** <br> **Itasca, IL 60143** | | - | | | | | 226.60 |
| Account No. **xxx0358** <br><br> **Durden, Linda** <br> **1018 W Lumsden Rd** <br> **Brandon, FL 33511** | | - | | | | | 1,494.00 |
| Account No. <br><br> **Dutch Wings, LLC** <br> **503 McKeever Rd.** <br> **Suite 1520** <br> **Arcola, TX 77582** | | - | | | | | 290.00 |
| Account No. **xxxx0323** <br><br> **Dutcher, Nicole** <br> **19 Ashmont Ave** <br> **Newton, MA 02458** | | - | | | | | 73.20 |

Sheet no. __259__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,175.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                 ,        Case No. ___**13-42659**___
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx2248** | | | | | | | | |
| Duterte, Sarah 160 Killarney Rd Winfield, WV 25213 | - | | | | | | | 679.25 |
| Account No. **xxx0754** | | | | | | | | |
| Dzhasheev, Ruslan PO Box 1650 Des Plaines, IL 60017 | - | | | | | | | 345.20 |
| Account No. **xxx7279** | | | | | | | | |
| Ealy, Albert E 891 Zandenberg Drive unit 309 Travis Air Force Base, CA 94535 | - | | | | | | | 99.75 |
| Account No. **xxx6429** | | | | | | | | |
| Earles, David 1970 Columbia Street Unit 517 San Diego, CA 92101 | - | | | | | | | 121.50 |
| Account No. | | | | | | | | |
| East Texas Skydiving Club P.O. Box 1147 Gladewater, TX 75647 | - | | | | | | | 453.00 |

Sheet no. __260__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,698.70

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC** , Case No. **13-42659**
Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx4155** | | | | | | | | |
| **Eastes, Jean B.** **102 Bluff View** **Kerrvie, TX 78028** | - | | | | | | | 550.50 |
| Account No. **xxx3961** | | | | | | | | |
| **Echel, Pedro** **1254 Pacific Beach Drive** **San Diego, CA 92109** | - | | | | | | | 212.00 |
| Account No. **xxx9614** | | | | | | | | |
| **echeverri, bladinir** **892 north west 84th drive** **coral springs, FL 33071** | - | | | | | | | 1,275.75 |
| Account No. **xxx6881** | | | | | | | | |
| **Eden, Tera** **21801 NE  Overholt RD** **Bountstown, FL 32424** | - | | | | | | | 424.00 |
| Account No. **xxx0924** | | | | | | | | |
| **Edmundson, Frankie** **325 South Broad Street** **Edenton, NC 27932** | - | | | | | | | 995.00 |

Sheet no. **261** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **3,457.25**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                   , Case No. ___**13-42659**___
                                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1614** <br><br> **Edwards, Jeffrey 1** <br> **99 Station ave** <br> **North hills, PA 19038** | - | | | | | | **925.00** |
| Account No. **xxx7944** <br><br> **Edwards, Marlon** <br> **12316-A North May Ave** <br> **Oklahoma City, OK 73120** | - | | | | | | **662.71** |
| Account No. **xxx0030** <br><br> **Ege, Camden** <br> **4710 Mountain Rd #104** <br> **Cheyenne, WY 82009** | - | | | | | | **230.80** |
| Account No. **xxx9418** <br><br> **Eglin Inc, William** <br> **PO Box 110 265** <br> **Research Triangle Park, NC 27709** | - | | | | | | **6,687.50** |
| Account No. **xxx2778** <br><br> **Eisenberg, Alisha** <br> **1267 E. 72nd St.** <br> **Brooklyn, NY 11234** | - | | | | | | **118.00** |

Sheet no. __262__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **8,624.01**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                  ,                Case No.    **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4726** <br><br> **Elaraj, Manuel** <br> **1209 Vista Hills Dr.** <br> **Lakeland, FL 33813** | - | | | | | | 596.31 |
| Account No. **xxx4601** <br><br> **Elizalde, William** <br> **670 F Street Apt 76** <br> **Chula Vista, CA 91910** | - | | | | | | 111.00 |
| Account No. **xxx6525** <br><br> **Elkheriji, Khalid** <br> **2626 Monte place** <br> **belmont, CA 94002** | - | | | | | | 299.50 |
| Account No. **xxx7184** <br><br> **Elliott, Ashley 1** <br> **3113 W. Rose Crest Dr.** <br> **Sioux Falls, SD 57108** | - | | | | | | 1,030.52 |
| Account No. **xxx0802** <br><br> **elliott, matthew j** <br> **8360 cottscorners rd** <br> **cattaraudus, NY 14719** | - | | | | | | 495.50 |

Sheet no. __263__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 2,532.83 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                      ,    Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3710** <br><br> **Ellis, Anthony** <br> **12959 Pelican Lane** <br> **Maderia Beach, FL 33708** | - | | | | | | 238.00 |
| Account No. **xxx9206** <br><br> **Elrod, Sondra** <br> **12808 10th St** <br> **Chino, CA 91710** | - | | | | | | 706.25 |
| Account No. **xxx0343** <br><br> **Elsasser, Stanley** <br> **2020 Texas Ave. Apt 1419** <br> **Houston, TX 77003** | - | | | | | | 633.38 |
| Account No. **xxx6707** <br><br> **Emert, Barb** <br> **109 East Summit St** <br> **Jersey Shore, PA 17740** | - | | | | | | 215.72 |
| Account No. **xxx4010** <br><br> **Emilio, Jessica** <br> **644 Leigh High Road Apt K6** <br> **Newark, DE 19711** | - | | | | | | 171.71 |

Sheet no. __264__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,965.06**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                            ,          Case No.     **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Enchanted Balloons** <br> **103 County Route 12** <br> **Westtown, NY 10998** | - | | | | | | 960.00 |
| Account No. **xxx8221** <br><br> **Endicott, Travis** <br> **1912 Bogue Circle** <br> **Ridgecrest, CA 93555** | - | | | | | | 135.00 |
| Account No. **xxx3406** <br><br> **endodontics, apex** <br> **3303 south lindsey Suite 127** <br> **gilbert, AZ 85297** | - | | | | | | 3,580.00 |
| Account No. **xxx3947** <br><br> **Engels, Caitlin** <br> **79 Homestead place** <br> **New Rochelle, NY 10801** | - | | | | | | 299.20 |
| Account No. **xxx2186** <br><br> **England, Christopher** <br> **P.O. box 521** <br> **Blowing Rock, NC 28605** | - | | | | | | 781.25 |

| | | |
|---|---|---|
| Sheet no. __265__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **5,755.45** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                             ,    Case No. ___**13-42659**___
                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3948** <br><br> Englander, Michael <br> 1000 park ave. <br> New Yrok, NY 10028 | - | | | | | | 750.00 |
| Account No. **xxxx1420** <br><br> English, Brittany E <br> 2716 Twinflower Drive <br> Keller, TX 76244 | - | | | | | | 241.67 |
| Account No. **xxx9451** <br><br> Epling, Jacob E. <br> 626 Watkins Glen Blvd <br> Marysville, OH 43040 | - | | | | | | 1,488.00 |
| Account No. **xxx9734** <br><br> Erazo, Alejandra <br> 83152 Jackson Street <br> San Fransico, CA 94115 | - | | | | | | 200.01 |
| Account No. **xxx0926** <br><br> Erb-Orengo, Brigitte <br> 3765 Alcanatara Ave. <br> Miami, FL 33178 | - | | | | | | 1,750.00 |

Sheet no. __266__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,429.68

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,        Case No.    **13-42659**
_____
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1397**<br><br>Eryce, Leslie<br>6426 Lagunitas Ave<br>El Cerrito, CA 94530 | | - | | | | | 134.00 |
| Account No. **xxx6326**<br><br>Escareno, Joseph<br>6430 Sunset Blvd Suite 800<br>Hollywood, CA 90028 | | - | | | | | 390.75 |
| Account No. **xxx8921**<br><br>Eschberger, Russell<br>3120 N. Mill Bend<br>The Woodlands, TX 77380 | | - | | | | | 315.00 |
| Account No. **xxx9291**<br><br>eshraghi, arman<br>2542 banshire dr<br>herndon, VA 20171 | | - | | | | | 2,752.75 |
| Account No. **xxx3542**<br><br>Esparza, Jose<br>421 SW 125th Ave<br>Miami, FL 33184 | | - | | | | | 236.50 |

Sheet no. __267_ of _590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **3,829.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                      ,          Case No.    **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2251** | | | | | | | |
| Esposito, Brandon S 2904 Holt Way Sacramento, CA 95864 | | - | | | | | 749.00 |
| Account No. **xxx3202** | | | | | | | |
| Esquia, Michael 12236 Dawn Vista Dr. Riverview, FL 33578 | | - | | | | | 355.00 |
| Account No. **xxx2320** | | | | | | | |
| Esquibel, Angelita 8313 Summerfield Ave Wittier, CA 90606 | | - | | | | | 885.24 |
| Account No. **xxx0179** | | | | | | | |
| Estep, Brett 5329 Paladium Dr Addison, TX 75254 | | - | | | | | 830.00 |
| Account No. **xxx3436** | | | | | | | |
| Estinova, Emiliano 8285 Fillmore St. Allendale, MI 49401 | | - | | | | | 520.00 |

Sheet no. __268__ of __590__ sheets attached to Schedule of        Subtotal        3,339.24
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              , Case No.   **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Euphoria The Nebraska Balloon**<br>**1633 Lafayette St.**<br>**Blair, NE 68008** | | | | | | | 540.00 |
| Account No. **xxx9827** | | - | | | | | |
| **Eusebi, Ricardo**<br>**4050 Pendleton Dr Apt 933**<br>**Bryan, TX 77802** | | | | | | | 910.00 |
| Account No. **xxx4870** | | - | | | | | |
| **Evans, Jacob**<br>**443 Chaplian Magsig Avenue**<br>**Monterey, CA 93944** | | | | | | | 310.50 |
| Account No. **xxx2054** | | - | | | | | |
| **Evans, Roger**<br>**2550 Sand Hill Rd 2nd Floor**<br>**Menlo Park, CA 94025** | | | | | | | 1,600.00 |
| Account No. **xxx6222** | | - | | | | | |
| **Everhart, Eric**<br>**2274 Wolfboro Dr SE**<br>**Kentwood, MI 49508** | | | | | | | 2,850.26 |

Sheet no. __269_ of _590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,210.76

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                          , Case No. **13-42659**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2067**<br><br>**Everling, Laura**<br>**3711 Medical Dr. Apt 2311**<br>**San Antonio, TX 78229** | | - | | | | | **238.81** |
| Account No. **xxx9981**<br><br>**Evers, Patricia**<br>**3470 Lori Lane**<br>**Atlanta, GA 30340** | | - | | | | | **689.00** |
| Account No. **xxx6678**<br><br>**Ewers, John**<br>**5435 Claybourne Dr. apt 706**<br>**Pittsburgh, PA 15232** | | - | | | | | **255.27** |
| Account No. **xxx9936**<br><br>**Faccio, Barbara**<br>**2709 Margaret Drive**<br>**Arlington, TX 76012** | | - | | | | | **820.00** |
| Account No. **xxxx2444**<br><br>**Faherty, Mike**<br>**237 Bay View Rd**<br>**Williams Bay, WI 53191** | | - | | | | | **390.38** |

Sheet no. __270__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **2,393.46**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____ ,          Case No. ___13-42659_____
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2589** | | | | | | | | |
| Fall, Thomas E 5455 Suder ave toledo, OH 43611 | | - | | | | | | 1,300.00 |
| Account No. | | | | | | | | |
| Fantasy Balloon Flights 74181 Parosella St Palm Desert, CA 92260 | | - | | | | | | 4,750.00 |
| Account No. **xxx7039** | | | | | | | | |
| Farr, Stephen 1414 Ivie St. Stewartsville, MO 64490 | | - | | | | | | 488.24 |
| Account No. **xxx2227** | | | | | | | | |
| Farrell, Daniel Po Box 24 Riverton, UT 84065 | | - | | | | | | 661.55 |
| Account No. **xxx5319** | | | | | | | | |
| Farris, Karyn 3150 Bernath Drive Milton, FL 32583 | | - | | | | | | 1,045.00 |

Sheet no. __271__ of __590__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)          8,244.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                   ,          Case No.   **13-42659**
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4059** <br><br> **Faubus, Stoney** <br> **1329 Hwy 395 N. Ste 10-242** <br> **Gardnerville, NV 89410** | - | | | | | | 558.60 |
| Account No. **xxx3136** <br><br> **Faust, Matthew** <br> **118 dupont st** <br> **toronto, ON** | - | | | | | | 226.05 |
| Account No. **xxx4181** <br><br> **Fay, Jillian** <br> **895 Meriweather Dr.** <br> **Calera, AL 35040** | - | | | | | | 258.70 |
| Account No. <br><br> **FedEx - 3074-3324-9** <br> **P.O. Box 94515** <br> **Palatine, IL 60094-4515** | - | | | | | | 159.74 |
| Account No. **xxx0991** <br><br> **Feighner, Dustin S.** <br> **13970 Cole Crossing Ct.** <br> **Platte City, MO 64079** | - | | | | | | 165.88 |

Sheet no. __272__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **1,368.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                              ,    Case No.    **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3886**<br><br>**felder, preston**<br>**Po box 26689**<br>**Fort worth, TX 76126** | | - | | | | | 881.24 |
| Account No. **xxx7252**<br><br>**Feldes, Inge**<br>**835 chinidhe St.**<br>**St. Louis, MS** | | - | | | | | 880.00 |
| Account No. **xxx4298**<br><br>**Felix, Raul**<br>**1524 S. Glencroft**<br>**Glendora, CA 91704** | | - | | | | | 231.60 |
| Account No. **xxx7852**<br><br>**Fellows, Nickolas J.**<br>**15147 Monterey Rd**<br>**Morgan Hill, CA 95037** | | - | | | | | 209.15 |
| Account No. **xxx5446**<br><br>**Feltman, Mike**<br>**4404 Omni Place**<br>**Raliegh, NC 27613** | | - | | | | | 254.54 |

Sheet no. __273__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,456.53**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                         ,     Case No. ___**13-42659**___
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7057**<br><br>Ferrara, Mary<br>12835 Preston Rd suite 312<br>Dallas, TX 75230 | - | | | | | | 102.71 |
| Account No. **xxx4346**<br><br>Ferrin-oconnell, Bridgette<br>4016 West 99th place<br>westminster, CO 80021 | - | | | | | | 431.40 |
| Account No. **xxx2461**<br><br>ferris, norman<br>1813 hide brook<br>columbia, SC 29212 | - | | | | | | 87.93 |
| Account No. **xxx8351**<br><br>Fessenden, Patrick<br>5908 Jameson Rd.<br>Rougemont, NC 27572 | - | | | | | | 113.15 |
| Account No. **xxx7633**<br><br>Fey, Eric<br>5075 Nicholson Dr. Apt. 0137 C<br>Baton Rouge, LA 70820 | - | | | | | | 931.50 |

Sheet no. __**274**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,666.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      , Case No.   **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4011**<br><br>Fiedler, Christine<br>18 West St.<br>Oakville, ON L6L2Y7 | - | | | | | | 481.20 |
| Account No. **xxx4402**<br><br>Fiegfried, Kelly<br>6655 Dunbarton drive<br>horn lake, MS 38637 | - | | | | | | 1,299.00 |
| Account No. **xxxx3257**<br><br>fields, Catherine M<br>16573 Ferris Ave<br>Losgatos, CA 95032 | - | | | | | | 1,221.00 |
| Account No. **xxx4361**<br><br>Fields, John<br>513 East Main Street<br>Mount Vernan, IL 62864 | - | | | | | | 754.80 |
| Account No. **xxx6115**<br><br>Figueroa, Melissa<br>130 St.paul rd North<br>Hempstead, NY 11550 | - | | | | | | 652.28 |

Sheet no. __275__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **4,408.28**

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,    Case No. ___13-42659_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx4534** | | | | | | | | |
| Filittone, Michael J<br>71 Johnathan Rd<br>Pelham, NH 03076 | - | | | | | | | 530.67 |
| Account No. **xxx2780** | | | | | | | | |
| Finch, Renee<br>10340 Kadumba Street<br>Las Vegas, NV 89178 | - | | | | | | | 212.80 |
| Account No. **xxx1096** | | | | | | | | |
| Finney, Linda<br>85 South Garlind st<br>Lake wood, CO 80226 | - | | | | | | | 385.00 |
| Account No. **xxx6117** | | | | | | | | |
| Fiorica, Audrey<br>2017 Miller Ave<br>Chesepeke, VA 23320 | - | | | | | | | 629.55 |
| Account No. **xxx5060** | | | | | | | | |
| Fischer, Stanley<br>1301 Custer Rd<br>Plano, TX 75075 | - | | | | | | | 533.00 |

Sheet no. __276_ of __590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,291.02

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**_____,        Case No. ____**13-42659**_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3724**<br><br>**Fisher, John**<br>**7826 Fergusson Rd**<br>**Streetboro, OH 44241** | - | | | | | | **1,505.00** |
| Account No. **xxx0520**<br><br>**Flager, Megan**<br>**344 West 620 North**<br>**Orem, UT 84057** | - | | | | | | **79.85** |
| Account No. **xxx3338**<br><br>**Flammang, Michael**<br>**126 Sumac Ridge**<br>**Foristell, MO 63348** | - | | | | | | **557.00** |
| Account No. **xxx6378**<br><br>**Fleagle, Andrew**<br>**1515 Osceola St**<br>**Denver, CO 80204** | - | | | | | | **443.20** |
| Account No. **xxx4814**<br><br>**Fleary, Danan**<br>**210 E 55th St**<br>**Brooklyn, NY 11203** | - | | | | | | **301.75** |

Sheet no. __**277**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        **2,886.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,        Case No.  ___**13-42659**___
                                   Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2199**<br><br>**Fleming, Deborah**<br>**5648 tangelo rd.**<br>**seminole, FL 33772** | - | | | | | | 393.68 |
| Account No. **xxxx3258**<br><br>**Fleming, Deirdre**<br>**920 Highland Ter**<br>**Atlanta, GA 30306** | - | | | | | | 249.50 |
| Account No. **xxx3868**<br><br>**Flores, Maria**<br>**4626 Tunisia St**<br>**Fort Irwin, CA 92310** | - | | | | | | 412.30 |
| Account No. **xxx9558**<br><br>**Flores, Yesenia**<br>**673 West Sierra Avenue**<br>**Cotati, CA 94931** | - | | | | | | 1,467.90 |
| Account No. **xxx4265**<br><br>**Flowers, Daniel**<br>**3582 Patterson Lane**<br>**Cleveland, TN 37323** | - | | | | | | 859.00 |

Sheet no. __**278**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **3,382.38**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,   Case No.   **13-42659**
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Flying V Ranch**<br>**11101 Old US Hwy 40**<br>**Montgomery City, MO 63361** | - | | | | | | 3,210.00 |
| Account No. **xxx4995**<br><br>**Foisy, Johnothan**<br>**345 Caminito Mindy street**<br>**San Diego, CA 92105** | - | | | | | | 222.43 |
| Account No. **xxx9733**<br><br>**Foley, Eva**<br>**3110 Hawthorne st**<br>**Washington, DC 20008** | - | | | | | | 3,900.00 |
| Account No. **xxx9868**<br><br>**Ford , Brian**<br>**4134 west viewpoint dr.**<br>**Highland, UT 84003** | - | | | | | | 661.56 |
| Account No. **xxx7041**<br><br>**Ford, Blake**<br>**2010 Pequeno Street**<br>**Austin, TX 78757** | - | | | | | | 88.75 |

Sheet no. __279__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **8,082.74**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4535**<br><br>**Ford, Stephen**<br>**501 West Hines St**<br>**Republic, MO 65738** | - | | | | | | 228.99 |
| Account No. **xxx7827**<br><br>**Foreh, Tarick**<br>**1223 Augusta Dr Apt 6**<br>**Houston, TX 77057** | - | | | | | | 690.00 |
| Account No. **xxx8969**<br><br>**Forget, Florence**<br>**2731 Franklin St**<br>**San Francisco, CA 94123** | - | | | | | | 1,346.50 |
| Account No. **xxx4169**<br><br>**Fornal, Dominic**<br>**2750 Abbots Ford St**<br>**North Port, FL 34287** | - | | | | | | 257.39 |
| Account No. **xxx5669**<br><br>**Fornari, Jennifer L**<br>**216 Centennial**<br>**Chico, CA 95928** | - | | | | | | 735.45 |

Sheet no. __280__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,258.33**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                      , Case No. **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2538** <br><br> **Fornasier, Brandon** <br> **6917 Cottentale Run Ave** <br> **Tuscon, AZ 85756** | | - | | | | | **225.94** |
| Account No. **xxx9959** <br><br> **Forteza, Rosanna** <br> **7600 SW 78th Court** <br> **miami, FL 33143** | | - | | | | | **492.94** |
| Account No. **xxx0208** <br><br> **Fortney, Jeffrey L.** <br> **1213 Lakecrest Drive** <br> **Norman, OK 73071** | | - | | | | | **1,323.00** |
| Account No. **xxx3593** <br><br> **Fortune, Beth** <br> **9574 Hampton Reserve drive** <br> **Brentwood, TN 37027** | | - | | | | | **1,830.00** |
| Account No. **xxx3245** <br><br> **foster, andrew 1** <br> **11092 croine ave.** <br> **cincinatti, OH 45242** | | - | | | | | **88.29** |

Sheet no. __281__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,960.17**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6083** <br><br> **Foster, Eric** <br> **42854 Churchill Downs Dr.** <br> **Ashburn, VA 20147** | | - | | | | | 158.00 |
| Account No. **xxx2842** <br><br> **Foster, Jackson** <br> **228 N Layton Dr** <br> **Los Angeles, CA 90049** | | - | | | | | 1,019.48 |
| Account No. **xxx2015** <br><br> **Foster, Teresa** <br> **20210 woodland** <br> **Harper woods, MI 48225** | | - | | | | | 917.14 |
| Account No. **xxx2056** <br><br> **Fotta, Thomas** <br> **2807 Pearl St. Apt 280** <br> **Nacogdoches, TX 75965** | | - | | | | | 426.14 |
| Account No. **xxx3615** <br><br> **fournier, Matthew** <br> **9400 lake natoma dr** <br> **orangeville, CA 95662** | | - | | | | | 1,712.55 |

Sheet no. __282__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,233.31**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                      ,        Case No.  **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7567**<br><br>Fowler, Jennifer<br>803 Janice St<br>Junction City, KS 66441 | - | | | | | | 900.00 |
| Account No. **xxx8085**<br><br>Fowler, Matthew<br>1775 Silvernere Ct<br>Duluth, GA 30097 | - | | | | | | 486.50 |
| Account No. **xxx0510**<br><br>Fox, Donna<br>3007 SE Military #2604<br>San Antonio, TX 78223 | - | | | | | | 187.70 |
| Account No. **xxx7061**<br><br>Fox, Jennifer 2<br>5745 Pale Rock Terrace<br>Colorado Springs, CO 80919 | - | | | | | | 399.10 |
| Account No. **xxx6902**<br><br>Francesco, Peter<br>73 Bennett Cove Lane PO BOX I<br>Holderness, NH 03245 | - | | | | | | 204.00 |

Sheet no. __283__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,177.30

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      , Case No. _____**13-42659**_____
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0572** <br><br> **Franco, Hugo** <br> **P O box 319** <br> **Palestine, TX 75802** | - | | | | | | 7,725.00 |
| Account No. **xxx7074** <br><br> **Francois, Theresa** <br> **1113 1st Ave** <br> **Kinder, LA 70648** | - | | | | | | 565.00 |
| Account No. **xxx2443** <br><br> **Frederick, Terry** <br> **2119 Eastland Street** <br> **League City, TX 77573** | - | | | | | | 171.00 |
| Account No. **xxx7832** <br><br> **Fredrick, Melissa T** <br> **616 Coolidge St** <br> **Lafayette, LA 70503** | - | | | | | | 171.25 |
| Account No. **xxx9408** <br><br> **Freeborg, Jenny** <br> **6956 Albanese St** <br> **Colorado Springs, CO 80902** | - | | | | | | 131.25 |

Sheet no. __**284**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            8,763.50

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____ ,   Case No. ____**13-42659**____
                                    Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1692**<br><br>**Freedman, Mark**<br>**1509 Van Cleve Lane**<br>**Murphysboro, TN 37129** | - | | | | | | 184.00 |
| Account No.<br><br>**Freedom Flyer Ballooning**<br>**3233 120th Street**<br>**Amana, IA 52203** | - | | | | | | 380.00 |
| Account No.<br><br>**Freedom Helicopters**<br>**P O Box 501821**<br>**Indianapolis, IN 46250-6821** | - | | | | | | 395.00 |
| Account No.<br><br>**Freefall Adventures, Inc**<br>**300 Dahlia Avenue**<br>**Williamstown, NJ 08094** | - | | | | | | 185.00 |
| Account No. **xxx2887**<br><br>**Freeman, Christopher**<br>**Po Box 1017**<br>**Libby, MT 59923** | - | | | | | | 204.25 |

Sheet no. __285_ of _590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,348.25 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                                 ,          Case No.  **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1986** <br><br> Frei, Garrett <br> 15335 Shirly St. <br> Omaha, NE 68144 | - | | | | | | 411.00 |
| Account No. **xxx7402** <br><br> Fremming, Steve <br> 644 NE 17th Ave <br> Fort Lauderdale, FL 33304 | - | | | | | | 386.10 |
| Account No. **xxx4996** <br><br> French, Aaron <br> 106 E . 7th Apt . D <br> Hayes, KS 67601 | - | | | | | | 497.20 |
| Account No. **xxxx1801** <br><br> Freyermuth, Barbara <br> 30317 133 Ave West <br> Ilinois City, IL 61259 | - | | | | | | 64.40 |
| Account No. **xxx1420** <br><br> Fricke, Schenel <br> 9017 danube st <br> bay st. loius, MS 39520 | - | | | | | | 132.30 |

Sheet no.  __286__  of  __590__  sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)          **1,491.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                  ,     Case No.    **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4113**<br><br>**Friedland, Alexander**<br>**7 Kovach Court**<br>**West Orange, NJ 07052** | - | | | | | | 118.43 |
| Account No. **xxx9319**<br><br>**Friedman, Liliana**<br>**12390 rock spring court**<br>**Garden grove, CA 92843** | - | | | | | | 365.00 |
| Account No. **xxxx3391**<br><br>**Fries, Robert**<br>**50 Randolph Rd**<br>**Newport News, VA 23601** | - | | | | | | 122.00 |
| Account No. **xxx4729**<br><br>**Fromm, Chrissy**<br>**19 Copley Court**<br>**Anapolis, MD 21403** | - | | | | | | 648.50 |
| Account No. **xxx0472**<br><br>**Fuentes, Millicent**<br>**9830 Sunrise Blvd. S18**<br>**North Royalton, OH 44136** | - | | | | | | 417.98 |

Sheet no. __**287**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,671.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,     Case No.        **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7043** <br><br> **Fulper, Cynthia** <br> **8226 East 10th street** <br> **Indianapolis, IN 46219** | | - | | | | | 493.75 |
| Account No. **xxx0051** <br><br> **Fuqua, Amanda** <br> **291 Wright Rd** <br> **Jonesville, LA 71343** | | - | | | | | 397.99 |
| Account No. **xxx2953** <br><br> **Furtick, Cary** <br> **4032 Homeplace Ln** <br> **Kaufman, TX 75142** | | - | | | | | 422.50 |
| Account No. **xxx5296** <br><br> **Futrell, Joey** <br> **4236 Hwy 452** <br> **Marksville, LA 71351** | | - | | | | | 692.00 |
| Account No. **xxxx3986** <br><br> **Gabel, Randall J.** <br> **7181 Grand Prairie Drive** <br> **Colorado Springs, CO 80923** | | - | | | | | 421.30 |

Sheet no. __288__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,427.54

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    , Case No. _____**13-42659**_____
                            Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0237** <br><br> **Gaebay, Shamayim** <br> **1341 North Ave apt 90** <br> **Elizabeth, NJ 07208** | - | | | | | | 69.25 |
| Account No. **xxx8281** <br><br> **Gaertner, Johnny L** <br> **200 Properity Dr** <br> **Knoxville, TN 37923** | - | | | | | | 6,200.00 |
| Account No. **xxx6350** <br><br> **Gaetani, Frank** <br> **430 Chevron St. Unit 53215** <br> **Dover AFB, DE 19902** | - | | | | | | 257.85 |
| Account No. **xxx3654** <br><br> **Gager, Shelly** <br> **1017 Ridefield Dr.** <br> **Plano, TX 75075** | - | | | | | | 156.25 |
| Account No. **xxx4396** <br><br> **Gale, David** <br> **11405 Hudson St** <br> **Thornton, CO 80233** | - | | | | | | 78.65 |

Sheet no. __289__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,762.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,        Case No.   **13-42659** _____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx7879** | | | | | | | | |
| Galimidi, Danielle 3307 East Island Road Cooper City, FL 33026 | | - | | | | | | 89.99 |
| Account No. **xxx8005** | | | | | | | | |
| Gallagher, John 25 14th St. NW Apt. 910 Washing D.C., DC 20009 | | - | | | | | | 1,630.20 |
| Account No. **xxx6074** | | | | | | | | |
| Gallagher, Ron 406 S 84th At Omaha, NE 68114 | | - | | | | | | 1,250.60 |
| Account No. **xxxx4122** | | | | | | | | |
| Gamboa, Jessica 5122 east shea blvd #2160 scottsdale, AZ 85254 | | - | | | | | | 80.80 |
| Account No. **xxxx1269** | | | | | | | | |
| Ganje, Shenan 4880 east Kentuky Ave Unit B Glendale, CO 80246 | | - | | | | | | 452.88 |

Sheet no. __290__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,504.47**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    , Case No. **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9620**  Gann, Joseph R 65 Cale st Mcglendale, TN 37110 | - | | | | | | 224.76 |
| Account No. **xxx6911**  Garcia, Annette 22034 Kenton Knoll San Antonio, TX 78258 | - | | | | | | 512.80 |
| Account No. **xxx0237**  Garcia, Blanca 180 High St North Attleboro, AL 02760 | - | | | | | | 308.12 |
| Account No. **xxx6502**  Garcia, Jeffrey 716 Edge Lake Rd Slidell, LA 70458 | - | | | | | | 142.20 |
| Account No. **xxx2962**  Garcia, Joan 1749 Toro Creek Road Morro Bay, CA 93442 | - | | | | | | 2,090.00 |

Sheet no. __291_ of _590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,277.88**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                 ,    Case No.   **13-42659**
                                         Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **xxx0822** | | | | | | | | | |
| garcia, luis 1 11719 carvel ln houston, TX 77072 | - | | | | | | | | 837.50 |
| Account No. **xxx1586** | | | | | | | | | |
| Garcia, Mary 1 839 South Ellison Dr. San Antonio, TX 78245 | - | | | | | | | | 94.38 |
| Account No. **xxxx4042** | | | | | | | | | |
| Gardner, Bradley P. 284 Brookside Drive Idaho Falls, ID 83404 | - | | | | | | | | 472.10 |
| Account No. **xxx5119** | | | | | | | | | |
| Gardner, Tara J 2001 S. Marion St. Denver, CO 80210 | - | | | | | | | | 447.90 |
| Account No. **xxx0672** | | | | | | | | | |
| Garfia, Freddie 1516 mathias Place rohnert park, CA 94928 | - | | | | | | | | 978.60 |

Sheet no.  **292**  of  **590**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,830.48**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**
                                                                            Case No.    **13-42659**
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4376**<br><br>Gariffo, Steven<br>703 Irish Ln.<br>Media, PA 19063 | - | | | | | | 149.99 |
| Account No. **xxx2435**<br><br>Garisapati, Anita<br>779 East Mead Dr<br>Chandler, AZ 85249 | - | | | | | | 161.26 |
| Account No. **xxxx3144**<br><br>Garmon, Van A<br>3943 Welker Avenue<br>Demoine, IA 50312 | - | | | | | | 1,113.75 |
| Account No. **xxx1519**<br><br>Garner, William<br>6703 cuculu drive<br>fort worth, TX 76133 | - | | | | | | 772.20 |
| Account No. **xxx0758**<br><br>Garrett, Courtney<br>6826 East Solocito Lane<br>Paradise Valley, AZ 85253 | - | | | | | | 2,065.00 |

Sheet no. __293_ of _590_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **4,262.20**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,     Case No. _____**13-42659**_____
                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7820** <br><br> **Garrison, Amanda** <br> **83347 calypso cir** <br> **Indio, CA 92201** | - | | | | | | 916.80 |
| Account No. **xxx1223** <br><br> **Gartrell, Kevin** <br> **1604 Pierpont Dr.** <br> **Westerville, OH 43081** | - | | | | | | 272.32 |
| Account No. **xxx4676** <br><br> **Gatautis, Giedrius** <br> **1113 Liberty Pkwy** <br> **Atlanta, GA 30318** | - | | | | | | 95.92 |
| Account No. **xxx4171** <br><br> **Gatti, Stefanie** <br> **2110 Naegele RD** <br> **Colorado Springs, CO 80904** | - | | | | | | 489.30 |
| Account No. **xxx8633** <br><br> **gatus, kristina** <br> **20615 cantlay st** <br> **winnetka, CA 91306** | - | | | | | | 263.00 |

Sheet no. __**294**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,037.34**

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,    Case No. ___13-42659_____
                            Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3278**<br><br>Gauger, David<br>360 Post street #900<br>San Fansico, CA 94108 | | - | | | | | 3,450.00 |
| Account No. **xxxx3204**<br><br>Gaughran, Jana<br>4900 Eric Lane<br>Mustang, OK 73064 | | - | | | | | 386.45 |
| Account No. **xxx8081**<br><br>Gaur, Amit<br>7611 Knox avenue south apt 116<br>Richfield, MN 55423 | | - | | | | | 1,150.00 |
| Account No. **xxx9775**<br><br>Gee, Gregory W.<br>1771 Deloit Ave<br>Los Angeles, CA 90025 | | - | | | | | 1,356.00 |
| Account No. **xxx8107**<br><br>Geilman, Autumn<br>231 Ave<br>Redondo Beach, CA 90277 | | - | | | | | 69.00 |

Sheet no. __295__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,411.45**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                    ,    Case No.   **13-42659**
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3914** <br><br> **Gelesky, Katie** <br> **22110 Majestic Wood Way** <br> **Boca Raton, FL 33428** | - | | | | | | 813.00 |
| Account No. **xxxx4175** <br><br> **Gelinas, John E.** <br> **1680 NE 135 Street** <br> **Miami, FL 33181** | - | | | | | | 1,850.00 |
| Account No. **xxx3089** <br><br> **Generali, Michael** <br> **21 Hollins dr.** <br> **Cranston, RI 02920** | - | | | | | | 361.40 |
| Account No. **xxx9982** <br><br> **Genereux, Valerie** <br> **110 Brooklyn Rd** <br> **Canterbury, CT 06331** | - | | | | | | 3,287.57 |
| Account No. <br><br> **Gentle Breeze Hot Air Balloon Co.** <br> **2460 Greentree Rd.** <br> **Lebanon, OH 45036** | - | | | | | | 1,000.00 |

Sheet no. __296__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  7,311.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                    ,    Case No.    **13-42659**
                                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5223** | | | | | | | |
| **Gentry, Brandon** **PO Box 164** **Nice, CA 95464** | | - | | | | | 639.45 |
| Account No. **xxx6429** | | | | | | | |
| **George, Dan** **102 Valley Rd apt .20** **Cos Cob, CT 06807** | | - | | | | | 5,124.82 |
| Account No. **xxxx3525** | | | | | | | |
| **George, Joyce** **5456 Kim Way # 4** **Indianapolis, IN 46237** | | - | | | | | 513.50 |
| Account No. **xxx8223** | | | | | | | |
| **George, Reshma** **719 Lincol Court Ave.** **Atlanta, GA 30329** | | - | | | | | 89.92 |
| Account No. **xxxx2097** | | | | | | | |
| **Gerbic, Theresa Marion** **825 Ramsey St apt. B** **Nashville, TN 37206** | | - | | | | | 112.38 |

Sheet no. **297** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,480.07**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          ,                    Case No. ___**13-42659**___
                                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4013** | | | | | | | |
| Germany, Isaac 1419 West 104th St. Los Angeles, CA 90047 | | - | | | | | 118.40 |
| Account No. **xxx1033** | | | | | | | |
| Gernert, Margaret L 950 Woodcliffe Ave Media, PA 19063 | | - | | | | | 1,958.04 |
| Account No. **xxx9585** | | | | | | | |
| Geske, Andre 555 NE 15th St., Suite 200 Miami, FL 33132 | | - | | | | | 4,015.00 |
| Account No. **xxx9703** | | | | | | | |
| Gheorghe, Dragos 829 Fairview Dr Unit 1 Fort Walton Beach, FL 32547 | | - | | | | | 1,289.00 |
| Account No. **xxx4928** | | | | | | | |
| Gibbons, Cindy 1750 Lucile Lane Pleasant Hill, CA 94523 | | - | | | | | 65.25 |

Sheet no. _**298**_ of _**590**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,445.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,          Case No.    **13-42659**
                                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3028**<br><br>Gibson, Michelle 1<br>9209 Brian Drive<br>Viana, VA 22180 | - | | | | | | 227.24 |
| Account No. **xxx0275**<br><br>GIERSZEWSKI, MAXWEL J<br>W50 21 HARVEST LANE<br>LA CROSSE, WI 54601 | - | | | | | | 547.93 |
| Account No. **xxxx0910**<br><br>Gilbert, Susan<br>225 Helaman Road<br>Walla Walla, WA 99362 | - | | | | | | 569.14 |
| Account No. **xxx8726**<br><br>Gilbert, Thomas L.<br>4273 route 310<br>reynoldsville, PA 15851 | - | | | | | | 92.70 |
| Account No. **xxx7950**<br><br>Gill, Michael<br>1804 N Quinn St.<br>Arlington, VA 22209 | - | | | | | | 234.86 |

Sheet no. **299** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **1,671.87**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                  ,     Case No.  **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx8268** <br><br> **Gillespie, Terrence** <br> **2020 artesia blvd apt #15** <br> **Radondo Beach, CA 90278** | - | | | | | | | 210.49 |
| Account No. **xxx9106** <br><br> **Gillette, Denise** <br> **3641 Ridgewater Trail** <br> **Marietta, GA 30068** | - | | | | | | | 142.00 |
| Account No. **xxxx3348** <br><br> **Ginoya, Jyotsna K.** <br> **6643 Imperial Oak Lane** <br> **Orlando, FL 32819** | - | | | | | | | 550.55 |
| Account No. **xxx4088** <br><br> **Giovanni's Pizza** <br> **2671 Dogwood Ridge** <br> **Wheelersburg, OH 45694** | - | | | | | | | 2,210.00 |
| Account No. **xxx7534** <br><br> **Gipson, Terry L** <br> **500 Gipson manor** <br> **Crowley, TX 76036** | - | | | | | | | 60.30 |

Sheet no. **300** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        3,173.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,        Case No.   **13-42659**
                                                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8834** <br><br> **Giraldo, Nora** <br> **221 Community Circle** <br> **Old Bridge, NJ 08857** | - | | | | | | 1,809.00 |
| Account No. **xxx3030** <br><br> **Gish, Kristy** <br> **4513 Copperfield Dr.** <br> **Grapevine, TX 76051** | - | | | | | | 434.00 |
| Account No. **xxx1854** <br><br> **Givens, Brian** <br> **411 Tradewinds Dr. Apt. N** <br> **Fayetteville, NC 28314** | - | | | | | | 440.65 |
| Account No. **xxx8037** <br><br> **Glasgow, DeShaun M** <br> **1 Old Presedio Dr** <br> **Manvel, TX 07578** | - | | | | | | 196.00 |
| Account No. **xxx9622** <br><br> **Glass, William  1** <br> **86 Chastain Circle** <br> **Richmond Hill, GA 31324** | - | | | | | | 6,720.00 |

Sheet no. __301__ of __590__ sheets attached to Schedule of                    Subtotal                    | 9,599.65
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,     Case No.   **13-42659**
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx4998** <br><br> **Gleason, David** <br> **221 Walnut** <br> **Ocean Springs, MS 39564** | | - | | | | | | **438.00** |
| Account No. **xxx2963** <br><br> **Gleason-Glowacki, Nancy** <br> **3960 Sugarbush Rd.** <br> **Lena, WI 54139** | | - | | | | | | **206.40** |
| Account No. <br><br> **Glenn O'Connell** <br> **1588 Junior Place** <br> **Elgin, IL 60123** | | - | | | | | | **3,340.00** |
| Account No. **xxx0640** <br><br> **Glenn, Tenisha** <br> **7601 Hammond Drive** <br> **Biloxi, MS 39532** | | - | | | | | | **916.00** |
| Account No. **xxx9849** <br><br> **Gober, Justin** <br> **1580 Mira Lago Blvd. Apt. 303** <br> **Farmers Branch, TX 75234** | | - | | | | | | **478.00** |

Sheet no. __302__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,378.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,          Case No.    **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2780** | | | | | | | |
| Godbout, Jeff 8701 W Bradley Road Milwaukee, WI 53224 | | - | | | | | 564.85 |
| Account No. **xxx5996** | | | | | | | |
| Godwin, Bradley R 2903 Firewalk Trace Katy, TX 77494 | | - | | | | | 780.00 |
| Account No. **xxx7324** | | | | | | | |
| Goff, Justin 9861 Beauclare Terrace Jacksonville, FL 32257 | | - | | | | | 443.90 |
| Account No. **xxxx2978** | | | | | | | |
| Goff, katherine 125 amaryllis drive apt204 wilmington, NC 28411 | | - | | | | | 342.00 |
| Account No. **xxx8802** | | | | | | | |
| Gogol, Philip 43 Highland Ilion, NY 13357 | | - | | | | | 62.16 |

Sheet no. __303__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,192.91**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,    Case No.   **13-42659** _____
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gold Coast Skydivers** <br>**5400 Cross Creek Drive** <br>**Mobile, AL 03669-3269** | - | | | | | | 2,356.00 |
| Account No. <br><br> **Gold Star Aviation** <br>**200 Commander Road** <br>**Suite H2NC** <br>**Ft. Worth, TX 76106** | - | | | | | | 110.00 |
| Account No. **xxxx3573** <br><br> **Goldberg, Lisa** <br>**2042 Ward Parkway** <br>**Ft. Worth, TX 76110** | - | | | | | | 833.40 |
| Account No. <br><br> **Gone with the Wind Balloon - Alabama** <br>**1705 Monroe Road** <br>**Toney, AL 35773** | - | | | | | | 1,360.00 |
| Account No. **xxx1529** <br><br> **Gonzales, Jesus** <br>**111 Southill Rd** <br>**San Antonio, TX 78201** | - | | | | | | 1,346.94 |

Sheet no. __304__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,006.34**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                           ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8894** <br><br> **Gonzalez, Abdel** <br> **2661 29th St. Apt 3** <br> **Estoria, NY 11102** | - | | | | | | 191.44 |
| Account No. **xxxx0074** <br><br> **Gonzalez, Christopher W** <br> **1028 Venice Drive** <br> **Bryan, TX 77808** | - | | | | | | 795.00 |
| Account No. **xxx8356** <br><br> **Gonzalez, Efrain** <br> **3910 Mariela Ct** <br> **Rocklin, CA 95765** | - | | | | | | 1,912.00 |
| Account No. **xxx3147** <br><br> **Gonzalez, Georgette** <br> **158 Princeton Road** <br> **Elizabeth, NJ 07208** | - | | | | | | 464.55 |
| Account No. **xxx2291** <br><br> **Gonzalez, Ramone** <br> **5113 Benjamin Ct** <br> **Kernercville, NC 27284** | - | | | | | | 1,560.00 |

Sheet no. __305__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,922.99

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,        Case No. ___13-42659_____
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5301** <br><br> **Gonzalez, Vanessa H** <br> **2400 West Madison St Apt 409** <br> **Chicago, IL 60612** | - | | | | | | **61.50** |
| Account No. **xxxx4156** <br><br> **Goodale, Gregory** <br> **5814 Petty Street** <br> **Houston, TX 77007** | - | | | | | | **629.20** |
| Account No. **xxx3864** <br><br> **Goodhue, Kristi** <br> **150 East 52nd St.** <br> **New York, NY 10022** | - | | | | | | **1,292.50** |
| Account No. **xxx7880** <br><br> **Goodin, Richard** <br> **43 Rainey Dr #1792** <br> **Austin, TX 78701** | - | | | | | | **193.05** |
| Account No. **xxx1807** <br><br> **Goodwyn, George T.** <br> **5603 Ash Grove Ct** <br> **Montgomery, AL 36116** | - | | | | | | **149.50** |

Sheet no. __306__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)            **2,325.75**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,         Case No.   **13-42659**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6728** | | | | | | | |
| Gopinath, Prasad<br>65 Overlea Blvd<br>Toronto, 51 | | - | | | | | 2,849.00 |
| Account No. **xxx8054** | | | | | | | |
| Gopisetty, Pramod<br>898 Carton Bay Dr E<br>West Palm Beach, FL 33406 | | - | | | | | 398.40 |
| Account No. **xxx3185** | | | | | | | |
| Gordon, Luke<br>3133 Chula Brookfield Rd<br>Tifton, GA 31794 | | - | | | | | 248.45 |
| Account No. **xxxx3663** | | | | | | | |
| Gordon, Theodore<br>27 Wallingford Ave., Apt. F2<br>Wallingford, PA 19086 | | - | | | | | 337.30 |
| Account No. **xxx1160** | | | | | | | |
| Gordon, Valerie<br>20809 NE 141st Street<br>Woodinville, WA 98077 | | - | | | | | 347.50 |

Sheet no. __307__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4,180.65**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                 ,        Case No.      **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9149** | | | | | | | |
| Gosain, D. J. Aviation Blvd Inglewood, CA 90304 | - | | | | | | 199.10 |
| Account No. **xxx6503** | | | | | | | |
| Goulart, Joe A PO Box 3850 Fort Stuart, GA 31315 | - | | | | | | 300.53 |
| Account No. **xxx6119** | | | | | | | |
| Gozariu, Vasile 3925 Us Hwy 92 West Plant City, FL 33563 | - | | | | | | 115.20 |
| Account No. **xxx2538** | | | | | | | |
| Grabham, Lorie 7268 West FireBird Dr Glendale, AZ 85308 | - | | | | | | 189.24 |
| Account No. **xxx6485** | | | | | | | |
| Grace, Robert Po Box 3579 Shawnee, OK 74801 | - | | | | | | 1,054.00 |

Sheet no. __308__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,858.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0076**<br><br>Graper, Liz<br>11144 Flosonville Rd<br>Tennyson, IN 47637 | | - | | | | | 316.05 |
| Account No. **xxx4015**<br><br>Gray, Caitlin 1<br>1202 Tree line Drive<br>Allentown, PA 18103 | | - | | | | | 108.71 |
| Account No. **xxx2082**<br><br>Gray, Danielle<br>4840 Heron Dr. Apt. 924<br>Tampa, FL 33616 | | - | | | | | 411.06 |
| Account No. **xxxx3771**<br><br>Graza, Selix Anthony<br>1525 Del Rancho Dr<br>Irving, TX 75061 | | - | | | | | 545.50 |
| Account No. **xxx4964**<br><br>Greene, Trevor<br>25 night boxx road<br>orange park, FL 32065 | | - | | | | | 94.49 |

Sheet no. __309__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          1,475.81

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                    ,        Case No. ___**13-42659**___
                                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8432**<br><br>**Greenrock Holdings**<br>**3907 Park Dr. Suite 235**<br>**El Dorado Hills, CA 95762** | - | | | | | | **4,217.50** |
| Account No. **xxx0101**<br><br>**Greens, Ryan**<br>**P.O.Box 12722**<br>**Annapolis, MD 21402** | - | | | | | | **516.30** |
| Account No. **xxx4611**<br><br>**Greiner, Doris**<br>**7 Red Cedar Dr.**<br>**Levittown, PA 19055** | - | | | | | | **622.28** |
| Account No. **xxx8391**<br><br>**Greiner, Haley**<br>**4248 Taylor rd.**<br>**Chasapeake, VA 23321** | - | | | | | | **199.50** |
| Account No. **xxx3544**<br><br>**Greves, Maddy**<br>**815 Lanier Dr.**<br>**Madison, IN 47250** | - | | | | | | **467.50** |

Sheet no. __**310**__ of __**590**__ sheets attached to Schedule of                              Subtotal               **6,023.08**
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                        , Case No. **13-42659**
                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx0267** | | | | | | | | |
| Griego, Lucas J. 1929 7 Street Las Vegas, NM 87701 | | - | | | | | | 812.00 |
| Account No. **xxx2029** | | | | | | | | |
| Griffeth, Kevin 6204 Bandera Blvd dallas, TX 75225 | | - | | | | | | 489.92 |
| Account No. **xxx6529** | | | | | | | | |
| Grigsby, Bob 889 W Wesly Rd Atlanta, GA 30327 | | - | | | | | | 5,150.00 |
| Account No. **xxx4759** | | | | | | | | |
| Grimme, Michael 1965 mulsanne Drive Zionsville, IN 46077 | | - | | | | | | 968.75 |
| Account No. **xxxx1342** | | | | | | | | |
| Grischuk, William 74 Pine Dr. Rosevelt, NJ 08555 | | - | | | | | | 525.60 |

Sheet no. __311__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **7,946.27**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                  ,        Case No. ___**13-42659**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3149**<br><br>Grossman, Katherine<br>1427 Downington Overlook<br>Acworth, GA 30101 | - | | | | | | 411.68 |
| Account No. **xxxx4196**<br><br>Grove, Anthony<br>111 sherman st<br>kent, OH 44240 | - | | | | | | 178.50 |
| Account No. **xxx2086**<br><br>Grunst, Gary<br>19376 Hazelgrove Dr.<br>Oregon city, OR 97045 | - | | | | | | 656.25 |
| Account No. **xxx0206**<br><br>Gruskin, Karen<br>8 Cypress St.<br>Marblehead, MA 09145 | - | | | | | | 141.00 |
| Account No. **xxx6269**<br><br>Gudis, Malcolm<br>6101 St Andrews Dr<br>Dallas, TX 75205 | - | | | | | | 920.04 |

Sheet no. __312__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **2,307.47**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                            ,                Case No.   **13-42659**
                                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6442**<br><br>Gudmundson, Bryan<br>11531 Wild Flower Court<br>Moorpark, CA 93021 | - | | | | | | 453.56 |
| Account No. **xxx4271**<br><br>Guelcher, Charles J<br>2nd PSC Box 20183<br>Camplejeune, NC 28542 | - | | | | | | 271.56 |
| Account No. **xxx8035**<br><br>Guevara, Johana<br>990 Ridgemont Ave Apt 101<br>Houston, TX 77042 | - | | | | | | 793.00 |
| Account No. **xxx9225**<br><br>Guevara, Julissa<br>277 Park Ave 45 floor<br>new york, NY 10172 | - | | | | | | 3,009.58 |
| Account No. **xxx7761**<br><br>Guidon, Micha<br>1736 State Street<br>San Diego, CA 92101 | - | | | | | | 1,404.84 |

Sheet no. __313__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    5,932.54

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,    Case No. ____**13-42659**____
                                 Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1697**<br><br>Gulker, Michael T.<br>2740 Adrain Street<br>San Dieago, CA 92110 | - | | | | | | 388.00 |
| Account No. **xxxx3583**<br><br>Gulledge, Pam<br>218 Main Street<br>Crossett, AR 71635 | - | | | | | | 299.60 |
| Account No. **xxx0474**<br><br>Gundlah, Lori<br>Route 103 301<br>York, ME 03909 | - | | | | | | 1,160.00 |
| Account No. **xxx6029**<br><br>Gunn, Lauren<br>5069 Dakota Ave.<br>Castlerock, CO 80104 | - | | | | | | 845.00 |
| Account No. **xxx3968**<br><br>Gunter, Phillip<br>9043 Walnut Meadow Drive<br>Indianapolis, IN 46234 | - | | | | | | 91.74 |

Sheet no. __**314**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 2,784.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,                    Case No.   **13-42659**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2385** <br><br> **Gupta, Gaurav 2** <br> **1133 Huff Rd. NW Apt. 312** <br> **Atlanta, GA 30318** | - | | | | | | 346.50 |
| Account No. **xxx6953** <br><br> **Gusev, Oleg S** <br> **63 Wall St Apt 3604** <br> **New York, NY 10005** | - | | | | | | 423.02 |
| Account No. **xxx2087** <br><br> **Guth, Susan** <br> **2905 University drive** <br> **Lawerence, KS 66049** | - | | | | | | 186.25 |
| Account No. **xxxx1446** <br><br> **Gutierrez, Carlos** <br> **20 Pinebrook Cir** <br> **Brandy, MA 01033** | - | | | | | | 421.90 |
| Account No. **xxx1839** <br><br> **Gutierrez, Israel** <br> **12160 NE Miami Place** <br> **Miami, FL 33161** | - | | | | | | 84.95 |

Sheet no. __315__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,462.62**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,        Case No.    **13-42659**
                                                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1344** <br><br> **Guyton, Christopher** <br> **112 Nomad Lane** <br> **Lancaster, SC 29720** | | - | | | | | **260.26** |
| Account No. **xxx8314** <br><br> **Ha, Molly** <br> **6250 W Arby Ave Unit 170** <br> **Las Vegas, NV 89118** | | - | | | | | **221.48** |
| Account No. **xxx9330** <br><br> **Habig, Whitney** <br> **6622 Cape Neddick Ct. Apt G** <br> **Indianapolis, IN 46217** | | - | | | | | **274.00** |
| Account No. **xxx5066** <br><br> **Hader, TJ** <br> **209 Smokerise Lane** <br> **Tom's River, NJ 08755** | | - | | | | | **199.44** |
| Account No. **xxx0005** <br><br> **Hadlock, Stan** <br> **9056 Heights Dr** <br> **Sandy, UT 84094** | | - | | | | | **991.00** |

Sheet no. _**316**_ of _**590**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,946.18**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,    Case No.  **13-42659** _____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9335** <br><br> **Haerle, Marybeth** <br> **34300 Lantern A Dr Unit 50** <br> **Dana Pointe, CA 92629** | | - | | | | | 468.28 |
| Account No. **xxxx4022** <br><br> **Hagan, Kenneth** <br> **3384 Spruce St** <br> **Avon, OH 44011** | | - | | | | | 497.58 |
| Account No. **xxx3687** <br><br> **Haidous, Loutfi** <br> **3554 Mayfair St.** <br> **Dearborn, MI 48124** | | - | | | | | 990.00 |
| Account No. **xxxx3749** <br><br> **Haines, James** <br> **1 Sedarbrook, Apt. 2W** <br> **St. Charles, MO 63301** | | - | | | | | 1,220.00 |
| Account No. **xxx0793** <br><br> **Halbert, Douglas** <br> **435 Hudson ST 3rd Fl** <br> **New York, NY 10014** | | - | | | | | 3,693.00 |

Sheet no. __317__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,868.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                  ,        Case No.   **13-42659**
_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2721** | | | | | | | |
| **Hall, Delvin** **854 Issaqueena Trails Rd** **Central, SC 29630** | - | | | | | | 490.30 |
| Account No. **xxx7881** | | | | | | | |
| **Hall, Jennifer 1** **250 pennsylvania ave** **shreveport, LA 71105** | - | | | | | | 517.60 |
| Account No. **xxx5477** | | | | | | | |
| **Hall, Meredith** **7600 south rainbow blvd, apt 2103** **Las vagas, NV 89139** | - | | | | | | 180.92 |
| Account No. **xxx6446** | | | | | | | |
| **Hall, Patty** **1401 Circle Dr.** **Roundrock, TX 71664** | - | | | | | | 105.08 |
| Account No. **xxx5675** | | | | | | | |
| **Hall, Ronald** **703 thomas boyland st** **Brooklyn, NY 11212** | - | | | | | | 200.06 |

Sheet no. __318__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                     **1,493.96**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                  ,        Case No.   **13-42659**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9812** <br><br> **Hallisy, Beth** <br> **471-10 Antler Point Drive** <br> **Aurora, OH 44202** | - | | | | | | **2,925.00** |
| Account No. **xxx6209** <br><br> **Hallock, Paul** <br> **6124 Blue Ash** <br> **Charlotte, NC 28215** | - | | | | | | **219.00** |
| Account No. **xxxx1745** <br><br> **Halper, Rob** <br> **271 Central Park West 9E** <br> **New York, NY 10024** | - | | | | | | **2,383.56** |
| Account No. **xxx6682** <br><br> **Hamed, Ibrahim** <br> **332 Porter Rd** <br> **Clarksdale, MS 38614** | - | | | | | | **1,157.00** |
| Account No. **xxxx2101** <br><br> **Hamilton, Steven A.** <br> **622 forest ridge drive** <br> **noblesville, IN 46060** | - | | | | | | **150.39** |

Sheet no. __319__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,834.95**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                          ,        Case No.    **13-42659**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1544** <br><br> **Hamm, Kimberly G** <br> **3544 Chelsea Dr** <br> **Rocky Mount, NC 27803** | | - | | | | | 255.75 |
| Account No. **xxx6892** <br><br> **Hammes, Jerrod** <br> **15217 Windward Drive** <br> **Corpus Cristi, TX 78418** | | - | | | | | 1,239.75 |
| Account No. **xxx2038** <br><br> **Hampton, Jeron** <br> **3201 S 23rd St apt 141** <br> **Abilene, TX 79605** | | - | | | | | 691.00 |
| Account No. **xxxx1957** <br><br> **Hanan, Priscilla** <br> **5191 Cheney Dr. Apt 7** <br> **S. Beloit, IL 61080** | | - | | | | | 232.50 |
| Account No. **xxx6631** <br><br> **Hancock, David** <br> **1621 White Oak Cove** <br> **Loganville, GA 30052** | | - | | | | | 472.97 |

Sheet no. __320__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,891.97

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,   Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6367** <br><br> **Haney, William** <br> **A Company 138 INF BN 4-2 DDE** <br> **Fort Lewis, WA 98333** | - | | | | | | 548.00 |
| Account No. **xxx2058** <br><br> **Hanford, David** <br> **2716 Zambia Dr.** <br> **Cedar Park, TX 78613** | - | | | | | | 2,013.00 |
| Account No. <br><br> **Hangar 3** <br> **Hangar 3** <br> **67 Meserole Ave** <br> **Brooklyn, NY 11222** | - | | | | | | 720.00 |
| Account No. **xxx4678** <br><br> **Hankee, Patrick 1** <br> **2069 Argyle Avenue apt 305** <br> **Los Angeles, CA 90068** | - | | | | | | 520.52 |
| Account No. **xxx8588** <br><br> **Hanna, Martin** <br> **6012 Marsham Ct. Apt 301** <br> **alexandria, VA 22315** | - | | | | | | 594.75 |

Sheet no. __321__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,396.27**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                              ,    Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8090**<br><br>**Hansel-Burgdorf, Sandra**<br>**330 E 82nd Drive**<br>**Denver, CO 80229** | - | | | | | | **447.00** |
| Account No. **xxx8660**<br><br>**Hansen, Jenet**<br>**PO BOX 14**<br>**Joseph, OR 97846** | - | | | | | | **1,429.66** |
| Account No. **xxx6911**<br><br>**Hansen, Regina**<br>**5149 East laurel lane**<br>**Scottsdale, AZ 85254** | - | | | | | | **411.44** |
| Account No. **xxx2889**<br><br>**Harb, Yousses**<br>**40 Horner Ave**<br>**184X5 Toronto, ON** | - | | | | | | **1,596.00** |
| Account No. **xxx8661**<br><br>**Hardgrove, Matthew**<br>**11 Mulberry Drive**<br>**Oldsbridge, NJ 08857** | - | | | | | | **141.77** |
| Sheet no. __322__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | **4,025.87** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                    ,      Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4493** | | | | | | | |
| hardgrove, seth 1720 State road 331 Tippecanoe, IN 46570 | | - | | | | | 121.28 |
| Account No. **xxx5284** | | | | | | | |
| Harmon, Alex 2801 W Glen Drive Falls Church, VA 22046 | | - | | | | | 168.66 |
| Account No. **xxxx0653** | | | | | | | |
| Harmon, Barbara P.O. Box 594 S. Chatham, MA 02659 | | - | | | | | 420.51 |
| Account No. **xxx0699** | | | | | | | |
| Harper, Donald 5 Winslow Dr Windham, ME 04062 | | - | | | | | 159.20 |
| Account No. **xxx0161** | | | | | | | |
| Harper, Sheila I. 1860 S 250 W Perry, UT 84302 | | - | | | | | 945.00 |

Sheet no. __323__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **1,814.65**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,     Case No.  **13-42659**
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7883**<br><br>**Harris, Jacqueline S.**<br>**154 Sharkey Rd**<br>**Charleston, MS 38921** | - | | | | | | **157.00** |
| Account No. **xxx6531**<br><br>**Harris, Lenard L N construction**<br>**2170 highway 51 suite 1**<br>**Hernando, MS 38632** | - | | | | | | **5,525.50** |
| Account No. **xxx8140**<br><br>**Harris, Marika**<br>**19 Technology drive suite 200**<br>**Irvine, CA 92618** | - | | | | | | **4,687.50** |
| Account No. **xxx9091**<br><br>**Harrison, Guy**<br>**7419 Sandhurst Rd South**<br>**Jacksonville, FL 32277** | - | | | | | | **203.50** |
| Account No. **xxx8543**<br><br>**Harrison, Jennifer J.**<br>**606 Resinwood Road**<br>**Moncks Corner   29461** | - | | | | | | **469.00** |

Sheet no. **324** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,042.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                      ,     Case No. _____**13-42659**_____
                                            Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2512**<br><br>**Harrison, Jessica**<br>**5733 bevis ave**<br>**van nuys, CA 91411** | | - | | | | | 449.90 |
| Account No. **xxx0929**<br><br>**harsimran, hersim**<br>**9200 merrick dr**<br>**pechtree city, GA 30269** | | - | | | | | 168.00 |
| Account No. **xxx5879**<br><br>**Hart , Jessica**<br>**5839 West Bloomfield Rd.**<br>**Glendale, AZ 85304** | | - | | | | | 419.00 |
| Account No. **xxx4613**<br><br>**Hart, Adrian**<br>**31 Chelsea Ridge**<br>**Vernon, CT 06066** | | - | | | | | 345.00 |
| Account No. **xxx9763**<br><br>**Hart, Elizabeth**<br>**990 6th Ave Apt p10**<br>**New York, NY 10018** | | - | | | | | 76.00 |

Sheet no. __**325**__ of __**590**__ sheets attached to Schedule of                        Subtotal                | 1,457.90 |
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                        ,   Case No.   __13-42659__
                                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2349**<br><br>**Hartdegen, Alice**<br>**1425 Forest Creek Dr**<br>**Lewisville, TX 75067** | | - | | | | | **1,095.20** |
| Account No. **xxx7570**<br><br>**Hartman, Lucas  1**<br>**815 Hardscrabble Road**<br>**Chappaqua, NY 10514** | | - | | | | | **608.00** |
| Account No. **xxx6634**<br><br>**Hartung, Rebecca**<br>**14943 Forward Pass**<br>**San Antonio, TX 78248** | | - | | | | | **665.00** |
| Account No. **xxx7018**<br><br>**Hartwick, Heather**<br>**1611 Elbridge Rd**<br>**Harrisburg, PA 17112** | | - | | | | | **598.50** |
| Account No. **xxx0767**<br><br>**Hasuck, Thelma**<br>**3102 Haine Dr apt 517**<br>**Harlingen, TX 78550** | | - | | | | | **385.60** |

Sheet no. __326__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,352.30**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                      ,    Case No.    **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1856** | | | | | | | |
| Haug, Steven J. 20 West View Dr. Lloyd Harbor, NY 11743 | | - | | | | | 185.97 |
| Account No. **xxx6961** | | | | | | | |
| Hawk, Steven 7050 Windhaven Pkwy The Colony, TX 75056 | | - | | | | | 831.76 |
| Account No. **xxx9257** | | | | | | | |
| Hawkins, Brandon M. 310 Middlebridge Rd. Stough Kingstown, RI 02879 | | - | | | | | 877.60 |
| Account No. **xxx8074** | | | | | | | |
| hawkins, phillip 152 west 120th st new york, NY 10027 | | - | | | | | 389.04 |
| Account No. **xxx2547** | | | | | | | |
| Hayden, Christina 8820 West Imnaha court Kennewick, WA 99336 | | - | | | | | 1,149.12 |

Sheet no. __327__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,433.49**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** , Case No. **13-42659**
 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7645** | | | | | | | |
| Haygood, Jameson 600 North Park Drive Springhill, LA 71075 | - | | | | | | 295.00 |
| Account No. **xxx7498** | | | | | | | |
| Haynes, Tyrone 12202 Arlington Place Chino, CA 91710 | - | | | | | | 355.18 |
| Account No. **xxx1841** | | | | | | | |
| Hazlett, Ann 180 Varick Room 1012 New York, NY 10014 | - | | | | | | 4,498.75 |
| Account No. **xxx2845** | | | | | | | |
| Head, Hillary 305 W Fayette Street #1410 Baltimore, MD 21201 | - | | | | | | 149.60 |
| Account No. **xxx1467** | | | | | | | |
| Healy, Jason 2022 Springdale Ave Charolette, NC 28203 | - | | | | | | 1,624.84 |

Sheet no. __328__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **6,923.37**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC__ ,    Case No. __13-42659__
                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Heaven Bound Ascensions** <br>**66 North Villageview Road** <br>**Tallmadge, OH 44278** | - | | | | | | 2,625.00 |
| Account No. **xxx6116** <br><br>**Hebson, Elicia** <br>**2921 Park Harbor Ct** <br>**fort worth, TX 76116** | - | | | | | | 488.90 |
| Account No. **xxxx1207** <br><br>**Heck, Leah** <br>**2301 S. 5th St. suite 14** <br>**Austin, TX 78704** | - | | | | | | 2,460.10 |
| Account No. **xxx9223** <br><br>**Heckenberg, Brad** <br>**8750-3 cherry lane** <br>**laurel, MD 20707** | - | | | | | | 1,287.60 |
| Account No. **xxx6851** <br><br>**Hedberg, Timothy** <br>**11885 Buck creek circle** <br>**Noblesville, IN 46060** | - | | | | | | 519.50 |

Sheet no. __329__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,381.10

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                    , Case No. ___**13-42659**___

                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3079** <br><br> **Hedrick, Barry** <br> **500 East Border Street, 7th Floor** <br> **Arlington, TX 76010** | - | | | | | | **2,002.00** |
| Account No. **xxx4273** <br><br> **Heinrich, Donovan** <br> **5441 Deep Canyon** <br> **Garland, TX 85043** | - | | | | | | **103.93** |
| Account No. **xxxx0915** <br><br> **HEINS, RALPH** <br> **1445 Ross Ave. Suite 5150** <br> **Dallas, TX 75202** | - | | | | | | **2,633.40** |
| Account No. <br><br> **Helicopters, Inc.** <br> **993 River Currents Dr.** <br> **Memphis, TN 38103** | - | | | | | | **395.00** |
| Account No. **xxxx1123** <br><br> **Henderson, Scott A** <br> **4109 Woodfox St** <br> **Houston, TX 77025** | - | | | | | | **1,292.00** |

Sheet no. __**330**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,426.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,      Case No.    **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8978**<br><br>Hendrix, Mark<br>541 Hill Street apartment D<br>San Fransico, CA 94114 | | - | | | | | 193.14 |
| Account No. **xxxx0907**<br><br>HENMAN, KIRT<br>22797 Ellsworth Ave<br>Menerva, OH 44657 | | - | | | | | 3,441.96 |
| Account No. **xxx7064**<br><br>Hensen, Erica<br>1045 Church Rd<br>Green Lane, PA 18054 | | - | | | | | 256.41 |
| Account No. **xxx8768**<br><br>Hensgens, Hans<br>11632 Grandview Road<br>Kansas City, MO 64137 | | - | | | | | 7,020.00 |
| Account No. **xxx7536**<br><br>Henslin, Scott C.<br>424 16th avenue North<br>South St Paul, MN 55075 | | - | | | | | 144.40 |

Sheet no. **331** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,055.91

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____ ,        Case No. ____**13-42659**_____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1913** | | | | | | | |
| Hermida, Daniel J. 110 Sumter Ln Apt I Central, SC 29630 | | - | | | | | 882.40 |
| Account No. **xxx7687** | | | | | | | |
| Hermida, Jazkhlan 7474 east arkansas ave apt.1702 denver, CO 80231 | | - | | | | | 248.90 |
| Account No. **xxxx3630** | | | | | | | |
| Hernandez, Michael 2 312 29th St., NE Cedar Rapids, IA 52406 | | - | | | | | 558.80 |
| Account No. **xxxx3310** | | | | | | | |
| Herndon, Chad 606 Hyde Park Cleburne, TX 06033 | | - | | | | | 1,590.40 |
| Account No. **xxx6399** | | | | | | | |
| Herrin, Michael 871 Buttonwood Lane Altamonte Spring, FL 32714 | | - | | | | | 176.25 |

Sheet no. __332__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            3,456.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,     Case No.  **13-42659**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7835**<br><br>**Hersholt, Brian**<br>**415 N. Ogden Dr apt 2**<br>**Los Angels, CA 90036** | - | | | | | | 1,443.00 |
| Account No. **xxx4190**<br><br>**Herweyer, Nicholas J**<br>**261 11th Ave**<br>**Vero Beach, FL 32962** | - | | | | | | 138.23 |
| Account No. **xxx3333**<br><br>**Hester, Mary J.**<br>**5305 Meltow Rock Ave**<br>**Las Vegas, NV 89130** | - | | | | | | 106.15 |
| Account No. **xxx5832**<br><br>**Hewko, Terri**<br>**3223 Camarie Ave**<br>**Midland, TX 79705** | - | | | | | | 70.00 |
| Account No. **xxx0498**<br><br>**Hiatt, Jason M**<br>**1104 East 49th Street**<br>**Marion, IN 46953** | - | | | | | | 272.99 |

Sheet no. __333__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **2,030.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                              , Case No. ___**13-42659**___
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0244** <br><br> **Hicks, Thomas** <br> **11308 Jefferson Way** <br> **Alpharetta, GA 30005** | - | | | | | | 391.68 |
| Account No. **xxx5168** <br><br> **Higgins, David A.** <br> **754 Thicket Lane** <br> **Housten, TX 77079** | - | | | | | | 77.22 |
| Account No. **xxx2857** <br><br> **Higgins, Justin** <br> **PO BOX 13051** <br> **Evansville, IN 47728** | - | | | | | | 7,350.00 |
| Account No. <br><br> **High But Dry Balloons** <br> **4164 Austin Bluffs Parkway** <br> **#146** <br> **Colorado Springs, CO 80918** | - | | | | | | 330.00 |
| Account No. **xxx5566** <br><br> **Highsmith, Carol** <br> **7501 Carol Avenue** <br> **Tacoma Park, MD 20912** | - | | | | | | 324.10 |

Sheet no. __**334**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,473.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,       Case No. ___13-42659_____
                                   Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5169** | | | | | | | |
| **Hild, Jeff**<br>**1444 W street**<br>**DC, DC 20009** | - | | | | | | 219.90 |
| Account No. **xxx2406** | | | | | | | |
| **hildreth, clinton**<br>**6552 la mirada drive**<br>**jacksonville, FL 32217** | - | | | | | | 387.40 |
| Account No. **xxx0078** | | | | | | | |
| **Hill, Fred**<br>**3147 wolf club dribe**<br>**atlanta, GA 30349** | - | | | | | | 385.20 |
| Account No. **xxx3024** | | | | | | | |
| **Hillier, Luke**<br>**5000 Ocean Front ave**<br>**Virginia Beach, VA 23451** | - | | | | | | 10,776.00 |
| Account No. **xxx3044** | | | | | | | |
| **HIMES, JENNIFER**<br>**769 HIDDEN SPRINGS DRIVE**<br>**LEWIS CENTER, OH 43035** | - | | | | | | 630.00 |

Sheet no. __335__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        12,398.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,  Case No.  **13-42659**
                                   Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7282** <br><br> Hinrichs, Roger <br> 208 Morning Side Dr. <br> Hopkinsville, KY 42240 | - | | | | | | 79.38 |
| Account No. **xxx2198** <br><br> Hinson, Courtney <br> 145 Lake E 8 Trail <br> Longview, TX 75605 | - | | | | | | 88.50 |
| Account No. **xxxx4223** <br><br> Hirsch, Adam <br> 8421 N 76th E Ave <br> Owasso, OK 74055 | - | | | | | | 611.33 |
| Account No. **xxx0577** <br><br> Hitt, Ricky <br> 430 S.Bryan Beltline <br> Mesquite, TX 75149 | - | | | | | | 1,691.58 |
| Account No. **xxx5615** <br><br> Hnath, Jenna <br> 12812 W Old Baltimore Road <br> Boyds, MD 20841 | - | | | | | | 126.00 |

Sheet no. __336__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **2,596.79**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**
_____,        Case No.   **13-42659**
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx5305** | | | | | | | | |
| Ho, Nancy 535 Owasso Hills Drive Roseville, MN 55113 | - | | | | | | | 108.54 |
| Account No. **xxx1109** | | | | | | | | |
| Hocker, LaDonna 1073 Meadowbrook Dr Woodstock, GA 30188 | - | | | | | | | 661.20 |
| Account No. **xxx2592** | | | | | | | | |
| Hodge, Lynda 351 King st. Apt C Charleston, SC 29401 | - | | | | | | | 459.10 |
| Account No. **xxx7465** | | | | | | | | |
| Hodgson, Jill G 803 Ivy Dr Pflugerville, TX 78660 | - | | | | | | | 886.44 |
| Account No. **xxx9602** | | | | | | | | |
| Hoeldt, Joshua 18827 Citation Road Unit A Eagle River, AK 99577 | - | | | | | | | 1,625.20 |

Sheet no. **337** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   3,740.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                          ,        Case No. ___**13-42659**___
                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx8026** | | | | | | | | |
| Hoelzle, Brian 917 W. Dakin #109 Chicago, IL 60613 | - | | | | | | | 254.40 |
| Account No. **xxx7727** | | | | | | | | |
| Hoffman, Gary 2189 Andorra St Navarre, FL 32556 | - | | | | | | | 256.77 |
| Account No. **xxxx2181** | | | | | | | | |
| Hoffman, Mathew 5014 West The Riviera Street Tampa, FL 33609 | - | | | | | | | 342.51 |
| Account No. **xxx3449** | | | | | | | | |
| Hoffner, James C 43 Orchard Ln James Hoffner Kirkwood, MO 63122 | - | | | | | | | 717.00 |
| Account No. **xxx3420** | | | | | | | | |
| Hoffner, Sandra J 1017 Quarterpath Drive Winterville, NC 28590 | - | | | | | | | 319.00 |

Sheet no. __338__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,889.68**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,        Case No. _____**13-42659**_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1808** <br><br> **Hoffpauir, Dale** <br> **PO Box 82561** <br> **Lafayette, LA 70598** | - | | | | | | 1,659.00 |
| Account No. **xxx8229** <br><br> **Holiday, Justin** <br> **1704 Wallace St.** <br> **Philadelphia, PA 19130** | - | | | | | | 276.66 |
| Account No. **xxxx3438** <br><br> **Hollister, Thomas** <br> **14 Renee Lane** <br> **Newark, DE 19711** | - | | | | | | 116.22 |
| Account No. **xxx2085** <br><br> **Holloman Corporation** <br> **Jimmy Brannon** <br> **Odessa, TX 79762** | - | | | | | | 5,200.00 |
| Account No. **xxx4494** <br><br> **Holloway, Jason** <br> **2575 Blessed Place** <br> **Pinewood, SC 29125** | - | | | | | | 239.55 |

Sheet no. __339__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,491.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,        Case No.    **13-42659**
                                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3819** <br><br> **Holthofer, August** <br> **813 High Meadow Ct.** <br> **Louisville, TX 75077** | | - | | | | | 234.73 |
| Account No. **xxx1988** <br><br> **Hooks, Allison** <br> **3720 west alabama #5209** <br> **houston, TX 77027** | | - | | | | | 643.00 |
| Account No. **xxx6716** <br><br> **Hooper, Lawrence** <br> **106 3rd street** <br> **saratoga, NY 12866** | | - | | | | | 276.95 |
| Account No. **xxx4318** <br><br> **Hoover, Donna M** <br> **11424 East Ereyfus Ave** <br> **scottsdale, AZ 85259** | | - | | | | | 702.60 |
| Account No. **xxx6069** <br><br> **Hope, Crystal D** <br> **2066 Callaway Ct NW** <br> **Atlanta, GA 30318** | | - | | | | | 209.80 |

Sheet no. __340__ of __590__ sheets attached to Schedule of                Subtotal                2,067.08
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                              ,        Case No.     **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9258**<br><br>Hope, Jason<br>po box 10195 dept 858<br>Palo Alto, CA 94303 | - | | | | | | 3,110.00 |
| Account No. **xxx8808**<br><br>Hoppe, Nicholas<br>3009 Barksdale Court<br>Bellevue, NE 68123 | - | | | | | | 506.16 |
| Account No. **xxx0654**<br><br>Horgan, Erin<br>741 E 9th Street<br>New York, NY 10009 | - | | | | | | 606.67 |
| Account No. **xxx5785**<br><br>Hormaza, Margarita<br>5701 NW 114th court apt 107<br>Doral, FL 33178 | - | | | | | | 479.00 |
| Account No. **xxx4071**<br><br>Hosftetter, Erin<br>20 Sea point way<br>Pitsburg, CA 94565 | - | | | | | | 214.99 |

Sheet no. __341_ of __590_ sheets attached to Schedule of                              Subtotal                  4,916.82
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,   Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Hot Air Balloon Port, LLC** **42093 Preston Landry Rd** **Gonzales, LA 70737** | - | | | | | | 700.00 |
| Account No. | | | | | | | |
| **Hot Air Expeditions, Inc.** **2243 E. Rose Garden Loop** **Suite One** **Phoenix, AZ 85024** | - | | | | | | 3,575.00 |
| Account No. **xxx4437** | | | | | | | |
| **Housley, Tamika** **511 N. Virginia Ave** **Glenwood, IL 60425** | - | | | | | | 682.50 |
| Account No. **xxx8046** | | | | | | | |
| **Hovis, Andrew** **15995 North Barkers Landing** **Houston, TX 77079** | - | | | | | | 1,448.00 |
| Account No. **xxx9238** | | | | | | | |
| **Howard, Jacquline** **5304 Wendley Rd** **Baltimore, MD 21229** | - | | | | | | 623.00 |

Sheet no. __342__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,028.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    , Case No. _____**13-42659**_____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5553**<br><br>Howat, Christopher<br>8107 Augusta Pines PKWY W<br>Spring, TX 77389 | - | | | | | | 4,281.78 |
| Account No. **xxx8869**<br><br>Howe, Amanda<br>430 South Capital St  SE<br>Washington, DC 20003 | - | | | | | | 1,104.00 |
| Account No. **xxx0068**<br><br>Howell, Robert T.<br>525 Chapman Ln.<br>Marietta, GA 30066 | - | | | | | | 5,062.00 |
| Account No. **xxx5449**<br><br>Hoyles, Jennifer<br>8661 SE 17th Court<br>Ocala, FL 34480 | - | | | | | | 272.25 |
| Account No. **xxxx0656**<br><br>Huang, Lei<br>2644 Hunt St. Unit 2<br>Ames, IA 50014 | - | | | | | | 269.50 |

Sheet no. __343__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    10,989.53

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,    Case No. ___13-42659_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx3609**<br><br>Huber, Kelly<br>4640 Teresa Trail<br>Midlothian, TX 76065 | | - | | | | | | 906.25 |
| Account No. **xxx0939**<br><br>Hudak, Andrew<br>2765 Preston Club<br>Columbus, OH 43219 | | - | | | | | | 496.90 |
| Account No. **xxx9115**<br><br>Hudak, Stephen<br>3124 Bel Aire Road<br>Des Moines, IA 50310 | | - | | | | | | 2,734.00 |
| Account No. **xxx2843**<br><br>Hudgins, Melissa<br>11336 Copper Hill Dr<br>Hammond, LA 70403 | | - | | | | | | 586.25 |
| Account No. **xxxx2102**<br><br>hueneman, kent<br>575 highway 69<br>garner, IA 50438 | | - | | | | | | 800.80 |

Sheet no. __344__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    5,524.20

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,    Case No. ___13-42659_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *xxxx2182* <br><br> **Huffman, Hailey 1** <br> **225 Shady Grove Road** <br> **Nashville, TN 37214** | | - | | | | | 318.00 |
| Account No. *xxx4175* <br><br> **Hughes, Curtis 1** <br> **1920 Exchange Dr** <br> **Greenville, NC 27858** | | - | | | | | 247.97 |
| Account No. *xxx9659* <br><br> **Hughes, Nancy** <br> **5141 Eastlake Dr.** <br> **Pompano Beach, FL 33064** | | - | | | | | 91.76 |
| Account No. *xxx7067* <br><br> **Hughes, Ocee** <br> **1411 Hillandale Ave. Apt 6** <br> **La Habra, CA 90631** | | - | | | | | 552.80 |
| Account No. *xxxx4709* <br><br> **Hughes, Ryan 1** <br> **714 KINWOOD PORRT SE.** <br> **LACEY, WA 98503** | | - | | | | | 167.00 |

Sheet no. __345_ of _590_ sheets attached to Schedule of                         Subtotal          | 1,377.53 |
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.    **13-42659**
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1530** | | | | | | | |
| Humphries, Bob 2319 W. Cedar Bayou Linchburg Baytown, TX 77521 | | - | | | | | 729.73 |
| Account No. **xxxx1683** | | | | | | | |
| Hunt, Antoine P.O. Box DV 737 Devonshire, 51 | | - | | | | | 1,620.00 |
| Account No. **xxx8839** | | | | | | | |
| Huntington, Kate 585 north main st. apt 10 tooele, UT 84074 | | - | | | | | 643.80 |
| Account No. **xxx2962** | | | | | | | |
| Hurlburt, John R 2793 Pre Emption Street Geneva, NY 14456 | | - | | | | | 1,052.00 |
| Account No. **xxx4999** | | | | | | | |
| hussey , michelle 2046 hollis rd lansdale, PA 19446 | | - | | | | | 652.32 |

Sheet no. __346__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **4,697.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,        Case No.    **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2389** | | | | | | | |
| Hutson, James 806 WAshington Ave albany, NY 12203 | - | | | | | | 229.84 |
| Account No. **xxx8385** | | | | | | | |
| Hutton, Sean 200 East St Southington, CT 06489 | - | | | | | | 1,195.00 |
| Account No. **xxx2737** | | | | | | | |
| Hwang, Sunghyun 3762 S Flower St Apt.1 Los Angeles, CA 90007 | - | | | | | | 708.00 |
| Account No. **xxx0942** | | | | | | | |
| Ihrig, Matthew 20115 Tom Lee Ave Torrance, CA 90503 | - | | | | | | 224.96 |
| Account No. **xxx0870** | | | | | | | |
| Ilagan , Michaelangelo 208 Lenape Ave. Melrose Park, PA 19027 | - | | | | | | 279.72 |

Sheet no. __347__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              2,637.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.   **13-42659**

_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> *In Flight Balloon Adventures* <br> *P.O. Box 5339* <br> *Clinton, NJ 08809* | - | | | | | | 2,200.00 |
| Account No. *xxx7974* <br><br> *Ince, Richard* <br> *1053 Wyndhan* <br> *Lansing, KS 66043* | - | | | | | | 239.37 |
| Account No. <br><br> *Independent Skydive Company* <br> *Jeremy Divan* <br> *3335 Airport Rd, Unit E* <br> *Boulder, CO 80301* | - | | | | | | 1,000.00 |
| Account No. <br><br> *Indy Balloon Rides* <br> *405 E. New York* <br> *Fortville, IN 46040* | - | | | | | | 799.00 |
| Account No. <br><br> *Infinity & Beyond* <br> *78 Warner Hill Road* <br> *Derry, NH 03038* | - | | | | | | 5,000.00 |

Sheet no. __348__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,238.37

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,        Case No.   **13-42659**
                                  Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9039** <br><br> **Isaias, Ambres** <br> **1728 Sw Coral Way** <br> **Miami, FL 32145** | - | | | | | | **2,519.00** |
| Account No. **xxx7729** <br><br> **Isidro, Claire** <br> **73 Trabuco Oak Drive** <br> **Simi Valley, CA 93065** | - | | | | | | **111.25** |
| Account No. <br><br> **Island Balloons, Inc.** <br> **Reed Basley** <br> **8530 Hicks Island Rd.** <br> **Lanexa, VA 23089** | - | | | | | | **3,300.00** |
| Account No. **xxx1350** <br><br> **Island, Jason** <br> **1203 Peacham Ct.** <br> **Fresno, TX 77545** | - | | | | | | **756.69** |
| Account No. **xxx1882** <br><br> **Israel, Nathan** <br> **102 Michele Dr** <br> **Hampton, VA 23669** | - | | | | | | **905.00** |

Sheet no. __349__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **7,591.94**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3739** <br><br> **ITC Holdings** <br> **27175 Energy Way** <br> **Novi, MI 48377** | - | | | | | | 5,246.16 |
| Account No. **xxxx4756** <br><br> **Ivey, Stefani** <br> **650 North Leora Lane apt 925** <br> **vacollony, TX 75056** | - | | | | | | 108.99 |
| Account No. **xxx1795** <br><br> **Izehi, Isleo** <br> **1 tridon cir box 677** <br> **fort dodge, IA 50501** | - | | | | | | 730.45 |
| Account No. **xxx4966** <br><br> **Jackson, James G.** <br> **9 S Silverview Ln.** <br> **Greer, SC 29651** | - | | | | | | 210.75 |
| Account No. **xxxx1599** <br><br> **Jacob, Patricia M.** <br> **22 Golden Ash way** <br> **Gaithersburg, MD 20878** | - | | | | | | 65.10 |

Sheet no. __350__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,361.45**

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,          Case No. ___13-42659_____
                                Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5076** <br><br> **Jaeger, Chris** <br> **3400 Ave of the Arts** <br> **Costa Mesa, CA 92626** | - | | | | | | **1,156.00** |
| Account No. **xxx8823** <br><br> **Jagusch, Dean** <br> **5220 Pennington ave** <br> **Baltimore, MD 21226** | - | | | | | | **7,605.00** |
| Account No. **xxx2843** <br><br> **jaimes, martin e** <br> **715 west foothill blvd** <br> **Mongrovin, CA 91016** | - | | | | | | **1,784.09** |
| Account No. **xxx1170** <br><br> **James, Max 1** <br> **101 Convention Center Drive # 1225** <br> **Las Vegas, NV 89109** | - | | | | | | **1,415.00** |
| Account No. **xxx5306** <br><br> **Jara, Jacyln** <br> **10105 Elm Cirle Drive** <br> **Oak Lawn, IL 60453** | - | | | | | | **113.35** |

Sheet no. __351__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **12,073.44**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,          Case No. ___**13-42659**___
                                             Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3476**<br><br>**Javid, Hassan**<br>**46 gallop lane**<br>**somerset, NJ 08873** | - | | | | | | 543.60 |
| Account No. **xxx4073**<br><br>**Jayaram, Nandish**<br>**908 Greek Rd Dr. Apt 246**<br>**Arlington, TX 76013** | - | | | | | | 488.80 |
| Account No. **xxx5077**<br><br>**Jenkins, Neil**<br>**2046 Brown Rd**<br>**Auburn Hills, MI 48326** | - | | | | | | 9,532.50 |
| Account No. **xxx7074**<br><br>**Jennings, Jerry**<br>**104 Blue Steam St.**<br>**Brighton, CO 80601** | - | | | | | | 474.50 |
| Account No. **xxx9029**<br><br>**Jensen, Sabrina**<br>**165 E 400 N**<br>**Bountiful, UT 84010** | - | | | | | | 353.84 |

Sheet no. __352__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **11,393.24**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                     ,    Case No.    **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3799**<br><br>Jha, Rohan<br>17180 Big Oak Lane<br>Yorba Linda, CA 92886 | - | | | | | | 257.87 |
| Account No. **xxxx4051**<br><br>Jhaveri, Nishant<br>12817 Shadow Oak Ln<br>Fairfax, VA 22033 | - | | | | | | 625.30 |
| Account No. **xxx0389**<br><br>Jiang, Honglei<br>3239 Armour Court<br>Mason, OH 45040 | - | | | | | | 194.00 |
| Account No. **xxx0783**<br><br>Jiao, Chao L.<br>901 Sumter BreyrresSt 207<br>Columbia, SC 29208 | - | | | | | | 930.20 |
| Account No. **xxx4439**<br><br>Jimenez, Perla<br>1411 N Cockrell Hill Rd<br>Dallas, TX 75211 | - | | | | | | 103.60 |

Sheet no. __353__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,110.97**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____, Case No. ____**13-42659**____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2549** <br><br> jiwani, amynah <br> 112 Sugarstone Dr <br> Lawrenceville, GA 30043 | - | | | | | | 134.91 |
| Account No. **xxx1158** <br><br> Johanson, Dave <br> 2122 York Rd <br> Oakbrook, IL 60523 | - | | | | | | 2,130.01 |
| Account No. **xxx9929** <br><br> John, Ashish <br> 426 Arkansaw st apt3 <br> San Francisco, CA 94107 | - | | | | | | 1,290.00 |
| Account No. **xxx8066** <br><br> Johns, Michael T. <br> 3695 Norman Scott Rd. <br> San Diego, CA 92136 | - | | | | | | 222.44 |
| Account No. **xxx1693** <br><br> Johnson, Adam 1 <br> 510 Westridge Dr <br> Ofallon, MO 63366 | - | | | | | | 120.22 |

Sheet no. __354__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,897.58

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                                ,          Case No. ___**13-42659**___
                                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *xxxx1172* <br><br> **Johnson, Allen K** <br> **1084 Brielle Court** <br> **Oviedo, FL 32765** | - | | | | | | 409.20 |
| Account No. *xxx8227* <br><br> **Johnson, Ana 1** <br> **5009 West Equestrian Pl Apt 1124** <br> **Sioux Falls, SD 57106** | - | | | | | | 84.00 |
| Account No. *xxx7353* <br><br> **Johnson, Chris 1** <br> **805 Corss timbers dr** <br> **Mckenney, TX 75069** | - | | | | | | 438.10 |
| Account No. *xxxx3475* <br><br> **Johnson, Debron** <br> **2520 North 3000 West** <br> **Delta, UT 84624** | - | | | | | | 443.89 |
| Account No. *xxx2683* <br><br> **Johnson, Douglas** <br> **109 Silverdale Garden** <br> **Fort Mcmurray Alburta T9H3S6** | - | | | | | | 2,300.00 |

Sheet no. __355__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,675.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**_____,    Case No.____**13-42659**____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1880** <br><br> **Johnson, Herbie** <br> **501 Home Ave** <br> **Norton, KS 67654** | - | | | | | | 750.36 |
| Account No. **xxx9082** <br><br> **Johnson, Jeff 3** <br> **919 Milam St** <br> **Houston, TX 77002** | - | | | | | | 4,000.00 |
| Account No. **xxx2088** <br><br> **Johnson, Jeranica** <br> **505 Pecan Grove Loop** <br> **Hopemills, NC 28348** | - | | | | | | 539.60 |
| Account No. **xxx3690** <br><br> **Johnson, Nancy 1** <br> **85 Adam st** <br> **Fairhaven, MA 02719** | - | | | | | | 2,989.00 |
| Account No. **xxxx0594** <br><br> **Johnson, Shannon C** <br> **2006 Newbury Drive** <br> **Arlington, TX 76014** | - | | | | | | 136.90 |

Sheet no. __**356**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,415.86**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                              ,   Case No.   **13-42659**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3753** <br><br> **Johnson, Shanti** <br> **116 Dearplace** <br> **Pagsa springs, CO 81147** | - | | | | | | 251.00 |
| Account No. **xxxx1962** <br><br> **Johnston, April A.** <br> **4316 summercrest blvd** <br> **Antioch, TN 37013** | - | | | | | | 432.00 |
| Account No. **xxx2844** <br><br> **Johnston, Jacob D** <br> **387 Hareing Highway West** <br> **Marion, OH 43302** | - | | | | | | 81.51 |
| Account No. **xxx9402** <br><br> **Jonas, Nicholas** <br> **250 West 57th street** <br> **New York, NY 10107** | - | | | | | | 1,100.75 |
| Account No. **xxx4828** <br><br> **Jones, Aarin** <br> **4214 Washington rd.apt 203** <br> **Kenosha, WI 53144** | - | | | | | | 331.76 |

Sheet no. __357__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,197.02

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                    ,    Case No.    **13-42659**
                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9260**<br><br>**Jones, Brent<br>413 S 180th Place<br>Seattle, WA 98148** | - | | | | | | 227.15 |
| Account No. **xxx8470**<br><br>**Jones, Jackie<br>3500 North Star Road apt 218<br>Richardson, TX 75082** | - | | | | | | 439.40 |
| Account No. **xxx4745**<br><br>**Jones, Melissa<br>302 Marietta Road<br>Mooresville, NC 28117** | - | | | | | | 2,128.00 |
| Account No. **xxx9414**<br><br>**Jones, Michael 1<br>9016 N. Wyandotte Ave<br>Kansas City, MO 64155** | - | | | | | | 5,632.50 |
| Account No. **xxx5144**<br><br>**Jones, Peggy<br>152 Heritage Village Ln<br>Columbia, SC 29212** | - | | | | | | 1,444.50 |

Sheet no. __358__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 9,871.55

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    , Case No. **13-42659**
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1217** <br><br> **Jones, Sarah E** <br> **3870 Kelly green Place** <br> **MD 20602** | - | | | | | | 173.85 |
| Account No. **xxx9690** <br><br> **Jones, Tyler 1** <br> **6703 Chevy Ray** <br> **Tallahassee, FL 32317** | - | | | | | | 239.99 |
| Account No. **xxx8933** <br><br> **Jordan, Thomas E.** <br> **528 Rua Dematta** <br> **San Antonio, TX 78232** | - | | | | | | 148.86 |
| Account No. **xxx1040** <br><br> **Joseph, Nerlande** <br> **119 Matrix Prkwy** <br> **Peidmont, SC 29673** | - | | | | | | 2,072.00 |
| Account No. **xxx8728** <br><br> **Juarez, Martin** <br> **702 S Bellrose** <br> **Whichita, KS 67218** | - | | | | | | 474.00 |

Sheet no. **359** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  3,108.70

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,        Case No.    **13-42659**
                                      Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3817** <br><br> **Judd, Trevor** <br> **5810 Osage Ave** <br> **Cheyanne, WY 82009** | - | | | | | | 221.75 |
| Account No. **xxxx0242** <br><br> **Julio, Moreo** <br> **PO BOX 2095** <br> **Santa Rosa, CA 95405** | - | | | | | | 170.17 |
| Account No. <br><br> **Jump Florida Skydiving LLC.** <br> **3800 Chalet Suzanne Drive** <br> **Lake Wales, FL 33859** | - | | | | | | 5,055.00 |
| Account No. **xxx8995** <br><br> **Jurrema, Peter** <br> **4325 Persimmon Ct** <br> **Columbus, IN 47201** | - | | | | | | 832.00 |
| Account No. **xxx2918** <br><br> **Justice, Janet** <br> **583 Indian Springs Dr** <br> **Kerriville, TX 78028** | - | | | | | | 153.60 |

Sheet no. __360__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **6,432.52**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**_____,          Case No. ___**13-42659**_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8277**<br><br>Justiniano, Jessica<br>2478 SW 177th Ave<br>Mirimar, FL 33029 | - | | | | | | 499.50 |
| Account No. **xxx2151**<br><br>Jutzi, Jack<br>6741 Amber Crest Dr.<br>Arlington, TX 76002 | - | | | | | | 795.20 |
| Account No. **xxx9930**<br><br>Kaczmarek, John<br>3501 Edgewood Drive<br>Amarillo, TX 79109 | - | | | | | | 1,698.25 |
| Account No. **xxxx4737**<br><br>Kaiser, James<br>4670 shearwood ct NE<br>grand rapids, MI 49525 | - | | | | | | 154.00 |
| Account No. **xxx9623**<br><br>Kakkad, Rishi<br>5450 wissahickon ave.<br>Philadelphia, PA 19144 | - | | | | | | 704.70 |

Sheet no. __361__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,851.65**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    , Case No.   **13-42659**
                              Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7637** | | | | | | | |
| **Kalali, Chandra** **4117 Stevenson Blvd** **Fremont  94538** | | - | | | | | 532.79 |
| Account No. **xxx5931** | | | | | | | |
| **Kalimullina, Gazul** **199 Acacia Ave.** **Statin Island, NY 10308** | | - | | | | | 276.11 |
| Account No. **xxx8568** | | | | | | | |
| **kamdar, devyani** **695 riviera circle** **larkstur, CA 94939** | | - | | | | | 986.96 |
| Account No. **xxx9119** | | | | | | | |
| **Kanakis, Heather** **45447 Blue Sage pl** **Great Mills, MD 20634** | | - | | | | | 614.40 |
| Account No. **xxx2542** | | | | | | | |
| **Kanter, Lauren** **4500 Woodfield Bulv.** **Boca Raton, FL 33434** | | - | | | | | 425.70 |

Sheet no. __362__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,835.96

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                         ,    Case No.   **13-42659**
                                  Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Karen Kent Balloons** <br>**4128 Rougon Road** <br>**Port Allen, LA 70767** | - | | | | | | 850.00 |
| Account No. **xxx3972** <br><br>**Katikaneni, Sreerama** <br>**1901 Crossing Place 2204** <br>**Austin, TX 78741** | - | | | | | | 442.16 |
| Account No. **xxx6853** <br><br>**Kauffman, Kent** <br>**700 north patton** <br>**harrisonville, MO 64701** | - | | | | | | 2,250.20 |
| Account No. **xxxx3417** <br><br>**Kaur, Manjet** <br>**1414 Burrero Way** <br>**Corona, CA 92882** | - | | | | | | 489.74 |
| Account No. **xxx0553** <br><br>**Kedrowski, Michelle** <br>**15129  45 Rd** <br>**Arlington, WA 98223** | - | | | | | | 384.65 |

Sheet no. __363__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **4,416.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                        ,        Case No. ____**13-42659**____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1714** <br><br> Keen, Bradley T <br> 2601 Jeff Neely Drive <br> nashville, TN 37212 | - | | | | | | 422.00 |
| Account No. **xxx2653** <br><br> Keenan, Lisa <br> 11275 110th Ave. <br> Largo, FL 33778 | - | | | | | | 306.25 |
| Account No. **xxx7021** <br><br> Kelly, Eileen <br> 18 Elstone Dr. <br> Glen Mills, PA 19342 | - | | | | | | 479.60 |
| Account No. **xxx8743** <br><br> Kelly, Julie 1 <br> 3901 Dovina Dr <br> Raleigh, NC 27613 | - | | | | | | 64.39 |
| Account No. **xxx7449** <br><br> Kelly, Richard <br> 1875 Newport Blvd <br> costa Mesas, CA 92627 | - | | | | | | 762.75 |

Sheet no. __364__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 2,034.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                    , Case No.    **13-42659**
_____
                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7382** | | | | | | | |
| **Kelly, Stephen**<br>**P.O. Box 1472**<br>**Seally Lake, MT 59868** | | - | | | | | 704.00 |
| Account No. **xxx6535** | | | | | | | |
| **Kenderdine, joshua**<br>**8119**<br>**albuquerque, NM 87120** | | - | | | | | 250.26 |
| Account No. **xxx6916** | | | | | | | |
| **Kendrick, Edward R**<br>**253 Highland Falls Dr**<br>**Hiram, GA 30141** | | - | | | | | 445.00 |
| Account No. **xxx1601** | | | | | | | |
| **Kenkelen, Ryann**<br>**927 cummings Ave.**<br>**Blackwood, NJ 08012** | | - | | | | | 289.28 |
| Account No. **xxx3191** | | | | | | | |
| **Kennedy, Chloe**<br>**1 macquarie**<br>**tennerisse   04001** | | - | | | | | 256.50 |

Sheet no. __365__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,945.04

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                        ,       Case No.   **13-42659**
                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx0519** | | | | | | | | | |
| Kenyon, Carol A. 21329 Old Bellamy Road Alachua, FL 32615 | | - | | | | | | | 1,203.20 |
| Account No. **xxx0508** | | | | | | | | | |
| Kerr, Steve 8624 donnywood circle britt, MN 55710 | | - | | | | | | | 265.60 |
| Account No. **xxx1328** | | | | | | | | | |
| Kerschner, Erica 5389 Verne Rd. Mohrsville, PA 19541 | | - | | | | | | | 965.24 |
| Account No. **xxx9951** | | | | | | | | | |
| kestler, jacquelyn 2202 may wine ln ofallon, MO 63368 | | - | | | | | | | 1,178.08 |
| Account No. **xxx3090** | | | | | | | | | |
| Kettani, Eric 8105 Eagle Rd Kirtland, OH 44094 | | - | | | | | | | 124.60 |

Sheet no. __366__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **3,736.72**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                     ,        Case No.      **13-42659**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx3495** | | | | | | | | |
| Kettlewell, Mathew 146 Clearview Avenue Wheeling, WV 26003 | - | | | | | | | 273.97 |
| Account No. **xxxx4053** | | | | | | | | |
| Khadake, Pramod 3435 Waterford Forest Cir Cary, NC 27513 | - | | | | | | | 283.70 |
| Account No. **xxx3096** | | | | | | | | |
| Khalsa, Carol 12 Foote St Berington, SC 02806 | - | | | | | | | 423.30 |
| Account No. **xxx3434** | | | | | | | | |
| Kidd, Stephanie 1600 Sherri Way Richamond, IN 47374 | - | | | | | | | 186.00 |
| Account No. **xxx6054** | | | | | | | | |
| Kilpatrick, Charles 105 Spindal Ln Lugoff, SC 29078 | - | | | | | | | 543.00 |

Sheet no. __367__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,709.97

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                        , Case No.    **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4019** | | | | | | | |
| Kim, Amy 1525 Addison Circle Apt 2430 Addison, TX 75001 | - | | | | | | 260.11 |
| Account No. **xxx5349** | | | | | | | |
| Kimball, Jill 1507 Ancor Court Orlando, FL 32804 | - | | | | | | 946.39 |
| Account No. **xxx8938** | | | | | | | |
| King, Donald 1 508 Tucker Way Ct Nashville, TN 37205 | - | | | | | | 438.02 |
| Account No. **xxx3718** | | | | | | | |
| Kinney, Elizabeth 7116 Blairview Dr Dallas, TX 75230 | - | | | | | | 73.80 |
| Account No. **xxx9240** | | | | | | | |
| Kirchberg, Chris 385 peaceful court Simi Valley, CA 93065 | - | | | | | | 1,057.00 |

Sheet no. __368__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,775.32

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                    , Case No.    **13-42659**
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9995**<br><br>**Kirwan, Greg**<br>**605 Oak Hill Rd.**<br>**N. Kingstown, RI 02852** | - | | | | | | 2,142.50 |
| Account No.<br><br>**Kite Enterprises**<br>**203 Whisenant Dr**<br>**Allen, TX 75013** | - | | | | | | 350.00 |
| Account No. **xxx8822**<br><br>**Klaus, Brian**<br>**470 waterson School Rd**<br>**Redrock, TX 78662** | - | | | | | | 1,875.00 |
| Account No. **xxx9431**<br><br>**Klein, Mark E.**<br>**2411 SW 27th Ave**<br>**Fort Lauderdale, FL 33316** | - | | | | | | 500.10 |
| Account No. **xxx0119**<br><br>**Kline, Alexander**<br>**198 Wildwood Drive**<br>**North Aurora, IL 60542** | - | | | | | | 369.00 |

Sheet no. __369__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,236.60**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,         Case No. ___**13-42659**___
                              Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9631** <br><br> Kline, Heather <br> 3805 Courtland cir <br> Alexandria, VA 22305 | - | | | | | | 478.04 |
| Account No. **xxx9223** <br><br> Kline, Jody <br> 214 Hastings Dr <br> Goose Creek, SC 29445 | - | | | | | | 204.50 |
| Account No. **xxx4487** <br><br> Knapp, Raymond <br> 414 2nd St <br> Perry, IA 50220 | - | | | | | | 314.55 |
| Account No. **xxx8724** <br><br> Knepp, Melissa <br> 8 S Locke Ave. <br> Yeagertown, PA 17099 | - | | | | | | 118.70 |
| Account No. **xxx6792** <br><br> Knight, Austin <br> 92 summer tree drive <br> Nicholasville, KY 40356 | - | | | | | | 119.25 |

Sheet no. __370__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,235.04

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,      Case No.    **13-42659**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2719** | | | | | | | |
| Knight, Elizabeth 46 Arlington St. Burnside Christchurch 08 | | - | | | | | 1,272.38 |
| Account No. **xxxx4912** | | | | | | | |
| Knopinski, Diana 250 Central Avenue, Apt. 811 Newark, NJ 07103 | | - | | | | | 195.85 |
| Account No. **xxx6676** | | | | | | | |
| Knott, Edmond 524 south 4th street albion, NE 68620 | | - | | | | | 1,251.25 |
| Account No. **xxx2042** | | | | | | | |
| Knowling, Brittney 205 N Davis Dr Charleston, SC 29404 | | - | | | | | 87.10 |
| Account No. **xxx5005** | | | | | | | |
| Knuth, Shelley 1709 Apelles Cir Lafeyette, CO 80026 | | - | | | | | 416.65 |

| | | |
|---|---|---|
| Sheet no. __371__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,223.23 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                              ,          Case No.      **13-42659**
                                                                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx4363** | | | | | | | | |
| **Kodkani, Yogeeta**<br>**1511 noble pointe dr**<br>**Spring, TX 77379** | - | | | | | | | 932.40 |
| Account No. **xxx9276** | | | | | | | | |
| **Koenig, Maxwell**<br>**221 Summit**<br>**Mount Vernon, NY 10552** | - | | | | | | | 978.20 |
| Account No. **xxx8114** | | | | | | | | |
| **Koerner, Lukes**<br>**2412 S.Valley Dr. lot 12**<br>**Rapid City, SD 57703** | - | | | | | | | 451.82 |
| Account No. **xxx1121** | | | | | | | | |
| **Koerth, Andrea**<br>**224 S. Mccampbell St.**<br>**Aransas Pass, TX 78336** | - | | | | | | | 394.00 |
| Account No. **xxx1443** | | | | | | | | |
| **Kohlhepp, Joe**<br>**1507 Woodridge Lane**<br>**Sykesville, MD 21784** | - | | | | | | | 387.32 |

Sheet no. __372__ of __590__ sheets attached to Schedule of                                    Subtotal          3,143.74
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   __Headband, LLC_____,    Case No. ____13-42659_____
                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8230**<br><br>Kokaisl, Colleen<br>3508 N Sheffield Rd<br>Chicago, IL 60657 | - | | | | | | 141.89 |
| Account No. **xxx1418**<br><br>Kolowich, Brian<br>854 Issaqueena Trail #602<br>Clemson, SC 29630 | - | | | | | | 154.44 |
| Account No. **xxx2793**<br><br>Kolz, James<br>607 S Knight Ave<br>Park Ridge, IL 60068 | - | | | | | | 2,362.50 |
| Account No. **xxx6512**<br><br>Konopka, Douglas<br>1736 Milford St<br>Huston, TX 77098 | - | | | | | | 3,250.00 |
| Account No. **xxxx1551**<br><br>Kooiman, Cheryl<br>2379 N 65th Street<br>Wauwatosa, WI 53213 | - | | | | | | 696.00 |

Sheet no. __373__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,604.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,      Case No. ___**13-42659**___
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6491** <br><br> **Koontz, Kristy** <br> **610 Ivenhoe** <br> **Marion, IN 46952** | - | | | | | | 972.72 |
| Account No. **xxx8368** <br><br> **Kopec, Joanna** <br> **2066 Cedar Park Ln** <br> **Orlando, FL 32824** | - | | | | | | 641.25 |
| Account No. **xxx2782** <br><br> **Korelitz, Michael** <br> **25450 Pleasant Valley Rd** <br> **Chantilly, VA 20152** | - | | | | | | 2,392.00 |
| Account No. **xxx8149** <br><br> **korin, brad** <br> **22 normal lane.** <br> **kingspark, NY 11754** | - | | | | | | 835.80 |
| Account No. **xxx5930** <br><br> **Kostakis, Edward** <br> **489 Emory Rd** <br> **Mineola, NY 11501** | - | | | | | | 283.87 |

Sheet no. __**374**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   5,125.64

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,          Case No. ____**13-42659**____
                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8115**<br><br>**Koster, Rick**<br>**2031 Eighth Ave**<br>**Byron Center, MI 49315** | - | | | | | | **926.40** |
| Account No. **xxx8539**<br><br>**Kotlerman, Jenny**<br>**3121 Colorado ave unit T**<br>**santa monica, CA 90404** | - | | | | | | **505.20** |
| Account No. **xxx5614**<br><br>**Kotova, Marina**<br>**8410 Brookwood Ct.**<br>**Mclean, VA 22102** | - | | | | | | **1,651.65** |
| Account No. **xxx8361**<br><br>**kotsinonos, john R**<br>**324 East 35th street apartment 3D**<br>**new york, NY 10016** | - | | | | | | **2,146.00** |
| Account No. **xxx4193**<br><br>**Kowalko, Len**<br>**505 Juego St**<br>**Oxnard, CA 93030** | - | | | | | | **1,121.00** |

Sheet no. __**375**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,350.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,       Case No.    **13-42659** _____

                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6142** <br><br> **KRABACHER, PAUL** <br> **235 weber street** <br> **woodland, CA 95695** | - | | | | | | 277.60 |
| Account No. **xxx0578** <br><br> **Kraimer, Joyce M** <br> **826 Loxford Terrace** <br> **Silver Springs, MD 20901** | - | | | | | | 653.79 |
| Account No. **xxxx3473** <br><br> **Kramer, Kurt L.** <br> **36 Ledyard Avenue** <br> **New York, NY 14043** | - | | | | | | 542.00 |
| Account No. **xxx5839** <br><br> **Kramer, Paul** <br> **4133 Birch Drive** <br> **Huntingtown, MD 20639** | - | | | | | | 1,380.00 |
| Account No. **xxx2411** <br><br> **Kramer, Sean J.** <br> **516 West Polk** <br> **Houston, TX 77019** | - | | | | | | 1,690.00 |

Sheet no. __376__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **4,543.39**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    , Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx7827**<br><br>**Krammer, Angel**<br>**11070 SE 196th st**<br>**Inglis, FL 34449** | - | | | | | | | 224.77 |
| Account No. **xxx3659**<br><br>**Kraus, Yoanna**<br>**318 Plymouth St**<br>**Silverspring, MD 20901** | - | | | | | | | 212.50 |
| Account No. **xxx2257**<br><br>**Krawl, Sherry**<br>**11982 Handrich Dr**<br>**San Diego, CA 92131** | - | | | | | | | 393.00 |
| Account No. **xxx2360**<br><br>**Krivan, Gail**<br>**3588 Harvard Dr**<br>**Carson City, NV 89703** | - | | | | | | | 497.50 |
| Account No. **xxx0164**<br><br>**Krokos, Olga**<br>**8736 Hanna Ave**<br>**Canoga Park, CA 91304** | - | | | | | | | 192.00 |

Sheet no. __**377**__ of __**590**__ sheets attached to Schedule of                    Subtotal                1,519.77
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,        Case No. _____**13-42659**_____
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4134**<br><br>Krueger, Anita<br>1100 Pagedale Dr<br>Cedar Park, FL 78613 | - | | | | | | 1,589.00 |
| Account No. **xxxx3574**<br><br>Kruger, Robert<br>8819 W 3rd Avenue<br>Kennewick, WA 99336 | - | | | | | | 570.20 |
| Account No. **xxx0580**<br><br>Kukla, Mary K<br>3625 W Windsor Ct<br>La Porte, IN 46350 | - | | | | | | 78.00 |
| Account No. **xxx9468**<br><br>Kulikowski, Patricia<br>512 Wemberly Ln<br>Simpsonville, SC 29681 | - | | | | | | 433.50 |
| Account No. **xxxx2723**<br><br>Kulkarni, Dhawal, V<br>2193 Summer Pkwy<br>Duluth, GA 30096 | - | | | | | | 170.50 |

Sheet no. __378__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,841.20

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,     Case No.  **13-42659**
                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4222**<br><br>**Kunkel, Kathleen**<br>**22W103 Sheffield Ct**<br>**GlenEllyb, IL 60137** | - | | | | | | 659.27 |
| Account No. **xxx0012**<br><br>**Kurepa, Cheryl**<br>**100 W Big Beaver**<br>**Troy, MI 48084** | - | | | | | | 2,794.00 |
| Account No. **xxx6710**<br><br>**Kyle, camilia**<br>**4521 mellwood ave**<br>**cinnati, OH 45232** | - | | | | | | 147.00 |
| Account No. **xxx2046**<br><br>**Labrada, Dayana**<br>**325 S Biscayne Blvd Apt 1223**<br>**Miami, FL 33131** | - | | | | | | 427.00 |
| Account No. **xxx0658**<br><br>**Lacey, Jaime A.**<br>**27069-4 crossglade ave**<br>**canyon contry, CA 91351** | - | | | | | | 1,576.00 |

Sheet no. __379__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **5,603.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                      ,      Case No.    **13-42659**
                                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7177**<br><br>Lachance, Adam<br>507 Churchhill Downs Dr<br>Aberdeen, NC 28315 | - | | | | | | 567.98 |
| Account No. **xxx5686**<br><br>Ladd, Clare<br>2843 S Kenwood.<br>Tempe, AZ 85282 | - | | | | | | 179.20 |
| Account No. **xxx8012**<br><br>Ladino, Jennifer E<br>21 Lake St<br>Groton, CT 06340 | - | | | | | | 83.30 |
| Account No. **xxx7548**<br><br>Lalumiere, Eric<br>2037 Burton Street<br>San Diego, CA 92109 | - | | | | | | 425.61 |
| Account No. **xxx1216**<br><br>Lamb, Isabel<br>550 Salmon<br>Beaumont, TX 77701 | - | | | | | | 1,369.00 |

Sheet no. __380__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,625.09**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8825**<br><br>**Landry, Kirk**<br>**4924 Hastings St**<br>**Metairie, LA 70006** | - | | | | | | **1,378.00** |
| Account No. **xxx4491**<br><br>**Landry, Sharon**<br>**218 New Castle dr**<br>**Valejo, CA 94591** | - | | | | | | **277.20** |
| Account No. **xxx2146**<br><br>**Lane, Douglas**<br>**255 Old Loudon Rd**<br>**Latham, NY 12110** | - | | | | | | **1,625.00** |
| Account No. **xxxx4266**<br><br>**Lane, Gunilla**<br>**4150 NE 23rd Avenue**<br>**Lighthouse Point, FL 33064** | - | | | | | | **1,732.05** |
| Account No. **xxx5071**<br><br>**Lane, John 1**<br>**3500 American Dr**<br>**Sacramento, CA 95864** | - | | | | | | **737.00** |

Sheet no. __381__ of __590__ sheets attached to Schedule of                          Subtotal              | **5,749.25**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC**                                                          , Case No.    **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5687** | | | | | | | |
| Lang, Becky 1050 Pheasant Dr Genoa City, WI 53128 | - | | | | | | 90.09 |
| Account No. **xxx4621** | | | | | | | |
| Langford, David P.o box 701 winnebago, MN 56098 | - | | | | | | 470.40 |
| Account No. **xxx0048** | | | | | | | |
| langner, jennifer 43803 county rd 1 rice, MN | - | | | | | | 960.00 |
| Account No. **xxx9849** | | | | | | | |
| Larie, Tammy 1500 June Ln Columbia, MO 65202 | - | | | | | | 768.12 |
| Account No. **xxx2296** | | | | | | | |
| Larios, Salvador 1818 Letts Ave. Corcoran, CA 93212 | - | | | | | | 335.20 |

Sheet no. __382__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,623.81**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,         Case No.        **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2297**<br><br>Larkins, Jamail<br>3108 Peach Orchard<br>Augusta, GA 30906 | - | | | | | | 1,474.46 |
| Account No. **xxx1650**<br><br>Larkins, James<br>503 jasper st<br>Isherning, MI 49849 | - | | | | | | 110.47 |
| Account No. **xxx6230**<br><br>Larrabee, Lewis<br>2220 McLean Blvd<br>Eugene, OR 97405 | - | | | | | | 383.90 |
| Account No. **xxx6138**<br><br>Larson, Keegan<br>416 N Shelly Ave<br>Fresno, CA 93727 | - | | | | | | 469.29 |
| Account No. **xxx7598**<br><br>Lasner, Ryan<br>18414 North west 9th court<br>Pembrook pines, FL 33029 | - | | | | | | 553.50 |

Sheet no. __383__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,991.62**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                      ,        Case No.    **13-42659**
                                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8080** | | | | | | | |
| Last, Robert R 1153 Bergen Parkway #178 Evergreen, CO 80439 | | - | | | | | 754.00 |
| Account No. **xxx1893** | | | | | | | |
| Laub, Thomas 628 south Redding Ave. Boyertown, PA 19512 | | - | | | | | 217.42 |
| Account No. **xxx4626** | | | | | | | |
| Laurin, Nicholas W 13540 Short drive crestwood, IL 60445 | | - | | | | | 384.48 |
| Account No. **xxx7599** | | | | | | | |
| Lax, Kelsey 6201 Ocean Breeze Malibu, CA 90265 | | - | | | | | 359.70 |
| Account No. **xxx0234** | | | | | | | |
| Le, Christine 1 3433 Rosetree Dr Jacksonville, FL 32207 | | - | | | | | 175.50 |

Sheet no. __384__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,891.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,          Case No.   **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3518** | | | | | | | |
| Le, Hong 410 Bloedel Reserve Way Apt 204 Martinez, GA 30907 | - | | | | | | 311.75 |
| Account No. **xxx3276** | | | | | | | |
| Le, Loan K 1066 12th Ave Drive NW Hickory, NC 28601 | - | | | | | | 448.80 |
| Account No. **xxx6280** | | | | | | | |
| Leahy, Bruce 3906 Niblick St Longmont, CO 80503 | - | | | | | | 265.00 |
| Account No. **xxx3552** | | | | | | | |
| Leandro, Guillermo 7715 NW 46th St. Doral, FL 33166 | - | | | | | | 522.80 |
| Account No. **xxxx3086** | | | | | | | |
| Leanillo, Ricarda, A 13945 12th St. Dade City, FL | - | | | | | | 76.50 |

Sheet no. __385__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,624.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No. _____**13-42659**_____
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3586** | | | | | | | |
| Leano, Jocelyn 8336 W. Buckhorn Trail Peoria, AZ 85383 | - | | | | | | 867.00 |
| Account No. **xxxx3878** | | | | | | | |
| Leavens, Gregory 405 Pershing Street Elwood City, PA 16117 | - | | | | | | 258.99 |
| Account No. **xxx9710** | | | | | | | |
| Lee, Diana 1414 Harbour Way S Richmond, CA 94804 | - | | | | | | 3,850.00 |
| Account No. **xxx4364** | | | | | | | |
| Lee, Joshua 1 50 Northern Turnpike Johnsonville, NY 12094 | - | | | | | | 448.29 |
| Account No. **xxxx4035** | | | | | | | |
| Lee, Matthew B. 1078 Fortner pond rd kite, GA 31045 | - | | | | | | 274.98 |

Sheet no. __**386**__ of __**590**__ sheets attached to Schedule of          Subtotal          5,699.26
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,      Case No.    **13-42659**
                                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3022** <br><br> **Lee, Sang M.** <br> **4614 La Escalona Drive** <br> **League, TX 77573** | | - | | | | | 875.00 |
| Account No. **xxx8827** <br><br> **Lee, Teri** <br> **P.O. Box 393** <br> **Arkadelphia, AR 71923** | | - | | | | | 248.99 |
| Account No. **xxxx0533** <br><br> **Leemasters, Bryan** <br> **21 ashberry woods dr 101** <br> **huntsville, AL 35824** | | - | | | | | 111.05 |
| Account No. **xxx6341** <br><br> **Leesam, Sandy** <br> **3154 Laird Dr.** <br> **Newport Richey, FL 34655** | | - | | | | | 114.00 |
| Account No. **xxx8659** <br><br> **Leidholt, Krista** <br> **1520 Riveroak Ave** <br> **Brandon, SD 57005** | | - | | | | | 362.60 |

Sheet no. __387__ of __590__ sheets attached to Schedule of          Subtotal          1,711.64
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                     ,     Case No.    **13-42659**
                                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1796**<br><br>**Leishman, Greg**<br>**9 pond veiw drive**<br>**springflied, MA 01118** | - | | | | | | 896.80 |
| Account No. **xxx7892**<br><br>**Lemus, Eleimar**<br>**614 South West 1st lane**<br>**Pompano Beach, FL 33060** | - | | | | | | 712.82 |
| Account No. **xxx9672**<br><br>**Lena, Vasi**<br>**255 Broken Point**<br>**Clearwater Beach, FL 33767** | - | | | | | | 335.00 |
| Account No. **xxx9267**<br><br>**Lenihan, Erin**<br>**39 Oak Drive**<br>**Roseland, NJ 07068** | - | | | | | | 217.64 |
| Account No. **xxx8364**<br><br>**Lentz, Chris**<br>**90 Elizabeth St Apt 3**<br>**Atlanta, GA 30307** | - | | | | | | 794.00 |

Sheet no. __388__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,956.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,            Case No.    **13-42659**
                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8363** <br><br> Lentz, Christopher <br> 90 Elizabeth street apartment 3 <br> Atlanta, GA 30307 | | - | | | | | 317.52 |
| Account No. **xxx4283** <br><br> Lenz, Gean <br> 23655 620th St <br> Pomeroy, IA 50575 | | - | | | | | 1,161.00 |
| Account No. **xxx5291** <br><br> Leonarczyk, Gregory E. <br> 145 Juniper Dr <br> Yorktown Heights, NY 10598 | | - | | | | | 2,424.11 |
| Account No. **xxx6878** <br><br> Leonard, Kala <br> 1914 Frankford Ave Apt 133 <br> Panama City, FL 32045 | | - | | | | | 246.97 |
| Account No. **xxx3754** <br><br> Leonard, Zackary <br> 26 mary's rd <br> sunapee, NH 03782 | | - | | | | | 434.84 |

Sheet no. __389__ of __590__ sheets attached to Schedule of                    Subtotal        | 4,584.44 |
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Headband, LLC_____,          Case No. ____13-42659_____
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3346**<br><br>**Leous, Courtney**<br>**180 Summer Street**<br>**Buffalo, NY 14222** | | - | | | | | **282.00** |
| Account No. **xxx9565**<br><br>**Lesage, Lawrence**<br>**10 Morgan Rd**<br>**Selkirk, NY 12158** | | - | | | | | **114.92** |
| Account No. **xxx5374**<br><br>**Leverett, Steve**<br>**463 mountfort rd**<br>**n yarmouth, ME 04097** | | - | | | | | **551.20** |
| Account No. **xxxx2725**<br><br>**Levitan, Nomi**<br>**10 Golar Dr**<br>**Munci, NY 10952** | | - | | | | | **239.50** |
| Account No. **xxx8906**<br><br>**Levy, Michel**<br>**524 North Poinsettia place**<br>**Los Angles, CA 90036** | | - | | | | | **1,548.00** |

Sheet no. __390__ of __590__ sheets attached to Schedule of          Subtotal          **2,735.62**
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                      , Case No. ___**13-42659**___
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx9172**<br><br>Lewis, Kelly<br>16022 pedlar mills road<br>charltte, NC 28278 | | - | | | | | | 251.70 |
| Account No. **xxx2299**<br><br>Lezinska, Dimi<br>65 C Chesson Rd<br>London W149QR | | - | | | | | | 398.30 |
| Account No. **xxx9366**<br><br>Li, Binbin<br>270 Babcock St Apt 18h<br>Boston, MA 02215 | | - | | | | | | 509.20 |
| Account No. **xxx2846**<br><br>Li, Brian K<br>po box 734 742 north amherst ave<br>claremont, CA 91711 | | - | | | | | | 670.40 |
| Account No.<br><br>Liberty Balloon Co.<br>d/b/a Liberty Balloon Co.<br>6730 Barber Hill Road<br>Groveland, NY 14462 | | - | | | | | | 840.00 |

Sheet no. __391__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,669.60

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,    Case No. ___13-42659_____
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx0965** | | | | | | | | |
| **Lichtenberg, Christine** **1233 102nd Avenue** **Greeley, CO 80634** | - | | | | | | | 262.80 |
| Account No. **xxx3883** | | | | | | | | |
| **Liddell, Celia** **6825 33rd St** **Vero Beach, FL 32966** | - | | | | | | | 726.00 |
| Account No. **xxx8208** | | | | | | | | |
| **Liechty, Elizabeth** **2400 Boston street suit 102** **baltimore, MD 21224** | - | | | | | | | 489.10 |
| Account No. | | | | | | | | |
| **Life Cycle Balloon Adventures, Ltd** **P.O. Box 17123** **Boulder, CO 80308** | - | | | | | | | 950.00 |
| Account No. | | | | | | | | |
| **LimeLite Balloons** **2700 South Kirby Rd** **Bloomington, IN 47403** | - | | | | | | | 550.00 |

Sheet no. __392_ of _590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,977.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                              ,    Case No.    **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6761** <br><br> **Lin, Letian** <br> **303 Smith Level rd. apt e22** <br> **Chapel Hill, NC 27516** | - | | | | | | 1,064.00 |
| Account No. **xxx8868** <br><br> **Lindner, Steve** <br> **10020 Foothills Blvd** <br> **Roseville, CA 95767** | - | | | | | | 353.70 |
| Account No. **xxx4023** <br><br> **Lingerfelt, Patricia** <br> **po box 3416** <br> **Arnold, CA 95223** | - | | | | | | 740.22 |
| Account No. **xxx7245** <br><br> **Lioce, Laura J 1** <br> **12595 86 Rd. North** <br> **West Palm Beach, FL 33412** | - | | | | | | 110.40 |
| Account No. **xxx9269** <br><br> **Lively, Clint D.** <br> **104 W. Arcadia Ave, Unit 90** <br> **Clovis, NM 88101** | - | | | | | | 232.32 |

Sheet no. __393__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,500.64**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                         ,          Case No.   **13-42659**
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7899** | | | | | | | |
| Livermont, Carol<br>678 N 3200 E<br>Menan, ID 83434 | | - | | | | | 551.00 |
| Account No. **xxx9941** | | | | | | | |
| Livingston, Alexander<br>1545 South park<br>Halifax NS, 51 | | - | | | | | 1,057.54 |
| Account No. **xxx0124** | | | | | | | |
| Lobello, Vickie<br>2954 Circle View Dr<br>Semi Valley, CA 93063 | | - | | | | | 385.50 |
| Account No. **xxxx3721** | | | | | | | |
| Lochner, Todd<br>182 Duke of Gloucester St<br>Annapolis, MD 21401 | | - | | | | | 1,027.50 |
| Account No. **xxxx4925** | | | | | | | |
| Locke, Mary<br>6207 44th Ave.<br>Riverdale, MD 20737 | | - | | | | | 149.90 |

Sheet no. __394__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,171.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                              ,    Case No.    **13-42659**
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8231**<br><br>Logon, Tom<br>1311a W maine st<br>Carmi, IL 62821 | - | | | | | | 1,905.00 |
| Account No. **xxx2101**<br><br>Logsdon, John<br>7912 Truxton Ave<br>los angeles, CA 90045 | - | | | | | | 3,591.00 |
| Account No. **xxx4195**<br><br>Loken, Elizabeth<br>11770 Crow Hill Dr.<br>Parker, CO 80134 | - | | | | | | 105.82 |
| Account No. **xxxx1027**<br><br>Lokma, Ahmed A<br>705 Park ave NE<br>Atlanta, GA 30326 | - | | | | | | 371.66 |
| Account No. **xxx3051**<br><br>Londo, James<br>4145 deerfield lane<br>Rapid River, MI 49878 | - | | | | | | 705.00 |

Sheet no. __395__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,678.48**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,   Case No. ___**13-42659**_____
                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Long Island Skydiving Center, Inc.** <br> **Long Island Skydiving Center, Inc.** <br> **P O Box 182** <br> **Titusville, FL 32781** | - | | | | | | **2,087.52** |
| Account No. **xxx9367** <br><br> **Long, Brent** <br> **22800 Cabo Lane** <br> **Denhim Springs, LA 70726** | - | | | | | | **675.15** |
| Account No. **xxx6493** <br><br> **Long, Jennifer 1** <br> **5902 highland pass** <br> **Austin, TX 78731** | - | | | | | | **485.50** |
| Account No. **xxx6347** <br><br> **Long, Lindsey** <br> **19619 Norfolk Ridge Way** <br> **Richmond, TX 77407** | - | | | | | | **73.54** |
| Account No. **xxx9473** <br><br> **Longacker, Kristopher** <br> **39990 Roadrunner Lane** <br> **Boulevard, CA 91905** | - | | | | | | **117.07** |

Sheet no. __**396**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **3,438.78**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,  Case No. ___**13-42659**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4690** | | | | | | | |
| **Longhurst, Dale** **1585 EasT Miranda Lane** **Sandy, UT 84093** | - | | | | | | 229.90 |
| Account No. | | | | | | | |
| **Longmont Hot Air Balloon, LLC** **PO Box 739** **Longmont, CO 80502-0739** | - | | | | | | 350.00 |
| Account No. **xxx3166** | | | | | | | |
| **Longoria, Roel** **326 Waggon Trl. rd** **Palmhurst, TX 78573** | - | | | | | | 376.74 |
| Account No. **xxx3554** | | | | | | | |
| **Loomis, Peter** **804 Shallow Brook Ave.** **Wintersprings, FL 32708** | - | | | | | | 811.25 |
| Account No. **xxx3922** | | | | | | | |
| **Lopez, Christina** **4923 paul street** **denver, CO 80216** | - | | | | | | 397.50 |

Sheet no. __397__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,165.39

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                            , Case No.   **13-42659**
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx3830** | | | | | | | | |
| Lopez, Francisco E. 7339 Nada Street Downey, CA 90242 | | - | | | | | | 444.89 |
| Account No. **xxx7091** | | | | | | | | |
| Lopez, Patricia 4509 Kings Row Von Ormy, TX 78073 | | - | | | | | | 224.99 |
| Account No. **xxx1535** | | | | | | | | |
| Louvier, Farrell 2004 Ruby Dr Houma, LA 70363 | | - | | | | | | 1,628.00 |
| Account No. **xxx8993** | | | | | | | | |
| Lovell, Susan PO Box 220 Burnsville, NC 28714 | | - | | | | | | 2,145.00 |
| Account No. **xxx2024** | | | | | | | | |
| Loveres, Katrina 28374 Scamore Dr Saugus, CA 91350 | | - | | | | | | 92.19 |

Sheet no. __398__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **4,535.07**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                              ,   Case No.   **13-42659**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8466** <br><br> **Lowden, Lanette** <br> **PO Box 1298** <br> **Kyle, TX 78640** | - | | | | | | 2,340.00 |
| Account No. **xxx7301** <br><br> **Lowe, Nathanael** <br> **826 MASONIC AVE** <br> **SAN FRANSICO, CA 94117** | - | | | | | | 728.00 |
| Account No. **xxx7176** <br><br> **Lowe, Trent** <br> **1165 Taylors Country Ln.** <br> **Gold Hill, NC 28071** | - | | | | | | 543.10 |
| Account No. **xxx6800** <br><br> **Lowery, Jill K.** <br> **120 Indepence Ave** <br> **Enterprise, AL 36330** | - | | | | | | 1,256.65 |
| Account No. **xxxx3800** <br><br> **Lozano, Hector** <br> **1449 Abenida Alverado** <br> **Placentia, CA 92870** | - | | | | | | 515.74 |

Sheet no. __399__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,383.49

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,    Case No. _____**13-42659**_____
                                  Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4366** | | | | | | | |
| Lucas, Brian 5818 Akron Street Philadelphia, PA 19149 | | - | | | | | 381.08 |
| Account No. **xxx5073** | | | | | | | |
| Lucci, Fran 6138 Garamond Ct Charlotte, NC 28270 | | - | | | | | 377.00 |
| Account No. **xxx6480** | | | | | | | |
| Lucente, Cheryl 615 Valie Vista Drive Brandon, FL 33511 | | - | | | | | 1,272.00 |
| Account No. **xxxx2282** | | | | | | | |
| Luetkemeyer, Robin 5090 Green Hills Rd Festus, MO 63028 | | - | | | | | 201.00 |
| Account No. **xxx1721** | | | | | | | |
| Lufkin, Gregory 633 South Barrington St unit 102 Los Angeles, CA 90049 | | - | | | | | 5,228.80 |

Sheet no. __**400**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                7,459.88

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,    Case No. ___**13-42659**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx7734** <br><br> Luna, Daniel <br> 42 S Meade St <br> Denver, CO 80219 | | - | | | | | | 72.00 |
| Account No. **xxx8671** <br><br> Luna, Jose L. <br> 654 Laurel St., Unit 7 <br> East Haven, CT 06512 | | - | | | | | | 757.63 |
| Account No. **xxxx3159** <br><br> Lunau, Tina <br> 1703 Cashel Lane <br> McHenry, IL 60050 | | - | | | | | | 141.25 |
| Account No. **xxx7456** <br><br> Lungu, Zachary <br> 186 Pier Landing loop <br> South Mills, NC 27976 | | - | | | | | | 883.04 |
| Account No. **xxx6779** <br><br> Luther, Connie <br> 53 1/2 South Williams St <br> Neward, OH 43055 | | - | | | | | | 455.90 |

Sheet no. __**401**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
              (Total of this page)    2,309.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          , Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6282** <br><br>**Lynskey, Timothy**<br>**3109 Barker camp Rd**<br>**Dunlap, TN 37327** | - | | | | | | **3,006.50** |
| Account No. **xxx1808** <br><br>**Maccrimmon, Mallory  1**<br>**485 Huntington Ridge Drive**<br>**Nashville, TN 37211** | - | | | | | | **273.20** |
| Account No. **xxx0518** <br><br>**Macdonald, Karen A**<br>**5 Lee Hill Road**<br>**Lee, NH 03861** | - | | | | | | **1,088.00** |
| Account No. **xxx6693** <br><br>**Machado, Tonya 1**<br>**420 Gander Ct.**<br>**Spring Hill, TN 37175** | - | | | | | | **70.20** |
| Account No. **xxx4390** <br><br>**Macintosh, Rebecca M**<br>**21139 Iverson Ave**<br>**Forrest Lake, MN 55025** | - | | | | | | **132.80** |

Sheet no. **402** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **4,570.70**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,   Case No.   **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2557** | | | | | | | | |
| macktal, doreen po box333 avalon, CA 90704 | | - | | | | | | 384.81 |
| Account No. **xxx5484** | | | | | | | | |
| MacLeod, Rodrick 330 Congress St Flr 2 Boston, MA 02210 | | - | | | | | | 3,885.00 |
| Account No. **xxx8429** | | | | | | | | |
| MacMillan, Reed C. 5315 Atlee Place Springfield, VA 22151 | | - | | | | | | 1,820.00 |
| Account No. **xxxx3819** | | | | | | | | |
| Maddison, Cameron 2307 Lourddes Rd Richmond, VA 23228 | | - | | | | | | 533.70 |
| Account No. **xxx9432** | | | | | | | | |
| Madira, Ana 29 Acacia Terrace New Rochelle, NY 10805 | | - | | | | | | 735.93 |

Sheet no. __403__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,359.44

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,    Case No.    **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8101**<br><br>**Maes, Felicia**<br>**22 W Onieda St**<br>**Oswego, NY 13126** | | - | | | | | 583.80 |
| Account No. **xxx5313**<br><br>**Magana, Elizabeth**<br>**1314 La Tijera Blvd**<br>**Inglewood, CA 90302** | | - | | | | | 181.20 |
| Account No.<br><br>**Magical Adventures**<br>**P.O. Box 891951**<br>**Temecula, CA 92589-1951** | | - | | | | | 44,125.00 |
| Account No. **xxx0519**<br><br>**Mahler, Bryan W**<br>**110 Barberry Street**<br>**Winder, PA 15963** | | - | | | | | 417.00 |
| Account No. **xxx1045**<br><br>**Maizel, Adam A**<br>**12311 Lima Dr**<br>**Silver Springs, MD 20904** | | - | | | | | 858.40 |

Sheet no. __404__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            46,165.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**
_____ ,        Case No. _____**13-42659**_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx4367** | | | | | | | | |
| Manchester, Alaina 1128 SW 6th Avenue Apt. 2 Gainsville, FL 32601 | - | | | | | | | 206.05 |
| Account No. **xxx2581** | | | | | | | | |
| Mand, Linda 5188 Jenner Rd Boonville, IN 47601 | - | | | | | | | 643.20 |
| Account No. **xxx8117** | | | | | | | | |
| Maples, Christopher 1027 Valley View Drive Apt 2 junction City, KS 66441 | - | | | | | | | 74.00 |
| Account No. **xxx5293** | | | | | | | | |
| Marcus , Russel PO Box 11290 Conway, AR 72034 | - | | | | | | | 436.60 |
| Account No. **xxx6882** | | | | | | | | |
| Marcus, Anthony 385 County Rd. 184 Clanton, AL 35046 | - | | | | | | | 327.67 |

Sheet no. __**405**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,687.52

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____ ,   Case No. ___**13-42659**___
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3557** | | | | | | | |
| **Marcuzzi, Cain** **5095 Frankfort Rd.** **Versailles, KY 40383** | | - | | | | | 1,026.00 |
| Account No. **xxx6220** | | | | | | | |
| **Mark, John H.** **31-37 55st** **woodside, NY 11377** | | - | | | | | 707.84 |
| Account No. **xxx5417** | | | | | | | |
| **Markala, Kumar** **585 78th Ave NE** **Spring Lake Park, MN 55432** | | - | | | | | 729.00 |
| Account No. **xxx8947** | | | | | | | |
| **Markham, Steve** **PO Box 27396** **Austin, TX 78755** | | - | | | | | 3,375.03 |
| Account No. **xxxx2539** | | | | | | | |
| **marlin, russell** **840 n 4250 rd** **claremore, OK 74019** | | - | | | | | 260.74 |

Sheet no. __**406**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,098.61**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              , Case No.   **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7694** <br><br> **Marmo, Mishell** <br> **325 wilson circle** <br> **green field, CA 93927** | - | | | | | | 492.80 |
| Account No. **xxx9325** <br><br> **Marmorstein, Theodore S.** <br> **14418 N. 29th Ave** <br> **Pheonix, AZ 85053** | - | | | | | | 76.40 |
| Account No. **xxx0588** <br><br> **Maroulis, Andreas** <br> **176 S Union Rd Apt A2** <br> **Buffalo, NY 14221** | - | | | | | | 90.40 |
| Account No. **xxx9589** <br><br> **Marr, G. Trevor** <br> **10669 Obsidiad St.** <br> **Le Paso, TX 79924** | - | | | | | | 461.56 |
| Account No. **xxx4081** <br><br> **Marron, Mary** <br> **1213 7 Gretrute Drive** <br> **Lynwood, CA 90262** | - | | | | | | 77.33 |

Sheet no. __**407**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,198.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          ,     Case No. ___**13-42659**___
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6223** <br><br> **Marsden, Craig** <br> **2 Brevoort Place Apt 4** <br> **Brroklyn, NY 11216** | - | | | | | | 169.87 |
| Account No. **xxx9186** <br><br> **Martelli, Matt** <br> **2554 Pahuant St.** <br> **Oceanside, CA 92054** | - | | | | | | 2,750.00 |
| Account No. **xxx0945** <br><br> **Martin, Anthony** <br> **315 Commercial Dr Suite A4** <br> **Savanah, GA 31406** | - | | | | | | 438.90 |
| Account No. **xxx7338** <br><br> **Martin, Christopher 1** <br> **8419 22 Street** <br> **Miramar, FL 33025** | - | | | | | | 284.05 |
| Account No. **xxx9877** <br><br> **Martin, Deborah A** <br> **4220 Savoy Lane** <br> **McHenry, IL 60050** | - | | | | | | 305.60 |

Sheet no. __**408**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,948.42**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                            ,      Case No.    **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2439**<br><br>**Martin, Harriet**<br>**P.O BOX 2582**<br>**KIRTLAND, NM 87417** | - | | | | | | 417.65 |
| Account No. **xxxx4151**<br><br>**Martin, Omaida**<br>**2625 corning st**<br>**hephzibah, GA 30815** | - | | | | | | 231.10 |
| Account No. **xxx3231**<br><br>**Martin, Regina B**<br>**12517 Fox Paw Trail**<br>**Keller, TX 76244** | - | | | | | | 213.00 |
| Account No. **xxx8548**<br><br>**Martin, Samuel**<br>**1020 Reliance Dr.**<br>**Franklin, TN 37067** | - | | | | | | 207.50 |
| Account No. **xxx6422**<br><br>**Martinez, Andrea 1**<br>**71-20 252 St.**<br>**Bellerose, NY 11426** | - | | | | | | 1,114.40 |

Sheet no. __409__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 2,183.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,      Case No.   **13-42659**
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9502**<br><br>**Martinez, Corrina R.**<br>**901 S. Country Club Dr, 2104**<br>**Mesa, AZ 85201** | | - | | | | | 197.20 |
| Account No. **xxx1124**<br><br>**MARTINEZ, JOHN J**<br>**6017 HICKORY GROVE LANE**<br>**PROT ORANGE, FL 32128** | | - | | | | | 312.00 |
| Account No. **xxx4325**<br><br>**Martinez, Juana N.**<br>**1015 Hydeaway Ct**<br>**Fenton, MO 63026** | | - | | | | | 139.04 |
| Account No. **xxx9909**<br><br>**Martz, Geoff**<br>**528 West 111 Street Apt: 77**<br>**New York, NY 10025** | | - | | | | | 1,551.50 |
| Account No. **xxx7773**<br><br>**marx, krysten**<br>**2600 n southport**<br>**chicago, IL 60714** | | - | | | | | 1,202.70 |

Sheet no. __410__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      3,402.44

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    , Case No. **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9879**<br><br>**mason, Thomas**<br>**050 koval lane hanger 5 a**<br>**las vegas, NV 89119** | - | | | | | | 2,543.00 |
| Account No. **xxx2234**<br><br>**Masuda, Nina**<br>**81 Pearl St Apt 4B**<br>**Brooklyn, NY 11201** | - | | | | | | 240.65 |
| Account No. **xxxx3496**<br><br>**Mata, Lauren**<br>**11800 Braesview Apt 910**<br>**San Antonio, TX 78213** | - | | | | | | 253.69 |
| Account No. **xxxx3667**<br><br>**Mathews, Larry**<br>**12010 Fairway Manor Ct**<br>**Upper Marlboro, MD 20772** | - | | | | | | 124.90 |
| Account No. **xxx2196**<br><br>**Mathies , Michelle**<br>**8310 Country Walk Drive APT B**<br>**Pensacola, FL 32514** | - | | | | | | 136.80 |

Sheet no. **411** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          3,299.04

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                           , Case No. _____**13-42659**_____
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5898** <br><br> **Mathre, Susan** <br> **1100 Montecelo Court** <br> **Ft. Collins, CO 80525** | - | | | | | | 507.00 |
| Account No. **xxx3312** <br><br> **matias, marshall** <br> **3200 81st place SE unit A 302** <br> **mercer island, WA 98040** | - | | | | | | 970.40 |
| Account No. **xxx5797** <br><br> **matson, robert a** <br> **7308 berquist drive** <br> **manchester, MO 63011** | - | | | | | | 197.34 |
| Account No. **xxx6495** <br><br> **Matthews, Justin** <br> **9303 Overlook circle** <br> **Newburg, VA 20664** | - | | | | | | 699.00 |
| Account No. **xxx9272** <br><br> **Matthews, Neal** <br> **12555 Dawn Beth Dr** <br> **Maryland Heights, MD 63043** | - | | | | | | 181.16 |

Sheet no. __412__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,554.90**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,     Case No.    **13-42659**
                       Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx4760** | | | | | | | | |
| Matthews, Rawn 359 Garland st Memphis, TN 38104 | - | | | | | | | 381.00 |
| Account No. **xxxx1068** | | | | | | | | |
| Matthies, Kathy 26498 West Kuhle Drive Sioux Falls, SD 57107 | - | | | | | | | 289.02 |
| Account No. **xxx0880** | | | | | | | | |
| Maxwell, Rahsaan 1 10 Park Terrace E Apt 2F New York, NY 10034 | - | | | | | | | 194.80 |
| Account No. **xxx0941** | | | | | | | | |
| May, April 2413 Okemos Drive Grand Rapids, MI 49506 | - | | | | | | | 236.00 |
| Account No. **xxx6080** | | | | | | | | |
| May, Ryan 1524 jupiter venice, FL 34293 | - | | | | | | | 445.90 |

Sheet no. __413__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,546.72

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,          Case No.   **13-42659**
                                         Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2744** <br><br> **Mayberry, Destini** <br> **15620 Mayberry Drive** <br> **Athens, AL 35613** | - | | | | | | 438.25 |
| Account No. **xxx0710** <br><br> **Mc Laughlin, Mary C.** <br> **116 Terrace Dr** <br> **Syracuse, NY 13219** | - | | | | | | 550.00 |
| Account No. **xxx0052** <br><br> **Mcafee, Patrick** <br> **10958 jamestown rd** <br> **Indianapolis, IN 46234** | - | | | | | | 1,351.35 |
| Account No. **xxx2602** <br><br> **Mcafee, Shawn 1** <br> **212 Maplewood Dr** <br> **Pittsburg, PA 15214** | - | | | | | | 123.95 |
| Account No. **xxx7416** <br><br> **Mcardle, Becky J** <br> **4272 Waylon Ct** <br> **Martinez, GA 30907** | - | | | | | | 359.10 |

Sheet no. **414** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 2,822.65 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,   Case No.   **13-42659**
_____
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1273** <br><br> Mccabe, Kelly <br> 3509 Blue Coat rd. <br> Nottingham, MD 21236 | - | | | | | | 130.13 |
| Account No. **xxx3005** <br><br> Mccarthy, Erin <br> 273 Claudia Drive <br> Jacksonville, FL 32218 | - | | | | | | 229.50 |
| Account No. **xxx3192** <br><br> McClure, Beverly <br> 9918 Valley Park Dr. <br> Houston, TX 77078 | - | | | | | | 1,197.00 |
| Account No. **xxx3149** <br><br> McClurt, Brittain <br> 807 S 3rd Terrace <br> Savannah, MO 64485 | - | | | | | | 638.00 |
| Account No. **xxxx3500** <br><br> McCollum, James <br> 3403 Sunrise Circle <br> Jeffersonville, IN 47130 | - | | | | | | 493.26 |

Sheet no. __415__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          2,687.89

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC** ,                                          Case No. **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6201** <br><br> **McCombs, Jerry** <br> **509 E. George St.** <br> **Carmichaels, PA 15320** | | - | | | | | 1,010.00 |
| Account No. **xxx5013** <br><br> **mcconnell, Benjamin** <br> **319 millennium court** <br> **shepard airforce base, TX 76311** | | - | | | | | 365.06 |
| Account No. **xxx3172** <br><br> **Mccormick, Debra** <br> **98 Earl Duberisson Rd** <br> **Carriere, MS 39426** | | - | | | | | 327.97 |
| Account No. **xxxx3026** <br><br> **McCormley, Christpher R.** <br> **6933 Aspen Creek lane** <br> **Dallas, TX 75252** | | - | | | | | 1,224.35 |
| Account No. **xxx4861** <br><br> **Mccoy, Gerald** <br> **4135 Causeway Vista** <br> **Tampa, FL 33615** | | - | | | | | 379.00 |

Sheet no. **416** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,306.38

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,   Case No.   **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8236** <br><br> **Mcdannald, Joshua Lee** <br> **43 Camelot Dr** <br> **Rochester, IL 62563** | - | | | | | | 228.25 |
| Account No. **xxx6740** <br><br> **McDonald, Jessica** <br> **770 Mitchell Ave, 1131** <br> **Whiteman AFB, MO 65305** | - | | | | | | 229.25 |
| Account No. **xxx2154** <br><br> **McDonald, William** <br> **8308 Oak Haven** <br> **La Port, TX 77571** | - | | | | | | 110.95 |
| Account No. **xxxx3820** <br><br> **McDowell, Ann** <br> **325 Midland Pkwy 820** <br> **Summerville, SC 29485** | - | | | | | | 407.56 |
| Account No. **xxx4329** <br><br> **McElroy, Natalie** <br> **1320 darby rd** <br> **sebastapol, CA 95472** | - | | | | | | 1,088.91 |

Sheet no. __417__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,064.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,     Case No.   **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7176** | | | | | | | |
| Mceneaney, Brian<br>PO BOX 17145<br>Denver, CO 80217 | | - | | | | | |
| | | | | | | | 714.65 |
| Account No. **xxx3363** | | | | | | | |
| McGarrah, Emily<br>21 Shamrock Dr.<br>Harrison, AR 72601 | | - | | | | | |
| | | | | | | | 252.85 |
| Account No. **xxx2453** | | | | | | | |
| Mcglothlin, Jack<br>Po box 5198<br>Abaline, TX 79608 | | - | | | | | |
| | | | | | | | 1,105.00 |
| Account No. **xxx8405** | | | | | | | |
| McIntosh, Damon Allen<br>2845 Marion Way<br>Laguna Beach, CA 92651 | | - | | | | | |
| | | | | | | | 679.00 |
| Account No. **xxx5803** | | | | | | | |
| McIvor, Kate<br>528 Highland<br>Helena, MT 59601 | | - | | | | | |
| | | | | | | | 167.31 |

Sheet no. **418** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,918.81

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,        Case No.   **13-42659**
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8044** | | | | | | | |
| McKee, Harry 638 Marietta St. NW Atlanta, GA 30313 | - | | | | | | 277.72 |
| Account No. **xxx9527** | | | | | | | |
| McKie, Bonnie M 922 Banbury Court Schaumburg, IL 60194 | - | | | | | | 497.99 |
| Account No. **xxx3604** | | | | | | | |
| McKinley, Rhea 220 Mill Creek Tr Cleveland, GA 30528 | - | | | | | | 217.09 |
| Account No. **xxxx4510** | | | | | | | |
| McLaughlin, James 4171 Choke Cherry Way Liverpool, NY 13090 | - | | | | | | 825.90 |
| Account No. **xxx8976** | | | | | | | |
| Mclemore, Michael 3403 Willow Oak Dr. Edgewater, FL 32141 | - | | | | | | 413.30 |

Sheet no. _**419**_ of _**590**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **2,232.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,     Case No.   **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5097** <br><br> Mclendon, Pamela C <br> PO 2933 <br> Marrero, LA 70073 | - | | | | | | 722.49 |
| Account No. **xxx3439** <br><br> McLennan, Crystal <br> 9701 Elmeda Genoa Rd <br> Houston, TX 77075 | - | | | | | | 1,170.00 |
| Account No. **xxx0217** <br><br> Mcloughlin, Maureen <br> 151 West 26th Street 11th Floor <br> New York, NY 10001 | - | | | | | | 2,032.00 |
| Account No. **xxx9605** <br><br> McMakin, Tamara R. <br> 436 West Mont Dr. <br> Collingdale, PA 19023 | - | | | | | | 206.56 |
| Account No. **xxx4500** <br><br> McNeal, Sean <br> 318 Remington Place <br> Pooler, GA 31322 | - | | | | | | 515.00 |

Sheet no.  **420**  of  **590**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,646.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,    Case No.  **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5529** | | | | | | | |
| Mcpherson, Madison 229 green oaks loop Fredricks burg, TX 78624 | | - | | | | | 197.60 |
| Account No. **xxx7507** | | | | | | | |
| Mctaggart, Diane  1 1152 allen rd murfreesboro, TN 37129 | | - | | | | | 339.98 |
| Account No. **xxx2235** | | | | | | | |
| McWhorter, Joseph 25247 Ladyhawk Ln Brooksville, FL 34601 | | - | | | | | 392.00 |
| Account No. **xxx7234** | | | | | | | |
| Medina, Herbart & Connie 1395 S Lastina St Tulare, CA 93274 | | - | | | | | 934.40 |
| Account No. **xxx5765** | | | | | | | |
| meier, phillip 300 e 34th st apt 32b new york, NY 10016 | | - | | | | | 205.80 |

Sheet no. __421__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,069.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**
_____ ,     Case No.   **13-42659**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx0428** | | | | | | | | |
| Meine, Carla 176 Dry Canyon Drive Lindon, UT 84042 | | - | | | | | | 343.75 |
| Account No. **xxx3232** | | | | | | | | |
| Mello, Aaron 75 Dunn Dr Fort Rucker, AL 36362 | | - | | | | | | 213.97 |
| Account No. **xxx0257** | | | | | | | | |
| Melton, Bryant T. 8138 Saratoga Way Port St. Lucie, FL 34986 | | - | | | | | | 84.10 |
| Account No. **xxx9188** | | | | | | | | |
| Melton, Helen 504 park stone lane woodstock, GA 30189 | | - | | | | | | 638.25 |
| Account No. **xxxx3319** | | | | | | | | |
| Mena, Amber 1922 Rose St Leavenworth, KS 66048 | | - | | | | | | 474.24 |

Sheet no. __422__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,754.31**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,    Case No. _____**13-42659**_____
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7602** <br><br> **Merage, Greg** <br> **4350 Von Karman Ave 4th flr** <br> **Newport, CA 92660** | - | | | | | | **5,237.50** |
| Account No. **xxxx3516** <br><br> **Mercado, Yolanda E** <br> **2175 52nd St N Apt 514** <br> **Clearwater, FL 33760** | - | | | | | | **646.11** |
| Account No. **xxx4185** <br><br> **Mercer, Bevin** <br> **120 Saint Albans Drive** <br> **Raleigh, NC 27609** | - | | | | | | **225.50** |
| Account No. **xxx4407** <br><br> **Merchant, Sulton** <br> **1618 Colridge Street** <br> **Sugar Land, TX 77479** | - | | | | | | **970.20** |
| Account No. **xxx4856** <br><br> **Meredith, Hillary L** <br> **8220 4 St** <br> **Rathdrum, ID 83858** | - | | | | | | **394.68** |

Sheet no. __**423**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,473.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,        Case No.  **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8353**<br><br>**Merrill, Adam**<br>**603 wildwood lane**<br>**Blainsfield, MO 65583** | - | | | | | | 203.15 |
| Account No. **xxx2918**<br><br>**Merrill, Christina**<br>**225 S 700 E**<br>**St George, UT 84770** | - | | | | | | 2,500.00 |
| Account No. **xxx7713**<br><br>**Merrill, David**<br>**10200 Olive Wood Dr**<br>**Palmer, AK 99645** | - | | | | | | 936.59 |
| Account No. **xxx5779**<br><br>**Merriman, Deven C**<br>**123 Riverdale Rd**<br>**Riverpool, NY 13090** | - | | | | | | 421.78 |
| Account No. **xxx7378**<br><br>**Merritt, Julie E**<br>**35 Slater Road**<br>**Tolland, CT 06084** | - | | | | | | 226.10 |

Sheet no. __424__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              4,287.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,      Case No.    **13-42659**
_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8718**<br><br>Meyer, Bryon 1<br>10481 South State St<br>Sandy, UT 84070 | - | | | | | | 1,374.03 |
| Account No. **xxx9794**<br><br>Meyers, David F<br>45 Wallstreet Apt 1401<br>New York, NY 10005 | - | | | | | | 850.75 |
| Account No. **xxx6989**<br><br>Meyers, Edward<br>5726 W. 46th St<br>Parma, OH 44134 | - | | | | | | 225.54 |
| Account No. **xxx9606**<br><br>Meza, Tiffany<br>10472 Christopher St<br>Cypress, CA 90630 | - | | | | | | 354.75 |
| Account No. **xxx7342**<br><br>Mezias, Nikolas<br>CA Ci Federal Inc<br>APO, AE 09354 | - | | | | | | 855.24 |

Sheet no. __425__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,660.31

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC**                                    , Case No. **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Miami Skydiving Center**<br>**Charlevoix State Bank**<br>**111 State St**<br>**Charlevoix, MI 49720** | - | | | | | | **2,875.00** |
| Account No. **xxx2209** <br><br>**Michaud, Nicole**<br>**3416 Kings Net Drive**<br>**Virginia Beach, VA 23452** | - | | | | | | **2,071.22** |
| Account No. <br><br>**Middle Tennessee Hot Air Adventures**<br>**Logan Bedford Adventures**<br>**5623 Pinewood Road**<br>**Franklin, TN 37064** | - | | | | | | **2,600.00** |
| Account No. **xxx9419** <br><br>**Middleton, Desiree**<br>**46 Carmen St.**<br>**Sommerset, NJ 08873** | - | | | | | | **210.37** |
| Account No. <br><br>**Midwest Balloon Rides**<br>**Midwest Balloon Rides**<br>**8537 Bash Street #4**<br>**Indianapolis, IN 46250** | - | | | | | | **400.00** |

Sheet no. **426** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **8,156.59**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,        Case No.   **13-42659**
                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx5243** | | | | | | | | |
| Milam, Joe M 11317 Marbella Dr Oklahoma City, OK 73173 | | - | | | | | | 1,005.00 |
| Account No. **xxxx4733** | | | | | | | | |
| Miles, Charlotte 142 North County Rd 175east Greencastle, IN 46135 | | - | | | | | | 199.95 |
| Account No. **xxx4628** | | | | | | | | |
| Miller, Cameron 2306 Winterset Pkwy SE Marietta, GA 30067 | | - | | | | | | 92.92 |
| Account No. **xxx9678** | | | | | | | | |
| Miller, Cassandra 619 Woodleaf Road Eugene, OR 97405 | | - | | | | | | 82.50 |
| Account No. **xxx5935** | | | | | | | | |
| Miller, James 4 1301 S 31st Street #1 Omaha, NE 68105 | | - | | | | | | 517.86 |

Sheet no. __427__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           1,898.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                  , Case No.   **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **xxx6546** | | | | | | | |
| Miller, Jennifer A. P.O Box 1036 Laurel Field, NC 28351 | - | | | | | | 805.50 |
| Account No.  **xxx5936** | | | | | | | |
| Miller, Kelley 420 E. Williams Glendive, MT 59330 | - | | | | | | 258.93 |
| Account No.  **xxx7026** | | | | | | | |
| Miller, Keyunda 248 Patrick Ave SW concord, NC 28025 | - | | | | | | 176.74 |
| Account No.  **xxx3364** | | | | | | | |
| Miller, Quynh P 3611 Turtle Run Blvd Apt 6314 Coral Springs, FL 33067 | - | | | | | | 206.20 |
| Account No.  **xxx7262** | | | | | | | |
| Miller, Timothy M 1709 Trimble Ave Mckeesport, PA 15133 | - | | | | | | 463.00 |

Sheet no.  **428**  of  **590**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                1,910.37

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                         ,        Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9370**<br><br>**Milo, Anthony**<br>**3732 duran cirle**<br>**sacromento, CA 95821** | - | | | | | | 1,237.50 |
| Account No. **xxx9964**<br><br>**Minhas, Mohammad**<br>**1105 Huntridge Dr.**<br>**Austin, TX 78758** | - | | | | | | 669.00 |
| Account No. **xxx7250**<br><br>**Minkin, Patton**<br>**4123 General Pershing**<br>**New Orleans, LA 70125** | - | | | | | | 941.28 |
| Account No. **xxxx2864**<br><br>**Miranowski, Connor**<br>**1250 West Highway 287 Bypass # 623**<br>**Waxahachie, TX 75165** | - | | | | | | 529.11 |
| Account No. **xxx9780**<br><br>**Mirza, Sikandar Z**<br>**2222 5th Street**<br>**East Meadow, NY 11554** | - | | | | | | 77.09 |

Sheet no. __429__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,453.98**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                      ,         Case No.    **13-42659**
                                   Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Missouri River Valley Skydivers** **42938 W. 64th Street** **Henrietta, MO 64036** | | | | | | | **3,602.00** |
| Account No. **xxx8673** | | - | | | | | |
| **Mitchell, Mickey** **200 Village Dr  Apt 1211** **Longview, TX 75605** | | | | | | | **370.50** |
| Account No. **xxx8517** | | - | | | | | |
| **Mkrtchyan, Mary** **1338 Lindedn Ave.** **Glendale, CA 91201** | | | | | | | **412.51** |
| Account No. **xxx4083** | | - | | | | | |
| **Moberg, Amber** **10883 Jubilee Circle** **Lakeville, MN 55044** | | | | | | | **436.25** |
| Account No. **xxx9476** | | - | | | | | |
| **Modi, Ravish** **2871 Troy Center Dr** **Troy, MI 48084** | | | | | | | **657.80** |

Sheet no. __430__ of __590__ sheets attached to Schedule of                                     Subtotal                  **5,479.06**
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.      **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2104** <br><br> **Moe, Teresa** <br> **2914 W Lake Drive** <br> **Lavaca, AR 72941** | - | | | | | | **90.10** |
| Account No. **xxx1276** <br><br> **Moglia, Thomas** <br> **149 Broadway Apt 2** <br> **Brooklyn, NY 11211** | - | | | | | | **549.98** |
| Account No. **xxx0354** <br><br> **Mohabbat, Karima** <br> **4804 Hwy 69 N** <br> **North Port, AL 35473** | - | | | | | | **6,422.00** |
| Account No. **xxx3052** <br><br> **moheyeldien, Marwan** <br> **7030 Troy hill** <br> **Elkridge, MD 21075** | - | | | | | | **2,125.00** |
| Account No. **xxx3321** <br><br> **Mohundro, Bryan S** <br> **3 CEB A co 2nd plt** <br> **twentynine palms, CA 92278** | - | | | | | | **305.75** |

Sheet no. __431__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **9,492.83**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                      ,        Case No.    **13-42659**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9964** | | | | | | | |
| Moir, Gail E<br>17 Lantern Drive<br>Seymour, CT 06483 | | - | | | | | 307.10 |
| Account No. **xxx3626** | | | | | | | |
| Mojica-Staton, Ivelesse<br>10601 Navagation Drive<br>Riverville, FL 33579 | | - | | | | | 119.20 |
| Account No. **xxx6267** | | | | | | | |
| Molia, Monsoor<br>12337 Wynnfield Lakes Dr. Apt. 834<br>Jacksonville, FL 32246 | | - | | | | | 99.90 |
| Account No. **xxx3411** | | | | | | | |
| Molina, Lissette<br>9123 Ruston Dr.<br>Dallas, TX 75228 | | - | | | | | 368.75 |
| Account No. **xxx8408** | | | | | | | |
| Montanez, Barbara<br>6011 Wellsey Way<br>Brentwood, TN 37027 | | - | | | | | 442.00 |

Sheet no. __432__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,336.95**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    , Case No. ___**13-42659**___
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Moore & Reese, LLC**<br>**2987 Clairmont Road**<br>**Suite 440**<br>**Atlanta, GA 30329** | - | | | | | | 263.00 |
| Account No. **xxx6156**<br><br>**Moore, David 1**<br>**108 Idaho Street**<br>**Travis AFB, CA 94535** | - | | | | | | 506.80 |
| Account No. **xxx9210**<br><br>**Moore, Melanie**<br>**11136 poundberry camp place**<br>**waldrof, MD 20603** | - | | | | | | 483.20 |
| Account No. **xxx1319**<br><br>**Morales, Al**<br>**2663 Hobson Rd**<br>**Donners Grove, IL 60516** | - | | | | | | 472.50 |
| Account No. **xxxx4006**<br><br>**Morales, Sandra**<br>**6011 Banded tulip Dr**<br>**Wilmington, NC 28412** | - | | | | | | 236.45 |

Sheet no. __**433**__ of __**590**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,961.95**

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC**
_____,          Case No.    **13-42659**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2029** | | | | | | | | |
| Moran, Ellen 601 Arbor Glenn Court Ballwin, MO 63021 | | - | | | | | | 1,024.16 |
| Account No. **xxx0329** | | | | | | | | |
| Moreland, Michael 609 Spring St. Booneville, MO 65233 | | - | | | | | | 718.11 |
| Account No. **xxx9436** | | | | | | | | |
| Morgan, James 1202 Taylor Ave. Richmond, VA 23225 | | - | | | | | | 159.60 |
| Account No. **xxx8518** | | | | | | | | |
| Morgan, Jan 233 Azle, TX 76020 | | - | | | | | | 92.55 |
| Account No. **xxx8163** | | | | | | | | |
| Morgenshtein, Hen 1301 Colberry Rd #B Baltimore, MD 21239 | | - | | | | | | 516.20 |

Sheet no. __434__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  2,510.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    , Case No.   **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Morning Star Balloons**<br>**564 East Spruce Glenn Rd**<br>**Murray, UT 84107** | - | | | | | | **2,030.00** |
| Account No. **xxx8455** <br><br>**Morris, Amy**<br>**3240 Goodley Rd**<br>**Garnet Valley, PA 19060** | - | | | | | | **538.65** |
| Account No. **xxx7905** <br><br>**Morrison, Dan**<br>**3 Juliano Dr**<br>**Oxford, CT 06478** | - | | | | | | **3,981.25** |
| Account No. **xxx6539** <br><br>**Morrissey, Michael J**<br>**23 Federal Hill Rd**<br>**Auburn, MA 01501** | - | | | | | | **70.79** |
| Account No. **xxx7970** <br><br>**Morrow, Gene**<br>**P.O. Box 181936**<br>**Arlington, TX 76096** | - | | | | | | **232.40** |

Sheet no. __435__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **6,853.09**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                    ,    Case No.    **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx8368**<br><br>**Mortimer, Ann**<br>**59 Twin Lake Dr.**<br>**Waterford, CT 06385** | | - | | | | | | 975.00 |
| Account No. **xxx4033**<br><br>**Moser, Andrew**<br>**26931 County road 34**<br>**Painsville, MN 56362** | | - | | | | | | 450.40 |
| Account No. **xxx7790**<br><br>**Moua, Candice**<br>**PO Box 5156**<br>**Fresno, CA 53755** | | - | | | | | | 460.00 |
| Account No.<br><br>**Mountain Wings**<br>**77 Hanglider Road**<br>**Ellenville, NY 12428** | | - | | | | | | 180.00 |
| Account No. **xxx9824**<br><br>**Moy, William**<br>**989 112th Ave NE APT 2002**<br>**Belleview, WA 98004** | | - | | | | | | 411.04 |

Sheet no. __436__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,476.44**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                        ,    Case No.    **13-42659**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4039**<br><br>Muccianti, Constance<br>19 N. 110 Felsmith Rd<br>Hampshire, IL 60140 | | - | | | | | 313.20 |
| Account No. **xxxx2601**<br><br>Muchnick, Hal<br>169 Farrington Ave.<br>Sleepy Hollow, NY 10591 | | - | | | | | 499.00 |
| Account No. **xxx2903**<br><br>Mudry, Vicki<br>5415 Jobeth Dr.<br>Newport Richey, FL 34652 | | - | | | | | 424.80 |
| Account No. **xxx7160**<br><br>Muetzenberg, Alan<br>2164 Royal Acres Trl.<br>Frisco, TX 75034 | | - | | | | | 356.25 |
| Account No. **xxx7072**<br><br>mulla, mehboob<br>1208 applewood acres<br>clarks, PA 18411 | | - | | | | | 592.20 |

Sheet no. __437_ of __590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,185.45**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,        Case No.    **13-42659**
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6143** <br><br> **Munkres, David** <br> **MIT Inc. 1151 Eagle Dr. #177** <br> **Loveland, CO 80537** | - | | | | | | 625.00 |
| Account No. **xxx2605** <br><br> **Munoz, Antonio** <br> **1129 SW 27th Street** <br> **Oklahoma City, OK 73109** | - | | | | | | 599.00 |
| Account No. **xxx4425** <br><br> **Murry, Galima** <br> **716 E Wright Ave** <br> **Tacoma, WA 98404** | - | | | | | | 361.20 |
| Account No. **xxx0434** <br><br> **Murtha, Paul** <br> **4353 Shimerville Rd** <br> **Emmaus, PA 18049** | - | | | | | | 414.45 |
| Account No. **xxx5699** <br><br> **Murton, Dennis** <br> **801 Dry Run Road** <br> **Grantville, PA 17028** | - | | | | | | 1,087.13 |

Sheet no. __438__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,086.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                        ,    Case No.    **13-42659**
                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4015** | | | | | | | |
| **Muthyala, Harsha** **11250 Santa Monica Blvd** **Santa Monica, CA 90205** | | - | | | | | 343.80 |
| Account No. **xxx9478** | | | | | | | |
| **Mutschler, Larry** **3703 Conquer Pike** **Wilmington, DE 19803** | | - | | | | | 1,329.90 |
| Account No. **xxx4556** | | | | | | | |
| **Myers, Amanda 1** **419 W Piedont St.** **Keyser, WV 26726** | | - | | | | | 276.35 |
| Account No. **xxx9271** | | | | | | | |
| **Myers, Jared  1** **751 pinellas bay way south. unit 201** **St. Petersburg, FL 33715** | | - | | | | | 1,924.00 |
| Account No. **xxx7319** | | | | | | | |
| **Myers, Robert** **Po Box 690** **Southern Pines, NC 28388** | | - | | | | | 2,437.00 |

Sheet no. _**439**_ of _**590**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        6,311.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,   Case No.      **13-42659**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9155** | | | | | | | |
| **Myrick, Robert G.** **100 Jacquelyn Way** **Pensacola, FL 32505** | | - | | | | | 1,348.50 |
| Account No. **xxx3827** | | | | | | | |
| **Nader, Jennifer** **10185 Lake side dr** **Coral gables, FL 33156** | | - | | | | | 949.51 |
| Account No. **xxx2976** | | | | | | | |
| **Naef, Tamara** **25413 North 71st Drive** **Peoria, AZ 85383** | | - | | | | | 192.55 |
| Account No. **xxxx2116** | | | | | | | |
| **Nash, Lee A** **1085 Ga Hwy 338** **Dudley, GA 31022** | | - | | | | | 1,409.50 |
| Account No. **xxx7135** | | | | | | | |
| **Nash, Susan 1** **1060 Olde Roswell Grove** **Roswell, GA 30075** | | - | | | | | 134.75 |

Sheet no. __440__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,034.81**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,    Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3701**<br><br>**Nathan, Terry**<br>**P.O. Box 1422**<br>**Forestville, CA 95436** | - | | | | | | 305.17 |
| Account No. **xxxx3589**<br><br>**Navas, Barbara**<br>**275 NE 18th St., Apt. 2108**<br>**Miami, FL 33132** | - | | | | | | 233.80 |
| Account No. **xxxx3272**<br><br>**Nazal, Christopher, W**<br>**3303 Sumter Dr**<br>**High Point, NC 27265** | - | | | | | | 323.70 |
| Account No. **xxx4391**<br><br>**Nehgher, Kacey**<br>**1110 S.E. 9th St.**<br>**Ft. Lauderdale, FL 33316** | - | | | | | | 895.00 |
| Account No. **xxx9074**<br><br>**nelemans, adriaen**<br>**kondensgate 84**<br>**trondheim norway   07012** | - | | | | | | 786.49 |

Sheet no. __441__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **2,544.16**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                   , Case No.   **13-42659**
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1476** | | | | | | | |
| **Nelson, Deborah** **51 Lacosta Dr** **Montgomery, TX 77356** | | - | | | | | **664.83** |
| Account No. **xxxx3423** | | | | | | | |
| **neu, Stacey** **312 S Hustis street** **Hustisford, WI 53034** | | - | | | | | **3,466.50** |
| Account No. **xxx9825** | | | | | | | |
| **Neubauer, Adam** **1635 Kings Pond Rd** **Cordova, TN 38016** | | - | | | | | **205.00** |
| Account No. **xxx0109** | | | | | | | |
| **Neugebauer, Toby R** **1036 Nunnery lane** **nasville, TN 37221** | | - | | | | | **6,882.00** |
| Account No. **xxx2977** | | | | | | | |
| **Neugroschel, Rose A** **2730 south veitch st** **Arlington, VA 22206** | | - | | | | | **111.84** |

Sheet no. __442__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **11,330.17**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                    ,    Case No. _____**13-42659**_____
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8681**<br><br>**Newell, Dishawnn**<br>**1001 Bear Island Rd. Apt. 201**<br>**Summerville, SC 29483** | - | | | | | | 465.10 |
| Account No. **xxxx3552**<br><br>**Newhams, Noelle**<br>**229 N. Dithridge St**<br>**Pittsburgh, PA 15213** | - | | | | | | 504.80 |
| Account No. **xxx6804**<br><br>**Newman, Frank**<br>**945 Broken Arrow Cove**<br>**Collierville, TN 38017** | - | | | | | | 134.80 |
| Account No. **xxxx4761**<br><br>**Nguyen, Alina**<br>**9712 Hastings Mill Dr**<br>**Glen Allen, VA 23060** | - | | | | | | 199.94 |
| Account No. **xxx7604**<br><br>**Nguyen, Anna**<br>**159 Lucerne Blvd**<br>**Terry Hill, NJ 08003** | - | | | | | | 359.97 |

Sheet no. __443__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,664.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.   **13-42659**
_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4699** <br><br> Nguyen, Jeanna T <br> 706 Grove St <br> Worcester, MA 01605 | | - | | | | | 136.00 |
| Account No. **xxx2695** <br><br> Nguyen, Kim 1 <br> 1501 SE 17th Street <br> Ft Lauderdale, FL 33316 | | - | | | | | 211.00 |
| Account No. **xxx5701** <br><br> Nguyen, Nicholas <br> 2199 Briarcliff Road NE #15 <br> Atlanta, GA 30329 | | - | | | | | 152.22 |
| Account No. **xxxx3955** <br><br> Nguyenloc, Frank <br> 4411 Kleinway Dr <br> Houston, TX 77066 | | - | | | | | 702.00 |
| Account No. **xxx3711** <br><br> Nichols, James 1 <br> 205 Top Hand <br> Lavernia, TX 78121 | | - | | | | | 1,450.40 |

Sheet no. __444__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,651.62**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____ ,    Case No. ___13-42659_____
                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3443**<br><br>Nichols, Joe<br>5192 Ocaso Ave.<br>Buena Park, CA 90621 | | - | | | | | 483.74 |
| Account No. **xxx4838**<br><br>Nichols, Ralph<br>4211 124th st<br>Pleasant Prairie, WI 53158 | | - | | | | | 341.25 |
| Account No. **xxxx4922**<br><br>Nido, Thomas<br>14305 Sheronbrook Avenue<br>Hartville, OH 44632 | | - | | | | | 179.44 |
| Account No. **xxx7221**<br><br>Nido, Vanessa<br>1778 West Camino Dey Torrenon<br>Tuscon, AZ 85704 | | - | | | | | 268.00 |
| Account No.<br><br>No Limits Skydiving<br>P.O. Box 1608<br>Hopewell, VA 23860 | | - | | | | | 1,240.00 |

Sheet no. __445_ of __590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 2,512.43

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                      ,     Case No. _____**13-42659**_____
                                      Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3895**<br><br>**Nobles, stacey**<br>**500 E. Wallace**<br>**Llano, TX 78643** | - | | | | | | **5,256.40** |
| Account No. **xxx9634**<br><br>**Noguier, Laurence**<br>**2400 North Lakeview Ave**<br>**Chicago, IL 60614** | - | | | | | | **656.00** |
| Account No.<br><br>**Nor Cal Skydiving Center**<br>**31215 Hwy 128**<br>**Cloverdale, CA 95425** | - | | | | | | **169.00** |
| Account No. **xxx0718**<br><br>**Nordvall, Steven**<br>**1705 Halyle Dr.**<br>**Hanover, MD 21076** | - | | | | | | **620.00** |
| Account No. **xxx9039**<br><br>**Norsworthy, Angela**<br>**2624 Old Hwy 90**<br>**Zinton, LA 70668** | - | | | | | | **596.25** |

Sheet no. __**446**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,297.65**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                    , Case No. ___**13-42659**___
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7320**<br><br>Norwood, Dominiece K<br>10521 S.W. 158 court apt. 105<br>Miami, FL 33196 | - | | | | | | 66.50 |
| Account No. **xxx1903**<br><br>Notley, Christopher<br>161 W. Kinzie Apt 2201<br>Chicago   60654 | - | | | | | | 1,289.76 |
| Account No. **xxx8944**<br><br>Nouraee, Faye<br>7475 Kimberly Lane<br>Eden Praire, MN 55346 | - | | | | | | 288.80 |
| Account No. **xxx4973**<br><br>nowlin, gail<br>20 hartwell place<br>searcy, AR 72143 | - | | | | | | 260.85 |
| Account No. **xxx6205**<br><br>Nowling, Amy<br>8944 Spider Bay Court<br>Indianapolis, IN 46236 | - | | | | | | 230.44 |

Sheet no. __447__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,136.35**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                             ,    Case No.    **13-42659**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8612**<br><br>**Nussbeck, Chris 1**<br>**8220 E 130th cir**<br>**Thornton, CO 80602** | - | | | | | | 1,512.00 |
| Account No. **xxx3755**<br><br>**O'Brien, Joanna**<br>**P.O. Box 207**<br>**Brooklyn, NY 11236** | - | | | | | | 254.57 |
| Account No. **xxx4041**<br><br>**o'connor, Joshua**<br>**6810 antioch rd 157**<br>**merriam, KS 66204** | - | | | | | | 723.19 |
| Account No. **xxx3054**<br><br>**O'Dea, Molly**<br>**5241 Magnolia Walk Circle**<br>**Dunwoody, GA 30338** | - | | | | | | 137.24 |
| Account No. **xxx6586**<br><br>**O'dom, James**<br>**26 County Rd 613A**<br>**Lynn, MO 65051** | - | | | | | | 936.61 |

Sheet no. __448__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,563.61**

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,    Case No. ___13-42659_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. __xxx1732__ | | | | | | | | |
| O'Steen, Mark 4720 Ortega Forest Dr jacksonville, FL 32210 | | - | | | | | | 789.44 |
| Account No. __xxx0489__ | | | | | | | | |
| Oakley, Cara 4251 Antler Dr Greenwood, AR 72936 | | - | | | | | | 198.99 |
| Account No. __xxx6940__ | | | | | | | | |
| Oates, Charlotte 1131 Four Tops Drive Detroit, MI 48201 | | - | | | | | | 757.38 |
| Account No. __xxx0618__ | | | | | | | | |
| Obi, Chinwe 2004 Randolph Ave Saint Paul, MN 55105 | | - | | | | | | 559.00 |
| Account No. __xxx2237__ | | | | | | | | |
| Oblasser, Erik P.O. Box 1595 Dawsonville, GA 30534 | | - | | | | | | 88.45 |

Sheet no. __449__ of __590__ sheets attached to Schedule of    Subtotal    2,393.26
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                      ,     Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1558**<br><br>Obrien, Stephanie<br>1162 E 4500 S<br>Salt Lake City, UT 84117 | - | | | | | | 749.95 |
| Account No. **xxx9256**<br><br>Odegard, Liv<br>1212 Ave Of the Americas<br>New York, NY 10036 | - | | | | | | 2,542.50 |
| Account No. **xxx7632**<br><br>Odonnell, John<br>1000 W Wilshire Blvd<br>Oklahoma City, OK 73116 | - | | | | | | 1,450.00 |
| Account No. **xxx0005**<br><br>Officer Jr, Timothy Alan<br>2514 Abercorn St Suite 205<br>Savannah, GA 31401 | - | | | | | | 200.74 |
| Account No. **xxx4290**<br><br>Ogude, Cecilia<br>596 Prospect Ave. Box 4<br>Bronx, NY 10455 | - | | | | | | 207.90 |

Sheet no. __450__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,151.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                      ,    Case No. ___**13-42659**___
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0387**<br><br>**Ohara, Kevin**<br>**3236 W 97th St**<br>**Evergreen Park, IL 60805** | - | | | | | | 164.40 |
| Account No.<br><br>**Ohio Powered Paragliding**<br>**20683 Hull Prairie Rd**<br>**Bowling Green, OH 43402** | - | | | | | | 200.00 |
| Account No. **xxx8998**<br><br>**OLAM**<br>**205 E. River Park Cir Suite 310**<br>**Fresno, CA 93720** | - | | | | | | 3,077.50 |
| Account No.<br><br>**Old South Ballooning**<br>**11811 Wentling Avenue**<br>**Baton Rouge, LA 70816-6055** | - | | | | | | 425.00 |
| Account No.<br><br>**Old World Balloonery**<br>**11640 Cody Street**<br>**Overland Park, KS 66210** | - | | | | | | 1,425.00 |

Sheet no. __**451**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,291.90

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,    Case No.    **13-42659**
                                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4140**<br><br>Oleinikoff, Dianne<br>4018 Providence Church Rd<br>Henry, VA 24102 | | - | | | | | 98.90 |
| Account No. **xxx1624**<br><br>Oliver, Allyn<br>6404 Sunbow Lane<br>Charlotte, NC 28277 | | - | | | | | 715.45 |
| Account No. **xxx1885**<br><br>Oliver, Barry<br>4029 Industrial Way<br>Long View, WA 98632 | | - | | | | | 1,098.00 |
| Account No. **xxx5801**<br><br>Oliver, Dawn Marie<br>3874 Mallard Street<br>Highland Ranch, CO 80126 | | - | | | | | 206.49 |
| Account No. **xxx4557**<br><br>Olson, Adam<br>203 White Cedar Blvd<br>Portsmith, NH 03801 | | - | | | | | 253.12 |

Sheet no. __452__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,371.96

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                  ,        Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7275** | | | | | | | |
| **Olson, Blake** **1108 Ellis Court** **Chatnamsboro, TN 37035** | - | | | | | | 207.51 |
| Account No. **xxx9966** | | | | | | | |
| **Oncer, Onur** **8B Washington Drive** **West Paterson, NJ 07424** | - | | | | | | 938.42 |
| Account No. **xxx7705** | | | | | | | |
| **Ong, Kristle** **312 Brahan Blvd Apt 6** **San Antonio, TX 78215** | - | | | | | | 1,012.00 |
| Account No. **xxx0529** | | | | | | | |
| **Ordonez, Joshua E.** **7165 465 Aardvark Ave** **Mt. Home AFB, ID 83648** | - | | | | | | 2,109.00 |
| Account No. **xxx7793** | | | | | | | |
| **Orgill, Jayson** **2610 paseo olives** **west covina, CA 91792** | - | | | | | | 642.40 |

Sheet no. __453__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **4,909.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,   Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Orlando Balloon Adventures, LLC** <br> **1449 Bethesda Street** <br> **Apopka, FL 32703** | - | | | | | | 290.00 |
| Account No. **xxxx3229** <br><br> **Orth, Joel** <br> **P.O.Box 2490** <br> **Orland Park, IL 60462** | - | | | | | | 97.70 |
| Account No. **xxx4141** <br><br> **Ortiz, Edgardo** <br> **2343 York ST** <br> **Des Moines, IA 50316** | - | | | | | | 789.00 |
| Account No. **xxx4939** <br><br> **Oshea, Tom** <br> **1014 Bowlin Ave** <br> **Port Neches, TX 77651** | - | | | | | | 364.75 |
| Account No. **xxxx3884** <br><br> **Ostrowski, Robert** <br> **1674 Carlyle Dr Apt K** <br> **Croston, MD 21114** | - | | | | | | 249.80 |

Sheet no. _**454**_ of _**590**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 1,791.25 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,     Case No.   **13-42659**
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3014** | | | | | | | |
| Otero, Carlos 307 NW 1st St Ave Apt 508 Fort Lauderdale, FL 33301 | - | | | | | | 392.35 |
| Account No. **xxx3349** | | | | | | | |
| Otto, Robert 35 Whittier Rd Wellesley, MA 02481 | - | | | | | | 1,587.60 |
| Account No. **xxx6933** | | | | | | | |
| Owens, Kristine One Design Center Place Suite 800 Boston, MA 02210 | - | | | | | | 7,680.00 |
| Account No. **xxxx3590** | | | | | | | |
| Owens, Richard 2910 Curis Drive Copperas Cove, TX 76522 | - | | | | | | 220.78 |
| Account No. **xxx4765** | | | | | | | |
| Oyewo, Abiola O 1100 Hussa Street Linden, NJ 07036 | - | | | | | | 652.29 |

Sheet no.  **455**  of  **590**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            10,533.02

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,   Case No.   **13-42659**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2171** | | | | | | | | |
| **Pabon, Angel 194 N Union Street Rochester, NY 14605** | - | | | | | | | 88.89 |
| Account No. **xxx6917** | | | | | | | | |
| **Pacheco, Joshua 577 lcum St apt 1c New York City, NY 10034** | - | | | | | | | 301.10 |
| Account No. **xxxx1983** | | | | | | | | |
| **Packard, Desiree 3400 N Maryland Ave Milwaukee, WI 53211** | - | | | | | | | 500.20 |
| Account No. **xxx2238** | | | | | | | | |
| **Padgett, Lisa 12975 Worldgate Dr Herndon, VA 20170** | - | | | | | | | 3,750.00 |
| Account No. **xxx8982** | | | | | | | | |
| **Padilla, Amanda 2942 W Watercress Dr Tucson, AZ 85741** | - | | | | | | | 102.80 |

Sheet no. **456** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,742.99**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,     Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3890** <br><br> **Page, Austin** <br> **3032 Bedford Rd** <br> **Bedford, TX 76021** | - | | | | | | **255.40** |
| Account No. **xxx1603** <br><br> **Page, Jeff** <br> **1608 Marget Street** <br> **Houston, TX 77093** | - | | | | | | **1,417.00** |
| Account No. **xxxx3592** <br><br> **Page, Linda** <br> **645 Upper Trutle Creek Rd** <br> **Kerrville, TX 78028** | - | | | | | | **896.91** |
| Account No. **xxx3015** <br><br> **Pahlke, Karin** <br> **3522 Lafayette Pkwy** <br> **Floyd Knob, IN 47119** | - | | | | | | **216.65** |
| Account No. **xxx9102** <br><br> **palagova, Irina** <br> **23 whitney place apartment 2E** <br> **Brooklyn, NY 11223** | - | | | | | | **1,394.25** |

Sheet no. **457** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,180.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,                Case No.  **13-42659**
                                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5321** <br><br> Palmer, Helen A. <br> 9051 E. Calle Norlo <br> Tucson, AZ 85710 | - | | | | | | 679.32 |
| Account No. **xxxx3726** <br><br> Palmer, Natasha <br> 3066 Quentin Lane <br> Chipley, FL 32428 | - | | | | | | 601.60 |
| Account No. **xxxx3464** <br><br> Palmer, Shawna <br> 1334 West Sands Ct <br> Gilbert, AZ 85233 | - | | | | | | 149.48 |
| Account No. **xxx3842** <br><br> Panduranga, Gopinath <br> 7575 Linda Vista Rd Apt 100 <br> San Diego, CA 92111 | - | | | | | | 534.35 |
| Account No. **xxx4187** <br><br> Pandya, Jennifer <br> 908 Wessex Way <br> Austin, TX 78748 | - | | | | | | 177.26 |

Sheet no. __458__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **2,142.01**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8394** <br><br> **Panikar, Vineet V** <br> **350 Parsippany Rd** <br> **Parsippany, NJ 07054** | | - | | | | | 368.88 |
| Account No. **xxx6683** <br><br> **Pant, Sudhanshu** <br> **9 Brentwood Rd** <br> **Holmdel, NJ 07733** | | - | | | | | 1,278.75 |
| Account No. **xxx5301** <br><br> **Paprosky, Stephanie** <br> **11 E Walton st. apt 3901** <br> **Chicago, IL 60611** | | - | | | | | 6,804.00 |
| Account No. **xxx7913** <br><br> **Parab, Purushottam** <br> **819 Windy Ridge lane** <br> **atlanta, GA 30339** | | - | | | | | 617.52 |
| Account No. <br><br> **Parabolic, LLC** <br> **493 Airport Rd** <br> **Cedartown, GA 30125** | | - | | | | | 2,312.00 |

Sheet no. __459__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,381.15

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                    ,    Case No.  **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Parachute Center**<br>**P.O. Box 423**<br>**Acampo, CA 95220** | - | | | | | | 2,500.00 |
| Account No.<br><br>**Parachutes Over Carmi**<br>**P.O. Box 94**<br>**Carmi, IL 62821** | - | | | | | | 430.00 |
| Account No.<br><br>**Paraglide Utah**<br>**#9 Manilla Circle**<br>**Draper, UT 84020** | - | | | | | | 640.00 |
| Account No. **xxx7568**<br><br>**Paredes, Eric**<br>**3421 South G Street**<br>**Oxnard, CA 93033** | - | | | | | | 449.60 |
| Account No. **xxx6449**<br><br>**Pariente, Simon**<br>**5553 West Sixth St.**<br>**Los Angeles, CA 90036** | - | | | | | | 97.88 |

Sheet no. __460__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,117.48 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                    , Case No.   **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2876** | | | | | | | |
| Parker Jr., Walter 17453 Beasley Lane Milford, VA 22514 | - | | | | | | 101.80 |
| Account No. **xxx8519** | | | | | | | |
| Parker, Brian 620 County Rd 4430 Whitewright, TX 75491 | - | | | | | | 1,764.00 |
| Account No. **xxx1740** | | | | | | | |
| Parker, Debbra 10201 Rhett Butler Dr Austin, TX 78739 | - | | | | | | 518.77 |
| Account No. **xxx6927** | | | | | | | |
| Parker, John 1 2710 Wycliff Road Raleigh, NC 27607 | - | | | | | | 3,390.63 |
| Account No. **xxxx3958** | | | | | | | |
| Parker, John 2 7200 US 158 HWY Jackson, NC 27845 | - | | | | | | 71.00 |

Sheet no. __461__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,846.20**

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,        Case No. ___13-42659_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx3908** Parkhurst, Tonia R. 307 Beth Lane Elk City, OK 73644 | | - | | | | | | 457.80 |
| Account No. **xxx1619** Parks, Dana 2121 South Pantano Rd. Tucson, AZ 85710 | | - | | | | | | 417.99 |
| Account No. **xxx0034** Parry, Sara M. 916 Cottonroad Dr Lansing, KS 66043 | | - | | | | | | 475.24 |
| Account No. **xxx9284** Partain, Derek 5305 Pine ridge Dr arlington, TX 76016 | | - | | | | | | 255.80 |
| Account No. **xxx5153** Partners, Chesapeake Realty 225 green Spring Valley Road Owings Mills, MD 21117 | | - | | | | | | 6,673.82 |

Sheet no. __462__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        8,280.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**
                                                                    Case No.   **13-42659**
                                   Debtor                  ,

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx7398** | | | | | | | | | |
| Patat, John 6619 plantation reserve fort myere, FL 33966 | | - | | | | | | | 1,215.00 |
| Account No. **xxx1132** | | | | | | | | | |
| Patel, Chandrakant 77 Christable st Lynbrook, NY 11563 | | - | | | | | | | 1,312.50 |
| Account No. **xxxx2868** | | | | | | | | | |
| Patel, Hetalben, M 570 Main St #C Hackensack, NJ 07601 | | - | | | | | | | 426.25 |
| Account No. **xxx1219** | | | | | | | | | |
| Patel, Krushit 434 West Vine  Apt d204 Hatfield, PA 19440 | | - | | | | | | | 310.31 |
| Account No. **xxxx3273** | | | | | | | | | |
| Patel, Pinal 100 Walnut Ave Suite 304 Clark, NJ 07066 | | - | | | | | | | 1,342.08 |

Sheet no. __463__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            4,606.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                   , Case No. _____**13-42659**_____
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3196** <br><br> **Patel, Sameer** <br> **542 NW 39th Rd** <br> **Gainesville, FL 32607** | - | | | | | | 256.00 |
| Account No. **xxx9791** <br><br> **Patel, Suraj 1** <br> **760 south stillwater ln** <br> **anaheim, CA 92807** | - | | | | | | 88.20 |
| Account No. **xxx9073** <br><br> **Paterson-brown, Willy** <br> **117 east louisa street number 308** <br> **seatle, WA 98102** | - | | | | | | 6,300.00 |
| Account No. **xxx4671** <br><br> **Patil, Arjun** <br> **908 Road Island street** <br> **San Fransico, CA 94107** | - | | | | | | 206.25 |
| Account No. **xxx6481** <br><br> **patrick, nikolai j** <br> **4263 millwood lane** <br> **tallahassee, FL 32312** | - | | | | | | 259.08 |

Sheet no. __464__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,109.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                    ,    Case No.    **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4045** <br><br> **Patten, Charles** <br> **5885 Trinity Pkwy Suite 120** <br> **Centerville, VA 20120** | | - | | | | | **2,690.52** |
| Account No. **xxxx4140** <br><br> **Payne, Jay** <br> **431 rifle range rd.** <br> **monterey, CA 93944** | | - | | | | | **534.40** |
| Account No. <br><br> **PC Skydiving** <br> **6810 Curan Street** <br> **San Diego, CA 92154** | | - | | | | | **2,010.00** |
| Account No. **xxxx3759** <br><br> **Pearson, Evan** <br> **10593 Blockade Dr.** <br> **Reno, NV 89521** | | - | | | | | **771.75** |
| Account No. **xxx2750** <br><br> **Pedroza Ortiz, Juanita** <br> **920 northwest smith drive** <br> **Mountain Home, ID 83647** | | - | | | | | **199.99** |

Sheet no. __465__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,206.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                              ,    Case No.    **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3593**<br><br>Pedroza, Tanya<br>280 O'Keese Street<br>East Palo Alto, CA 94303 | - | | | | | | 562.00 |
| Account No. **xxx6924**<br><br>Peebles, Paul 1<br>P.O.Box 83<br>Claremont, VA 23899 | - | | | | | | 1,090.00 |
| Account No. **xxx4893**<br><br>PELTZ, KAREN<br>816 LINDA LANE<br>PITTSBURGH, PA 17243 | - | | | | | | 126.20 |
| Account No. **xxx7971**<br><br>Penafiel, martha D<br>7506 North sanibel circle<br>tampa, FL 33637 | - | | | | | | 1,244.10 |
| Account No. **xxx1186**<br><br>Pender, Joseph D<br>208 rocky point drive<br>columbia, SC 29212 | - | | | | | | 99.70 |

Sheet no. __466__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,122.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,          Case No.   **13-42659**
_____
                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3831** <br><br> **Perez Salva, Carmen** <br> **350 Torre Chardon Ave** <br> **San Juan   00918** | | - | | | | | 1,463.20 |
| Account No. **xxx8367** <br><br> **Perez, Dalila** <br> **145 S St # A62** <br> **San Luis Obisto, CA 93401** | | - | | | | | 879.99 |
| Account No. **xxx1409** <br><br> **Perez, Marlene** <br> **7226 Leaning Oak Drive** <br> **Houston, TX 77088** | | - | | | | | 145.53 |
| Account No. **xxx1110** <br><br> **Perez, Martha** <br> **15169 NW 7th Street** <br> **Pembroke Pines, FL 33028** | | - | | | | | 234.50 |
| Account No. **xxx2094** <br><br> **Perkins, Christopher 1** <br> **12 Church St.** <br> **Canaan, CT 06018** | | - | | | | | 623.50 |

Sheet no. __467__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,346.72**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,          Case No.   **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0676**<br><br>**Perkins, Michael**<br>**245 North View Rd**<br>**Fleetwood, PA 19522** | - | | | | | | 106.65 |
| Account No. **xxx0722**<br><br>**Perkins, Sandra**<br>**155 Annadd Drive**<br>**Flemingsburg, KY 41041** | - | | | | | | 649.99 |
| Account No.<br><br>**Perris Valley Skydive Center**<br>**P.O. Box 1824**<br>**Perris, CA 92572** | - | | | | | | 9,043.00 |
| Account No. **xxx9828**<br><br>**Perry, Barbara**<br>**PO BOX 188**<br>**Overgaard, AZ 89533** | - | | | | | | 1,112.00 |
| Account No. **xxx1662**<br><br>**Perry, Richard**<br>**4600 Blue Creek Rd**<br>**Lynnville, TN 38472** | - | | | | | | 2,550.00 |

Sheet no. __468__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **13,461.64**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,        Case No.   **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8657** | | | | | | | |
| **Perzan, William** **57 Westridge Road** **New London, CT 06320** | | - | | | | | 171.95 |
| Account No. **xxx7951** | | | | | | | |
| **Petersen, Greg** **1342 Dakota Street** **Walla Walla, WA 99362** | | - | | | | | 752.00 |
| Account No. **xxx5302** | | | | | | | |
| **Peterson, Anne E** **3640 SW Lake Helena rd** **Port Orchard, WA 98367** | | - | | | | | 95.90 |
| Account No. **xxxx1988** | | | | | | | |
| **Petratis, Megan** **4167 S. Four Mile Run Dr. Unit 401** **Arlington, VA 22204** | | - | | | | | 149.40 |
| Account No. **xxx2136** | | | | | | | |
| **Pettit, Reba** **3941 Mary Ann Point Rd** **Johns Island, SC 29455** | | - | | | | | 222.55 |

Sheet no. __469__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,391.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,          Case No. _____**13-42659**_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3614** <br><br> **Pfaff, Kevin** <br> **1763 Chandlier Cir, W** <br> **Jacksonville, FL 32225** | - | | | | | | 742.74 |
| Account No. **xxx9178** <br><br> **Pham, Dan Q.** <br> **1774 NE 9th St** <br> **Fort Lauderdale, FL 33304** | - | | | | | | 401.30 |
| Account No. **xxxx3338** <br><br> **pham, danny** <br> **1524 Cuming Street Apt 402** <br> **Omaha, NE 68102** | - | | | | | | 75.96 |
| Account No. **xxx0687** <br><br> **phelps, cara** <br> **714 lemay drive** <br> **bellevue, NE 68005** | - | | | | | | 1,000.48 |
| Account No. **xxxx4026** <br><br> **Phillips, Adam** <br> **5025 Hetherington PLace** <br> **The Colony, TX 75056** | - | | | | | | 321.00 |

Sheet no. __**470**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,541.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                        ,        Case No.    **13-42659**
                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5164**<br><br>**Phillips, Johnny**<br>**503 D North wood drive**<br>**murray, KY 42071** | | - | | | | | 406.25 |
| Account No. **xxx2851**<br><br>**Phillips, N William**<br>**103 North Market Street**<br>**Mylan, MO 63556** | | - | | | | | 780.80 |
| Account No.<br><br>**Phoenix Area Skydiving**<br>**Charlevoix State Bank**<br>**111 State Street**<br>**Charlevoix, MI 49720** | | - | | | | | 1,545.00 |
| Account No. **xxx5017**<br><br>**Pico, Monica**<br>**12153 Cimbria Way**<br>**Lakeside, CA 92040** | | - | | | | | 233.00 |
| Account No.<br><br>**Piedmont Skydiving**<br>**675 Adrian Road**<br>**Salisbury, NC 28146** | | - | | | | | 2,455.00 |

Sheet no. __471__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,420.05

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                            , Case No. ___**13-42659**___
                                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3703** <br><br> **Pierce, James** <br> **600 Lucille St** <br> **S. Elgin, IL 60177** | | - | | | | | 807.00 |
| Account No. **xxx8853** <br><br> **Pierce, Shane** <br> **1806 Todd Lane** <br> **Peter Park, TX 78613** | | - | | | | | 455.15 |
| Account No. **xxx8854** <br><br> **Pierre, Johnathan** <br> **PO Box 8481** <br> **Camp Lejeune, NC 28547** | | - | | | | | 468.98 |
| Account No. **xxx7513** <br><br> **Pike, Allison M** <br> **1500 6th Ave SW** <br> **Rochester, MN 55902** | | - | | | | | 547.20 |
| Account No. **xxx1283** <br><br> **Pillai, Vinod** <br> **6624 Aintree Park Dr Apt 104** <br> **Mayfield Village, OH 44143** | | - | | | | | 182.65 |

Sheet no. __**472**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,460.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          ,        Case No.  **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9091** <br><br> Pina, Greggory <br> 919 Milam St. <br> Houston, TX 77002 | - | | | | | | 3,637.50 |
| Account No. **xxx3368** <br><br> Pineda, Ricardo <br> 2120 Cedar Crest Dr <br> Carollton, TX 75007 | - | | | | | | 490.00 |
| Account No. **xxx7255** <br><br> Pinney, Dorothy <br> 305 Altera Way <br> Colorado Springs, CO 80906 | - | | | | | | 431.00 |
| Account No. **xxx2810** <br><br> Pipilas, Dan <br> 17 Boylston Ave <br> Nashua, NH 03064 | - | | | | | | 108.75 |
| Account No. **xxx9352** <br><br> pit, sandra <br> 9112 capobella <br> alisoviejo, CA 92656 | - | | | | | | 747.10 |

Sheet no. __473__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,414.35**

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,    Case No. ___13-42659_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *xxx9167* <br><br> **Pittman, Lori** <br> **14165 West Banff Lane** <br> **Surprise, AZ 85379** | - | | | | | | 129.35 |
| Account No. *xxx4405* <br><br> **Plum, Spencer** <br> **42w074 Copperwood Lane** <br> **Saint Charles, IL 60175** | - | | | | | | 451.20 |
| Account No. *xxx7241* <br><br> **Pollard, Jen** <br> **6349 NE Radford Drive #3614** <br> **Seattle, WA 98115** | - | | | | | | 321.61 |
| Account No. *xxx4863* <br><br> **Pollman, Zachary** <br> **P.O box 2430** <br> **Pensacola, FL 32513** | - | | | | | | 767.91 |
| Account No. *xxx3974* <br><br> **Pollock, Hamilton** <br> **2807 Norfolk Ave** <br> **Baltimore, MD 21215** | - | | | | | | 499.20 |

Sheet no. __474__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,169.27

B6F (Official Form 6F) (12/07) - Cont.

In re  __Headband, LLC_____,    Case No. ____13-42659_____
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0754** <br><br> **Pomerance, Norman** <br> **6021 English Manor Road** <br> **Denton, TX 76210** | | - | | | | | 425.88 |
| Account No. **xxx0588** <br><br> **Popoff, Janaina** <br> **7843 Red Mahogany Rd.** <br> **Boyton Beach, FL 33437** | | - | | | | | 480.30 |
| Account No. **xxx3666** <br><br> **Porter, Chris** <br> **10678 High Beam Ct** <br> **Columbia, MD 21044** | | - | | | | | 499.04 |
| Account No. **xxx8915** <br><br> **Porter, Jermaine** <br> **4643 Seminary Road # T2** <br> **Alexandria, VA 22304** | | - | | | | | 204.66 |
| Account No. **xxx4046** <br><br> **Porto, Rachael** <br> **534 East 83 rd street aprt 4C** <br> **New York, NY 10028** | | - | | | | | 833.70 |

Sheet no. __475__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,443.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                      ,        Case No.   **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8616**<br><br>**Posey, Gregory C.**<br>**4228 Turkey Island Rd**<br>**Crewe, VA 23930** | - | | | | | | **6,298.50** |
| Account No. **xxx7255**<br><br>**Post, Glen G.**<br>**806 tramway ln ne**<br>**albuquerque, NM 87122** | - | | | | | | **480.24** |
| Account No. **xxx5383**<br><br>**Potter, Clark**<br>**3050 St Anne Dr**<br>**Debuque, IA 52001** | - | | | | | | **1,127.70** |
| Account No. **xxx7360**<br><br>**Potts, Chavonne L.**<br>**7950 Henry Ave apt 25A**<br>**Philadelphia, PA 19128** | - | | | | | | **829.70** |
| Account No. **xxxx4734**<br><br>**Potuzco, Melany**<br>**501 point drive**<br>**greensburg, PA 15601** | - | | | | | | **138.40** |

Sheet no. __**476**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,874.54**

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,   Case No. ___13-42659_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6938** <br><br> **Pouliot, Charles** <br> **29 Galloway apt 2** <br> **Liverpool, NY 13090** | - | | | | | | **319.70** |
| Account No. **xxx4337** <br><br> **Powell, Jana** <br> **208 White Popular St** <br> **Sebring, FL 33876** | - | | | | | | **404.00** |
| Account No. **xxx1284** <br><br> **Power, Nev** <br> **Po Box 6915** <br> **East Perth, WA 06892** | - | | | | | | **5,100.00** |
| Account No. <br><br> **Prairie Sky inc** <br> **Kay West** <br> **6908 Pine Lake Drive** <br> **Sioux Falls, SD 57110** | - | | | | | | **464.20** |
| Account No. **xxx6525** <br><br> **Price, Jenny** <br> **202 N Lapeer Dr #4** <br> **Beverly Hills, CA 90211** | - | | | | | | **822.15** |

Sheet no. __477__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,110.05**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,            Case No. ___13-42659_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx7362** | | | | | | | | |
| **Price, Kim** 5989 W. McNab Rd. Nort Lauderdale, FL 33068 | | - | | | | | | 213.50 |
| Account No. **xxx4510** | | | | | | | | |
| **Prichard, Clyde** 3220 W Marconi Ave Phoenix, AZ 85053 | | - | | | | | | 94.60 |
| Account No. **xxx3874** | | | | | | | | |
| **Prilutskiy, Lydia** 11326 Pagewynne Drive Frisco, TX 75035 | | - | | | | | | 472.86 |
| Account No. **xxx9782** | | | | | | | | |
| **Primiano, John Paul** 48-50 210th St Oakland Gardens, NY 11364 | | - | | | | | | 1,472.60 |
| Account No. | | | | | | | | |
| **Private Balloon Flights** 4620 Plume Road, NW Albuquerque, NM 87120 | | - | | | | | | 450.00 |

Sheet no. __478_ of _590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            2,703.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                         ,        Case No.    **13-42659**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0668**  Pulsipher, Douglas  109 W. 1000 N.  Salt Lake City, UT 84116 | - | | | | | | 776.31 |
| Account No. **xxx3081**  Puri, Abitya  905 Cherokee St  Pittsburg, PA 15219 | - | | | | | | 702.42 |
| Account No. **xxx9185**  Purification, Avelash P.  14307 Kenny Street  Beltsville, MD 20705 | - | | | | | | 237.40 |
| Account No. **xxxx0241**  Putrino, Lauren  80 Central Park West  New York, NY 10023 | - | | | | | | 4,810.00 |
| Account No. **xxx8184**  Pypiak, Desiray  1036 Woodberry Dr  Mountain Top, PA 18707 | - | | | | | | 360.40 |

Sheet no. __479__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,886.53

B6F (Official Form 6F) (12/07) - Cont.

In re __**Headband, LLC**_____,    Case No. ____**13-42659**_____

                                  Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3642** <br><br> **Qualle, Jalana** <br> **15723 103rd St SE** <br> **Becker, MN 55308** | | - | | | | | 1,074.00 |
| Account No. <br><br> **Quest Air Force Hang Gliding** <br> **6548 Groveland Airport Rd.** <br> **Groveland, FL 34736** | | - | | | | | 970.00 |
| Account No. <br><br> **Quill Corp.** <br> **PO Box 37600** <br> **Philadelphia, PA 19101-0600** | | - | | | | | 294.55 |
| Account No. **xxx0061** <br><br> **Quinlan, Darcy** <br> **631 Fenton Ave** <br> **Coniat, OH 44030** | | - | | | | | 233.09 |
| Account No. **xxx6588** <br><br> **QUINLAN, JOE** <br> **296 mcmurray rd** <br> **pittspurge, PA 15241** | | - | | | | | 513.54 |

Sheet no. __**480**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
         (Total of this page)    **3,085.18**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,        Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5257**<br><br>**Rackley, Sean**<br>**10710 Academy Ave.**<br>**Bakersfield, CA 93312** | - | | | | | | 214.14 |
| Account No. **xxx4192**<br><br>**Rahbary, Mr. K**<br>**49 lauderdale rd.**<br>**fort, FL 32771** | - | | | | | | 729.46 |
| Account No. **xxx8301**<br><br>**Raivo, Jason**<br>**313 Billy Mitchell Blvd**<br>**Savannah, GA 31409** | - | | | | | | 685.80 |
| Account No. **xxxx3027**<br><br>**Rajut, Jaideep**<br>**230 Anderson St. Apt 5L**<br>**Hackensack, NJ 07601** | - | | | | | | 157.15 |
| Account No. **xxx8979**<br><br>**Rakers, Robert**<br>**12975 Laurel Gate Dr**<br>**Herndon, VA 20170** | - | | | | | | 5,450.00 |

Sheet no. __481__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          7,236.55

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,    Case No. ___**13-42659**_____
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx9750** | | | | | | | | |
| Rame, Michelle 1 alvin street ludlow, MA 01056 | | - | | | | | | 200.37 |
| Account No. **xxx1044** | | | | | | | | |
| Ramirez, David 1 7745 Rocky Ridge dr frisco, TX 75035 | | - | | | | | | 189.98 |
| Account No. **xxxx3577** | | | | | | | | |
| Ramirez, Veronica 7237 Pellet Street Downey, CA 90241 | | - | | | | | | 240.62 |
| Account No. **xxx8947** | | | | | | | | |
| Rammohan, Hari 658  Main St Haverhill, MA 01830 | | - | | | | | | 92.22 |
| Account No. **xxx7260** | | | | | | | | |
| Ramos, Daily 4871 South west 6th st coral gables, FL 33134 | | - | | | | | | 255.50 |

Sheet no. __482__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

978.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                          ,          Case No.   **13-42659**
                                                      Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2612**<br><br>**Ramos, Daniella**<br>**1301 Marcilles Dr**<br>**Miami Beach, FL 33141** | | - | | | | | | 143.65 |
| Account No. **xxx7054**<br><br>**Ramos, Francisco**<br>**815 Greenfel St**<br>**Kew Gardens, NY 11415** | | - | | | | | | 265.99 |
| Account No. **xxx8586**<br><br>**ramos, mark**<br>**amalfi 2705**<br>**chowchilla, CA 93610** | | - | | | | | | 227.25 |
| Account No. **xxx2756**<br><br>**Ramprasad, Sharmila**<br>**4510 Heathrow Ct NW**<br>**Kennesaw, GA 30152** | | - | | | | | | 65.75 |
| Account No. **xxx1285**<br><br>**Ramsey, Todd**<br>**98 Mill Unit 102**<br>**Woonsocket, RI 02895** | | - | | | | | | 281.55 |

Sheet no. __483__ of __590__ sheets attached to Schedule of          Subtotal          984.19
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,        Case No.   **13-42659** _____
                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9578**<br><br>**Raslan, Monica**<br>**#2 Frontidnac Ave**<br>**Wattle Park, SC 05066** | - | | | | | | 1,020.60 |
| Account No. **xxx8857**<br><br>**Rathke, Matthew**<br>**1400 S michigan ave**<br>**chicago, IL 60605** | - | | | | | | 87.00 |
| Account No. **xxx8948**<br><br>**Rauschiet, Rachel**<br>**330 north east adamsville way**<br>**Hilsboro, OR 97124** | - | | | | | | 78.83 |
| Account No. **xxx2666**<br><br>**Rawlani, Ashish**<br>**1211 south prarrie unit 705**<br>**Chicago, IL 60605** | - | | | | | | 197.50 |
| Account No. **xxx9096**<br><br>**ray, stephanie m**<br>**332 west crescent street**<br>**marquette, MI 49855** | - | | | | | | 234.89 |

Sheet no. __484__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,618.82

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,    Case No. ___13-42659_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6922** | | | | | | | |
| Rayborn, Todd 352 Virginia Avenue San Mateao, CA 94402 | | - | | | | | 293.25 |
| Account No. **xxx8070** | | | | | | | |
| Raymond, Dylan A. 3344 shasta dam blvd shasta lake, CA 96019 | | - | | | | | 222.14 |
| Account No. **xxx5768** | | | | | | | |
| Raynan, Elise 4200 54th avenue south st. petersburg, FL 33711 | | - | | | | | 207.33 |
| Account No. **xxx4193** | | | | | | | |
| Rea, Austin 833 Heathcliff Ct Houston, TX 77024 | | - | | | | | 703.94 |
| Account No. **xxxx3922** | | | | | | | |
| Reale, Sue 1740 Broadway Apt 504 San Francisco, CA 94109 | | - | | | | | 163.40 |

Sheet no. __485__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,590.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          , Case No. **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2703**<br><br>**Reaugh, Larry**<br>**530-228-4605 51**<br>**jbagshaw@goldrea.com** | - | | | | | | **4,373.00** |
| Account No. **xxx2262**<br><br>**Red, Stuart**<br>**9210 Roy Bean st**<br>**Houston, TX 77041** | - | | | | | | **1,125.75** |
| Account No. **xxxx3990**<br><br>**Redd, Charles**<br>**7245 Maryland Avenue**<br>**University City, MO 63130** | - | | | | | | **85.52** |
| Account No. **xxxx0292**<br><br>**Redding , Theodore**<br>**403 Crittenden St**<br>**Yoakum, TX 77995** | - | | | | | | **293.15** |
| Account No. **xxx1222**<br><br>**Reddy, Narender**<br>**9410 Compubill Dr**<br>**Orland Park, IL 60462** | - | | | | | | **1,012.50** |

Sheet no. **486** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **6,889.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                     ,      Case No. ____**13-42659**____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5575** | | | | | | | |
| Redman, Cecilia 1513 Riverreach dr apt 232 orlando, FL 32828 | - | | | | | | 224.60 |
| Account No. **xxx8121** | | | | | | | |
| Reed, Cameron 161 mason lane thomasville, GA 31792 | - | | | | | | 239.87 |
| Account No. **xxx8109** | | | | | | | |
| Reed, Donovan 5455 Campground Road Cumming, GA 30040 | - | | | | | | 649.00 |
| Account No. **xxx2048** | | | | | | | |
| Reeder, Todd 1280 Auruba Ct Marco Island, FL 34145 | - | | | | | | 4,058.34 |
| Account No. **xxxx3991** | | | | | | | |
| Reid, Lisa 11805 Latigo Lane Oakton, VA 22124 | - | | | | | | 1,174.52 |

Sheet no. __487__ of __590__ sheets attached to Schedule of                                  Subtotal                        6,346.33
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                    , Case No.  **13-42659**
                                         Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4783**<br><br>**Reidy, Michael**<br>**5383 Greggs Landing Dr**<br>**N. Charelston, SC 29420** | - | | | | | | 423.50 |
| Account No. **xxx9118**<br><br>**Reiner, Russell**<br>**2851 Park Marina dr**<br>**Readding, CA 96001** | - | | | | | | 1,243.20 |
| Account No. **xxx8986**<br><br>**Reinker, Ted E**<br>**3414 Ave P1/2**<br>**Galveston, TX 77550** | - | | | | | | 1,582.80 |
| Account No. **xxx4461**<br><br>**Restrepo, David**<br>**5850 SW 156 Ct**<br>**Miami, FL 33193** | - | | | | | | 468.36 |
| Account No. **xxx8741**<br><br>**Rethorn, Peter B.**<br>**539 S Main St**<br>**Findley, OH 45840** | - | | | | | | 4,689.01 |

Sheet no. __488_ of __590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     8,406.87

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**_____,    Case No. ___**13-42659**___
                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6575** <br><br> **Rey-talley, Kristopher** <br> **647 East 14th st 4G** <br> **New york, NY 10009** | - | | | | | | **925.25** |
| Account No. **xxx6543** <br><br> **Rezash, Timothy M** <br> **5443 Bud wilson road** <br> **gastonia, NC 28056** | - | | | | | | **293.76** |
| Account No. **xxxx0916** <br><br> **Rhee, Dennis** <br> **385 International Pk Suite 100** <br> **Newnan, GA 30265** | - | | | | | | **2,119.20** |
| Account No. **xxxx1178** <br><br> **Rhines, Joseph D** <br> **6904 Cordially Way** <br> **Elk Grove, CA 95757** | - | | | | | | **661.00** |
| Account No. **xxx4204** <br><br> **Rhodes, Lori** <br> **1212 Ave Of the Americas** <br> **New York, NY 10036** | - | | | | | | **2,472.15** |

Sheet no. __489__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,471.36**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.   **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7838** | | | | | | | |
| Rhoees, Brian 133 N St Los Banos, CA 93635 | - | | | | | | 156.75 |
| Account No. **xxx9237** | | | | | | | |
| Ribbeck, Carlos 14335 SW 120 Street #205 Miami, FL 33186 | - | | | | | | 393.70 |
| Account No. **xxx0671** | | | | | | | |
| Rich, Lori 42 Greenbriar Road Oxford, CT 06478 | - | | | | | | 389.86 |
| Account No. **xxx7325** | | | | | | | |
| Richard, Robert C. 314 S. Main Street Jennings, LA 70546 | - | | | | | | 208.03 |
| Account No. **xxx2405** | | | | | | | |
| Richards, Tom 26 Spear St. Metuchen, NJ 08840 | - | | | | | | 960.18 |

Sheet no. __490__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             **2,108.52**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    , Case No. **13-42659**
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2007**<br><br>**Richardson, Johanna**<br>**869 S Main Street**<br>**Winchester, IN 47394** | - | | | | | | **861.00** |
| Account No. **xxx0493**<br><br>**Richter-Hill, JoAnn**<br>**5908 Erie Station Road**<br>**Belleville, IL 62223** | - | | | | | | **179.99** |
| Account No. **xxxx2202**<br><br>**Rickert, Joseph**<br>**1541 Castle Way**<br>**Lemoore, CA 93245** | - | | | | | | **1,426.43** |
| Account No. **xxx3895**<br><br>**Ricks, Brenda**<br>**2825 East Cotton Wood pkwy suite 360**<br>**Salt Lake City, UT 84121** | - | | | | | | **4,378.75** |
| Account No. **xxx5123**<br><br>**Rieck, Drew**<br>**696 Fort Riley**<br>**fort riley, KS 66442** | - | | | | | | **196.65** |

Sheet no. **491** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **7,042.82**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**_____,   Case No.   **13-42659**_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3403** <br><br> Riley, Chris E <br> 2317 Solar Plaza <br> Fort Lauderdale, FL 33301 | - | | | | | | 211.64 |
| Account No. **xxx9187** <br><br> Rincon, Michael <br> 4727 E Iowe <br> Fresno, CA 93702 | - | | | | | | 308.56 |
| Account No. **xxx3897** <br><br> Rinehart, Kathie <br> 116 Redsky Ct <br> Lake Mary, FL 32746 | - | | | | | | 458.78 |
| Account No. **xxx9535** <br><br> Riordan, Megan A. <br> 3325 Calle Del Torre <br> Las Vegas, NV 89102 | - | | | | | | 236.55 |
| Account No. **xxx5717** <br><br> Rios, Christina <br> 824 Bowditch <br> Aurora, IL 60506 | - | | | | | | 668.35 |

Sheet no. _492_ of _590_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,883.88**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                  ,    Case No.    **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3185** | | | | | | | |
| **Ripley, Christopher** **425 West Dickens Ave Unit I** **Chicago, IL 60614** | - | | | | | | 757.55 |
| Account No. **xxx8670** | | | | | | | |
| **Rittenbaugh, Brooke** **20 Stone Rd** **Pingrove, PA 17963** | - | | | | | | 413.15 |
| Account No. **xxx1504** | | | | | | | |
| **Roach, Anda** **po box 321** **Judson, TX 75660** | - | | | | | | 2,625.00 |
| Account No. **xxx7865** | | | | | | | |
| **Robbins, Jacob** **509 S.Ella** **Sandpoint, ID 83864** | - | | | | | | 476.28 |
| Account No. **xxx2210** | | | | | | | |
| **Robbins, Jeniffer** **1875 66th ave north** **Saint pete, FL 33702** | - | | | | | | 449.54 |

Sheet no. __493__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,721.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,        Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3760** <br><br> **Roberts, Adam S.** <br> **428 E. Main St., Apt. D** <br> **Sommerset, PA 15501** | - | | | | | | 569.24 |
| Account No. **xxx9421** <br><br> **Roberts, Rochelle** <br> **1668 Babcock St. Suite A** <br> **Costa Mesa, CA 92627** | - | | | | | | 843.75 |
| Account No. **xxx9697** <br><br> **Robertson, Norman** <br> **3305 Grape Rd.** <br> **Mishawaka, IN 46530** | - | | | | | | 446.10 |
| Account No. **xxxx1825** <br><br> **Robertson, Tori** <br> **3516 Cheyenne Street** <br> **Round Rock, TX 78665** | - | | | | | | 201.15 |
| Account No. **xxx7369** <br><br> **Robinson, Cary** <br> **616 Hollywood Ave.** <br> **Cherry Hill, NJ 08002** | - | | | | | | 4,320.00 |

Sheet no. __494__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,380.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.   **13-42659**
                                    Debtor

### AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5324**<br><br>Robinson, Lisa 1<br>1641 Mable ave<br>Denver, CO 80229 | | - | | | | | 393.75 |
| Account No. **xxx1032**<br><br>Robinson, Robert C.<br>439 McCormick St.<br>Shreveport, LA 71104 | | - | | | | | 579.15 |
| Account No. **xxx2263**<br><br>Rodas, Rodrigo<br>5900 Collins Ave<br>Miami Beach, FL 33140 | | - | | | | | 476.30 |
| Account No. **xxxx3885**<br><br>Rodgers, Trae<br>1078 Maiden Lane<br>Rochester, NY 14615 | | - | | | | | 1,178.62 |
| Account No. **xxxx4271**<br><br>Rodriguez, Eurana<br>435 Bridham Trail<br>Augusta, GA 30909 | | - | | | | | 214.95 |

Sheet no. **495** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,842.77**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,    Case No. ___**13-42659**___
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5255**<br><br>**Rodriguez, Francesca**<br>**112 Ardmore Place Apt #A13**<br>**Atlanta, GA 30309** | - | | | | | | 191.40 |
| Account No. **xxx6116**<br><br>**Rodriguez, Kevin 1**<br>**6 15th ASB 1ACB 1CD**<br>**Fort Hood, TX 76544** | - | | | | | | 238.20 |
| Account No. **xxx4771**<br><br>**Rodriguez, Matthew**<br>**55 Washington St Suite 658**<br>**Brooklyn, NY 11201** | - | | | | | | 1,922.13 |
| Account No. **xxx8052**<br><br>**Rodriquez, Brianna**<br>**1429 Austin St**<br>**San Angelo, TX 76903** | - | | | | | | 458.16 |
| Account No. **xxx9890**<br><br>**Roeca, Wesliegh**<br>**2202 california street**<br>**san fransico, CA 94115** | - | | | | | | 231.74 |

Sheet no. __**496**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,041.63**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                  ,    Case No.    **13-42659**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1431** | | | | | | | |
| **Rogers, Charlene** **500 East Northside Drive Apt H3** **Clinton, MS 39056** | | - | | | | | 111.54 |
| Account No. **xxxx3171** | | | | | | | |
| **Rogers, Colin** **80 Maple St** **Norton, MA 02766** | | - | | | | | 1,144.00 |
| Account No. **xxx2629** | | | | | | | |
| **Rogers, Nate** **187 30 Cordata St** **Fountain Valley, CA 92708** | | - | | | | | 760.00 |
| Account No. **xxxx3509** | | | | | | | |
| **Rogers, Patricia** **3103 Alder Dr** **Pickerington, OH 43147** | | - | | | | | 320.95 |
| Account No. | | | | | | | |
| **Rohr Balloons {Texas}** **Brian Rohr** **9380 Lakeridge Drive** **Princeton, TX 75407** | | - | | | | | 1,550.00 |

| Sheet no. **497** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,886.49 |
|---|---|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                            ,        Case No.   **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3048** <br><br> **Rolhfing, Rick** <br> **103 Elm Street** <br> **Washington, MO 63090** | - | | | | | | 2,880.00 |
| Account No. **xxx4636** <br><br> **Romano, Edgardo** <br> **6767 Collins Ave Apt 902** <br> **Miami, FL 33141** | - | | | | | | 194.20 |
| Account No. **xxx2724** <br><br> **Romeo, Alain** <br> **11050 Biscayne Blvd Apt 13** <br> **Miami, FL 33161** | - | | | | | | 302.00 |
| Account No. **xxx0280** <br><br> **Romo, Shawna** <br> **P O Box 813** <br> **Leakey, TX 78873** | - | | | | | | 443.23 |
| Account No. **xxx8745** <br><br> **Root, Dan** <br> **1620 jennifer lane** <br> **yuba, CA 95993** | - | | | | | | 889.44 |

Sheet no. __498_ of __590_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,708.87**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____, Case No. ___**13-42659**___
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6841**<br><br>Rose, Judith E<br>PO Box 351<br>South Yarmouth, MA 02664 | - | | | | | | 64.00 |
| Account No. **xxx5559**<br><br>Rosenfeld, Adrian<br>181 Powers St.<br>Brooklyn, NY 11211 | - | | | | | | 5,426.52 |
| Account No. **xxx5021**<br><br>Rosenthal, Cara<br>4439 Volta Street NW<br>Washington, DC 20007 | - | | | | | | 83.80 |
| Account No. **xxx6214**<br><br>Ross, Richard<br>Route 2 box 2062<br>Roosevelt, UT 84066 | - | | | | | | 2,600.00 |
| Account No. **xxx1190**<br><br>Rost, Gunnar<br>50 Maple Trace<br>Dookeville, TN 38501 | - | | | | | | 128.25 |

Sheet no. _**499**_ of _**590**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **8,302.57**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,   Case No. ____**13-42659**_____
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0729** <br><br> *rosterolla, carina* <br> *po box 767* <br> *gillchrist, OR 97737* | - | | | | | | 1,422.85 |
| Account No. **xxx9761** <br><br> *Roth Production Co.* <br> *P.O BOX 14487* <br> *SCOTTSDALE, AZ 85267* | - | | | | | | 695.92 |
| Account No. **xxxx4256** <br><br> *Roth, Tina Marie* <br> *531 Latham Road* <br> *Mineola, NY 11501* | - | | | | | | 780.33 |
| Account No. **xxx4143** <br><br> *Rouse, Jillian* <br> *109 Brookside Lane* <br> *Seven Fields, PA 16046* | - | | | | | | 667.50 |
| Account No. **xxx8421** <br><br> *Rowen, Brad* <br> *1060 Brickell Ave* <br> *Miami, FL 33131* | - | | | | | | 1,241.20 |

Sheet no. __500__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **4,807.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                              ,     Case No.   **13-42659**
                                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6090**<br><br>Rowlands, Ann Marie<br>126 Business park drive<br>Utica, NY 13502 | - | | | | | | 4,575.00 |
| Account No.<br><br>Royal Air<br>6902 Broad Acres Rd.<br>Shreveport, LA 71129 | - | | | | | | 90.00 |
| Account No. **xxx6184**<br><br>rubino, salvatore<br>10872 e via cortana rd<br>scottsdale, AZ 85262 | - | | | | | | 1,029.00 |
| Account No. **xxx2916**<br><br>Rudder, Ashlea<br>26 Pinto Point<br>Little Rock, AR 72211 | - | | | | | | 208.90 |
| Account No. **xxx0746**<br><br>Rudowski, Rene<br>2951 Winter Drive<br>Troy, MI 48083 | - | | | | | | 235.16 |

Sheet no. __501__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,138.06

B6F (Official Form 6F) (12/07) - Cont.

In re **Headband, LLC**                                                      , Case No. **13-42659**
                                 Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3289**<br><br>**Russell, Gordon**<br>**14 Pacquette Pl.**<br>**Saint Albert, AB T8N5K9** | - | | | | | | **1,695.00** |
| Account No. **xxx0953**<br><br>**Russell, John G**<br>**2909 East Little Cottonwood Road**<br>**Sandy, UT 84092** | - | | | | | | **4,860.00** |
| Account No. **xxx4342**<br><br>**Russell, Jonathan**<br>**114 NW 6th St. Suite 206**<br>**Oklahoma City, OK 73102** | - | | | | | | **421.20** |
| Account No. **xxx8374**<br><br>**Russell, Patricia**<br>**764 Elkmont Dr. NE 2nd Floor**<br>**Atlanta, GA 30306** | - | | | | | | **189.60** |
| Account No. **xxx4138**<br><br>**Russo, Theresa**<br>**P.O box 5843**<br>**Goodyear, AZ 85338** | - | | | | | | **67.55** |

Sheet no. **502** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,233.35**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                        ,   Case No.   __13-42659__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8642**<br><br>**Ryan, Amy 1**<br>**7707 S AIH 35 Apt #1022**<br>**Austin, TX 78744** | | - | | | | | **189.47** |
| Account No. **xxx2471**<br><br>**Rychley, David**<br>**545 W. Crockett Ave.**<br>**Elmhurst, IL 60126** | | - | | | | | **2,645.94** |
| Account No. **xxxx3426**<br><br>**Sabourin, Christopher**<br>**1829 Shaw ave. apt 104**<br>**Clovis, CA 93611** | | - | | | | | **1,044.88** |
| Account No. **xxx9902**<br><br>**Sadananda, Vinay K.**<br>**3500 Granada Ave, Apt 209**<br>**Santa Claire, CA 95051** | | - | | | | | **1,759.80** |
| Account No. **xxx9350**<br><br>**Saffold, David**<br>**2001 Cedar Lane**<br>**Nashville, TN 37212** | | - | | | | | **446.56** |

Sheet no. __503__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,086.65**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,    Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1828**<br><br>**Saindon, Patrick A<br>105 King Aurthur Place<br>Alabaster, AL 35007** | - | | | | | | 253.75 |
| Account No. **xxx9352**<br><br>**Salmans, Skeeter<br>12369 Jasmine St<br>Brighton, CO 80602** | - | | | | | | 423.95 |
| Account No. **xxxx3594**<br><br>**Samigullin, Roman<br>1002 University Dr<br>Plano, TX 75075** | - | | | | | | 461.20 |
| Account No.<br><br>**San Antonio Soaring Society, Inc.<br>100 Boerne Stage Airfield<br>Boerne, TX 78006-5149** | - | | | | | | 200.00 |
| Account No. **xxx2308**<br><br>**Sandefur, Heather<br>1401 E. Patriot Ave Apt.15102<br>Derby, KS 67037** | - | | | | | | 829.50 |

Sheet no. __504__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,168.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                    ,          Case No.  **13-42659**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0187**<br><br>Sanders, Andre<br>6702 Gulf Blvd<br>St Pete Beach, FL 33706 | - | | | | | | 283.50 |
| Account No. **xxxx3555**<br><br>Sanders, Jerald<br>2855 Peachtree Rd NE, Unit 120<br>Atlanta, GA 30305 | - | | | | | | 646.87 |
| Account No. **xxxx3762**<br><br>Sanders, Jill<br>3016 Via la Selva<br>Palos Verde, CA 90274 | - | | | | | | 458.40 |
| Account No. **xxx3899**<br><br>Sanders, Monique 1<br>188 Midland Pkwy #402<br>Summerville, SC 29485 | - | | | | | | 161.70 |
| Account No. **xxx1134**<br><br>Sandford, Brian<br>7767 Linda Vista Rd.<br>San Diego, CA 92111 | - | | | | | | 667.33 |

Sheet no. **505** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **2,217.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,    Case No.    **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3841** <br><br> **Sandlow, Joan** <br> **305 riverside dr apt 7a** <br> **new york, NY 10025** | - | | | | | | 836.60 |
| Account No. **xxx8423** <br><br> **Sandoval, Hugo** <br> **11808 Lewisia Ave** <br> **Moreno Valley, CA 92557** | - | | | | | | 61.67 |
| Account No. <br><br> **Santa Cruz Skydiving** <br> **P.O. Box 484** <br> **Freedom, CA 95019** | - | | | | | | 4,682.00 |
| Account No. <br><br> **Santa Fe Ballooning** <br> **8830 US Highway 277 S.** <br> **Hawley, TX 17679-7264** | - | | | | | | 500.00 |
| Account No. **xxxx3285** <br><br> **Santamour, Jamie** <br> **436 Union Ave** <br> **Brooklyn, NY 11211** | - | | | | | | 184.99 |

Sheet no. __506__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,265.26

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,     Case No.  **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0906** | | | | | | | |
| **Santos, Ronal 1** **1512 Monroe St** **Omaha, NE 68107** | - | | | | | | 130.25 |
| Account No. **xxx3237** | | | | | | | |
| **Sarofim, Phillup** **10 Eaton Square** **Houston, TX 77027** | - | | | | | | 1,543.50 |
| Account No. **xxx4222** | | | | | | | |
| **Sarsal, Areej** **6240 West 3rd St** **Los Angeles, CA 90036** | - | | | | | | 1,852.20 |
| Account No. **xxxx3446** | | | | | | | |
| **Sasser, Sondra** **11446 East Quintana Ave** **Masa, AZ 85212** | - | | | | | | 159.00 |
| Account No. **xxxx3427** | | | | | | | |
| **Satish, Shriran** **913 Coastal Marsh rd #189** **Mt. Pleasant, SC 29464** | - | | | | | | 611.34 |

Sheet no. __507__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **4,296.29**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    , Case No. ___**13-42659**___
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3731** | | | | | | | |
| Saunders, Cadie<br>P.O. Box 1144<br>Weillington, CO 80549 | - | | | | | | 459.00 |
| Account No. **xxx2763** | | | | | | | |
| Sayuna, Jorge<br>1441 Sheridan Ave<br>Pomona, CA 91767 | - | | | | | | 1,061.00 |
| Account No. **xxx3018** | | | | | | | |
| Schaedel, Kurt<br>9501 S I-35 Service Road Unit 905<br>Moore, OK 73160 | - | | | | | | 141.29 |
| Account No. **xxx2337** | | | | | | | |
| Schafer, Noel<br>5620 SW Third<br>Plantation, FL 33317 | - | | | | | | 496.53 |
| Account No. **xxxx4740** | | | | | | | |
| Schafer, Tim<br>925 EAST DESERT FLOWER LN.<br>PHOENIX, AZ 00085-0448 | - | | | | | | 235.10 |

Sheet no. __508__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,392.92

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                      ,      Case No.  **13-42659**
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1863** <br><br> **Schaunaman, Chris** <br> **3844 Bennett Court** <br> **Indianapolis, IN 46254** | - | | | | | | **305.20** |
| Account No. **xxx2242** <br><br> **Scheid, Zach** <br> **197 Tibton Circle** <br> **Myrtle Beach, SC 29588** | - | | | | | | **269.80** |
| Account No. **xxx8746** <br><br> **Schembre, Bobby J.** <br> **1005 West Ash** <br> **Columbia, MO 65203** | - | | | | | | **418.52** |
| Account No. **xxx7839** <br><br> **Scherff, Jill** <br> **23930 481st Ave.** <br> **Trent, SD 57065** | - | | | | | | **189.20** |
| Account No. **xxx6852** <br><br> **Schlagel, Domenick** <br> **113 glenn heather street** <br> **dacono, CO 80514** | - | | | | | | **672.48** |

Sheet no. **509** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,855.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,      Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3674** <br><br> Schlegel, Danielle <br> 1011 Canal St. <br> Oxnard, CA 90613 | - | | | | | | 463.98 |
| Account No. **xxx9709** <br><br> Schluter, Darren L <br> 221 Trumble Street <br> Hartford, CT 06103 | - | | | | | | 246.20 |
| Account No. **xxx4000** <br><br> Schneider, Aubrey <br> 3489 S River Terrace <br> Edgewater, MD 21037 | - | | | | | | 300.26 |
| Account No. **xxx9600** <br><br> schneider, ryan <br> 1226 Thresher Dr. <br> dell rapids, SD 57022 | - | | | | | | 1,188.00 |
| Account No. **xxxx3501** <br><br> Schnell, Nicole <br> 3706 W. Idlewile Ave, # 205 <br> Tampa, FL 33614 | - | | | | | | 210.57 |

Sheet no. __510__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,409.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                              , Case No. **13-42659**
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1927** <br><br> Schoenherr, Scott <br> 3314 56th St. <br> Eau Claire, WI 54703 | - | | | | | | 8,149.37 |
| Account No. **xxx9189** <br><br> Schultz, Michael <br> 6661 Warrior Trail Bldg 350 <br> Ft Polk, LA 71459 | - | | | | | | 3,045.60 |
| Account No. **xxx0767** <br><br> Schweiger, James <br> 1101 Remount rd 500 <br> North Charleston, SC 29406 | - | | | | | | 5,820.00 |
| Account No. **xxx9190** <br><br> Scott, Christopher <br> 30243 audoblan st <br> hayward, CA 94544 | - | | | | | | 459.99 |
| Account No. **xxx8620** <br><br> Scott, Susan <br> 327 Neeting Street <br> Georgetown, SC 29440 | - | | | | | | 74.25 |

Sheet no. **511** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **17,549.21**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                          ,          Case No.      **13-42659**
                                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8802**<br><br>**Scupham, Charles**<br>**500 Washington Avenue**<br>**Glenco, IL 60022** | - | | | | | | 3,315.00 |
| Account No. **xxx8119**<br><br>**Sczytko, Steven**<br>**27175 Energy Way**<br>**Novi, MI 48377** | - | | | | | | 7,538.00 |
| Account No. **xxx8050**<br><br>**Seargent, Steve**<br>**1097 US Route 22 West**<br>**Circleville, OH 43113** | - | | | | | | 539.00 |
| Account No. **xxx1946**<br><br>**Seeton, Corey**<br>**5324 Yampa Trail**<br>**Watauga, TX 76137** | - | | | | | | 244.53 |
| Account No. **xxx2066**<br><br>**Seiler, Pat**<br>**1718 Claymont Estates Drive**<br>**Chesterfield, MO 63017** | - | | | | | | 69.52 |

Sheet no. __512__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,706.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,     Case No. ___**13-42659**___
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9213** <br><br> **Seitz, Greg** <br> **2850 Landon Way.** <br> **Marietta, GA 30066** | - | | | | | | **80.22** |
| Account No. **xxx4205** <br><br> **Self, Jena** <br> **36 Sunset Lane** <br> **Babot, AR 72023** | - | | | | | | **418.27** |
| Account No. **xxx7875** <br><br> **Sell, Tyler** <br> **8950 County Rd F** <br> **Newton, WI 53063** | - | | | | | | **1,089.25** |
| Account No. **xxxx0988** <br><br> **Senechal, Michel A** <br> **75 Park Drive** <br> **Clancy, MT 59634** | - | | | | | | **886.60** |
| Account No. **xxx5022** <br><br> **Serban, Oana** <br> **785 High Street** <br> **Bath, ME 04530** | - | | | | | | **82.80** |

Sheet no. __**513**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,557.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                              ,    Case No.    **13-42659**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3604** <br><br> **Serrano, Rocio** <br> **2406 Dickens Dr** <br> **Killeen, TX 76543** | - | | | | | | 712.24 |
| Account No. **xxx3523** <br><br> **Sexton, Charles** <br> **P.O Box 1155** <br> **Paducah, KY 42002** | - | | | | | | 5,582.50 |
| Account No. **xxx9539** <br><br> **Shaffer, Katelin** <br> **3808 Polk Street** <br> **Hollywood, FL 33021** | - | | | | | | 186.48 |
| Account No. **xxx5190** <br><br> **Shahin, Gabriel** <br> **1022 Anderson Wy** <br> **San Gabriel, CA 91776** | - | | | | | | 373.00 |
| Account No. **xxx9970** <br><br> **Sharell, Gilbert** <br> **8120 Blakie Ct** <br> **Sarasota, FL 34240** | - | | | | | | 633.95 |

Sheet no. __514__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    7,488.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,        Case No.   **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0442** | | | | | | | |
| **Sharkey, Kevin** **8929 S. Sepulveda Blvd Suite 510** **Los angeles, CA 90045** | | - | | | | | 1,370.00 |
| Account No. **xxx8678** | | | | | | | |
| **Shaun Ellingson, Northwest Aerial Servic** **Northwest Aerial Services** **Tacoma, WA 98444** | | - | | | | | 1,170.40 |
| Account No. **xxx6227** | | | | | | | |
| **Shaw, Erica** **202 Jamestown Oaks Drive** **Jamestown, NC 27282** | | - | | | | | 337.00 |
| Account No. **xxx1271** | | | | | | | |
| **Shaw, Lynnette** **121 Lone Tree Ln** **Decatur, TX 76234** | | - | | | | | 409.00 |
| Account No. **xxx1913** | | | | | | | |
| **Sheehan, Padraic** **8112 FlowerTown Ave** **Wyndmoor, PA 19038** | | - | | | | | 76.56 |

Sheet no. __515__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **3,362.96**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2552**<br><br>Sheldon, Preston<br>300 Addison Way #7-1E<br>Petersburg, VT 23805 | | - | | | | | 228.87 |
| Account No. **xxx1052**<br><br>Shelton, Haley<br>21627 South West Cedar Brook<br>Sherwood, OR 97140 | | - | | | | | 617.00 |
| Account No. **xxx2033**<br><br>Shenandoah, Kyle<br>1307 South Grove Street<br>philadelphia, PA 19416 | | - | | | | | 217.95 |
| Account No. **xxxx3647**<br><br>Shepard, Chad E.<br>11538 Rock Hampton Dr.<br>St. Louis, MO 63138 | | - | | | | | 502.00 |
| Account No. **xxx8134**<br><br>Shepherd, John<br>31 mewton st<br>fort jones, CA 96032 | | - | | | | | 340.34 |

Sheet no. __516__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,906.16**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,     Case No. ___**13-42659**___
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0630** <br><br> Sheridan , Melissa <br> 16665 J Hunters Ridge Ln <br> St. Robert, MO 65584 | - | | | | | | 486.48 |
| Account No. **xxx1517** <br><br> Shifrin, Neil <br> 37 Hawthorne lane <br> Weston, MA 02493 | - | | | | | | 3,780.00 |
| Account No. **xxx6961** <br><br> Shimizu, Stacy <br> 5541 W. 123rd Place <br> Hawthorne, CA 90250 | - | | | | | | 384.82 |
| Account No. **xxx7803** <br><br> Shinneman, Joel <br> 6632 escalloonia <br> Rockland, CA 95765 | - | | | | | | 164.99 |
| Account No. **xxx6051** <br><br> Shirey, Linda <br> 4120 Endicott Dr. <br> Grand Prairie, TX 75052 | - | | | | | | 449.16 |

Sheet no. __**517**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,265.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,     Case No.    **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4895** | | | | | | | |
| Shirley, Caitlin 421 Delmar Street Philadelphia, PA 19128 | | - | | | | | 174.82 |
| Account No. **xxxx2746** | | | | | | | |
| Shover, Steven 710 West Cooper Ave. Lancaster, OH 43130 | | - | | | | | 854.10 |
| Account No. **xxx7293** | | | | | | | |
| Shown, Noah 1644 B Market Loop Clovis, NM 88101 | | - | | | | | 465.30 |
| Account No. **xxx7362** | | | | | | | |
| Shrestha, Sujen 7417 Grant Villiage Dr. St. Louis, MO 63123 | | - | | | | | 454.50 |
| Account No. **xxx5257** | | | | | | | |
| Shulman, Micky 2000 Crystal Springs Road San Bernadino, CA 94066 | | - | | | | | 115.75 |

Sheet no. __518__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,064.47**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                                 ,        Case No.  **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4763**<br><br>**Shultz, Jamie**<br>**650 West Clinton Street**<br>**Deblin, TX 76446** | - | | | | | | 193.95 |
| Account No. **xxx8117**<br><br>**Sichanpheng, Ivy**<br>**257 E. 200 SOUTH SUITE350**<br>**SALT LAKE, UT 84111** | - | | | | | | 589.50 |
| Account No. **xxx6942**<br><br>**Sidwell, Josh**<br>**7034 S. 127th st.**<br>**Seattle, WA 98178** | - | | | | | | 787.50 |
| Account No. **xxxx3031**<br><br>**Siebert, Jacqueline E.**<br>**3000 NE 48th Court 306**<br>**Lighthouse Point, FL 33064** | - | | | | | | 105.60 |
| Account No. **xxx7238**<br><br>**Sierra, Diana**<br>**7930 Jones Branch Drive**<br>**Mclain, VA 22102** | - | | | | | | 5,880.00 |

Sheet no. __519__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **7,556.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,       Case No.   **13-42659**
                                      Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7857**<br><br>Silverman, Jed<br>1017 Heights Blvd<br>Houston, TX 77008 | - | | | | | | 4,958.50 |
| Account No. **xxx9005**<br><br>Sima, Mike<br>6905 Cunningham Drive<br>New Albany, OH 43054 | - | | | | | | 212.29 |
| Account No. **xxx7071**<br><br>Simon, Carrie C<br>739 Chidester Ave<br>Glen Ellen, IL 60137 | - | | | | | | 1,501.50 |
| Account No. **xxx4518**<br><br>Simonitsch, William<br>335 S. Biscayne Blvd Unit 3809<br>Miami, FL 33131 | - | | | | | | 305.50 |
| Account No. **xxxx1907**<br><br>Simpson, Juliana S<br>3854 oak hills circle<br>Port heron, MI 48060 | - | | | | | | 1,712.00 |

Sheet no. __520__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **8,689.79**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,        Case No.   **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx8464** | | | | | | | | |
| Simpson, Keely 1426 Castlewood Drive Wheaton, IL 60189 | | - | | | | | | 274.97 |
| Account No. | | | | | | | | |
| Sin City Skydiving Attn: Brad Wedge 4339 Spencer #10 Las Vegas, NV 89119 | | - | | | | | | 687.00 |
| Account No. **xxx2455** | | | | | | | | |
| Singh, Parul 99 Myrtle st apt. 7 Boston, MA 08114 | | - | | | | | | 259.98 |
| Account No. **xxx5860** | | | | | | | | |
| Singh, Satbir 4029 Meadows Ln Oakley, CA 94561 | | - | | | | | | 498.80 |
| Account No. **xxx5265** | | | | | | | | |
| Sizer, Steven K 10947 Bloomfield St Apt 103 North Hollywood, CA 91602 | | - | | | | | | 249.60 |

Sheet no. __521__ of __590__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                           (Total of this page)        **1,970.35**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,    Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8087** | | | | | | | |
| **Skidmore, Beth**<br>**4931 North 300 West**<br>**Provo, UT 84604** | - | | | | | | 4,200.00 |
| Account No. | | | | | | | |
| **Sky Adventures**<br>**4191 Locust Valley Lane**<br>**Oxford, MI 48370** | - | | | | | | 1,360.00 |
| Account No. | | | | | | | |
| **Sky High Hot Air Balloons**<br>**9251 Garbow Road**<br>**Middleville, MI 49333** | - | | | | | | 1,200.00 |
| Account No. | | | | | | | |
| **Skybound Aviation**<br>**2000 Airport Rd**<br>**Ste 125**<br>**Chamblee, GA 30341** | - | | | | | | 105.93 |
| Account No. | | | | | | | |
| **Skydive 35**<br>**550 Brigman Road**<br>**Maple, TX 76064** | - | | | | | | 145.65 |

Sheet no. __522__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **7,011.58**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                  ,    Case No.    **13-42659**

                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Skydive Canyonlands d/b/a Skydive Canyonlands 577 Bittle Lane, # 3 Moab, UT 84532** | - | | | | | | 1,780.00 |
| Account No. | | | | | | | |
| **Skydive Coastal California Charlevoix State Bank 111 State Street Charlevoix, MI 49720** | - | | | | | | 10,645.00 |
| Account No. | | | | | | | |
| **Skydive Coastal Carolinas dba Skydive Coastal Carolinas 4019 Long Beach Road Southport, NC 28461** | - | | | | | | 13,400.00 |
| Account No. | | | | | | | |
| **Skydive Columbus 774 Manchester Cirvle, N. Pickerington, OH 43147** | - | | | | | | 2,627.00 |
| Account No. | | | | | | | |
| **Skydive Cowtown P.O. Box 683 Rhome, TX 76078** | - | | | | | | 3,705.00 |

Sheet no. __523__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          32,157.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,     Case No. ____13-42659_____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Skydive Delmarva, Inc. 32524 Aero Drive Laurel, DE 19956** | - | | | | | | | 2,120.00 |
| Account No. **Skydive Door County 2986 Lake Forest Park Road Sturgeon Bay, WI 54235** | - | | | | | | | 735.00 |
| Account No. **Skydive Eagle Creek dba Skydive Eagle Creek 29388 SE Heiple Rd Eagle Creek, OR 97022** | - | | | | | | | 2,220.00 |
| Account No. **Skydive Eagles Nest 3303 Dentcrest Drive Midland, TX 79707** | - | | | | | | | 1,800.00 |
| Account No. **Skydive Empire dba Skydive Empire P.O. Box 18321 Boulder, CO 80308** | - | | | | | | | 3,740.00 |

Sheet no. __524_ of __590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      10,615.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,   Case No. ___**13-42659**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Skydive Georgetown LLC**<br>**5630 Kent Rd**<br>**Andrews, SC 29510** | - | | | | | | 3,680.00 |
| Account No.<br><br>**Skydive Houston**<br>**dba Skydive Houston**<br>**15411 Turning Tree Way**<br>**Cypress, TX 77433** | - | | | | | | 1,078.00 |
| Account No.<br><br>**Skydive Indianapolis**<br>**P.O. Box 663**<br>**Carmel, IN 46082** | - | | | | | | 2,939.00 |
| Account No.<br><br>**Skydive Jacksonville**<br>**476 North Williams Ave**<br>**Titusville, FL 32796** | - | | | | | | 1,542.00 |
| Account No.<br><br>**Skydive Jersey**<br>**P O Box 139**<br>**Pittstown, NJ 08867** | - | | | | | | 8,145.00 |

Sheet no. __525__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,384.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          , Case No. ___**13-42659**___
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Skydive Lake Wales** **P.O. Box 1616** **Lake Wales, FL 33859** | - | | | | | | | 1,557.00 |
| Account No. | | | | | | | | |
| **Skydive Las Vegas** **P.O. Box 61426** **Boulder City, NV 89006** | - | | | | | | | 42,430.00 |
| Account No. | | | | | | | | |
| **Skydive Monroe** **P.O. Box 676** **Monroe, GA 30655** | - | | | | | | | 2,127.00 |
| Account No. | | | | | | | | |
| **Skydive Monterey Bay** **476 North Williams Ave** **Titusville, FL 32796** | - | | | | | | | 229.00 |
| Account No. | | | | | | | | |
| **Skydive Myrtle Beach** **2800 Terminal Street** **N. Myrtle Beach, SC 29582** | - | | | | | | | 3,015.00 |

Sheet no. __526__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           49,358.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                              ,    Case No.   **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Skydive New England, LLC** **40 Skydive Lane** **Lebanon, ME 04027** | - | | | | | | **4,347.00** |
| Account No. | | | | | | | |
| **Skydive OBX** **P O Box 210** **Kitty Hawk, NC 27949** | - | | | | | | **3,442.08** |
| Account No. | | | | | | | |
| **Skydive Palm Beach** **15555 Grumman Court** **Wellington, FL 33414** | - | | | | | | **4,405.00** |
| Account No. | | | | | | | |
| **Skydive Panama City** **122 Bel Aire Dr** **Dothan, AL 36303** | - | | | | | | **994.00** |
| Account No. | | | | | | | |
| **Skydive Pennsylvania** **Attn: Cecil Smith** **496 Old Ash Rd** **Meroga, PA 16137** | - | | | | | | **7,793.00** |

Sheet no. __527__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **20,981.08**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                      ,   Case No. ___**13-42659**___
_____
Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Skydive Sacramento** **Pat Garcia** **1404 Flightline Dr.** **Lincoln, CA 95648** | - | | | | | | 398.00 |
| Account No. | | | | | | | |
| **Skydive San Diego** **13531 Otay Lakes Rd** **Jamul, CA 91935** | - | | | | | | 10,745.00 |
| Account No. | | | | | | | |
| **Skydive Spaceland** **PO Box 1121** **Rosharon, TX 77583** | - | | | | | | 1,530.00 |
| Account No. | | | | | | | |
| **Skydive Superior** **4804 Hammond Avenue** **Hanger #A-7** **Superior, WI 54880** | - | | | | | | 760.00 |
| Account No. | | | | | | | |
| **Skydive Tampa Bay** **825 Leeward Way** **Palm Harbor, FL 00034-6851** | - | | | | | | 1,740.00 |

Sheet no. __528_ of __590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                15,173.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,     Case No. ___13-42659_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Skydive Tandem Greenville, LLC 2241 CR 3303 Greenville, TX 75402 | - | | | | | | 830.00 |
| Account No. Skydive Temple 15771 South I-35 Salado, TX 76751 | - | | | | | | 1,880.00 |
| Account No. Skydive Texas Beaches 8908 Keymill Dr. Houston, TX 77064 | - | | | | | | 1,130.00 |
| Account No. Skydive The Farm 1195 Grady Road Rockmart, GA 30153 | - | | | | | | 720.00 |
| Account No. Skydive Toledo LLC 134 McCormick Castle Rock, WA 98611 | - | | | | | | 1,630.00 |

Sheet no. __529_ of _590_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     6,190.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          ,      Case No. ___**13-42659**___
                                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Skydive Warren County, Inc.** <br>**Attn: Jaime Praeter** <br>**4499 North State Route 42** <br>**Waynesville, OH 45068** | - | | | | | | **1,457.00** |
| Account No. <br><br>**Skydown Sport Skydiving** <br>**5111 Aviation Way** <br>**Caldwell, ID 83605** | - | | | | | | **1,650.00** |
| Account No. <br><br>**Skyscapes of America** <br>**3300-D North Main St.** <br>**PMB 310** <br>**Anderson, SC 29621** | - | | | | | | **1,400.00** |
| Account No. **xxx5716** <br><br>**Sledge, Ryan** <br>**1911 Bering Drive Apt 18** <br>**Houston, TX 77057** | - | | | | | | **69.48** |
| Account No. **xxxx4696** <br><br>**Sloan, Kayla** <br>**1632 rochester Street** <br>**Lima, NY 14485** | - | | | | | | **278.30** |

Sheet no. __530__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **4,854.78**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,   Case No. ___**13-42659**_____

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5266** <br><br> **Sloan, Nicholas G** <br> **626 Fairway Dr** <br> **Royal Oak, MI 48073** | - | | | | | | 231.08 |
| Account No. **xxx7902** <br><br> **Sloan, Rees D** <br> **15125 Romalong Lane** <br> **Carmenl, IN 46032** | - | | | | | | 497.64 |
| Account No. **xxx3544** <br><br> **Slovick, Joel** <br> **5020 Buck Thorn Ct** <br> **Santa Rosa, CA 95404** | - | | | | | | 1,175.00 |
| Account No. **xxx2490** <br><br> **Smith, Cameron O** <br> **1 Great Elm Drive** <br> **Sharon, CT 06069** | - | | | | | | 2,990.00 |
| Account No. **xxx3471** <br><br> **Smith, Cody** <br> **1724 Danciger** <br> **Fort Woth, TX 76112** | - | | | | | | 712.20 |

Sheet no. __531__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **5,605.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                    ,      Case No. ____**13-42659**____
                                         Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3107** <br><br> **Smith, Dylan S** <br> **1361 S Greenfield Rd Apt 1057** <br> **Mesa, AZ 85206** | - | | | | | | 445.10 |
| Account No. **xxx9699** <br><br> **Smith, Hamilton** <br> **2410 Albatross St. unit 1** <br> **San Diego, CA 92101** | - | | | | | | 562.12 |
| Account No. **xxx9307** <br><br> **Smith, Hanna** <br> **327 Silver Canyon Dr** <br> **Ft. Worth, TX 76108** | - | | | | | | 110.25 |
| Account No. **xxxx0300** <br><br> **Smith, Jerod** <br> **6810 Northwest 122** <br> **Oklahoma City, OK 73142** | - | | | | | | 659.00 |
| Account No. **xxx6313** <br><br> **Smith, Kenny** <br> **22854 Forestridge drive** <br> **estero, FL 33928** | - | | | | | | 567.58 |

Sheet no. __**532**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,344.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,        Case No.    **13-42659**
                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4849**<br><br>**Smith, Mark 2**<br>**5041 Singleton Dr.**<br>**Billiard, OH 43026** | - | | | | | | 367.86 |
| Account No. **xxx8090**<br><br>**Smith, Michael 4**<br>**315 West 29th st**<br>**New York, NY 10001** | - | | | | | | 458.50 |
| Account No. **xxx9275**<br><br>**Smith, Nathan 2**<br>**113 N Main St**<br>**Lawrenceburg, KY 40342** | - | | | | | | 424.71 |
| Account No. **xxx8866**<br><br>**Smith, Paul**<br>**3033 West Galgrith Rd**<br>**Cincinnati, OH 45239** | - | | | | | | 722.96 |
| Account No. **xxxx4917**<br><br>**Smith, Rachel B**<br>**133 West Sunset Drive**<br>**Rittman, OH 44270** | - | | | | | | 269.16 |

Sheet no. __533__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,243.19**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,    Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5025** | | | | | | | |
| **Smith, Rustin** **21 Quail Ridge** **Ponca City, OK 74604** | | - | | | | | 774.00 |
| Account No. **xxx1996** | | | | | | | |
| **Smith, Sara G.** **1206 Pike Path** **Round Rock, TX** | | - | | | | | 106.56 |
| Account No. **xxx6399** | | | | | | | |
| **Smith, Thomas 1** **1493 Crane Creek Blvd** **Melbourne, FL 32940** | | - | | | | | 458.20 |
| Account No. **xxx5521** | | | | | | | |
| **Smith, Tracy** **170 Diminish Drive** **Newark, DE 19713** | | - | | | | | 210.31 |
| Account No. **xxx0896** | | | | | | | |
| **Smolij, Walter** **23 Stoney Hill Lane** **Moun Laurel, NJ 08054** | | - | | | | | 454.75 |

Sheet no. __534__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,003.82**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC** _____,    Case No. ___**13-42659**___
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx8738** | | | | | | | | |
| Snapp, Anthony 507 Florence Dr. Albany, GA 31707 | - | | | | | | | 449.49 |
| Account No. **xxx3743** | | | | | | | | |
| Snead, Matthew 665 Cindy Dr Canyon Lake, TX 78133 | - | | | | | | | 485.08 |
| Account No. **xxx9000** | | | | | | | | |
| Snedden, Bradley 3480 Dairy Lane idaho falls, ID 83404 | - | | | | | | | 290.05 |
| Account No. **xxx6054** | | | | | | | | |
| Snyder, Jennifer 1 8520 Hawthorne Rd Frisco, TX 75034 | - | | | | | | | 100.50 |
| Account No. **xxx5174** | | | | | | | | |
| Solano, Richard 901 15th Street South Apt 525 Arlington, VA 22202 | - | | | | | | | 585.75 |

Sheet no. __535__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,910.87**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1526** <br><br> **Solarbee, Inc** <br> **3225 Hwy 22 North** <br> **Dickinson, CA 58601** | - | | | | | | 3,029.00 |
| Account No. **xxxx3556** <br><br> **Sommer, Ross** <br> **2100 Marion Drive** <br> **Lexington, NC 27296** | - | | | | | | 1,980.00 |
| Account No. <br><br> **Sonora Wings LLC** <br> **Mark J Knight** <br> **5635 S. Outrigger Road** <br> **Tempe, AZ 85283** | - | | | | | | 1,950.00 |
| Account No. **xxx8381** <br><br> **Soriano, Sandra** <br> **40 Graywood Rd.** <br> **Washington, NY 11050** | - | | | | | | 410.85 |
| Account No. <br><br> **Southern Minnesota Skydiving, LLC.** <br> **2502 6th Street, NE** <br> **Waseca, MN 56093** | - | | | | | | 140.00 |

Sheet no. __536__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **7,509.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,     Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0754** <br><br> **Sowell, Thomas** <br> **1007 Misty Lane** <br> **Belmont, CA 94002** | - | | | | | | **726.15** |
| Account No. **xxx3376** <br><br> **Spence, Gavin** <br> **12101 199th St** <br> **Springfield Garden, NY 11413** | - | | | | | | **1,182.50** |
| Account No. **xxx9773** <br><br> **Spiewak, Jackie R.** <br> **10800 Old St Augustine Rd unit 201** <br> **Jacksonville, FL 32257** | - | | | | | | **453.20** |
| Account No. **xxx9494** <br><br> **SPINKS, JOSHUA** <br> **9253 Gary St** <br> **Denham Springs, LA 70726** | - | | | | | | **2,085.00** |
| Account No. **xxx5117** <br><br> **Spresser, Michael G** <br> **373 S. Franklin St.** <br> **Denver, CO 80209** | - | | | | | | **221.95** |

Sheet no. **537** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,668.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                              ,     Case No.    **13-42659**
                                         Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3591** | | | | | | | |
| St. Elair, Amx W. 2501 Macon Ranch Rd., Apt. 625 Salaine, TX 76542 | - | | | | | | 710.00 |
| Account No. **xxx4786** | | | | | | | |
| Staggs, Linda 604 South Park Avenue Seymore, IA 52590 | - | | | | | | 416.00 |
| Account No. **xxx8848** | | | | | | | |
| Staie, Melissa 9056 River Bend Court Villa Rica, GA 30180 | - | | | | | | 191.84 |
| Account No. **xxx6839** | | | | | | | |
| Standford, Evan Po box 1210 Summerland, CA 93067 | - | | | | | | 513.51 |
| Account No. **xxx4388** | | | | | | | |
| Stanunathan, Aditya 300 Wembley Cir. Atlanta, GA 30328 | - | | | | | | 138.00 |

Sheet no. __538__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,969.35**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**
_____,  Case No. ___**13-42659**___
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0758** <br><br> Stapp, Brion <br> PO Box 688 <br> Longmont, CO 80502 | - | | | | | | 1,056.20 |
| Account No. **xxx7037** <br><br> Stauch, Christopher <br> 2952 northeast david loop <br> Issaquah, WA 98029 | - | | | | | | 415.50 |
| Account No. **xxx9505** <br><br> Steibe, Josh <br> 12303 County road 29 <br> Stearling, CO 80751 | - | | | | | | 469.04 |
| Account No. **xxxx0358** <br><br> Steigele, Jenny <br> 216 Piedmont Ave <br> Atlanta, GA 30308 | - | | | | | | 1,081.08 |
| Account No. **xxx7859** <br><br> Steinhoff, rebecca A <br> 2134 Linden ave <br> madison, WI 53704 | - | | | | | | 148.72 |

Sheet no. __539__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,170.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                 ,        Case No. _____**13-42659**_____
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4787**<br><br>**Stenson, Tasia L**<br>**2014 Oliver Street**<br>**Sandiego, CA 92109** | - | | | | | | 382.95 |
| Account No. **xxx3856**<br><br>**Sternbach, Lea**<br>**3502 Glen Ave**<br>**Baltimore, MD 21215** | - | | | | | | 177.32 |
| Account No. **xxx3042**<br><br>**Stevens, Albert**<br>**701 Merytlewood Lane**<br>**Key Biscayne, FL 33149** | - | | | | | | 94.62 |
| Account No. **xxxx0233**<br><br>**Stevenson, Darrell**<br>**4058 E. Kensington**<br>**Springfield, MO 65809** | - | | | | | | 6,451.50 |
| Account No. **xxx7103**<br><br>**Stewart, Ashley N.**<br>**2503 Whitis Ave, LittleField 204**<br>**Austin, TX 78705** | - | | | | | | 120.54 |

Sheet no. __**540**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,226.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                          ,          Case No.  **13-42659**
_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5102** <br><br> **Stobo, Robert** <br> **841 Princeton St** <br> **Sana Monica, CA 90403** | - | | | | | | 1,246.00 |
| Account No. **xxx8882** <br><br> **Stoenciu, Melina** <br> **pscq 338** <br> **Litttle Rock A.F.B, AR 72099** | - | | | | | | 529.90 |
| Account No. **xxx6142** <br><br> **Storry Fuchs, Alison** <br> **6200 Circle Drive** <br> **Indian Trails, NC 28079** | - | | | | | | 1,704.00 |
| Account No. **xxx8021** <br><br> **Stover, Ron** <br> **501 North west woodson dr** <br> **Grants pass, OR 97526** | - | | | | | | 4,095.00 |
| Account No. **xxxx1383** <br><br> **Straw, Sean** <br> **2413 Ridgewood** <br> **Wichita, KS 67220** | - | | | | | | 1,201.20 |

Sheet no. __541__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **8,776.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          ,        Case No.   **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8022** <br><br> **Strickland, Lauren Nicole** <br> **24377 5th ave** <br> **florala, AL 36442** | - | | | | | | 260.27 |
| Account No. **xxx2670** <br><br> **Stull, Erin** <br> **75 Camden St.** <br> **Rochester, NY 14612** | - | | | | | | 150.30 |
| Account No. **xxx0792** <br><br> **stusano, Joseph** <br> **394 violet street** <br> **massapequa park, NY 11762** | - | | | | | | 1,787.50 |
| Account No. **xxx6221** <br><br> **STUTES, KELLY** <br> **16505 LA CANTERA PARKWAY** <br> **SAN ANTONIO, TX 78256** | - | | | | | | 619.50 |
| Account No. **xxx5433** <br><br> **Styno, Connie** <br> **5 Rustyville Rd** <br> **Albany, NY 12211** | - | | | | | | 118.66 |

Sheet no. __542__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,936.23**

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____,          Case No. ___13-42659_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx4225** | | | | | | | | |
| Suchenko, Nina 13 Green Twigg Dr. Toms River, NJ 08753 | | - | | | | | | 321.12 |
| Account No. **xxx4311** | | | | | | | | |
| Sullivan, Tammy R PO Box 1322 Tallevast, FL 34270 | | - | | | | | | 217.55 |
| Account No. **xxxx3649** | | | | | | | | |
| Sumner, Regina 242 Pheasant Run Dr Blacksburg, VA 24060 | | - | | | | | | 300.40 |
| Account No. | | | | | | | | |
| Sunny Day Come Fly Away, Inc. 276 Greenway Circle, E. Broomfield, CO 80020 | | - | | | | | | 300.00 |
| Account No. | | | | | | | | |
| Sunrise Balloons Miami LLC 1881 Washington Ave # 15B Miami Beach, FL 33139 | | - | | | | | | 2,700.00 |

Sheet no. __543__ of __590__ sheets attached to Schedule of          Subtotal                  3,839.07
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                 ,      Case No.   **13-42659**
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9945** | | | | | | | |
| **Surita, Tracey** **700 sylvan avenue** **englewood cliffs, NJ 07632** | | - | | | | | 1,709.40 |
| Account No. **xxx8478** | | | | | | | |
| **Swan, Katie** **15175 SW Royalty Prkwy J27** **Tigard, OR 97224** | | - | | | | | 83.00 |
| Account No. **xxxx4127** | | | | | | | |
| **Sweeney, Joseph** **544 Central Ave. Apt. 107** **Alameta, CA 94501** | | - | | | | | 85.70 |
| Account No. **xxx8785** | | | | | | | |
| **SYNESIOU, ANDREW** **20548 VENTURA BLVD APT 123** **WOODLAND HILLS, CA 91364** | | - | | | | | 887.00 |
| Account No. **xxx0400** | | | | | | | |
| **Sysko, Ryan** **206 Alapocas dr** **Wilmington, DE 19803** | | - | | | | | 4,950.00 |

Sheet no. __544__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    7,715.10

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,         Case No.   **13-42659**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2123**<br><br>**Szilagyi, Tammy**<br>**15608 Carril Court**<br>**Monte Sereno, CA 95030** | - | | | | | | 502.80 |
| Account No. **xxx3058**<br><br>**Taberner, Jose**<br>**2655 Collins Ave**<br>**Miami, FL 33140** | - | | | | | | 83.60 |
| Account No. **xxx8686**<br><br>**Tagliati, Michele**<br>**14631 Bestor Blvd**<br>**Pacific Palisades, CA 90272** | - | | | | | | 1,316.40 |
| Account No.<br><br>**Taking Off Hot Air Balloon Co.**<br>**Tommy Rachel**<br>**P.O. Box 113**<br>**Magnolia Springs, AL 36555** | - | | | | | | 1,650.00 |
| Account No. **xxx9444**<br><br>**Talamantez, Christy**<br>**1911 Londonberry Drive**<br>**Leander, TX 78641** | - | | | | | | 204.24 |

Sheet no.  **545**  of  **590**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,757.04

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                           ,     Case No.     **13-42659**
                                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4505** <br><br> **Talic, Fouad** <br> **13900 Marques Way** <br> **Marina del Ray, CA 90292** | - | | | | | | 268.04 |
| Account No. **xxx6321** <br><br> **Tang, Jia-Peng** <br> **130 Descanso Dr.** <br> **San Jose, CA 95134** | - | | | | | | 554.40 |
| Account No. **xxx8868** <br><br> **Tarkir, Ashley** <br> **9070 baber drive** <br> **Manassas, VA 20112** | - | | | | | | 190.54 |
| Account No. **xxx4675** <br><br> **Tass, Steve** <br> **182 W. Lake St Suite 2105** <br> **Chicago, IL 60601** | - | | | | | | 1,312.00 |
| Account No. **xxxx3513** <br><br> **Tate, Russ** <br> **628 Crestview Court** <br> **Saginaw, TX 76179** | - | | | | | | 542.10 |

Sheet no. __546_ of _590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,867.08**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,      Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7861**<br><br>**Taylor, Matthew 1**<br>**13249 FM 830**<br>**Willis, TX 77318** | - | | | | | | 500.40 |
| Account No. **xxx3932**<br><br>**Taylor, Mike  1**<br>**411 County rd 281**<br>**Woodland park, CO 80863** | - | | | | | | 143.25 |
| Account No. **xxx3109**<br><br>**Taylor, Sheila 1**<br>**11 perillo ct.**<br>**pearl river, NY 10965** | - | | | | | | 199.60 |
| Account No. **xxxx1298**<br><br>**Tebby, Christopher**<br>**15346 Becker Lane**<br>**Dyersville, IA 52040** | - | | | | | | 502.20 |
| Account No. **xxx2266**<br><br>**Teem, Michael**<br>**6621 Wilbanks Rd**<br>**Knoxville, TN 37912** | - | | | | | | 1,557.50 |

Sheet no. __547__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **2,902.95**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                                    ,    Case No. _____**13-42659**_____
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9911** <br><br> **Tefera, Esterlin** <br> **5555 amsbury drive** <br> **dallas, TX 75206** | - | | | | | | **462.50** |
| Account No. **xxx9590** <br><br> **Tessner, R L** <br> **220 Marilyn Dr** <br> **East Fayetteville, GA 30214** | - | | | | | | **112.00** |
| Account No. **xxx4410** <br><br> **Tew Jr. , Vernon** <br> **3611 Industrial Blvd.** <br> **Laurel, MS 39440** | - | | | | | | **5,952.70** |
| Account No. <br><br> **Texas Balloon Rides** <br> **P.O. Box 1508** <br> **Blanco, TX 78606** | - | | | | | | **875.00** |
| Account No. <br><br> **Texas Freefall** <br> **251-C Harbin Drive** <br> **Stephenville, TX 76401** | - | | | | | | **340.00** |

Sheet no. __**548**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,742.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**
,    Case No.    **13-42659**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5962** <br><br> **Thakar, Varspa** <br> **2964 Cashel Ln** <br> **Vienna, VA 22181** | | - | | | | | 298.97 |
| Account No. <br><br> **The Skydive Experience** <br> **Donnie D. Cockrell** <br> **2009 Pine Ridge Way** <br> **Benton, LA 71006** | | - | | | | | 4,595.00 |
| Account No. **xxx9888** <br><br> **Theriault, Elizabeth** <br> **76 15th Ct** <br> **Hermosa Beach, CA 90254** | | - | | | | | 60.90 |
| Account No. **xxx8460** <br><br> **Thigpen, James** <br> **po box 8142** <br> **Tyler, TX 75701** | | - | | | | | 1,705.50 |
| Account No. **xxx3233** <br><br> **Thomas, Julien** <br> **37 Marks Place** <br> **New York, NY 10003** | | - | | | | | 203.99 |

Sheet no. __549__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,864.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                                          ,     Case No.  **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4469**<br><br>**Thomas, Mark L**<br>**spc usa 1952 barkley ave**<br>**ft carson, CO 80913** | - | | | | | | 232.42 |
| Account No. **xxx7172**<br><br>**Thomas, Reda G.**<br>**2091 FM 600 Road**<br>**Haskell, TX 79521** | - | | | | | | 262.81 |
| Account No. **xxx8852**<br><br>**Thomas, Yulanda A**<br>**404 Conley Dr**<br>**Hinesville, GA 31313** | - | | | | | | 619.66 |
| Account No.<br><br>**Thompson Aire Ballooning**<br>**13825 Avalon Road**<br>**Winter Garden, FL 34787** | - | | | | | | 7,595.00 |
| Account No. **xxx9446**<br><br>**Thompson, Arden**<br>**8 Cherryfield Court**<br>**Greer, SC 29651** | - | | | | | | 427.10 |

Sheet no.  **550**  of  **590**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **9,136.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,          Case No.    **13-42659**
                                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3194** | | | | | | | |
| **Thompson, Justin  1** **721 A Cranbury Cross Road** **North Brunswick, NJ 08902** | - | | | | | | 309.70 |
| Account No. **xxx2552** | | | | | | | |
| **Thompson, Rebecca** **8434 Red Oak Dr** **Eden Prarie, MN 55347** | - | | | | | | 451.75 |
| Account No. **xxx5866** | | | | | | | |
| **Thornton, Sarah** **3737 Laurel Cherry Lane** **indianapolis, IN 46239** | - | | | | | | 259.35 |
| Account No. **xxx9047** | | | | | | | |
| **Thorsen, Jim** **1505 Blackberry Ct** **Eustis, FL 32726** | - | | | | | | 448.30 |
| Account No. | | | | | | | |
| **Thrill a Minute Hang Gliding** **1444 Window Rock Road** **Dunlap, TN 37327** | - | | | | | | 320.00 |

Sheet no. __551__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,789.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                                 ,        Case No. _____**13-42659**_____
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8667** | | | | | | | |
| **Thunderbird, Norman W** **3405 Old Seguin luling Rd** **Seguin, TX 78155** | - | | | | | | 2,547.00 |
| Account No. **xxx4228** | | | | | | | |
| **Thurmer, ulrik** **30 river road** **Manhatten, NY 10044** | - | | | | | | 174.00 |
| Account No. **xxx8480** | | | | | | | |
| **Tibbitts, Dustin** **661 E Technology Ave Building B** **Orem, UT 84097** | - | | | | | | 1,716.80 |
| Account No. **xxx7127** | | | | | | | |
| **tice, eli** **103 mary lee drive** **charlestown, WV 25414** | - | | | | | | 449.79 |
| Account No. **xxx4046** | | | | | | | |
| **Tighe, Julie** **7378 Childsdale Ave NE** **Rockford, MI 49341** | - | | | | | | 83.87 |

Sheet no. __**552**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        4,971.46

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____ ,        Case No. ___**13-42659**___

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx3711** | | | | | | | | |
| Tilden, Carolyn 3783 Shaddock Creek Lane Frisco, TX 75034 | - | | | | | | | 1,142.10 |
| Account No. **xxx2564** | | | | | | | | |
| Tillman, Jon 3744 pershang Ave Apt 4 san Diego, CA 92104 | - | | | | | | | 155.00 |
| Account No. **xxx8872** | | | | | | | | |
| Tinney, Dakota 804 N. Chancery St. Mcminnville, TN 37110 | - | | | | | | | 415.00 |
| Account No. **xxx9703** | | | | | | | | |
| Tipton, Chris 1 370 North Argyle Clovis, CA 93612 | - | | | | | | | 2,205.20 |
| Account No. **xxxx3909** | | | | | | | | |
| Tiwari, Abhishek 801 Monte Cruz Mission, TX 78574 | - | | | | | | | 85.08 |

Sheet no. __553__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **4,002.38**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                          ,    Case No.    **13-42659**
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2632** | | | | | | | |
| **Tiwari, Rahul** **605 Hidden Vally Club Dr Apt 102** **Ann arbor, MI 48104** | | - | | | | | 96.90 |
| Account No. **xxx3540** | | | | | | | |
| **To, Trang** **172 Glencoe Rd** **Upper Darby, OH 19082** | | - | | | | | 1,749.30 |
| Account No. **xxx6323** | | | | | | | |
| **Tobin, Loriann** **8 Club Vista** **Trabuoco Canyon, CA 92679** | | - | | | | | 729.53 |
| Account No. **xxx8812** | | | | | | | |
| **Todkar, Kativa** **1036 polaris crossing blvd** **Westerville, OH 43081** | | - | | | | | 98.70 |
| Account No. **xxx2102** | | | | | | | |
| **Toloui, Ramin** **759 promontory point** **newport beach, CA 92660** | | - | | | | | 915.96 |

Sheet no. __554__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **3,590.39**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                  ,          Case No.      **13-42659**
                                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2710**<br><br>**Torres, Veronica 1**<br>**2487 Alum Rock Ave Apt 38**<br>**San Jose, CA 95116** | - | | | | | | 247.25 |
| Account No. **xxx8203**<br><br>**Tory, Kooyman,**<br>**8912 Spanish Ridge Ave**<br>**Las Vegas, NV 89148** | - | | | | | | 3,445.00 |
| Account No.<br><br>**Tracer Hot Air Balloon**<br>**4858 Mahan Drive**<br>**Tallahassee, FL 32308-5823** | - | | | | | | 1,680.00 |
| Account No. **xxx9191**<br><br>**tran , Nhi t**<br>**520 madison ave**<br>**new york, NY 10022** | - | | | | | | 5,130.00 |
| Account No. **xxx8874**<br><br>**Tran, Cuong**<br>**4704 4th St.**<br>**Marrero, LA 70072** | - | | | | | | 421.65 |

Sheet no. __555__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    10,923.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                          , Case No.  **13-42659**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Tranquility Balloon Rides** <br> **5400 Joyner Avenue** <br> **Springhill, FL 34608** | - | | | | | | 300.00 |
| Account No. **xxx9700** <br><br> **Traxler, Meghan** <br> **15777 Quorum Dr Apt.1119** <br> **Addison, TX 75001** | - | | | | | | 493.60 |
| Account No. **xxx2571** <br><br> **Trefry, Allen** <br> **14939 Palmwood Road** <br> **Palm Beach Gardens, FL 33410** | - | | | | | | 80.42 |
| Account No. **xxxx3408** <br><br> **Tretasco, Montishia** <br> **1026 Catalina Place** <br> **Corpus Christi, TX 78411** | - | | | | | | 236.10 |
| Account No. <br><br> **Triangle Skydiving Center** <br> **480 Airport Drive, Suite 200** <br> **Louisburg, NC 27549** | - | | | | | | 7,937.00 |

Sheet no. **556** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                9,047.12

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          , Case No.   **13-42659**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3910** <br><br> **Triplet, Billie** <br> **148 Hawley Ridge** <br> **Dunn, NC 28334** | | - | | | | | 1,084.00 |
| Account No. **xxx8600** <br><br> **Trisha, Lewis** <br> **3375 Tumbleweed Drive** <br> **Bozeman, MT 59715** | | - | | | | | 89.30 |
| Account No. **xxx9557** <br><br> **Troneld, Michelle Marie** <br> **1205 Britolmoor Dr** <br> **Winterville, NC 28590** | | - | | | | | 375.40 |
| Account No. **xxx6068** <br><br> **Trujillo, Alma** <br> **13003 W Tara Ln.** <br> **Surprise, AZ 85374** | | - | | | | | 171.20 |
| Account No. **xxx5032** <br><br> **Truong-Cao, Steven** <br> **63-37 Austin Street Apt 2E** <br> **Rego Park, NY 11374** | | - | | | | | 100.72 |

Sheet no. __557__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,820.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                    , Case No. _____**13-42659**_____
                                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2772** <br><br> Tucker, James 1 <br> 152 Plunk Lane <br> El Dorado, AR 71730 | - | | | | | | 99.54 |
| Account No. **xxxx2877** <br><br> Tucker, Suzie <br> 2611 Sand Jacinto <br> Semi Valley, CA 93063 | - | | | | | | 946.00 |
| Account No. **xxx2931** <br><br> Tuckett, Philip <br> 2152 San Juan <br> St. George, UT 81790 | - | | | | | | 765.62 |
| Account No. **xxx6359** <br><br> Tunnell, Jonathon <br> 1286 Meredith Way <br> Clarksville, TN 37042 | - | | | | | | 821.22 |
| Account No. **xxx3200** <br><br> Turner, Conni <br> 409 Grist Mill <br> Bentonville, AR 72712 | - | | | | | | 2,112.65 |

Sheet no. __558__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,745.03

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                              , Case No.  **13-42659**
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9197** | | | | | | | |
| Turner, McKenna<br>501 E Pine St<br>Seattle, WA 98122 | | - | | | | | 1,989.40 |
| Account No. **xxx4473** | | | | | | | |
| Turnipseed, Mary Jane<br>3648 tiger point blvd<br>Gulf Breeze, FL 32563 | | - | | | | | 499.21 |
| Account No. **xxx4393** | | | | | | | |
| Tutini, Jessica<br>20637 Blueberrry Lane<br>Fairhope, AL 36532 | | - | | | | | 68.00 |
| Account No. **xxx7867** | | | | | | | |
| Ueno, Miyuki<br>495 Log Barn Rd<br>Pittsboro, NC 27312 | | - | | | | | 724.80 |
| Account No. **xxx8024** | | | | | | | |
| Uhlman, Steven<br>5814 Hickory Springs Dr.<br>Kingwood, TX 77345 | | - | | | | | 457.08 |

Sheet no. __559__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,738.49**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                    , Case No.   **13-42659**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7193**<br><br>**Umphrey, Terrellee**<br>**1044 West 3rd Street**<br>**Weiser, ID 83672** | | - | | | | | 233.25 |
| Account No. **xxx2824**<br><br>**Underwood, Dave**<br>**60 South**<br>**Lamant Circle, NY 13045** | | - | | | | | 74.85 |
| Account No. **xxx7814**<br><br>**Upper Level Fitness Inc**<br>**PO BOX 25335**<br>**Rochester, NY 14625** | | - | | | | | 249.00 |
| Account No.<br><br>**UPtimal Paragliding**<br>**642 Tico Road**<br>**Ojai, CA 93023** | | - | | | | | 360.00 |
| Account No. **xxx2557**<br><br>**Usilton, Blake**<br>**1092 Salem Dr.**<br>**corona, CA 92881** | | - | | | | | 372.50 |

Sheet no. __560__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,289.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                    ,    Case No.    **13-42659**
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9838**<br><br>**Valdez, Liesel**<br>**808 Deleware Ave**<br>**Virginia Beach, VA 23451** | - | | | | | | **197.57** |
| Account No. **xxx4474**<br><br>**Vallejo, Siomara**<br>**1494 NW 42nd St.**<br>**Miami, FL 33142** | - | | | | | | **90.60** |
| Account No.<br><br>**Valley Ballooning**<br>**16350 Old Valley Pike**<br>**Edinburg, VA 22824** | - | | | | | | **1,720.00** |
| Account No. **xxx9010**<br><br>**Valley, Diane**<br>**5125 Azule Lane**<br>**Crowley, TX 76036** | - | | | | | | **735.00** |
| Account No. **xxx8721**<br><br>**Vandenberg, Cody**<br>**450 Rock afeller Road**<br>**Lake Forest, IL 60045** | - | | | | | | **1,089.28** |

Sheet no. __561__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,832.45**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                         ,  Case No. ___**13-42659**___
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1874** <br><br> **Vandyke, Stephany** <br> **1013 Juniper Drive** <br> **Lexington, KY 40504** | - | | | | | | 123.98 |
| Account No. **xxx2125** <br><br> **VanHoove, Betty** <br> **119 Grace St** <br> **Reading, PA 19611** | - | | | | | | 420.74 |
| Account No. **xxxx3508** <br><br> **Vanhorn, Stephan** <br> **906 Peach Tree Rd., SE** <br> **Rio Rancho, NM 87124** | - | | | | | | 450.55 |
| Account No. **xxx8386** <br><br> **VanPamel, Mike** <br> **12955 23 Mile road** <br> **Shelby Township, MI 48315** | - | | | | | | 2,200.00 |
| Account No. **xxxx3428** <br><br> **Vaughn, Douglas A.** <br> **4641 Hillside dr.** <br> **N. Richland Hills, TX 76180** | - | | | | | | 286.30 |

Sheet no. __562__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 3,481.57

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                                        ,         Case No.    **13-42659**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3421**<br><br>Vaughn, Thomas<br>778 Manatee Bay Dr<br>Boynton Beach, FL 33435 | - | | | | | | 100.02 |
| Account No. **xxx6773**<br><br>Vega, Ana A<br>723 north gilden<br>midland, TX 79701 | - | | | | | | 1,790.25 |
| Account No. **xxx5213**<br><br>Vickers, Janae<br>19717 Grace Way<br>Sonoma, CA 95370 | - | | | | | | 204.63 |
| Account No. **xxx9144**<br><br>Vijh, Aarohi<br>4841 Mount Airy Rd<br>Sylvania, OH 43560 | - | | | | | | 950.00 |
| Account No. **xxx2893**<br><br>Vilensky, Vadim<br>54 Roundhill Rd.<br>Dobbsferry, NY 10522 | - | | | | | | 104.32 |

Sheet no. **563** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,149.22**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No.     **13-42659**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6471**  Villanueva, Rex R. 1307 Byfield St Allentown, PA 18103 | | - | | | | | 220.85 |
| Account No. **xxxx3117**  Villars, Doug 555 17th St Suite 500 Denver, CO 80202 | | - | | | | | 1,113.00 |
| Account No. **xxxx2592**  villegas, sonya 1719 dondrey ave baldwin park, CA 91706 | | - | | | | | 266.66 |
| Account No. **xxxx3652**  Vindrak, Alen 8910 Cardwell St. Lovinia, MI 48150 | | - | | | | | 510.80 |
| Account No.  Virginia Ballooning William N Nelson 7501 River Rd Unit 11D Newport News, VA 23607-1770 | | - | | | | | 2,900.00 |

| Sheet no. __564__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,011.31 |
|---|---|---|

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                      ,     Case No.    **13-42659**
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3765**<br><br>Vizkelety, Kevin<br>5250 Columbia Rd., Apt. 143<br>Olmstead, OH 44070 | - | | | | | | 237.41 |
| Account No. **xxxx3184**<br><br>Voors, Daniel J<br>8609 Wave Circle Apt C<br>Ft. Wayne, IN 46825 | - | | | | | | 340.80 |
| Account No. **xxx1019**<br><br>Vuich, Fred<br>137 Oak View<br>Cranberry township, PA 16066 | - | | | | | | 903.50 |
| Account No. **xxx3236**<br><br>Waite, Andrew<br>4440 Grissom St suite 100<br>Bakersfield, CA 93313 | - | | | | | | 1,218.73 |
| Account No. **xxx6822**<br><br>Waldman, Linda<br>2717 NE 26th AVE<br>Lighthouse Point, FL 33064 | - | | | | | | 2,322.99 |

Sheet no. **565** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **5,023.43**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                    ,         Case No.   **13-42659**
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4116**<br><br>Waldorf, John<br>101 holland ln<br>little rock, AR 07223 | | - | | | | | 88.10 |
| Account No. **xxx3118**<br><br>Walker, Matthew<br>4728 East Stetson Ln<br>Orange, CA 92869 | | - | | | | | 1,650.00 |
| Account No. **xxx2504**<br><br>Walker, Michael<br>702 Birdsall dr<br>Cedar Falls, IA 50613 | | - | | | | | 232.80 |
| Account No. **xxx5667**<br><br>Walker, Oliver<br>2208 Kent St<br>Los Angelas, CA 90026 | | - | | | | | 1,155.00 |
| Account No.<br><br>Wall to Wall Cleaners<br>3990 Tamarack Drive<br>Kennesaw, GA 30152 | | - | | | | | 780.86 |

Sheet no. __566__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,906.76**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____ ,   Case No. ____**13-42659**_____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8402**<br><br>**Walsh, Brian**<br>**238 Davidson Ave**<br>**Ramsey, NJ 07446** | | - | | | | | 229.85 |
| Account No. **xxx3379**<br><br>**Walsh, Evan**<br>**8109 Golfers Oasis Drive**<br>**Las Vegas, NV 89149** | | - | | | | | 203.90 |
| Account No. **xxx7079**<br><br>**Wang, Bin**<br>**13353 Rhoda Dr.**<br>**Los Altos, CA 94022** | | - | | | | | 464.29 |
| Account No. **xxx7303**<br><br>**Wang, Huaile**<br>**6529 Dalzell Place**<br>**Pittsburgh, PA 15217** | | - | | | | | 337.70 |
| Account No. **xxx0756**<br><br>**Wang, Qing**<br>**155 Miami St**<br>**Tiffin, OH 44883** | | - | | | | | 566.00 |

Sheet no. __**567**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,801.74**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                         ,      Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3304** <br><br> **Wantye, Neal** <br> **2512 Goldsmith Ln** <br> **Louisville, KY 40218** | - | | | | | | 290.25 |
| Account No. **xxx4982** <br><br> **Ward, Maureen 1** <br> **15864 Sanctuary Dr** <br> **Tampa, FL 33647** | - | | | | | | 99.40 |
| Account No. **xxx6048** <br><br> **Warganich, Tibor** <br> **6041 Arrow Head Ct** <br> **Forest Hill, CA 95631** | - | | | | | | 2,128.75 |
| Account No. **xxx3940** <br><br> **Warne, Hannah** <br> **6905 waverly st.** <br> **sarasota, FL 34243** | - | | | | | | 1,109.99 |
| Account No. **xxx0956** <br><br> **Warren, Dickie K** <br> **214 Purple Plum Ln** <br> **Houston, TX 77062** | - | | | | | | 884.40 |

Sheet no. __568__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    4,512.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                                    ,     Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9201** | | | | | | | |
| Warren, Glen E. 4807 Day Shore blvd Tampa, FL 33611 | | - | | | | | 733.60 |
| Account No. **xxxx4705** | | | | | | | |
| Warywoda, Kenneth 4215 Sheilds St. Pittsburg, PA 15207 | | - | | | | | 124.00 |
| Account No. **xxx0138** | | | | | | | |
| Waterman, Robert 720 East E St Wilimington, CA 90744 | | - | | | | | 1,548.75 |
| Account No. **xxxx2298** | | | | | | | |
| Waters, Quinton 1462 Dean Street Brookyn, NY 11213 | | - | | | | | 5,397.60 |
| Account No. **xxx9501** | | | | | | | |
| Watkins, Johnna 1207 North Maple Street Benton, IL 62812 | | - | | | | | 104.67 |

Sheet no. __569__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **7,908.62**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,     Case No.    **13-42659**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1596** <br><br> **Watson, Ryan** <br> **6501 Sabrosa Court East** <br> **Fort Worth, TX 76133** | | - | | | | | 3,367.00 |
| Account No. **xxx9839** <br><br> **watterworth, randy** <br> **7393 old howard rd** <br> **temple, TX 76504** | | - | | | | | 1,430.00 |
| Account No. **xxxx2559** <br><br> **waupoose, alecia** <br> **720 abrams st** <br> **green bay, WI 54302** | | - | | | | | 251.10 |
| Account No. <br><br> **Wayne's Air Toys LLC** <br> **2346 NW Dallas Street** <br> **Grand Prairie, TX 75050** | | - | | | | | 1,800.00 |
| Account No. **xxx7901** <br><br> **Webb, Laverne** <br> **33121 Kathryn** <br> **Garden City, MI 48135** | | - | | | | | 421.73 |

Sheet no. __570__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    7,269.83

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                              ,        Case No. ___**13-42659**___
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2378** <br><br> Weber, David <br> 1701 E. 167th ave <br> Thorton, CO 80602 | - | | | | | | 379.20 |
| Account No. **xxx3713** <br><br> Weber, Steuart <br> 7280 18th Street NE <br> St. Petersburg, FL 33702 | - | | | | | | 502.66 |
| Account No. **xxx2792** <br><br> Weddle, Nicholas <br> 1023 LANARIE ST. APT A <br> MANHATTEN, KS 66502 | - | | | | | | 957.50 |
| Account No. **xxx9368** <br><br> Weiers, Amanda <br> 8525 S Upham Wy <br> Littleton, CO 80128 | - | | | | | | 751.53 |
| Account No. **xxx6326** <br><br> Weinhold, Kristen <br> 16 Bannister <br> Salem, NH 03079 | - | | | | | | 65.60 |

Sheet no. __571__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,656.49**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                      ,        Case No.   **13-42659**
_____
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7801** <br><br> **Weisman, Elizabeth A.** <br> **451 N. Bista Street** <br> **Los Angeles, CA 90036** | - | | | | | | **1,004.40** |
| Account No. **xxx3942** <br><br> **Welch, Corby** <br> **573 Schoolhouse Circle** <br> **Haysville, KS 67060** | - | | | | | | **404.46** |
| Account No. **xxx8693** <br><br> **Welch, Robert** <br> **670 Blue Oaks Dr** <br> **Ukiah, CA 95482** | - | | | | | | **733.95** |
| Account No. **xxx5015** <br><br> **Weldeln, Dan** <br> **504 Dooley Ct** <br> **Grapevine, TX 76051** | - | | | | | | **450.45** |
| Account No. **xxx4208** <br><br> **Weller, Kelly** <br> **8272 Acadian Lane** <br> **Seminole, FL 33777** | - | | | | | | **185.42** |

Sheet no. **572** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **2,778.68**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    , Case No.    **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8202** | | | | | | | |
| Wells, Daniel 1230 Lawrence Way Oxnard, CA 93035 | - | | | | | | 78.93 |
| Account No. **xxx7711** | | | | | | | |
| Wells, Joshua A. 1015 Walker Lane Summit, MS 39666 | - | | | | | | 596.60 |
| Account No. **xxx0453** | | | | | | | |
| Welsh, Eva 2710 vancouver street irving, TX 75062 | - | | | | | | 86.33 |
| Account No. **xxx1197** | | | | | | | |
| Welsh, Tom vancouver street Irving, TX 75062 | - | | | | | | 86.35 |
| Account No. **xxx9772** | | | | | | | |
| Wendt, Michelle 8059 Clinton St Los Angeles, CA 90048 | - | | | | | | 375.20 |

Sheet no. __573__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,223.41**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Headband, LLC**                                          ,    Case No. ___**13-42659**___
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8043** <br><br> **Wenning, Karis Page** <br> **212 Summerhill Crt.** <br> **Fayetteville, NC 28303** | | - | | | | | 283.99 |
| Account No. **xxx7579** <br><br> **Westdale, Leonard** <br> **6279 Sun Blvd #606** <br> **St Petersburg, FL 33715** | | - | | | | | 217.79 |
| Account No. <br><br> **Western New York Skydiving** <br> **P.O. Box 283** <br> **Alden, NY 14004** | | - | | | | | 2,310.00 |
| Account No. **xxx7220** <br><br> **Weston, Trisha** <br> **104 Red Cedar Place** <br> **Chaple Hill, NC 27514** | | - | | | | | 3,789.49 |
| Account No. **xxx4398** <br><br> **wetter, Jennifer** <br> **2890 Bridhton blvd** <br> **denver, CO 80216** | | - | | | | | 972.40 |

Sheet no. __**574**__ of __**590**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,573.67

B6F (Official Form 6F) (12/07) - Cont.

In re __Headband, LLC_____ ,     Case No. ____13-42659_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx7254** | | | | | | | | |
| Whetstone, Marcus G. 2714 Crestwood Dr. Flint, MI 48503 | - | | | | | | | 450.01 |
| Account No. **xxx5892** | | | | | | | | |
| Whipple, Dianne 2115 NE 42nd st Ocala, FL 34479 | - | | | | | | | 343.28 |
| Account No. **xxxx4141** | | | | | | | | |
| Whisenant, Kimara 1040 Seminole Dr Apt 1556 Ft. Lauderdale, FL 33304 | - | | | | | | | 1,282.10 |
| Account No. **xxxx3843** | | | | | | | | |
| Whitcraft, Joel D. 2211 Kerrigans Way Ft. Wayne, IN 46815 | - | | | | | | | 77.00 |
| Account No. **xxx6956** | | | | | | | | |
| White, Alyssa 511 Belmeade Way Trail Louisville, NC 27023 | - | | | | | | | 1,120.00 |

Sheet no. __575__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,272.39

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____,        Case No. _____**13-42659**_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1507**<br><br>**White, Anthony**<br>**2191 Memorial Drive # A7**<br>**Clarksville, TN 37043** | - | | | | | | 473.81 |
| Account No. **xxx3803**<br><br>**White, Helen**<br>**1358 Phoenixville Pike**<br>**Westchester, PA 19380** | - | | | | | | 383.99 |
| Account No. **xxx8487**<br><br>**White, JHames**<br>**179 CO. Rd 3441**<br>**Atlanta, TX 75551** | - | | | | | | 379.62 |
| Account No. **xxx1764**<br><br>**White, Johnny**<br>**583 Broadway**<br>**Carle Place, NY 11514** | - | | | | | | 121.05 |
| Account No. **xxx1608**<br><br>**White, Josh 1**<br>**307 Vanier Dr.**<br>**Newark, DE 19711** | - | | | | | | 306.31 |

Sheet no. __576__ of __590__ sheets attached to Schedule of        Subtotal        1,664.78
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                         , Case No.  **13-42659**
_____
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9163**<br><br>**White, Martin R**<br>**130 Riverchase Ln**<br>**Moresville, NC 28115** | - | | | | | | 178.96 |
| Account No. **xxxx0476**<br><br>**White, Melissa**<br>**4207 King Wood Ct**<br>**Midland, TX 79707** | - | | | | | | 682.11 |
| Account No. **xxx5790**<br><br>**Whittle, Keedar H**<br>**5062 Lankershim Blvd Suite 3013**<br>**North Hollywood, CA 51601** | - | | | | | | 219.80 |
| Account No. **xxx7500**<br><br>**Whitworth, Annie**<br>**23332 Haynes St**<br>**West Hills, CA 91307** | - | | | | | | 1,173.20 |
| Account No.<br><br>**Wild Wind Skydivers**<br>**2270 Smith Crossing Road**<br>**Midland, MI 48640** | - | | | | | | 1,250.00 |

Sheet no. __577__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,504.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    , Case No.   **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1374** <br><br> **Wiles, Lori A** <br> **18716 Keedysville Rd** <br> **Keedysville, MD 21756** | - | | | | | | **191.65** |
| Account No. **xxx3993** <br><br> **Wilison, Karen** <br> **7927 North West Hawkins blvd** <br> **Portland, OR 97229** | - | | | | | | **2,062.50** |
| Account No. **xxx2140** <br><br> **Wilkins, Rhonda** <br> **2778 Quail hollow rd west** <br> **Clearwater, FL 33761** | - | | | | | | **65.85** |
| Account No. **xxx9967** <br><br> **williams , Albert M** <br> **7814 myers drive** <br> **glenburnie, MD 21061** | - | | | | | | **461.80** |
| Account No. **xxx4476** <br><br> **Williams, Cameron** <br> **414 Sutterton Drive** <br> **Gahanna, OH 43230** | - | | | | | | **1,998.00** |

Sheet no. **578** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **4,779.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                      ,                    Case No.    **13-42659**
_____
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8113** <br><br> **Williams, Cari** <br> **3429 Sertana** <br> **Antonia, CA 92024** | - | | | | | | **77.20** |
| Account No. **xxx8882** <br><br> **Williams, Devin** <br> **13113 Noack Rd** <br> **Magnolia, TX 77355** | - | | | | | | **1,042.50** |
| Account No. **xxx6920** <br><br> **Williams, Kenneth** <br> **150 West 174th  St Apt 9c** <br> **Bronx, NY 10453** | - | | | | | | **516.24** |
| Account No. **xxx3738** <br><br> **Wilson, Brian 3** <br> **24 Willie Mays Plaza** <br> **San Francisco, CA 94107** | - | | | | | | **3,562.75** |
| Account No. **xxx6264** <br><br> **Wilson, Melissa Marie** <br> **536 Mercer Road** <br> **Butler, PA 16001** | - | | | | | | **675.01** |

Sheet no. __579__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **5,873.70**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                              ,        Case No. ___**13-42659**___
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7916** <br><br> **Wilton, Edward** <br> **17106 county road 136** <br> **live oak, FL 32060** | - | | | | | | 480.35 |
| Account No. <br><br> **Wind Favor** <br> **Skydive Philadelphia** <br> **1100 North Ridge Road** <br> **Perkasie, PA 18944-1799** | - | | | | | | 72,487.25 |
| Account No. <br><br> **Windspirit** <br> **Windspirit** <br> **32 Peachtree Dr** <br> **Seale, AL 36875** | - | | | | | | 780.00 |
| Account No. <br><br> **Wings To Fly** <br> **1049 S Washington Avenue** <br> **Columbus, OH 43206** | - | | | | | | 600.00 |
| Account No. **xxx1394** <br><br> **Wintersdorff, Lisa** <br> **5210 joan court** <br> **san diego, CA 92115** | - | | | | | | 283.13 |

Sheet no. __580__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **74,630.73**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    ,          Case No.   **13-42659**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0510** <br><br> **Wire, Coy** <br> **3303 Perimeter Loft Circle** <br> **Atlanta, GA 30346** | | - | | | | | 1,073.75 |
| Account No. <br><br> **Wisconsin Hang Gliding** <br> **Hendrikus P. Bouwmeester** <br> **P O Box 242** <br> **Waunakee, WI 53597** | | - | | | | | 900.00 |
| Account No. **xxx8260** <br><br> **Wise, Jason L** <br> **520 Glen Crest Drive** <br> **san Diego, CA 92139** | | - | | | | | 88.80 |
| Account No. **xxx9711** <br><br> **Wiselogel, Arthur** <br> **246 Zang St.** <br> **Lakewood, CO 80228** | | - | | | | | 491.00 |
| Account No. **xxxx1390** <br><br> **Wissbaum, Brandon M** <br> **7818 mccarron way** <br> **charlotte, NC 28215** | | - | | | | | 133.00 |

Sheet no. __581__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,686.55

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    , Case No. ___**13-42659**___
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1782**<br><br>Witters, Vincent<br>13454 Sunrise Valley Dr<br>Herndon, VA 20171 | - | | | | | | 3,160.00 |
| Account No. **xxx6319**<br><br>Wittwer, Jay<br>463 Benedict Dr.<br>Las Vegas, NV 89110 | - | | | | | | 95.50 |
| Account No. **xxx8252**<br><br>Wolta, Robert<br>5446 West 100th Place<br>Westminster, CO 80020 | - | | | | | | 676.00 |
| Account No. **xxx0734**<br><br>Wong, Corey<br>91-1047 Kekaiholo St.<br>Ewa Beach, HI 96706 | - | | | | | | 1,117.20 |
| Account No. **xxx3879**<br><br>Wong, Lee 1<br>2420 83rd<br>Edmonton t6k3g8 | - | | | | | | 929.50 |

Sheet no. __582__ of __590__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **5,978.20**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                   ,     Case No.    **13-42659**
_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2343** | | | | | | | |
| Wong, Oi Kwan<br>600 North Fairbanks Court Apt 3004<br>Chicago, IL 60611 | - | | | | | | 367.50 |
| Account No. **xxx4149** | | | | | | | |
| Wong, Wendy<br>8807 Bay 16th ST<br>Brooklyn, NY 11914 | - | | | | | | 191.52 |
| Account No. **xxx4908** | | | | | | | |
| Wong, Ying<br>3465 Samson St<br>Philadelphia, PA 19104 | - | | | | | | 90.92 |
| Account No. **xxx1155** | | | | | | | |
| Woodfill, Lindsey M<br>125 Dallas St<br>Angleton, TX 77515 | - | | | | | | 161.59 |
| Account No. **xxx4397** | | | | | | | |
| Woodrow, Stephanie<br>4814 Willowbrooke Ln.<br>Summerville, SC 29485 | - | | | | | | 478.30 |

Sheet no. **583** of **590** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **1,289.83**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC** _____ ,                    Case No. _____**13-42659**_____
                                                  Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5813** <br><br> **Woods, Robert M.** <br> **2555 Main St. No3031** <br> **Irvine, CA 92614** | | - | | | | | 111.74 |
| Account No. **xxx5977** <br><br> **Woolfolk, Robert G** <br> **PO Box 116** <br> **Beaverdam, VA 23015** | | - | | | | | 171.70 |
| Account No. **xxx9620** <br><br> **WORTH, KIMBERLY** <br> **18851 River Road** <br> **Poolesville, MD 20837** | | - | | | | | 1,087.80 |
| Account No. **xxx2505** <br><br> **Wozniak, John** <br> **13225 104th Ave** <br> **Grand Haven, MI 49417** | | - | | | | | 401.00 |
| Account No. **xxx3209** <br><br> **Wright, Darren** <br> **1783 West University Drive** <br> **Tempe, AZ 85281** | | - | | | | | 2,847.00 |

Sheet no. __584__ of __590__ sheets attached to Schedule of                                  Subtotal                    4,619.24
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                            ,          Case No.   **13-42659**
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2623**<br><br>**Wright, Emily**<br>**2030 North Providince Rd.**<br>**Media, PA 19063** | - | | | | | | 244.85 |
| Account No. **xxxx2409**<br><br>**Wright, Ken 1**<br>**324 Pinewood Drive**<br>**Beckley, WV 25801** | - | | | | | | 1,470.00 |
| Account No. **xxx2380**<br><br>**wright, paul 1**<br>**4627 east imperial view court**<br>**rocklin, CA 95677** | - | | | | | | 899.61 |
| Account No. **xxx5637**<br><br>**Wurst, Laura**<br>**1404 Nye Street**<br>**Capital Heights, MD 20743** | - | | | | | | 316.00 |
| Account No. **xxx3848**<br><br>**Xu, Kang**<br>**302 Marina Way**<br>**Novato, CA 94945** | - | | | | | | 429.83 |

Sheet no. __585__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,360.29**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____,    Case No. ____**13-42659**_____
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx0193** | | | | | | | | |
| Yang, Young 1880 Century Pk e. 16th fl Century city, CA 90067 | | - | | | | | | 1,819.00 |
| Account No. **xxx2417** | | | | | | | | |
| Yarbrough, Carol 30120 Valley Glen street Castaic, CA 91384 | | - | | | | | | 1,857.60 |
| Account No. **xxx7166** | | | | | | | | |
| Yates, Nicholas 200 Harbor Dr #3701 San Diego, CA 92101 | | - | | | | | | 2,783.87 |
| Account No. **xxx8569** | | | | | | | | |
| Yessayian, Benjamin 1555 mesa verde dr e apt 50b costa mesa, CA 92626 | | - | | | | | | 1,273.00 |
| Account No. **xxx1083** | | | | | | | | |
| Yingling, Charles 39 University Dr Box J254 Bethlehem, PA 18015 | | - | | | | | | 1,609.50 |

Sheet no. __586__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,342.97**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Headband, LLC**                                                    ,     Case No.  **13-42659**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx7757** | | | | | | | | |
| Yoon, Sarah J 2887 Homestead Dr Pomona, CA 91767 | | - | | | | | | 400.50 |
| Account No. **xxx9322** | | | | | | | | |
| Yoshizawa, Motoko 107 N. 3rd St. unit 3D Brooklyn, NY 11211 | | - | | | | | | 2,125.34 |
| Account No. **xxx2482** | | | | | | | | |
| Youn, Sooryun 312 Beechwood Rd Ridgewood, NJ 07450 | | - | | | | | | 235.48 |
| Account No. **xxx0230** | | | | | | | | |
| Young, Anne 4001 Bowser Ave Unit A Dallas, TX 75219 | | - | | | | | | 616.40 |
| Account No. **xxx5526** | | | | | | | | |
| Yount, Denise 320 Lindenhurst Dr. Apt 16103 lexington, KY 40509 | | - | | | | | | 464.00 |

Sheet no. __587_ of __590_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,841.72**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                                    , Case No.   **13-42659**
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0704** | | | | | | | |
| **Yuvonne, Yowell** **2905 Willow Drive** **Bettendorf, IA 52722** | - | | | | | | 72.20 |
| Account No. **xxxx3738** | | | | | | | |
| **Zafar, Firoza** **45797 Smokefree Terr** **Sterling, VA 20166** | - | | | | | | 235.70 |
| Account No. **xxx8758** | | | | | | | |
| **Zalcman, Barry** **17 sass drive** **manchester, CT 06042** | - | | | | | | 72.80 |
| Account No. **xxxx3899** | | | | | | | |
| **Zamora, Rafael** **319 SW 192nd Ave** **Pembrooke Pines, FL 33029** | - | | | | | | 264.65 |
| Account No. **xxx1765** | | | | | | | |
| **Zarkos, Tim** **PO Box 70001** **Boise, ID 83707** | - | | | | | | 3,220.00 |

Sheet no. __588__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 3,865.35 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC** _____ ,   Case No. _____ **13-42659** _____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5253** <br><br> **Zeal, James** <br> **7026 Santa Monica Blvd** <br> **Los Angeles, CA 90038** | - | | | | | | **7,500.00** |
| Account No. **xxx2323** <br><br> **Zeldes, Steven** <br> **40655 Paisley Circle** <br> **Novi, MI 48377** | - | | | | | | **81.25** |
| Account No. **xxx2052** <br><br> **Zenener, Robert P.** <br> **5336 Barritt Ave** <br> **El Cerrito, CA 94530** | - | | | | | | **472.80** |
| Account No. **xxx3639** <br><br> **Ziegler, Katie** <br> **5196 Lone Star Place** <br> **Colorado Springs, CO 80922** | - | | | | | | **461.90** |
| Account No. **xxx4117** <br><br> **Zimmermann, Jason** <br> **7201 Lennox ave** <br> **Van Nuys, CA 91405** | - | | | | | | **497.16** |

Sheet no. __589__ of __590__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,013.11**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Headband, LLC**                                          , Case No. **13-42659**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3206** <br><br> **Zinelis, Andreas** <br> **1400 North Fairfax Ave #10** <br> **Las Angelas, CA 90046** | | - | | | | | **589.00** |
| Account No. **xxx9119** <br><br> **Zion, Adam G** <br> **3240 Henry Hudson Pkwy Apt 6d** <br> **Bronx, NY 10463** | | - | | | | | **122.84** |
| Account No. **xxx3433** <br><br> **Zugan, Steve** <br> **230 Butternut Cr** <br> **Carver, MN 55315** | | - | | | | | **1,145.55** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **590** of **590** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | **1,857.39** |
|---|---|
| Total (Report on Summary of Schedules) | **2,662,793.96** |

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Headband, LLC**                                                    ,    Case No. _____**13-42659**_____

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 850,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 591 | | 2,662,793.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 599 | | | |
| Total Assets | | | 850,000.00 | | |
| Total Liabilities | | | | 2,662,793.96 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Headband, LLC**

Debtor

Case No. ___**13-42659**___

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

417 Skydive
P.O. Box 319
Rogersville, MO 65742


Aandahl, Joel
14 Via Terviso
American Canyons, CA 94503


Abair, Michelle
1511 Broadnax Mill Rd
Loganville, GA 30052


Abare, David
42 Newark St
Haverhill, MA 01832


Abbott, Kirk
5501 Legacy Oaks Parkway Apt. 1015
Schertz, TX 78154


Abbott, Melissa
401 E 33rd St
Joplin, MO 64804


Abbott, Todd
2325 Huntington Loop se
Lacey, WA 98513


ABC Balloon Adventures
1845 South Yuma St.
Denver, CO 80223


Abdalaziz, Walid, T
Darkwood Tr #2A
Maryville, IN 46410

abdelahmid, nadeen
5806 lindley cresent drive
indian trail, NC 28079


Abdelkader, Khaled
5435 Claybourne Street Apt 203
Pittsburgh, PA 15232


Abdoulah, Alexandra M.
19 S Busch Lane.
Longmont, CO 80501


Abdulsattar, Ahmed
2302 Twin Lakes Dr
Ypsilanti, MI 48197


Abel, Amanda
120 S 2nd St Apt 4C
Brooklyn, NY 11211


Abell, Jon
700 Aztec circle 11D
Mesquite, NV 89027


Abercrombie, Cheryl
po box 512
Baser, KS 66007


Abernathy, Andrew N.
7726 Mill Pond Drive
Waxhaw, NC 28173


Abernathy, Eric
4519 Boxford Rd.
Greensboro, NC 27406

Abernathy, Samuel J.
4175 Spyglass Hill
Mason, OH 45040


Abernathy, William
700 West Bittersweet Place Apt 610
Chicago, IL 60613


Abeyounis, Elizabeth
408 Chadwick Pl
Newport news, VA 23606


Abichandani, Pramod
2200 ben franklin pwy apt west108
Philadelphia, PA 19130


Abisror, Jackie
201 North 8th Street
Philadelphia, PA 19106


Ablorhmcgregor, Jennifer
7 Salvi dr
Sramingham, MA 01701


Abner, Monica
1035 Lakeshore Dr
West Point, MS 39773


Aboneaaj, Mais
1360 Chadwick Dr.
Lawrencville, GA 30043


Aboulhosn, Susie M
713 Winsley Place
Brentwood, TN 37027

Above The Wine Country Balloons
11137 Cherry Ridge Rd.
Sebastopol, CA 95472


Abraham, Zach G
470 16th St NW unit 4019
Atlanta, GA 30363


Abrahamson, Andrew
101 north normande ave Apartment 210
los angeles, CA 90004


Abram, Maria
178 Augusta Course Ave
Las Vegas, NV 89148


Abrams, Martin D
702 Thistle Drive
Seffner, FL 33584


Abramson, Brett
1100 Northeast 1st Court
Hollandale, FL 30039


Abrantes, Edward
43760 Farmstead dr
Lansdowne, VA 20176


Abrego, DaisyLee
417 Lilac Dr
Lososos, CA 93402


Abrokwa, Kwasi Aning
230 Roberta Ave
Collendale, PA 19023

Abshier, Melody
7900 Viscount Blvd Apt 440
El Paso, TX 79925


Abul-saud, Maen
11316 Jollyville rd. apt 364
Austin, TX 78759


Abundis , Dave
1497 15th Avenue
San Fransisco, CA 94122


Abushanad, Saji
6525 Greenwigh Dr #2601
Indianappolis, IN 46237


Accad, Gracy
1150 E 8th St
Brooklyn, NY 11230


Acciani, Marissa
12204 Jasmine Cove Way
Raleigh, NC 27614


Ace High Ballooning
1849 Bethbirei Road
Lewisburg, TN 37091


Aces High Balloon Adventures, LLC
15626 S Lewis Ave
Bixby, OK 74008


Acevedo, Alexis
1304 s fulton way apt c106
denver, CO 80247

Acevedo, Andres F.
9042 SW 157th Ave Road
Miami, FL 33196


Acevedo, Julio
5601 East  Orange Thorpe Ave
Anahiem Hills, CA 92807


Acevedo, Oscar
8282 Calvine Rd Apt 2055
Sacremento, CA 95828


Acheampong, George
1002 Frankfurt Ave.
Lubbock, TX 79416


Achille, Jessica
5636 Morton Street
Philidelphia, PA 19144


ackerman, nicole
Po box 6498
Ketchum, ID 83340


Ackley, Riana
1900 S. Eads Street, Apt. 1214
Arlington, VA 22202


Ackley, Robert
2567 covey run court
Manakin sabot, VA 23103


Ackley, Rose Marie
394 S Flora Dr.
Spring Creek, NV 89815

Acosta Soto, Ellison E
PO Box 2844
Guaynabo 00970


Acosta,  Kenia
5935 Cabotage Road
Johns Creeks, GA 30097


Acotpe, Tierney
576 Earl Drive
Northfield, IL 60093


Acuapa, David B
16 zircon drive
maumelle, AR 72113


Acuff, Susan
3293 Kinderhill Circle
Germantown, TN 38138


Acuff, Thomas
25 sunbean Ln
Hyannis, MA 02601


adagiri, rohit
300 restnots st.
wasika, WI 53188


Adair, Johnathan
2609 Ridgecrest Dr.
Farmington, NM 87401


adair, renee
128 first avenue
enderlin, ND 58027

Adamczyk, Eric
2020 Keast Drive
Clarklake, MI 49234


Adame, Greta M
951 East Railroad Ave
Giddings, TX 78942


adamin, katherine
17607 cotton wood trail lane
huston, TX 77095


Adams, Betty
1509 Davis Ave
Grinnell, IA 50112


Adams, Dale
Box 512 Crompond
New York, NY 10517


Adams, Denise
4152 Woodcrest Ct.
Douglasville, GA 30135


Adams, Jason
407 north dr.
abernathy, TX 79311


Adams, Jill
2004 Rugby Dr
Murry, KY 42071


Adams, John 1
818 West 17th Place
Tempe, AZ 85281

Adams, Katherine
1006 Lawerence St
Emporia, KS 66801


Adams, Marcia
3150 Berry Road
Loganville, GA 30052


ADAMS, MILDRED W
1074-4 TOMBER CREEK DRIVE
CARMEL, IN 46032


Adams, Patrick
3362 Bellota Way
Los Angelas, CA 90027


Adams, Ronnie
800 St Francis Drive
Santa Fe, NM 87505


Adams, Stanley T
974 Skyline Drive
Jackson, TN 38301


Adams, Taylor
700 Green springs dr
Columbia, SC 29223


adams, William g
9677 page ave
st louis, MO 63132


Adamson, Quory
220 Marquis Way
Morrow, GA 30260

Adan Zuniga, Araceli
4205 Dunleaf Pky
Norcross, GA 30093


Adcock, Megan
3460 14th St. NW Apt 215
Washington, DC 21010


Addis, Nena
25 Aspen Ln
Glencoe, IL 60022


Addison, Christy
1422 west sipers forest
houston, TX 77070


Addo, Christopher
7904 Thouron Avenue
Philadelphia, PA 19150


Adeleke, Kehinde
15615 Gillmore Greens Court
Brandywine, MD 20613


adella, rasha
633 green ave 2
san bruno, CA 94066


Adelman, Leon
102 Queensberry St #12A
Boston, MA 02215


aden, kristina
8011 spaulding cir
omaha, NE 68134

Adepu, Prashant
919 W Rdige Dr #7-6
Dekalb, IL 60115


Adewumi, David
1405 Wendy Way
Medlow park, CA 54025


Adhikari, Bhaskar
3412 Tulane Drive Apt 11
Hidesville, MD 20783


Adiaz, Karen
2447 Sugar Mill Lake
Herndon, VA 20171


Adinata, Harry
195 14th Street NE #1007
Atlanta, GA 30309


Adji, Nii
65 Industrial South
Cleston, NJ 10019


Adkins, Newton
2228 Grey Cliff Dr,
Franklin, TN 37064


Adkison, Amy
1702 east hining road
Garrison, TX 75946


Adkisson, Justin
1304 Beech Street
Westlake, LA 70669

Adler, Cheryl A.
P.O. Box 601802
San Diego, CA 92160


Adler, nicholas
3147 Bellwood Lane
glenview, IL 60026


Adler, Seth T.
PO BOX 4342
Long Beach, CA 90804


adnon, saris
154 mantucket place
Newport News 23606


Adolphus, Janet
5586 Jamerson Dr.
Atlanta, GA 30349


Adoutte, David
30 Karen Way
Summit, NJ 07901


Adrian, Burton
1710 Willow bend road
cedar falls, IA 50613


Adriano, Ruth
211 Barclay Dr.
Stamford, CT 06903


Adrong, Y Thuo
1321 East Cone Blvd
Greensboro, NC 27405

Adventure Balloon Sport
4560 Martin Drive
Boulder, CO 80305


Adventure Skydiving TN
716 William Howard Place
Nashville, TN 37209


Aer Blarney Ballooning, LLC
P.O. Box 1528
Litchfield, CT 06759-1528


afroze, farhana
35-47 93rd st 2nd fl
jackson hieghts, NY 11372


Afsharian, Andre
1127 Bella vista avenue
Pasadena, CA 91107


Aga, Joseph
1433 West Lawrence Dr
Spokane, WA 99218


Aga, Merrie
532 Kentucky Street
Valejo, CA 94590


Agababyan , Sandra
370 wood trace dr.
Alpharetta, GA 30022


Agalov, Liyl
3490 Winter wood Court
Marietta, GA 30062

Agantovich, Jacinda
150 Southfield Avenue Apt 1426
Stanford, CT 06902


Agarwal, Abhinav 1
3512 nandina dr
Flower Mound, TX 75022


Agarwal, Prerna
3540 S Figueroa St Radson Hotel #421
Los Angelas, CA 90007


Agarwal, Shikhanshu
8550 Cost Verde
San Diego, CA 92122


Agarwal, Utsav
701 Moore Avenue, C 1902
Louisburg, PA 17837


Agate, Gary J
419 Shelboune Drive
Pittsburgh, PA 15239


Agee, Jeffrey
9428 Carlton Oaks Drive Aprt. C
Santee, CA 92071


Agee, Tammy R
331 Brentmead Dr
Murfreesboro, TN 37130


Aggarwal, Nikhil
5308 Lake Washington Blvd Apt J
Kirkland, WA 98033

Agin, Marjorie
11 Headwaters Rd
Bluffton, SC 29910


Agrawal, Sugandh G.
4630 Center Blvd Apt 105
Long Island, NY 11109


Aguayo, Ricardo
3713 Kales Lane
Flowermound, TX 75022


agudelO, edna
1085 COOPER AVE
TEANECK, NJ 07666


Aguilar, Billy
2207 Marcie lane
Midland, TX 79707


Aguilar, Lisa
301 Acapulco drive
Bakersfield, CA 93314


Aguirre, Luis
19801 SW 114th Court
Miami, FL 33157


Agumbefureshmahima
401 stasney st.
college station, TX 77840


Ahern, Daniel
4311 N Winchester Apt. 3
Chicago, IL 60613

ahlrichs, Alicia
7609 11th street north
oakdale, MN 55128


Ahmad, Farrah
6278 Moonstone Drive
Grand Blanc, MI 48439


Ahmavieh, Bassel E.
1261 9th Street
Monterey, CA 93940


Ahmed, Omran
1800 Holleman Dr.
College Station, TX 77850


Ahmed, Shahzad
8300 Red Bluff Rd Apt 827
Pasadena, TX 77507


Ahn, yikyung A
965 S Westgate dr
Fort Lee, NJ 07024


Ahuja, Vikram
3066 25th St.
San Francisco, CA 94110


Aiello, Jenny
4005 English Laurel Ln.
Raleigh, NC 27612


Ailes, Daniel
3485 Beech Street
San Diego, CA 92102

Air Addiction Balloon Company
709 West 2nd Ave
Indianola, IA 50125


Air Texas Balloon Adventures
15714 Downford Dr.
Tomball, TX 77377


Airoldi, Harold
15029 South east Monner rd
Happy valley, OR 97086


Aitharaju, Vasu dev
36 Dogwood Drive
Edison, NJ 08820


Akers, Dean
2552 W. Palm Dr
Tampa, FL 33629


Akey, Matthew
2890 south gaylord street
Denver, CO 80210


Akilov, Emily
4395 Garland Ct
Las Vegas, NV 89121


akimushkin, Pavel S
473 Central park west apartment 2a
new york, NY 10025


Akinmuyisan, Oluwatayo
9522 Kilimanjaro Rd
Columbia, MD 21045

Akins, Robert D
183 Filo rd
Madison, AL 35758


Akjaya, Hakki
1267 New York Ave
Elmont, NY 11003


Akrawi, Marina
43264 Winterfield Drive
Sterling Heights, MI 48314


Al Bushidi, Salsabeel B
1 Longfellow Pl  apt 3808
Boston, MA 02114


Alabdulkarim, Sultan
6300 E Hampden Ave Apt 3426
Denver, CO 80222


Alabiooani, Salman
1515 Aggie Rd Apt F4
Jonesboro, AR 72401


alahmadi, noran
3131 east alameda ave
denver, CO 80209


Alajluni, Muhanna
1078 E. Ocean Blvd., # 21
Long Beach, CA 90802


Alalfey, Nagat
6846 Sewells Orchard Dr
Columbia, MD 21045

Alameri, Mohammed
516 cardiss
CA 92606


alamillo, Amy
1401 First street apartment a
indian rocks beach, FL 33785


Alan,  Darion
406 Noble Street
Kutztown, PA 19530


Alapati, Kalyan
821 Park summit blvd
Apex, NC 27523


Alardo, Darleen
80 Coolidge Street
Haversgraw, NY 10927


Alasiri /  Alaseeir, Khalifa
4279 Spectrum
Irvine, CA 92618


alasousi, ali
5005 west century blv
los angeles, CA 90304


Alba, Eric
5225 Redwood Rd.
San Marcos, TX 78666


Alban, Hugh
1920 Bay Dr.
Miami beach, FL 33141

Albano, Anderdson R
5021 Windflower drive
fayetteville, NC 28314


Albattal, Nais
13603 Marina Pointe DR #c533
Marina Del Ray, CA 90292


Albaugh, Jennifer L
6720 W 128th Place
Overland Park, KS 66209


Albeesh, Deena
12213 5th Ave
Lakewood, CO 80228


Albers, Jeri S.
9600 Drambuie crt
Loomis, CA 95650


Albertie, Belinda
218 Hollow Grove
San Antonio, TX 78253


Albertsen, Robert
408 East Washington St
Elk Point, SD 57025


Albertson, Sierra
1309 nw 157th st
edmond, OK 73013


Albini, Donald J
P.o. Box 2121
Sanoma, CA 95476

Alby, Amanda
1541 Lincoln Way #201
McLean, VA 22102


Alcala, Gabriel
2750 Figorola Blvd Apt 6
San Diego, CA 92109


alcamo, benedetto
71-02 80TH st
glenndale, NY 11385


Alcaraz, Federico
3506 Diamond St.
El Paso, TX 79904


Alcazar, Roberta
5640 Heffernan St
Houston, TX 77087


ALCORN, KATHRYN A
593 BRIARWOOD AVE
PITTSBURG, PA 15228


Alderete, Amanda
6515 Ridge Circle
San Antonio, TX 78233


Aldrich, Jessica
1978 Seville Street
Santa Rosa, CA 95403


Aldrich, Kelly L.
Route 2 Box 242
Sumner, IL 62466

Aldrige, Garrett
161 West 300 South
Knabe, UT 84741


Alecantara, Ian
21511 Moneta Ave
Carson, CA 90745


alemadi, Mohammed Quassem
2207 Riva row 3404
woodlands, TX 77380


Alemayehu, Wintana
733 Sligo Ave. apt 310
Silver Spring, MD 20910


Alemetson, Billy
41763 W Park Hill Ct
Marcopa, AZ 85138


Alengadan, John
6530 Independence ave
Canoga Park, CA 91303


Aleshire, Evan
531 Larchmont Dr
Wyoming, OH 45215


Alewine, Ross
98 Benett St
Piedmont, SC 29673


Alexander, Brian
8960 Cynthia Street #105
West Hollywood, CA 90069

Alexander, Brooke L.
772 W Essex St
Washington, UT 84780


alexander, daniel
5514 west 149th place unit 2
hawthorn, CA


Alexander, Jobie
3775 Hoods Branch Rd
Springfield, TN 37172


Alexander, Melissa
7033 E Kessler Ave
Mesa, AZ 85209


Alexander, Patricia
7612 Woodbine Dr
Laurel, MD 20707


Alexander, Tavonnee
15024 nordhoff unit 14
North hills, CA 91343


Alexender, Brian
529 Col:umus Ave
Boston, MA 02118


Alfaro, Carlos
1900 Ray Dr.
Burlingame, CA 95010


Alfi, Yaron
3081 hayes ave
Costa Nesa, CA 92626

```
Alford, Colby
445 4th St Box #80
Delrio, TX 78843


Alford, Neal E.
4434 North FM 148
Crandall, TX 75114


Algadhi, Majed
2680 Grande Isle
Orange City, FL 32763


algattan, Sarah
150 51st ST Apt 1632
New York, NY 10019


Alhammadi, Ahmed
30 arthur ave. SE apt. 5
minneapolois, MN 55414


Alharbi, Abdullah
3480 Mckenna Drive Apt 3
Eugene, OR 97401


Alhouti, Abdulrahman
6941 SW 56 S.t
Miami, FL 33155


Alhowaish, Abdul N
5440 North Cujunga Ave
North Hollywood, CA 91601


Alhuayen, Sattan
West Beach Dr
Panama City, FL 33122
```

Alhuseini, Mishael
2250 Clarendon Blvd
Arlington, VA 22201


Ali, Ahmed 2
1008 Foulkrod St.
Philadelphia, PA 19124


Aliberti, William
363 Daniel Webster Hwy
Northwood Stock, NH 03262


Alibin, Ali
171 Moultrie Street
Charleston, SC 29409


Alicea, Ileana
269 West Cornwall St
Philadelphia, PA 19140


Alioto, Aniello
1009 Samantha Lane
Odenton, MD 21113


Alisher, Shavali
11017 sw park ave apt 224
portland, OR 97201


Aljaber, Abdulla
11302 10th ave Nantucket Gate apt F 103
Tacoma, WA 98445


Aljumah, Saud
1710 Multnomah St
Portland, OR 97232

Alkoraishi, Abdullah
4348 9th Avenue
Seatle, WA 98105


Allara, Kara
9020 heather trace lane
Gastonia, NC 28056


Allardyce, Lindsay S.
3991 Baynard Court
Southport, NC 28461


Alldredge, Sherry
1105 Breanne Court
Bureson, TX 76028


Allen , Mary
10227 Knockaderry Dr
Grand Ledge, MI 48837


Allen Jr., Joesph R
1409 Davidson Ct
Auburn, IN 46706


Allen, Alton
2131 W.ontario apt. 2
philadelphia, PA 19140


allen, brady
PO Box 5917
Breckinridge, CO 80424


Allen, Charles D.
111 Poplar Dr
Washington, GA 30673

Allen, Cheri
18 Tremont apt12
Kingston, MA 02364


Allen, Chrissy
PO Box 552
Starke, FL 32091


Allen, Christian T.
19777 N 76st st unit 1196
Scottsdale, AZ 85255


Allen, Christina M
8743 West Clarendon Ave
Pheonix, AZ 85037


Allen, Christopher 1
333 Deepwood Trail
Clarksville, TN 37042


Allen, Cricket
1503 Sahara Dr.
Crosby, TX 77532


Allen, Heather
221 pine valley drive
Wilmington, NC 28412


Allen, Jeffrey C
4530 Dakota Trail
St Charles, MO 63304


Allen, Jolene
5618 Grassy Bank Drive
Indianapolis, IN 46237

Allen, Kelly
1159 Saint Pauls Parish
Johns Island, CA 29455


Allen, Laura
350 Dearbourne Ave
, ON L7B 1A3


Allen, Lauren
4606 Bennett Avenue
Austin, TX 78751


Allen, Matthew 1
1615 Lindsay Way
Waukesha, WI 53186


Allen, Michael 2
PO Box 698
Bullard, TX 75757


Allen, Risty
5912 Collins Ct
Granbury, TX 76048


Allen, Trichele
P O Box 754
Bertram, TX 78605


Allen, Tyler
4530 Dakota Trail
St. Charles, MO 63304


Allender, Brandon
1208 south west 13th avenue
portland, OR 97205

Alley, Kevin M.
6301 Stonewood Drive, #528
Plano, TX 75024


Allian, Charles
608 Cornwall Road
Lebanon, PA 17042


Allituram, Chandra Shekar
200 Castlewood Drive Apt 638
Salisbury, NC 28147


Allnutt, Wesley
22615 Blackwater Dr.
Blackwater, MO 65322


Allocca, Ryanne
2412 holloway terrace
raleigh, NC 27608


Allouche, Ram
3802 Knicker Bocker Place
Indiananapolis, IN 46240


Allred, Justin
1432 3rd Street
Auogden, UT 84404


Allred, Tanner
110 E. Broad St
Groveland, FL 34736


Almallah, Sarah Waled
4417 Sweetbriar Drive
Garland, TX 75042

Almansoori, Fahad
1 Jefferson Pkwy Apt # 291
Lake Oswego, OR 97031


Almansour, Ahmed
509 Hunt Club Rd.
Blacksburg, VA 24060


Almanza, Matthew
1714 Alston Avenue
Colton, CA 92324


Almazan, Claudia
1741 S Clearview Ave
Mesa, AZ 85209


Almeida, Alailva
62 Lakeville Cr
Petaluma, CA 94954


Almoaither, Abdulaziz
8838 Dugas Road
San Antonio, TX 78251


Almohammadi, Nazih
265 North 7th street Aprt. 151
Laramie, WY 82072


Almuaooem, Mojtaba
3223 S 68th court
Omaha, NE 68106


Alnajjab, Hana
604 Summit Pointe Way NE
Atlanta, GA 30329

Alonzo, Ricardo
3119 NW 30 th St
Forth Worth, TX 76106


Alphonse, Nesskens
204 SW 22nd Avenue
Ft Lauderdale, FL 33312


alqwaisly, mawas
4 Lmrie road
aooston, ME 02134


Alsahlani, Hussam
1784 Taper Drive
Pittsburgh, PA 15241


Alsaleh, Ruaa
13228 Brookside Dr
Sugarland, TX 77478


alserkal, saleh
13900 marqueses
warina del ray, CA 90292


Alshamlan, Mai
1010 Regancy Pkwy Apt 311
Omaha, NE 68114


Alshawaf, Yaqoub
7051 W Blvd
youngstown, OH 44512


Alshenaisi, Abdulaziz
4158 Dakota Street
San Diego, CA 92122

Alston, Katrina
269 E Villa
Pasadena, CA 91101


Alsubaie, Nais
144 Gooch Hall
Martin, TN 38238


Alter, Cerna
1412 Oldbury Place
Westlake Village, CA 91361


Altieri, Dominick
329 Adams Avenue
Cuyahoga Falls, OH 44221


Altourah, Kelly
1103 SW 28th St #307
Ankeny, OH 50023


Alvarado, Jennifer M
11699 216th Street
Lakewood, CA 90715


Alvarado, Tracie  1
P O Box 332
Denver City, TX 79323


Alvarez Jr. , Ralph
6442 Reef Circle
Tampa, FL 33625


Alvarez, Kelly R
6 Grove Circle
Sellersville, PA 18960

Alwadhi, Humaid
116 Bailey St #1
East lansing, MI 48823


Alwahibi, Mohammed N
4480 Hagadorn Rd Apt 205
Okemos, MI 48864


Alyufus, Yousaf
600 West 26th street apt 2316
Austin, TX 78705


Ament, Matthew
7726 East La Junta Road
Scottsdale, AZ 85255


Amenta, Justin
335 Kensington Rd
Southington, CT 06489


America's Unknown Destinations
4187 Lynwood Drive
Kent, OH 44240


American Balloons - FL
4906 Land-O-Lakes Blvd
Land-O-Lakes, FL 34639


American Balloons Intl. - NJ
218 Dove Cote Court
Whitehouse Station, NJ 08889


American Freedom Ballooning
617 Briarwood Drive
Elverson, PA 19520

Ames, Cynthia E
350 Santa Cruz St
Boulder Creek, CA 95006

Amin, Aakash
12352 Bluewing Ct
Poway, CA 92064

Amitrano, Carolyn S
8 Wildwood Rd
Narragansett, RI 02882

Amon, Bret
Po Box 2740
Dillion, CO 80435

Amos, David J.
P.O. Box 714
Greenville, CA 95947

Amos, Korey
269 Black Lane
Calhoun, LA 71225

Anantha, Ravindra
1425 South Wols Road
Prospect Heights, IL 60070

Ananthanarayanan, Ponnani
303 Minuteman Dr
Collegeville, PA 19426

Anastasopoulos, Roula
2566 48th Street
Queens, NY 11103

Anaya, Isabel
13838 The Lakes Blvd
sluggerville, TX 78660


Anaya, Jonathon
507 South Ross
Mountainair, NM 87036


Anaya, Melissa
2015 Herst Dr
Allen, TX 75013


Andachter, Anne
1512 W Wicklow Lane
Sioux Falls, SD 57108


Andersen, Andrea
900 South Forest Ave
Sioux Falls, SD 57104


Anderson, Ashley 3
4735 route 60
derry, NY 14740


Anderson, Blake
3107 NE 40TH cT
fT lAUDERDALE, FL 33308


Anderson, Carol  L
720 Michigan ave
washington, PA 15301


anderson, daix
17414 poplar canyon
richmond, TX 77407

Anderson, eric 1
Box 424
Delta Junction, AK 99737


Anderson, floyd j
4703 46 ave north
st. pete, FL 33709


Anderson, Jefferey B.
200 Crest
Spicewood, TX 78669


Anderson, Katarina
Coast Highway 101
South Beach, OR 97366


Anderson, Keith 1
1335 Summit ave  216
Oshkosh, WI 54901


Anderson, Kristian
13266 Meander Cove Drive
Germantown, MD 20874


Anderson, Krystal
5019 East 600 North
Kokomo, IN 46901


Anderson, Megan
93 willow creek dr
battlecreek, MI 49015


Anderson, Mitchell L
803 Sawgrass Place
Ft Smith, VA 23703

Anderson, Nicole 1
7c Gorman St
Moosup, CT 06354


Anderson, Nina
59 lakeland drive
atlanta, GA 30305


Anderson, Paul W
3000 Clubhouse Road
Costa Mesa, CA 92626


Anderson, Ryan 1
315 Carona St. Apt. B
Winston Salem, NC 27103


Anderson, Sean 1
po box 181138
Coronado, CA 92178


Anderson, Sean 3
4216 Logansport rd
Logansport, IN 46947


Anderson, Shane
6033 Sycamore Ave NW
Seattle, WA 98107


Andino, Joseph
3110 South west 120 road
miami, FL 33175


Andrade, Roberto
1508 Bay Road Apt 35
Miami Beach, FL 33139

Andre, Ruth L.
35086 Sr 27
Hector, AR 72843


Andre, Sarah
3115 Sunset Bulv.
Houston, TX 77005


Andreas, Andrew K
10412 Flint St
Overland Park, KS 66214


Andren, Kerri
96 Edgewood Dr.
Florham Park, NJ 07932


Andreus, Eric
305 Nestle Way
Breinigsville, PA 18031


Andrew, Jon
1190 Arbor Hill Drive
Woodstock, GA 30189


Andrews, Donna
4223 Abby Ridge
Quincy, IL 62305


Andrews, Helen
18131 Langlois Rd Apt D-13
Desert Hot Springs, CA 92241


Andrews, Kevin
4022 Towne Lakes Circle #3108
Appleton, WI 54913

Andrews, Shawn
15811 Gordon cummins
canyon, TX 79015


Andrews, Taylor R.
2447 Cowart St
Jena, LA 71342


Angel, Douglas P.
62020 mount vernon
washington, MI 48094


Angel, Mason
2539 West HWY 18
Paradise, KS 67658


Angelakos, B. Dean
132 East 35th street apt. 11-G
New York, NY 10016


Anghel, Susan
5 Columbia Place
Merrick, NY 01156


Anikin, Aleksey
622 Waldon lane
Savannah, GA 31405


Anisha, Shanoral
615 saint ives lane
goose creek, SC 29445


Anrig, Chris
141 Blu Lake Blvd
Pooler, GA 31322

Antinori, Pablo
3901 Accent Drive
Dallas, TX 75287


Antuma, Mike
4647 Shearwood Court
Grand Rapids, MI 49525


Anwar Tajuddin, Abdul W.
S80 1 Castle Point Terrace
Hoboken, NJ 07030


Aoki, Risa
8152 Patterson Woods Dr. Apt 3107
Orlando, FL 32821


Apakuri, Ramakiran
4545 Ladder Rd
Spring, TX 77388


Apeles, Paul
5 Fletcher Court
Spring Valley, NY 10977


apelis, alexander p
29 east 6th street
clifton, NJ 07011


Aphelion Aviation, LLC
82 Hartfield Rd, Ste 214
Morgantown, WV 26505


Apodaca, Jeffrey
PO Box 3346
fremont, CA 94539

Apodaca, Justin
8431 Hope Ct
Thornton, CO 80229


Appleberry, Charles
332 South 4th St
Steelton, PA 17113


Applegate, Kelli
1211 east cumberland ave 2504
Tampa, FL 33602


Appleyard, Jordan
6140 Sagamore Ln
Kalmazoo, MI 49004


ARABOLE, MAHESH ISHWAR
1177 S Northpoint Blvd
Waukegan, IL 60085


Aranda, Genaro
147 West Theo Aven.
San Antonio, TX 78214


Aranguren-langston, Sandra
40 Bank St.
New york, NY 10014


Aravindam, Rajagopal
134 -A, 5th st Ram Nagar
Tamin Nadu


Arboleda, Patricia
16500 Collins Ave. Apt. 355
Sunny Isle, FL 33160

Arcara, Vanessa
109 Wheatley Rd.
Glen Head, NY 11545


Archer, Lori
222 E American Rd
Gillette, WY 82716


Archer, Sarah A
4431 Stewart Avenue
Los Angeles, CA 90066


Archuleta, Billy
5460 Alteza Drive
Colorado Springs, CO 80917


Archuleta, Cori
1534 NW 37th Ave
Camas, WA 98607


Ard, Eunice M
PO Box 433
East Point, FL 32328


Ardizzone, Michael
868 south morgan town road
greenwood, IN 46143


Ardoin, Matthew
1607 Tiger Ln.
Villplatte, LA 70586


Ardolino, Joseph J
281 Kings Road
Madison, NJ 07940

```
Arellno, Bertha
8350 US Hwy 87 E # 2
San Antonio, TX 78263


Arguello, Johanna
1606 Heather Springs Ln
League city, TX 77573


Argueta, Magda
1 Quentin Ave.
New Brunswick, NJ 08901


Arieh , Nitanel
6900 lachland circle
baltimore, MD 21239


Arizona Hot Air Balloon Company, LLC
3913 W. Woodridge Dr
Glendale, AZ 85308


Armand, Jon
9121 Sweetbrook Lane
Riley, NC 27615


Armentrout, John
6930 Sandia Dr.
Reno, NV 89523


Armiger, zachary
9 andrews court
parkton, MD 21120


Armour, Warren
6475 Canyon Vista Ct.
San Diego, CA 92111
```

```
Armstrong , Susan A
764 High Street
Lancaster, PA 17603


Armstrong, Andra
3214 Centenary Bulvd.
Shreveport, LA 71104


Armstrong, Brooke
PO Box 447
Merlin, OR 97532


Armstrong, Janette
15232 Moringside Drive
Chino Hills, CA 91709


Armstrong, Lisa
1227 Sedgewood Ln.
Lincolnton, NC 28092


Armstrong, Ryan
1515 east broadway
Monmouth, IL 61462


Armstrong, Travis
300 Archibald close
Ft. McMurray, AB T9K 2P5


arnaud, patrick
53 riverview ln
cocoa beach, FL 32931


Arndt, Renee
1216 Blairwood Drive
Flowermound, TX 75028
```

Arnold, Mark
4791-B Quailwood Terrace
Boynton Beach, FL 33436


Arnold, Matt
4617 Summer Oak Avenue East Aprt.832
Sarasota, FL 34243


Arnolde, Jason
1525 Graves Ave 139
El Cahone, CO 92021


Arora, Karan
7308 West 27th St Apt 9
Las Angelos, CA 90007


Arreola, Crystal
2507 west madison ave
Montabella, CA 90640


Arrietta, Elise
5707 Gaston Ave Apt 205
Dallas, TX 75214


Arrigo, Vince
242 S Washington Blvd
Sarasota, FL 34236


Arrington, Michael
2804 graham blvd
Pittsburgh, PA 15235


Arseneault, Patrick
1509 Route 315 Dunlop south
New brunswick

Arteaga, Emillo
1102 W. Mc Fadden
Santa Anna, CA 92707


Arteche, Markus
335 Goosecreek Dr.
Winter Springs, FL 32708


Arter, Shawn N
2806 Mcgill Blvd
San Angelo, TX 76905


Arterburn, Stephen
401 gleneyrie street
laguna beach, CA 92651


Arthur, Sidney
P O Box 280
Fredonia, WI 53021


Artzibushev, Constantine
5111 West Homer Ave
Tampa, FL 33621


arul, Jerome
2 college street 31
providence, RI 02903


Arwindekar, Amit
1600 N. Marshfield Ave.
Chicago, IL 60622


Ascha, Mona
6950 Norvale Circle West
Gates Mills, OH 44040

Asencio, Blanco A
1011 Godwin Ave
Chesapeake, VA 23324


Ashby, Holly
8010 Sandi Court
Indianapolis, IN 46260


Ashby, Matthew E
2 Carpenter Place
Pueblo, CO 81001


Asheville Hot Air Balloons
P.O. BOX 2319
Candler, NC 28715


Ashley, Adrienne
9407 waterfall cove dr
cesterfield, VA 23832


Ashley, Cristina
8900 Holly Hill Rd
Quinton, VA 23141


Ashner, Sandra
3200 Jasmine rd
montgomery, AL 36111


Ashworth, Eric
17Farm Lane
Carlisle, PA 17015


Askew, Charles
9 weathers field dr
Medford, NJ 08055

Asses, Carlos H
Rua Francisco Paulo
Brazil Saint Paula 00952-4080


Assouline, Tom
110 North Federal Hwy
Ft. Lauderdale, FL 33301


Asthana, Vivek
2404 Heritage Way
Union City, CA 94587


Astramecki, Ross
2999 Oak Rd #200
Walnut Creek, CA 94597


AT&T 678-567-1731-156-1887
P.O. BOX 105262
Atlanta, GA 30348-5262


Ateng-Attakora, George
1505 Mydeck Place
Crown Point, IN 46307


Athanasiou, George
61-47 146 place
Flushing, NY 11367-1211


Athanta, Srikanth
13644 Legacy Circle APt b
Herrendon, VA 20171


Atkins, William
3551 7th st
Moline, IL 61265

Atkinson, Lorna
10 Highview Dr
Wayne, PA 19087


Atkinson, Mario C
P.O BOx 180754
Austin, TX 78718


Atkinson, Patrick 1
12300 Marion Lane West #2205
Minnetonka, MN 55305


Aton, Ron
829 Lassen
Vallejo, CA 94591


Atwood, Jason C.
833 West Buena Ave Apt 1701
Chicago, IL 60613


Atwood, Jeff
1627 S 1220 W
Uintah, UT 84078


Atwood, Jerry
PO Box 770
Ferndale, WA 98248


Auck, Jenne
820 Travis Circle
Centralia, MO 65240


Audu, Ayuba
4604 Crosswind Court
Melbourn, FL 32904

Aughenbaugh, Mildred A
400 Highway 1283
Loris, SC 29569


Augustin, Scott M
102 South 5th Street
Perkasie, PA 18944


Aukes, Gary
359 100 11th street
beaver creek, MN 56116


Ault, Keith A
2132 Alt Rd
Chillicothe, OH 45601


Ausmus, Kendra
202 W Washington St
Macon, MO 63552


Austin Aeronauts
1700 Elmhurst Drive
Austin, TX 78741


Austin Skydiving Center
1055 PR 7022
Lexington, TX 78947


Austin, Tommy D
155 Mississippi Loop
Jacksonville, AR 72076


Avila, Jose 1
4429 North Eddy
Fresno, CA

Avila, Nathan
167 Jackson street
brooklyn, NY 11211


avsalud, Melchor
40-36 74th St
Elmhurst, NY 11373


awe, ade
205 watts cir.
nashville, TN 37209


Awesome Ascensions
24716 Streit Road
Harvard, IL 60033


Awishus, Phalaine
800 E Beau Apt 8H
Washington, PA 15301


Aycinena, Mariano
5 6th ave 1170 zone 1 Edificio Herraera
Guatamala City, Guatamala


Aydelotte, James
22 Leprechaun lane
Boise, ID 83617


Azam, Shaina
395 New Castle Dr
Alpharetta, GA 30009


Aziz, Walid
2060 Dogwood Trail Apt 2A
Marvel, IN 46410

Azza, Kalyn
8400 B Streamview Dr
Huntersville, NC 28078


Azzarone, Colleen
4390 SE Scotland Cay Way
Stuart, FL 34997


Babas, JC
943 N Standley Ave
West Hollywood, CA 90046


Babb, Mathew
9300 Treasure Hill Rd Apt. 1108
Little Rock, AR 72227


babcock, Brandon
1109 Willowind trail
ft. wayne, IN 46845


Babcock, Lori
2025 E Campbell Ave Apt 321
Phoenix, AZ 85016


Baber, Kim
10132 N Baird Ave
Fresno, CA 93720


Baca, Hugo
3206 Embercrest Lane
garland, TX 75044


Baca, Nancy C
1536 Clermont st
Denver, CO 80220

Bach, Duane
330 Spring Creek Rd.
Rockford, IL 61107


bachand, david
570 c ave
coronado, CA 92118


Badalamenti, Ariadna
1330 Rivera Ct
Santa Rosa, CA 95409


Badel, Krunal
628 Norriston Rd.
Horsham, PA 19044


Bader, John C.
429 Cypress View
Oldsmar, FL 34677


Badgi, Amit
429 Enclave Circle apt:301
Costa Mesa, CA 92626


Badgley, Emily A
683 Tremont St. Apt 3
Boston, MA 02118


Badkook, Mohannad
75 Station Landing
Medford, MA 02155


Bag, Rupak
249 Washington St apt B
Jersey city, NJ 07302

Baggett, Holly
474 White Road
Chatsworth, GA 30705


Baghdady, Mohammed
310 9th Street
Jersey City, NJ 07302


Baharimehr, Shahin
1835 Arch Apt 1604
Philidelphia, PA 19103


Bahmanpour, Mitra
51 Martinique St.
Laguena Miguel, CA 92677


Bahr, Corinna, J
1711 Rustric Oak Lane
Seabrook, TX 77586


Bailey , Rod
3617 Vincent Ct
Bakersfield, CA 93304


Bailey, Alicen
561 Sunset school rd.
Sunset, TX 76270


Bailey, April
510 Valley View Rd. SW
Oronoco, MN 55960


Bailey, Cathi
3077 Summit ct
Newburgh, IN 47630

Bailey, Melissa 1
3027 S 300 W
Bountiful, UT 84010


Bailey, Michael 1
3027 S 300W Bountiful
Bountiful, UT 84010


Bailey, Tokuda
1700 Fountain Court
Columbus, GA 31904


Baker, Abby
13504 copper head drive
riverview, FL 33569


Baker, Chris
8811 Staghorn ml
converse, TX 78109


Baker, Kay F
234 Stock Farm Rd
Jackson Center, PA 16133


Baker, Larry 1
3412 Willow Lake Dr Apt 411
Kalamazoo, MI 49008


Bakkejord, Dag
Surras Gata 35 4010
Statanger


Balahadia, Brian
153 boyd ave
Jersey city, NJ 07304

Balch, Jim
P.O BOX 0678
EAST WINDSOR, CT 06088-0678


Balderrama, Jonathon
4840 Fruitridge Rd
Sacramento, CA 95820


Baldev, Eric
1422 north greenview apt. 2
chicago, IL 60642


Baley, Randy
4501 Indian Lopes trail
Arlington, TX 76017


Ball, Renae G
2117 Old Indian Rd
Richmond, VA 23235


Ballard, Christopher
933 Neptewn Ct
Mountain View, CA 94043


Ballard, Diana
1803 Courtney Cove
Round Rock, TX 78664


Balloon Hollow
1112 Merrywood Court
Mooresville, NC 28115


Balloon Masters
7644 N Oakbrook Drive
Reynoldsburg, OH 43068

Balloon Quest Inc
2470 Grange Hall Rd
Fenton, MI 48430


Balloon Stormers
PO Box 368
Ashland, MO 65010


Balloons Above the Valley
603 California Blvd.
Napa, CA 94559


Balloons and Beyond
533 Edgewater Dr
Polk City, FL 33868


Balloons Over Georgia
112 Jason Lane
Cumming, GA 30040


Balloons Unlimited
P.O. Box 762
Middleburg, VA 20118


Balsie, Lauren
6745 Cow Hollow Dr
Charlotte, NC 28226


Baltimore Steel Erectors, LLC
11006 Red Lion rd
White Marsh, MD 21162


Baltzer, Adam
2001 Hillston Ridge Rd #308
Raleigh, NC 27617

Baluch, Kevin S
1175 woods crossing road suite 8
greenville, SC 29607


Bandurraga, Savanah
122 Cannon Street
Charleston, SC 29403


bangiyev, boris
649 greeley ave
Staten Island, NY 10306


Bankoski,  Linda
793 SparkDale Rd
Newark, NJ 19711


Baranets, Zhanna
125-10 Queens Blvd Apt 714
Qu Gardens, NY 11415


Barattini, Winnie
10008 Leaf Wood Drive
Talahasee, FL 32312


Barbato, Carl
5 west 13th st apt 17A
New York, NY 10011


barber, charles 1
5325 south 9th ave
countryside, IL 60525


Barbier, Guy Thomas
260 E. Chestnut St, unit 4401
Chicago, IL 60611

Barbour, Kareem
5643 Harpers Farm Road Unit F
Columbia, MD 21044


BARGER, ALICE
30172 FM 3009
New Braunfels, TX 78132


Baricelli, Joseph
5515 Wissahickon Ave Apt 101A
Philadelphia, PA 19144


barker, Edward A
626 Heather lane
bryn mawr, PA 19010


Barker, Lacey 1
3374 Ridgeview Dr
Holdenville, OK 74848


Barksdale, Chelsea D
2300 Shrewsbury
Burlington, OH 43221


Barksdale, John
8523 Greenbelt Rd Apt T1
Greenbelt, MD 20770


Barkus, Elizabeth
152 8th ave apt 6n
new york, NY 10011


Barnes, Kevin
185 Oakland aveSuite 150
Birmingham, MI 48009

Barnes, Violet
703 West Lisbon Lane
Clovis, CA 93619


Barnet, Lisa E
8925 Beverlywood St
Loa Angeles, CA 90034


Barnett, Taryn
929 Natchez Valley Trace
Grayson, GA 30017


Barnhart, Melissa
8628 Black Rock Harbour
Pasadena, MD 21122


Barniak, Adrian T
32 Preli Ct
Southington, CT 06489


Barnum, Lela A
4630 E Mount Vernon
Witchita, KS 67218


Barnwell, Sharon
12709 NW 15th St.
Coral Springs, FL 33071


Barone, Andrew
30 Russell Terrace
Eaton Town, NJ 07724


Barr, Patricia A
1850 Gibson Dr
Hatboro, PA 19040

Barr, Richard
2801 Powhattan
Kettering, OH 45420


Barrantes, Anna C
329 Hayes St
Sanfransico, CA 94102


BarrCLOUGH, Gavin
1725 Wright Ave Apt 17
Mountain View, CA 94043


Barreto, Juan
10455 Palmerello Rd
San Diego, CA 92131


Barrie, David
1000 Eulalia Rd.
Atlanta, GA 30319


Barrilleaux, Jaime
12468 Sirchia Ln
Independence, LA 70443


Barrios, Rogelio
P O Box 219
Sebastian, TX 78594


Bartch, Patrick
4651 Gann Ct SW
Smryna, GA 30082


Bartell, Christopher J.
3924 Terrace St.
Philadelphia, PA 19128

Bartolomeo, Ymoli
626 Coral Way
Coral Gables, FL 33134


Bartolotta, Joseph L
219 38th St
Pittsburgh, PA 15201


Barton, Mindy A.
5 Sandlewood Dr 17 B
Fort Walton Beach, FL 32548


Bartunek, Jane Renee
523 Pier 2
Lincoln, NE 68528


Bascon, Monette
723 Anchor Cove
San Diego, CA 92154


Baseer, Sana
1813 Marian Drive
Elezebith City, NC 27909


Bash, Rebecca
1464 Carol Drive
Napa, CA 94558


Baskett, Ray
109 Commerce St
Lake Mary, FL 32746


Bass, Beverly
319 E. Hickory Ridge Cir
Argyle, TX 76226

```
bassett, charmaine
3344 Secor Rd suite b106
Toledo, OH 43606


Bassett, Charmaine R
3344 Secor Rd suite b106
Toledo, OH 43606


Batchelor, Jillian
7274 Parading Pokey Street
Las Vegas, NV 89131


Bateman, Sandra
8725 east longlake circ.
Witchita, KS 67207


Bates, Graham C.
747 Runway Bay
Chandler, AZ 85240


Bates, Kay
7211 Stonebridge Rd
Newbrugh, IN 47630


Bates, Mr. John R.
6307 Waterford Blvd. Suite 155
Oklahoma City, OK 73118


Batley, Jason
519 spring street
davidson, NC 28036


battersby, gregg
1666 county rd 8
south woodslee, 51
```

```
bauckman, brandon
7330 Canadian Drive
Erving, TX 75039


Baudhuin, David J.
P.O. Box 436
Lakeville, MN 55044


Baudoin, Anne
2520 oak Cliff drive
baton rouge, LA 70810


Bauer, Sheila
2775 N Lake Shore Dr
Holland, MI 49424


Baughman, Leonard F.
2160 E. Fry Blvd.
Sierra Vista, AZ 85635


Baum, Lynn
P.O. Box 20459
Sarasota, FL 34276


Baumbach, Jillian
po box 806
sudbury, MA 01776


Baumer, Gregory
1930 Ridge Ave. Apt C411
Evanston, IL 60201


Baumgart, Andrea
3255 Buffalo Run
tarpon springs, FL 34688
```

Baumgart, William
3255 Buffalo Run
Taron Springs, FL 34688


Baumhoer, Nicholas R
6600 concord dr
newburgh, IN 47630


Bautista, Elsa
5151 North Lake Drive
Whitefish Bay, WI 53217


Bawden, Nicholas E
1407 C Orleander Lane
Dauphin Island, AL 36528


Baxani, Marie
72 Wynondley Rd.
Hitchin Herts SG49PT


Baxter, Dana A.
4020 Porte La Pav, Unit 103
San Diego, CA 92122


Bay Area Skydiving
P.O. Box 88
Byron, CA 94514


Bayha, Jennifer
980 Crestview Dr
Pasadena, CA 91107


Baylis, Robert
3825 Bryan Street
Dallas, TX 75204

```
bayliss, Ryan A
5761 Robbie rd apt 3406
Plano, TX 75024


Baynes, Darryl
Brookside Dr
Wheeling, WV 26003


Bazan, Joel
Po Box 84
Concopcion, TN 78349


Bazin, Nancy L
334 Sabin Ave
West Minster, VT 05158


Bazinet, Yvonne
5234 Hollister Ave
Santa Barbara, CA 93111


Bbaaha, Arastao
1701 nichols cannon rd #103
los angeles, CA 90046


Beach, Joseph
450 Pitts Rd.
Hixson, TN 37343


Beale, April
744 La Charles Dr NE
Albequerque, NM 87123


Beall, Donna
225 helen street
midland, MI 48640
```

Beard, Matthew
179 North Royal Oaks Blvd Apt H3
Franklin, TN 37067


Beard, Michael
8180 Nicholson Dr
Frisco, TX 75034


Bears, Aaron
422 Soth 11th
Manhattan, KS 66502


Beasely, Derek
1326 Beachmont Street
Ventura, CA 93001


Beason, Steven Wayne
1500 Blue grass Lake Pkwy
Alpharetta, GA 30004


Beaton, Dax R
6803 Palomino Ridge Ct
Summerfield, NC 27358


Beauclair, Carla
3001 McCart Ave
Fort Worth, TX 76110


Beaudetpe, Sarah
5804 15th Aveune NE apt 9
Seattle, WA 98105


Beaudin, Paul
997 Jockey Hill Rd
Landaff, NH 03585

Beaumarchais, Dave
2933 E. Highlands Rd.
Highland, MI 48356


Beccu, Nadine
514 Bryant St
San Fransico, CA 94107


Bechtel, Amy
1313 Wheatlande Way
Las Vegas, NV 89128


Beck, Jamilyn
6924 Cumberland Terrace
University Park, FL 34201


Beck, Richard
2353 150th Street
Sharpsburg, IA 50862


Beckendorf, Houston
25883 Stonehenge
Denham Springs, LA 70726


Beckman, Erin
9355 Harroway Rd.
Summerville, SC 29485


Beckwith, Diane
4405 Kim St.
Snellville, GA 30039


Bedi, Kanwar
3925 Walnut St Apt 611
Philadelphia, PA 19104

Bedoya, Sebastian
3859 American Drive
Abilene, TX 79606


Behymer, Cheryl
12824 Park Hill Rd
Oklahoma City, OK 73142


Beil, Maggie
3400 Edloe St Apt 1532
Houston, TX 77027


Beiler Jr, Elmer B
137 North New Holland Rd
Gordanville, PA 17529


Belardo, Mardel
1531 Hemmingway Lane
Roswell, GA 30075


Bell, Charles 1
2725 Mimosa Park
Richland Hills, TX 76118


Bell, Gregory M
1020 North 2nd St
Atchison, KS 66002


Bell, Jalisa S
10810 Sherwood Hill Rd
Owings Mill, MD 21117


Bell, Patsy J
6070 Sea Isle
Galveston, TX 77554

Bell, Stacie
624 NW 18th Place
Moore, OK 73160


Bellegarde, Valerie
330 East 39th Street Apt 4L
New York, NY 10016


Bellini, Maria
923 Dunkirk
Arlington, TX 76017


Bement, Courtney
427 Buckeye lane
Westchester, PA 19382


Bench, Hollie
4368 Foxhaven Ave
Canton, OH 44718


Benditz, Daniel
44 Gleannloch Estates Dr
Spring, TX 77379


Bene, Rami
rahal 55
telaviv, 51


Benedetti, Francesca
609 se 58th ave
portland, OR 97215


Beneville, Christine
86 SHINNECOCK AVE
MASSAPEQUA, NY 11758

```
beng, fiona
20084 east shadyridge rd
parker, CO 80134


Benitez, David
21 Spruce St
Pompton Lakes, NJ 07442


Benner, Michael
634 E Leray St Apt 2
Watertown, NY 13601


Bennett, Alison
4556 country glen circle
grovetown, GA 30813


Bennett, Atalia
151 Boylston street
jamacia plain, MA 02130


Bennett, Chip
537 Latitude Ln.
Ospray, FL 34229


Bennett, Deborah
62 Moprior Lane
North Augusta, SC 29860


Bennette, Jennifer
9241 Northedge dr
Springfield, VA 22153


Benson, Jason R
1254 Lake Rd
Hiram, GA 30141
```

Benson, John 1
7609 June Grass Ln.
Frisco, TX 75035


Bent, Michael
6827 mill rd
Egg Harbor Township, NJ 08234


bentley, gregg
567 biello vista court
greenwood, IN 46143


Benton, Richard
1299 Ocean Ave
Santa Monica, CA 90401


Bentzlin-Smith, Ashley
8110 East Fairmount Drive
Denver, CO 80230


beplay, ryan c
54547 sagewood drive
mishawauka, IN 46545


Bequillard, Aldena
5215 Live Oak Rd
Lakekland, FL 33813


Berfond, Danielle
85 John St., Apt. 3L
New York, NY 10038


Berg, Alexandria M
po box 1513
monroe, WA 98272

Berg, Esther
270 Neskowin Way
Eagle, ID 83616


Berge, Steve
5095 Norseman Circle
Marrieta, GA 30068


Bergemann, Brittney
5028 Voltaire St
San Diego, CA 92107


Berger, Les
325 Sharon Park Dive
Minlow Park, CA 94025


Bergersen, Brad
102 Foxtrap Drive
Glen Burnie, MD 20161


Bergman, Daniel
14428 Lake Jessup Drive
Jacksonville, FL 32258


Bergmann, Angela K. D.
5710 SE Lloyd Street
Milwaukee, OR 97222


Beriger, Lisa
1705 W Woodbridge Ct #194
Tucson, AZ 85746


Berisha, Doruntina
4028 Viapicaposte
pales verdes, CA 90274

Berlingeri, Anthony
52 dawn heath cir
littleton, CO 80127


Berna, Charlette
1757 Bryn Mawr Ave
Santa Monica, CA 90405


Bernard, Kimberly
424b Salem st
Lexington, NC 27292


Berry, Raymond
15922 Countrybrook Street
Tampa, FL 33624


Bertrand, Brad
6367 Rancho Mission Road
San diago, CA 92108


bertrand, willam
900 NORTH WALLNUT CREEK SWEET 100
MANSFIELD, TX 76063


Berus, Joy
333 city blvd west Suite 2050
Orange, CA 92868


Bessette, Alan
9281 SW 197 Circle
Dunnellon, FL 34432


Best, Don
1333 Britton Av
Ft. Worth, TX 76115

Beswick, Tammy S
13623 Hoffma Ct
Grand Haven, MI 49417


Bevill, George
5659 Wigton Drive
Houston, TX 77096


Bewick, Brent
66 State St.
Culver, IN 46511


Bezjak, Yvonne L
9751 Stagpenn road
chesterfield, VA 23832


Bezwada, Anuritha
5330 Bent Forest Dr.
Dallas, TX 75244


bhachu mohan, manikandan
cjoseph cupler 108 poplar street
jersey city, NJ 07307


Bhaijee, Ummema
64 Evanspark Circle NW
, 51


Bhatia, Abhishek
2650 Durand Ave., Cheney Hall rm204
Berkeley, CA 94720


Bhatt, Hiren, P
586 Main St #G
Hackensack, NJ 07601

Bhingarkar, Preeti
409 Grovehurst Drive
Alpharetta, GA 30022


Bibus, Arnaud
510 North Ocean BLVD
Pansan Beach, FL 33062


Bicaku, Elona
4829 Port Narnock Way
Wesley Chapel, GA 33543


Bice, Richard
4141 Commons Drive, W
Destin, FL 32541


Bielema, Joshua D
2016 N Rockton Ave
Rockford, IL 61103


Bierle, Nick
47794 Julie Drive
Sioux Falls, SD 50178


Bierman, Brendan
420 S Maine St apt 705
Tulsa, OK 74103


biesek, Ricardo
1021 concord chase circle
concord, NC 28025


Bigelow, Dustin
511 iowa ave
iowa city, IA 52240

Biller, Christine
451 NW 11th Rd
Warrensberg, MO 64093


Billheimer, Robert
PO Box 914
Tybee Island, SC 31328


Bilohlavek, Brittany
1520 Rebecca Dailiey Drive Apt 1001A
Charlotte, NC 28262


Bilyk, Vyacheslav
1300 SW 8th Avenue
Battleground, WA 98604


Bimi, Migen
2307 Salem Village Rd #D
Parkville, MD 21234


Birchfield, Michael L.
115 Rockland Drive
Sharpburg, GA 30277


Birsen, Terri
147 Prospect Hill Rd
Waverly, NY 14892


Bisesi, Ashley
628 Baylor Rd
Glen Burnie, MD 21061


Bishop, Kim for Joe
5105 Crane Dr
West Richland, WA 99353

Bissell, Joseph
13 Stewart
Greenville, PA 16125


Bittan, Andrew
P.O. Box 2265
Rockville, MD 20847


Bitter Jr., Todd A
400 Lakeview Dr.
Wilder, KY 41071


Black JR, Robert
6528 Chadwick Ct
Savage, MN 55378


Black, Austin
10416 Lake Carroll Way
Tampa, FL 33618


black, michael
3115 north 1175 east
layton, UT 84040


Blackorby, Bryan J
1234 Briarhill Lane
Atlanta, GA 30324


Blair, Frantzen
302 Knight Run Ave
Tampa, FL 33602


Blake, Kevin
1025 purdew avenue apt c
ridgecrest, CA 93555

BLANCHARD, CECILE
2122 YORK RD
OAK BROOK, IL 60523


Blanchard, Michael
710 State Route 821 Unit 32
Yakima, WA 98901


Blanche, Jamie
2602 Dogwood Terrace
Atlanta, GA 30319


Blattler, Jennifer
1 American Square #1300
Indianapolis, IN 46282


Blevins, Libby
5615 Pine Valley Drive
Zanesville, OH 43701


Blicker, Joseph A
500 Webster Rd Lot 224
Auburn, AL 36832


Blom, Catherine
637 Phillips Dr.
Coppell, TX 75019


Blondin, Brian
P.O. Box 159
Kodiak, AK 99615


bloszies, alicia
1712 springfield dr
ft collins, CO 80521

Blue Dragon Balloons
301 East Prospect Avenue
North Wales, PA 19454


Blue Ridge Skydiving Adventures
P.O. Box 144
Middletown, VA 22645


Blue Skies Balloon KY
17554 Aiken Rd
Louisville, KY 40245


Blume, Rudy
2151 Cumberland Pky Apt 538
Atlanta, GA 30339


Bob's Balloon Charters, LLC
729 Deen Still Rd
Davenport, FL 33897


Boczkiewicz, Roberta
19160 Ashbourne Lane
Brookfield, WI 53045


Bodkin, Cynthia
Rt 2 Box 27
Montroes, WV 26283


Boehn, Anne
1130 SW Santa Fe Dr.
Lee Summit, MO 64081


Boga, Srisanctosh
4047 145th Ave NE
Bellvue, WA 98007

Bogart, Derrick
2840 N Canterbury Lake Drive
Hernando, FL 34442


Bogart, Jordan
2214 Spanishmoss Dr
Jacksonville, FL 32246


Bogas, Ryan
306 Mcculland rd.
Cannonsburg, PA 15317


Bogdanoff, Scott
2798 Wexford Dr.
San Jose, CA 95132


Bogden, Robert
2345 NE Hopkens Court
Pullman, WA 91163


Boggs, Evonne
5902 Pace Bend Rd N Box2
Spicewood, TX 78669


Bohigas, Laura
2430 Mlk Way Apt 4
Berkley, CA 94704


Bohrer, Antonia
3708 Highland Dr
Garnett Valley, PA 19061


Boin, Marc
511 Woodbend Lane
Houston, TX 77079

Boise Hot Air Balloon Company
3340 Lake Harbor K304
Boise, ID 83703


bolduc, annie
3350 george busbee
kennesaw, GA 30144


Boler, Nathaniel
184 Mayfair Cir W
Palm Harbor, FL 34683


Bolzeniu, Patrick D
100 Lakeshore dr apt. 126
Lexington, KY 40502


Bond, Penni A
8931 North Rhoad Avenue #207
Kansas City, MO 64153


Bond, William
3601 west broadway ave.
Colombia, MO 65203


Bonfini, Catherine
3637 Mountshannon Rd.
Columbus, OH 43221


Bonilla, Julian
6 Blyth Ct
Columbia, SC 29210


Bonior, Samantha
29904 Oak Grove
Sinclair Shores, MI 48082

Bonner, Serrell J
2009 Beechwood Street
Little Rock, AR 72207


Bonnett, Joel
14822 south cedar lake rd.
kiel, WI 53042


Boone, Norman
3423 Waycross Lane
Frisco, TX 75034


Bor, Simona
17391 El Cajon Ave
Yorba Linda, CA 92886


Borcik, Teresa
PO Box 6837
Abilene, TX 79608


Borgia, Ann
5462 Greenridge drive
Toledo, OH 43615


Boron, Michael
706 Napoleon Rd. Apt 211
Bowling Green, OH 43402


Borrajo, Jeremiah
3207 Maxwell st
Murfreesboro, TN 37130


Borst, Larissa
61 St. Paul Street
Hamilton, VA 20158

Boswell, Jennifer
1229 shooting star court
North pole, AK 99705


Botelho, George M.
875 Meadows Rd
Boca Raton, FL 33648


Botero, Carlos
2810 Kensington Cir
Weston, FL 33332


Botero, Carlos 1
3680 Inverrary Dr. #2J
Lauderhill, FL 33319


Botonis, Athina
3731 W Melinda Ln.
Glendale, AZ 85308


Boudreaux, Troy 1
119 W Tyler Lane
Leesville, LA 71446


Bouhnik, Joseph
91 Bal Cross Dr
Bal Harbor, FL 33154


Bourboun, Amira
7 Rowley Avenue
Ottawa K2G1L7


Bourne, David
10655 Woodstock Rd
Roswell, GA 30075

Bowen, Nanci
1409 New Mexico St.
Boulder City, NV 89005


Bowen, Richard
930 Barbara Ann Lane
Ellisville, MO 63021


Bowen, Sonja
2352 Gallard St.
Lawrenceville, GA 30043


Bowers, Brian
85 shelly lane
Sharpsburg, GA 30377


Bowers, Josh
3657 Stryker Ave
Tacoma, WA 98433


Bowker, Andrew
3rd Aabn B.company buliding 210632
Camp Pendalton, CA 92055


Bowman, Karly
2926 Greenhill Crt.
Ijamsville, MD 21754


Boyce, Nelson
23 Hunt Path
New Rochelle, NY 10804


Boyer, Karey
2448 Arbor Drive
Round Rock, TX 78681

Boylan, Pete
185 Oakland Ave Suite 150
Birmingham, MI 48009


Boyle, Kenana
918 Clayres Court
Nashville, TN 37211


Boz, Vivian
7402 43rd Ave
Elmhearst, NY 11373


Braa, Michael
4033 Northview Terrace
Eagan, MN 55123


Bradley, Daniel
5022 S. 193rd ave
Sand Springs, OK 74063


Bradley, Thomas A.
498 Old Oran Rd.
Perrin, TX 76486


Brady, James
265 Elverton
Staton Island, NY 10308


Brand, Cynthia
9800 carmel valley dr.
frisco, TX 75035


brandell, anthony
2780 South Jones blvd
las vegas, NV 89146

Brann, Christopher
933 West Vanburen 605
Chicago, IL 60607


Branum, Terri
1410 Hillcrest dr.
Canyon, TX 79015


Brauer, Brandon
18 Cameo Drive
Richboro, PA 18954


Bravo, Manuel A
4132 Casey Trail
Norcross, GA 30093


Brazel, John
7806 5th ave NE
Seattle, WA 98115


Breard, Dominica
1450 Lincoln rd. apt. 608
Miami beach, FL 33139


Breeze Balloons LLC
3634 Long Prairie Road
Suite 108-216
Flower Mound, TX 75022


Brei, Brenda
3646 Medina Rd
Medina, OH 44256


Breitweiser, elaine
13316 WEST CENTER DR
LAKEWOOD, CO 80228

Brenner, Howard
524 West 57th street
New york, NY 10019


Brett, Levi
835-6th st.
Clarkston, WA 99403


Brett, Patricia L.
590 Miramar Drive
Half Moon Bay, CA 94019


Bretthauer, Daniela
Rua Itapaiuna 1800 apt 51d
Sao Paulo 00570-7000


Brickner, Chris
45211 deepwood ct
shelby township, MI 48317


Briggs, Aaron
1650 west roscoe street apt. 308
chicago, IL 60657


Brignac, Schquay
12666 Herron
Sylmar, CA 91342


Brillantes, Augusto M
1232 Bell Tour Artch
Chesepeke, VA 23324


Brinberg, Gary N.
7108 Ventnor Gardens Plaza
Ventnor, NJ 08406

Brindisi, Lauren
322 Quail Street
Albany, NY 12208


Brinkley, Jeffrey
6523 Drylog st
Capitol Heights, MD 20743


Brinser, Angela J.
310 Twelve Oaks Dr
Warner Robbins, GA 31088


Brison, Jody
1006 South Liberty Ave
Independance, MO 64050


Bristow, Grant
555 E. 5th St. Apt 2822
Austin, TX 78701


Bristow, Martin
910 2nd St.
Manhatten Beach, CA 90266


Britton, John
500 Cedar Knoll Court
Roswell, GA 30076


Brlit, Frances
3100 W Rolling hills cir apt609
Davie, FL 33328


Brock, Martin
260 Bay St Apt 210
San Francisco, CA 94133

Brody, Daniel
253 W 91st Apt 2A
New York, NY 10024


Bronez, Michael
265 south liberty
harrisonburg, VA 22801


Bronner, Liliana
2806 Crawfrod St
Belleview, NE 68005


Brooks, Angela
6123 Auth Rd.
Suitland, MD 20746


Brooks, Jonathan M
6205 Farrington Road #L9
Chapel Hill, NC 27517


Brooks, Kristopher W
105 S. Boggs St
Virginia Beach, VA 23452


Brothers, Jonathan
1627 reflection st
san marcos, CA 92078


Brotzman, Sara
2854 Woodmont drive
York, PA 17404


Brouhard, Jennifer
8300 signal avenue ne
albuquerque, NM 87122

Brown, Alyssia
639 Linden Ave
Long Beach, CA 90802


Brown, Andrea 1
2630 Old Columbus Rd.
London, OH 43140


Brown, Angela G.
2521 104 Dr SE
Lake Steveson, WA 98258


Brown, Don R
1100 Louisiana Street
Houston, TX 77002


Brown, Douglas
15402 White Chapel Ct
Centreville, VA 20120


Brown, John  1
7200 US Hwy 158
Jackson, NC 27845


Brown, Josh 2
323 Chelsie Ln
Poultney, VT 05764


Brown, Kellie G
53 East Water St
Smithsburg, MD 21783


Brown, Kurtis
1902 13th st
Viola, IL 61486

Brown, Laquandra
1445 S. Sherwood Drive
Charleston, SC 29407


Brown, Linda A
9500 tonkin drive
orange vale, CA 95662


Brown, Lindsey H.
717 Monroe Ave
Glensdale, PA 10198


brown, lisa 2
385 crimson dr
idaho falls, ID 83401


Brown, Markeisha
22 South Congress St
Summerville, GA 60747


Brown, Marshall
3040 Post Oak Blvd suite 1020
Houston, TX 77056


Brown, Matthew S
7370 NW 51st Street
Lauderhill, FL 33319


Brown, Melissa D.
9577 High Cliffe St
Hghlands Ranch, CO 80129


Brown, Mr. Michael
65 Clarkenwell RD
London, UK, ec1r5bl

Brown, Patrick 2
7700 N 71st ave
Glendale, AZ 85303


Brown, Shanda
80 Pittston Circle
Owens Mills, MD 21117


Brown, Sharon R
605 chesnut walk pl.
grayson, GA 30017


Brown, Sheila T
205 Weatherstone Point Drive
Woodstock, GA 30188


Brown, Tia
1218 Ling Way
Austell, GA 30168


Brown, Tyler
6237 Serene Court
Chino, CA 91710


Brown-Morris, Donica
3505 Mountain Dr
Virginia Beach, VA 23453


Brownell, Christopher A
5 grant ave
rensselaer, NY 12144


Bruce, Lauren
po box 465
parishville, NY 13672

Brudno, Michael
30 shalva Herzliya
Isreal 46705


Bruning, Carla
711 W Almay Ave
Flandranu, SD 57028


Bryan, Rod
183 Old Damascus Rd
Colquitt, GA 39837


Bryant, Stacey
102 Hart St.
Statesboro, GA 30458


Bryja, Tanya
6485 Ellington Ln
Beaumont, TX 77706


Bsouza, Sharon
5202 Texana Drive
San Antonio, TX 78249


Buck, Nicholas
706 North Wayne Street Apt 102
Arlington, VA 22201


Buck, Sarah
1518 Sequoia Trail
Alabaster, AL 35007


Buckley, Sharon
6658 4th ave. N
St. Petersburg, FL 33710

Buckowing, Matthew
735 Rodeo St
Oceanside, CA 92058


Buffum, Karin
4140 65th st
holland, MI 49423


Bui, Hanh
1779 S. Charlemont Ave.
Hacienda Heights, CA 91745


Bui, Kim
po box 3012
Union city, CA 94587


Bullicer, Maryann
4539 Presidio Drive
Los Angeles, CA 90008


Bulthuis, Kerri
100 East 14th Street
Chicago, IL 60605


bumgardner, angela
982 villagebrook drive
henderson, KY 42420


Bumgarner, Amy
1921 Blue Mountain Rd
Longmont, CO 80504


bumting, rosemary
603 n river ave
glendive, MT 59330

Bundy, Dean
10550 S. Kelland Ct.
Oregon City, OR 97045


Bunker, Lisa 1
219 Oakley Place
Grand Rapids, MI 49503


Bunker, Paul
PO Box 690
Southern Pines, NC 28388


Bunker, Paul C.
PO Box 690
Southern Pines, NC 28388


Burdak, Sara
8187 Trillium Ln
Victoria, MN 55386


Burgan, Gary
233 Treherne Rd.
Timonium, MD 21093


Burkart, Sarah
7165 Shoe Rd
Burlington, NC 27215


Burke, JoAnn
4971 St. Josephs Road
Coopersburg, PA 18036


Burkes, Nigel
1452 Temple St
Clearwater, FL 33756

Burkhardt, Sandra
4715 S Street
Lincoln, NE 68506


Burkstein, Sivan
26 devra lane
Framington, MA 01701


Burnell, Neil
14817 darby dale
woodbridge, VA 22193


Burnett, Kevin
15 Donna Drive
Sheridan, AR 72150


Burns, J.Warren
3707 Carlyle Court
Fredericksburg, VA 22408


Burrington, Chad
2603 South 374th Place
Federal Way, WA 98003


busscher, ryan
5884 84th ave
zeeland, MI 49464


Bussell, Scott
116 Canal St.
Lebanon, OH 45036


Busselman, Kelly
109 Christopher Circle
Jonathan, NE 68832

Butler, Jason
314 Foltz Lane
Muskogee, OK 74403


Butris, Batoul
199 Partidrige Drive
Troy, MI 48098


Butts, Rob
229 Buffalo Dr
Indianapolis, IN 46217


Byassee, Amy
3512 Maxon Road
Paducah, KY 42001


Cabrera, Lisa Maria
255 W. 10th street #4RS
New York, NY 10014


Cacho, Sebastian
10017 Jessica Street
Keller, TX 76244


Cahill, Caroline
232 Front Street Aprt. 3A
New York, NY 10038


Caine, Laurel L.
217 Bryce Ave.
San Francisco, CA 94080


Calamia, Steven
7042 Blackridge
El Paso, TX 79912

Calarco, Kristen A.
622 Vista Grande Dr
Colorado Springs, CO 80906


calderin, Luis
22 lincon street
new britain, CT 06052


California Dreamin'
33133 Vista Del Monte Rd.
Temecula, CA 92591


Callinan, Ryan
6300 Milgen Road Aprt. 1442
Columbus, GA 31907


Calvery Road Baptist Church
6811 Beulah St
Alexzandria, VA 22310


Camarena, Rachelle
3301 Lone Hill Lane
Encinitas, CA 92024


Camargo, Francisco
1324 West 6th St
Belvedere, IL 61008


Cameron, Joseph
2501 Pinetree Lane
Columbia, MO 65203


Camilleri, Derek
1201 38th St. #6
Rapid City, SD 57702

Campbell, Kevin  1
4611 West 72nd Street
Prairie Village, KS 66208


Campbell, Pamela
2509 N 15th St
Adel, IA 50003


Campbell, Richard
2836 Beachnut Rd
Charlotte, NC 28208


Campbell, Taylor
6763 desert storm ave
Fort Campbell, KY 42223


Canady, Tiffanee 1
1918 Fieldstone Way
Fredrick, MD 21702


Candalaria, Nathan
27 Valentine Rd
Warminster, PA 18974


Candies, Nelda M
158 Boras Lane
DesAllemands, LA 70030


Canfield, David J.
1122 Oakwood Dr
DeWitt, MI 48820


Canhos, Tara
1815 N Surf Road Apt 704
Hollywood, FL 33019

Cannata, Joanne
1900 burlington cir
columbia, TN 38401


Cannon, Stephen
210 East Continental Blvd
South Lake, TX 76092


Canter, Lenny
19A east cir dr
Key west, FL 33040


Cantey, Jocelyn
432 S 47th St.
Philadelphia, PA 19143


Canton Air Sports
14008 Union Ave. NE
Alliance, OH 44601


Cantwell, Valerie
24006 Canvasback Circle
Leguna Negel, CA 92677


Capital City Skydiving MI
Charleviox State Bank
111 State Street
Charlevoix, MI 49720


CARBAUGH, JR, HARRY
1616 Howell Road
Hagerstown, MD 21740


Cardenas, Nereida
606 San Antonio street Apartment 9
Mission, TX 78572

Cardona, Mildred
530 Audubon Ave Apt 26
New York, NY 10040


Carey, Catherine
323 East 43rd Street
New York, NY 10036


Carignan, Jake
4468 Lewis Tempest Way
Meridian, ID 83646


Carillo, Maria T
19010 Bryant Street Apt 2
Northridge, CA 91324


Carlone, Joseph
P.O BOX 238
WOODSTOCK, CT 06281


Carlson, Kevin
144 Blue Pine dr
Springlake, NC 28390


Carlson, Sarah
5007 Cottage Glen CT
Kingwood, TX 77345


Carlson, Stanley
15579 Liberty Road
Lapine, OR 97739


Carlton, Cole
4457 Debracy PL
Tucker, GA 30084

Carlyle, Roy H
PO Box 841
Warrensburg, MO 64093


Carmichael, Kelly
8081 E. Springview Ct
Anaheim Hills, CA 92808


Carr, Ron
1235 West St.
Spartanburg, SC 29301


carrillo, robert
1020 grand concourse blvd apt 17f
bronx, NY 10451


Carrington, Tiffany L.
2806 Southcrest Dr
Arlington, TX 76016


Carstens, Larry
3305 N Illinois Route 23
Ottowa, IL 61350


Carswell, Jeffrey
9526 Greenel Rd
Damascus, MD 20872


Carter, Allison
70 Indigo Point Drive
Charleston, SC 29407


Carter, Lawrence
19861 Futura Dr
Yorba Linda, CA 92886

Carter, Nicholas
6325 Faulkner DR
Jacksonville, FL 32244


Carwell, John
301 Spring Mist Ct
Lexington, SC 29072


Cascone, Vincent M.
1700 S Ann Ct
Independance, MO 64057


Casey, Gia
37 powderhorn drive
kinnelon, NJ 07405


Cash, Whitney
657 Ward St.
Eastman, GA 31023


Cassibry, Tomi
1723 State Street
Biloxi, MS 39531


Castaneda, Joe
13443 Mulberry Dr., Apt. 5
Whittier, CA 90605


Castaneda, Jose
3148
El paso, TX 79938


Castillo, Erich
967 Singing Hills Drive
Round Lake, IL 60073

Castillo, Miguel C.
937 B. Kingsbury Rd.
Clarksville, TN 37043


Castillo, Otto
8290 Lake Dr apt 235
Miami, FL 33166


Castillo, Pearl
44045 15 th street west
Lancaster, CA 93534


Castillr, Carlos
2005 Champions Pkwy
Lawrenceville, GA 30044


Catelli, Declan A
183 W Anderson Rd
Sequim, WA 98382


Cation, Monica
109 Las Lomas Dr
Austin, TX 78746


Catskill Mountain Balloon
Michael Ranievi
PO Box 446
Oneonta, NY 13820


Cegielski, Scott
12214 Ferncrest CT
Houston, TX 77070


Cen, Jeny
14816 56ST RD
Flushing, NY 11355

Cenci, Max
2110 Grand Ave
West Des Moines, IA 50265


Cerne, Melanie
5210 Pine Needle Ct.
Durham, NC 27705


Cervantes, Sammy
423 S. College St
Waxahachie, TX 75165


Chachondia, Shwetal
1504 flintwood dr
Richardson, TX 75081


Chaggar, Inderpreet
3582 Crawdad Ct
Union City, CA 94587


Chambers, Kayla
46 Orpah Drive
Elkton, MD 21921


Champagne, Robert G
18635 Hosmer Mill Rd
Covington, LA 70435


Chan, Elizabeth
355 South End Ave Apt 29K
New York, NY 10280


Chan, Ivy-Lai Yi
25 Boerum St Apt 12k
Brooklyn, NY 11206

Chan, Jenkins
1501 Calais Drive
Miami Beach, FL 33141


Chan, Jonathan
14453 SW 96 Terr
Miami, FL 33186


Chandlee, Thomas
5521 Pleasent View Road
Red Lion, PA 17356


Chandra, Mala
4144 244th Ave. NE
Redmond, WA 98053


Chandra, Rahul
441 North Pas Ave Apt 90
Burbank, CA 91505


Chaney, Justin
43355 Hay Road
Ashburn, VA 20147


Chang, Barbara
18 S Rd.
Port Washington, NY 11050


Chang, David C
984 Old Abbott Mountain Rd
Prestonsburg, KY 41653


Chantasi, Kenny
42 Dillingham Place
Englewood Cliffs, NJ 07632

Chao, Chiahsien
PO BOX 3042
USAFA, CO 80841


chaparro, Daniel
5214 75th St.
Lubbock, TX 09424


Chapman, Anthony
10 Rock Haven
Emangeni 03880


Chappuis, Rick
7743 Brookgrove ct.
Atlanta, GA 30339


Charania, Shams
3084 River Brook Trail
Atlanta, GA 30339


Charantharayil, Rohit
280 Marin Blvd Apt 5H
Jersey City, NJ 07302


Charlotte County Public Schools
Marcia Louden
Pt. Charlotte, FL 33945


Chase, Derek
1233 Winston Ave
Baltimore, MD 21239


Chatham, Jessica
357 Country Club Cir.
Minden, LA 71055

Chattanooga Skydiving Company
d/b/a Chattanooga Skydiving Company
10 Abelia Lane
Chattanooga, TN 37415


Chatur, Siddhant
8581 Sturbridge Dr
Cincinatti, OH 45236


Chau, Alex
3789 clayston cove
New haven, IN 46774


Chavez, Michael A
11457 Genova Rd
Rancho Cucamonga, CA 91701


Chehal-Camp, Sirat
279 Rugged Earth Dr
Austin, TX 78737


Chekka, Sesha
11117 S. Racine Ave Apt 3 F
Chicago, IL 60607


Chelkowski, Anne
1836 Greenpoint Ave.
Schenetady, NY 12303


Chen,  HAIWAH ANGELA
44 HILL ST, APT 1H
MORRISTOWN, NJ 07960


Chen, Kanchen
103 north College
Muncie, IN 47303

Chen, Lin
3650 Chestnut Street
Philadelphia, PA 19104


Chen, Ying
131 Eldridge St Apt 4B
New York, NY 10002


Chenkin, Amanda
118 9th St. NE
Washington, DC 20002


Chenna, Ravi
1328 Hidden Rdg Apt. 1129
Irving, TX 75038


Chernick, John
8 Rocky Ledge Road
Marimax, NH 03054


Chertavian, Gerald C.
95 Irving St
Cambridge, MA 02138


Chesley, Kurtis
4011 Silver Beach Road
Ballston Spa, NY 12020


Chester, Katrina
1131 12th St. Apt 103
Santa Monica, CA 90403


Chester, Margie
3110 Thousand Oaks, Apt. 1227
San Antonio, TX 78247

Cheung, Charis
349 Pointe Dr.
Brea, CA 92821


Child, Carolyn
5080 W 4400 S
westhaven, UT 84401


Chimento, Megan I
288 East Main Street #10
Branford, CT 06405


Chisholm, Sherri
2202 abby Lane
Atlanta, GA 30345


Cho, Nino
24780 Stone Pillar Drive
Aldie, VA 00020-1205


Choi, Peter
444 Lucas Avenue, Apt. 18
Los Angeles, CA 90017


Choudhry, Nashwa
1 Richmond St  Apt 3067
New Brunswick, NJ 08901


Christian, Steve
13723 Chenault Lane
College Station, TX 77845


Christine, DeeAnne
421 Enclave Circle Apt 306
Costa Mesa, CA 92626

Chrzanowski, Laurie
221 Parade St
Erie, PA 16507


Chu, Chia-Yueh
257 Rollins Anve
Rockville, MD 20852


Church, Michael F
2888 Britt drive
argyle, TX 76226


Church, Pathways
311 W Evergreen DR
Appleton, WI 54913


chylak, matt
20 south 39th street apt s 3
philadelphia, PA 19014


ciabattoni, Dornino M
2303 A south 12th street
st louis, MO 63104


Ciccarella, Richard
5239 Eisenhauer Road Aprt. 2022
San Antonio, TX 78218


Cilurzo, Sheila
132 Sontab Drive
Franklin, TN 30764


Cinzano, Michael
2925 Beiber Wood Lane
Silver Springs, MD 20906

Cioffi, Gary
25 Bloomingdale rd
hicksville, NY 11801


Cismeros, Ricardo
3405 tea rose place
el paso, TX 79936


Claar, Jennifer B
15414 Raystown Rd
Jemes Creek, PA 76657


Clark, Brian Austin
5126 Meadows Del Mar
San Diego, CA 92130


Clark, Christopher 2
P.O. Box 2071
Robbinsville, NC 28771


clark, clint
77 rockys place
kingland, GA 31548


Clark, Gary 1
706 Defiance St.
Wapakoneta, OH 45895


Clark, Heather 1
3141 Amherst
Dallas, TX 75225


Clark, Jennie
1030 Windarce Tr
Sanford, NC 27332

Clark, Jennie 1
4516 SE Milwakie Ave
Portland, OR 97202


Clark, John 2
1116 S. Patterson Dr
Moore, OK 73160


Clark, Marsha
4588 Fig St.
Golden, CO 80403


Clark, Robert G.
2199 Innerbelt Business Center Drive
St. Louis, MO 63114


Clarke, Anna
901 Langley Rd
Glen Burnie, MD 21060


Clarkson, Zayna
11 Bald Eagle Dr
Paron, AR 72122


Classen, Kristin E
1306 N King
Liberal, KS 67901


Claton, Sean T
168 Long Branch Dr
Henrietta, NY 14467


clayton, kimberly k
106 north greenway street
henrietta, TX 76365

Cleary, William
1340 Stroud Ct
New Port Richey, FL 34655


Clement, Daniel
4515 Phurston Lane
Fitzburg, WI 53711


Clemente, Mark A
8520 Charleston Ridge Dr
Mason, OH 45040


Clerico, Ryan
2825 E Cottonwood Pkwy Ste 505
Salt Lake City, UT 84121


Cleveland Soaring Society, Inc
814 S Prospect Rd
Hartsville, OH 44632


Clevenger, Cliff
po ox
Ranchester, WY 82839


Clevenger, Jonathan
1201 s joyce st
arlington, VA 22202


Clevenger, Madeline
2317 Deaudion St
Marquette, MI 49855


Clifford, Michael
12364 Harvey Rd
Clear Spring, MD 21722

cline, amy
po box 111
zullinger, PA 17272


Cloud 9 Adventures
14155 Hwy 73, # 9
Prairieville, LA 70769


Cloud Chasers
3755 Heritage Crest Parkway
Buford, GA 30519


Clouse, Katherine
5537 Mesa Ridge Ln. Apt. F
Columbus, OH 43231


Co, Alistair
7417 Heatherwood Dr Apt 1A
Grand Blanc, MO 48439


Coates, Karen
217 Hickory Ridge Ct
Argyle, TX 76226


Coates, Scott
13311 Woodmar Place
Cedar Lake, IN 46303


Cobds, Roosevelt
8003 S Colfax Ave
Chicago, IL 60617


Cochran, Christopher 1
6 Canal St
Chickasaw, AL 36611

Cochran, Wayne
554 Congress Hill Rd.
Franklin, PA 16323


Coe, Kati
140 Co. Rd 216
Sweetwater, TX 79556


Coetzee, Gerhard
2083 SW Panther Trace
Sturat, FL 34997


Cogan, Ali
1946 Greymont Street
Philidelphia, PA 19116


Cogburn, John
3200 lenox rd
atlanta, GA 30324


Cogent Communications - HB
P.O. Box 791087
Baltimore, MD 21279-1087


Cohn, Adam
434 Grand Ave
Lake Zurich, IL 60047


Colburn, Mary E
4907 Indian wood road unit 106
Culver city, CA 90230


Cole, Gary C
115 Pinewood Rd
Virginia Beach, VA 23451

Cole, Neil
1450 Broadway 3rd Fl
New York, NY 10018


Cole, Ronald
1896 Surrey Trail
Conyers, GA 30013


Colell Brandan, Guillermo
251 Crandon Bulvd Aprt. 105
Key Biscayne, FL 33149


Collins, Frank
483 Granger Drive
Bear, DE 19701


Collins, Patrick 2
624 B Fleming Street
Key West, FL 33040


Collins, Susan G
186 Wilson Way
South Elgin, IL 60177


Collins, Wesley
352 Conventry Rd.
Virginia Beach, VA 23462


Comcast 0760693
PO Box 530098
Atlanta, GA 30353-0098


Commerce Company One
P.O. Box 757
Commerce, GA 30529

Compton, Christel
8125 Keeler St
Alexandria, VA 22309


comtois, ray
2940 falcon street
washoe valley, NV 89704


Conaway, Sarena
8822 Indigo Lane
Ypsilanti, MI 48197


Conboy, Michael
4 Ward Ave
South Deerfield, MA 01373


Conkright, Robert K
11909 Arabian Trail
Austin, TX 78759


Conlon, Josh
2577 North Stowell Ave. aptB
Milwaukee, WI 53211


Connery, Mimi
336 Canal Street 2W
New York, NY 10013


Connolly, Lonna
PO BOx 726
Heber, AZ 85928


Connor, Martin
13474 Robleda Road
Los Altos Hills, CA 94022

connor, martin 1
112 cumberland place
bryn mart, PA 19010


Conover, Dawn
403 Jackson Ave
Dunellen, NJ 08812


Conoway, Gary
2900 E Lincoln Ave unit 246
Anaheim, CA 92806


Conrad, Gunnar
P.O. Box 2606
Durango, CO 81302


Contenco, Dean
620 Busch Garden Lane
Pasadena, CA 91105


Contreras, Lucy
927 valley view circle
Red oak, TX 75154


Cook, Jeffrey
1200 C Buena Vista St.
Pittsburgh, PA 15212


Cook, Jeffrey T.
3249 Randall Street
Jacksonville, FL 32205


Cook, Kassidy
3615 N. Union ave
Shawnee, OK 74804

Cook, Kelli R
224 40th Ave NE
Great Falls, MT 59404


Cook, Michael 1
8001 Winding stream drive
Denton, TX 76210


cool, peter matthew
1156 east maide marian
willamston, MI 48895


Cooper, Brea
1018 Woodcrest Walk
Lithonia, GA 30058


Cooper, Danielle
181 Autumn Wind Ct
Warrenton, VA 20186


Cooper, Jill
506 Leef St. Apt D
Mt. Gilead, OH 43338


cooper, jody
206 galaxy
lafayette, LA 70506


Copacino, Allyson L
722 NE Shaver St
Portland, OR 97212


copland, wallace h
1574 penniman road
williamsburg, VA 23185

Coppinger, Jon
5424 Cassandra Smith
Hixson, TN 37343


Coppolino, Joseph
11 Rosewood Dr.
Saco, ME 04072


Cordes, Arron
293 Hudson Ave No.1
Albany, NY 12210


Cordova, Ron
2695 Pine Run Road
Las Vegas, NV 89135


Corley, Deannie
55 Sharp Dr
Carrolton, GA 30117


Corman, Roger
3007 north beaverly glen circle
los angeles, CA 90077


Corona Diago, Carmen N.
5531 E 81st st
Indianapolis, IN 46250


Corrigan, Randy
5569 Caminito Mundano
San Diego, CA 92130


Cortez, Pedro
2239 Cromwell Cir Apt 1111
Austin, TX 78741

Cortinas, Jose
365 CR 672 West
Natalia, TX 78059


Costell, Jeffrey l
5575 bill cody road
Hidden hills, CA 91302


Costilow, Chrystal
153 New Hope Road
Winona, MS 38967


Cotnoir, Preston
14640 Timber Point
Milton, GA 30004


Cotter, Daniel
202 Park Terrace Court Apt 20
Vienna, VA 22180


Cotterman, Kathleen
1320 Buena Vista Blvd
Panama City, FL 32401


Cottrell, Brandon
9482 west stargazer dr.
penelton, IN 46064


Coulibaly, Charles
3901 Parkview Lane
Irvine, CA 92612


Cousin, Jaime
348 Roedling St #17
Brooklyn, NY 11211

Coveney, Patrick
18218 North 52nd St.
Scottsdale, AZ 85254


Covert, Travis
6910 Cansfield
Katy, TX 77494


Cowart, Sean
2470 East Sierra Avenue
Fresno, CA 93710


Cox, Christopher
405 West Viola Ave
Yakima, WA 98902


Cox, Daniel 1
55 pharr rd apt #f 201
atlanta, GA 30305


Cox, Dennis
7453 Telegraph Rd
Temperance, MI 48182


Cox, Diane
13631 Brandy Oaks rd
Chesterfield, VA 23832


Cox, Jason
679 Dillon Dr
Spring Creek, NV 89815


Cozad, Deven
10310 Short Lane SW
Lakewood, WA 98490

Crabtree, Barry
700 Martins Lane
Evansville, IN 47715


Craig, Chase
3025 Hydrus Dr
Orlando, FL 32828


Cram, Susan
2032 Main Street
Warheese, NJ 08043


Cranford, Derek C
7008 Andalucia Ln
Killeen, TX 76542


Craven, Daniel
2301 S. Mopach Apt 1033
Austin, TX 78746


Crawford, Greg
3557 Glenn Hwy
Cambridge, OH 43725


Crawford, Josiah
5406 1/2 Lemon Grove Ave.
Los Angeles, CA 90038


Crawford, Traci
423 Silver Creek dr
Duncanville, TX 75137


Crawley, Brian
885 stonechase
lake mary, FL 32746

Crisanti, Matthew 1
6256 Winterfred drive
Fort Worth, TX 76133


Cristelli, Shane
230 N Broadway
Ada, OK 74820


Crocco, Kim
2693 South Bamby Lane
Atlanta, GA 30319


Croft, Michelle
900 SE Centerpointe Dr p106
Corvallis, OR 97333


Crone, Andrew
1671 8th street drive nw
hickory, NC 28601


Crook, Jesse
5620 S. Colony Apt 1105
The Colony, TX 75035


Crook, Joy
186 Oonoga Way
Loudon, TN 37774


Crooks, Julian
840 Del Mont Dr.
Winwood, PA 19096


Cropper, Jessica
4325 Ocean drive
Corpus, TX 78412

Crosby, Thomas
7753 High Village Dr
Houston, TN 77095


Cross, Joshua
1409 whispering cove trl
fort worth, TX 76134


Crouse, Josh
10 Kingsbury Way
Hampton, VA 23666


Crow, Lynn
1900 E. Ocean Blvd Apt 1517
Long Beach, CA 90802


Crow, Phillip
2651 South Polaris Dr
Fort Worth, TX 76137


Crowder, Walt
2006 San Miguel Dr.
Friendswood, TX 77546


Crowe , Justin W
600 Willow Oak Drive
Dardanelle, AR 72834


Crozier, Jonathan
PO Box 721
San Clemente, CA 92674


Crum, Kyle J
4807 somerset rd
riverdale, MD 20737

Cruz, Francisco
8405 North Hines Ave.
Tampa, FL 33614


Cuellar, Miguel
406 1/2 North Alisos Street
Santa Barbara, CA 93013


Culbreath, Corey
113 W Monument st
Baltimore, MD 21201


Culhane, Daniell
1541 upingham Drive
Thousand Oaks, CA 91360


Cumbo, Christopher
417 Texas Ave
Hewitt, TX 76643


Cummings, John 1
10 perimeter summit 4108
atlanta, GA 30319


Curbelo, Kimberly
2045 Holland Ave.
Bronx, NY 10462


Curby, Sarah
1721 North Hoyne Ave
Chicago, IL 60647


Currence, Eric
824 Oak Arbor Court
Clarksville, TN 37040

Curry, Jarius
203 Lincoln St. Apt. a
Jackson, TN 38301


Curry, Thomas
28676 East 138th St South
Coweta, OK 74429


Curtis, Angela
203 Dickenson Ct
Pemberton, NJ 08068


Cusack, Liam
1 Gate Court
Billington Township, NJ 08016


Cutshaw, Kenneth
980 Hammond Dr. Suit 1100
Atlanta, GA 30328


cvetkov, radoslav r
305 West willow road
prospect heights, IL 60070


D&R Balloons
5025 Allen Lane
North Las Vegas, NV 89031


Dace, Joshua
19622 Cypress Drive
Morrison, CO 80465


Dacus, Callie
102 Tonkawa trail
buffalo gap, TX 79508

Dadeo, Richard
1020 Lake Sumter Landing
The Villages, FL 32162


Dalrymple, Robert
9000 W Sunset Blvd
W. Hollywood, CA 90069


Damato, Gary
510 Tysens Ln.
Staton Island, NY 10306


Damn Yankee Balloons
241 Weld Street
Dixfield, ME 04224


Damon, Heidi
2021 N Lemans Blvd.#7207
Tampa, FL 33607


Damti, Clara
3600 Amla Rd Apt 4514
Richardson, TX 75080


Dancer, Sheilah
16207 South 26th St
Phoenix, AZ 85408


Dancing On Air Balloons
70 Plum Brook Road
Flemington, NJ 08822


Daniels, Thomas
740 Seminole Ave
Orlando, FL 32804

Dardenne, Yves
3403 200 West Central
Tracey, CA 95376


Darreira, Lourdes
845 SW 148 Place
Miami, FL 33194


Dart, Dennis
11415 NE 128th St suite 110
Kirkland, WA 98034


Darwin, Courtney
6489 Stags Leap Rd.
Fanger, TX 76266


Datte, Chuck
8916 Calliandra Rd
San Diego, CA 92126


Daudelin, Douglas
1967 Red Oak dr.
Franklin, IN 46131


Daugherty, Joseph
902 Kings grant rd
Willmington, NC 28405


David Beardslee Hang Gliding
18860 Dexter Avenue
Lake Elsinore, CA 92532


davidson, colleen
201 garrison cresent
fafkapoon, 51 s7h27

Davies, Robert E
3505 Timberwood Road
Munhall, PA 15120


Davis, April 1
13198 W Palm Lane
Goodyear, AZ 85395


Davis, Jared A.
9232 W Viking rd
Las Vegas, NV 89147


Davis, Matthew 2
4372 Roscommon Way
Dublin, CA 94568


Davis, Norm
819 Grant St
Endicott, NY 13760


Davis, Ronisha
9335 S 8th Ave.
Inglewood, CA 90305


Davis, Roy
PO Box 131
Leroy, TX 76654


Davis, William 3
1772 Harcor drive
Pittsburgh, PA 15226


Davis-Warren, Makhira
1320 Truemper st
San Antonio, TX 78236

Day, Conney
180 county rd 850
buna, TX 77612


Day, Dewayne A.
8123 Heatherton Lane 202
Vienna, VA 22180


Daybreak Ballooning
626 Thomasville Drive
Medford, OR 97504


DC Skydiving Center
Charlevoix State Bank
111 State Street
Charlevoix, MI 49720


De Guzman, Alma
10980 Chambeau Way
Elk Grove, CA 95624


De Los Santos, Goodrich Dizon
1 E Julian St. Apt 212
San Jose, CA 95112


De Mott, John
5602 Woodrow Avenue #204
Austin, TX 78756


Dean, Derek
206 Shades Crest Road
Birmingham, AL 35226


Dean, Melinda 1
130 Century Ln
Clyde, TX 79510

Deck, Eric
1391 saxony sw
palm bay, FL 32908


Decker, Crystal
152 East Lake Street
Camden, TN 38320


Deckert, Lori J
6912 Spelman Dr
Springfield, VA 22153


Deep, Martha
256 kobert avenue
lebanon, KY 40033-1430


DEFREITAS, LISA
20100 Hardwood Ter
Ashburn, VA 20147


DeHaas, Jeanne 1
126 Jenjo Dr
Bellfonte, PA 16823


Dehart, Chris
8046 High Crost ne drive
leland, NC 28451


Deines, Robert
2151 East Broadway Rd Suite 111
Tempe, AZ 85282


Deitrich, Mitchell C.
1837 barnard rd
wooster, OH 44691

Delamar, Marguerite
169 Marlow Ln.
Albany, GA 31721


Delaney, Daniel
185 S. Fourth St apt . 5B
Brooklyn, NY 11211


Delaney, Patricia
2167 Alexander Drive
Norrtispown, PA 19403


Deleon, Brandy
102 Country village drive
Youngville, LA 70592


Delgadillo, lilia
2505 Fernandez Dr
sacramento, CA 95822


Dell, Benjamin
143 Read St
New York, NY 10013


Dellorso, Philip
2586 running wolf trail
Odenton, MD 21113


Dempsey, Connie
5009 Pacific hwy East Suite 10-0
Fife, WA 98424


Dempsey, Sara
804 Washington St. S
Twin Falls, ID 83301

Den-Hamou, Danielle
1504 West Ave
Miami Beach, FL 33139


Denmark, Inga
27020 104th Ave SE
Kent, WA 98030


Dennison, Lisa
6501 se 157th place
oklahoma city, OK 73165


Denton, Ramona
5042 wilshire blvd. #15666
Los Angeles, CA 90036


Desai, Hardik
204 Arbor Lake Blvd
Hermitage, TN 37076


Devereaux, Anna
3506 East Copper Kettle Way
Orange, CA 92867


Devers, Jenna
8915 Distant Woods Drive
Houston, TX 77095


Dewaard, Kaitlyn
275 Grove St. Suite 2-130
Newton, MA 02466


Dewitt, Stephanie A
3398 shire cirlce
castle rock, CO 80104

dhang, jing
1034 southwest taylor street
portland, OR 97205


Dhru, Shailini
2450 West Pecos Rd. Apt 2027
Chandler, AZ 85224


Dial, Scott 1
1011 Harness
Richardson, TX 75081


Dials, Meghann
3231 Van Tassell Drive
Indianapolis, IN 46240


Dias, Phil
3702 42ND AVE
BRENTWOOD, MD 20722


Diaz, Frank
13941 south west 16th street
Miami, FL 33175


Dibernardo, Lisa
610 Dover Chase Blvd.
Toms River, NJ 08755


Dickinson, Elizabeth
1010 Delta Blvd Apt 105
Atlanta, GA 30354


dickson, gregory
2920 signal creek place
Thornton, CO 80241

Dickson, Lisa 1
3884 Brigadoon DR
Cincinnati, OH 45255


Diekema, Laura
2400 El Camino Real
Seirra Vista, AZ 85635


Diesbourg, Terrie
19801 Lookout Lane
Eustis, FL 32726


Diez, Claudia
6019 Chipola Circle
Orlano, FL 32809


Diggins, Ashlye
10600 Davis Ave apt2
woodstock, MD 21163


Dillon, Brandy
2491 Ledgewood Dr.
West Jordan, UT 84084


Dimare, Thomas
PO Box 517
Newman, CA 95360


Dimsey, Esmeralda O
4403 Battery Hill Ln
Fredricksburg, VA 22408


Dinapoli, Elvira Rose
23 Merrimac Way Unit G
Tyngsboro, MA 01079

Dinsey, Esmeralda O
4403 Battery Hill Ln
Fredricksburg, VA 22408


dinzeo, joseph l
909 centerbrook drive
brandon, FL 33511


Dippolito, Benjamin
14623 Murrey Rd SW Apt 13
Lakewood, WA 98439


Dirksen, Scott
2300 Highland Rd
Batesfield, AR 72501


DiRocco, Anthony G
655 Deep Valley Dr Unit 125 F
Rolling Hills Estates, CA 90274


Dlugas, Amanda
9342 south hawley park rd
West jordon, UT 84081


Doan, Angie
990 Lewis Ridge Cir.
Lawrencville, GA 30045


Dobbins, Michelle
105 Kenwood court apt 1
normal, IL 61760


Dodson, Dan
2761 Carmon on Wesley
Atlanta, GA 30327

Dodt, Brian
1901 East Mineral Road
Gilbert, AZ 85234


Doggett, Christopher
1600 Arch St #1921
Philadelphia, PA 19103


Doherty, Julian
4750 Rosebank Drive
LaCanada, CA 91011


Dohrenwend, Michael W
519 A Main Street
Toms River, NJ 08753


Donadio, Mahassti
18 Nottingham way
Cohoes, NY 12047


Donato, Jacob
3677 Cochran St
Simi Valley, CA 93063


Donley, Amy
103 Singer Road
Abbingdon, MD 21009


Dontula, Rakesh
4500 Sojourn Drive #611
Addison, TX 75001


Doricko, Brian
90 Iroquois Rd Apt A
stamford, CT 06902

Dorris, Michael
970 montgomery st
mandeville, LA 70448


Dorriss, Ronulus
209 N. 19 Street
Bismark, ND 58501


Dorsey, Brittany
170 E Center St.
Marion, OH 43302


Dorvee, John
8036 James Court
Niwot, CO 80503


Dos Santos, Veronica A
2700 Oakbrook lane
Weston, FL 33332


Doss, Marilyn
19203 Hillford Ave.
Carson, CA 90746


Doss, Thomas
413 Mossyleaf drive
Huntsville, AL 35824


Dougan esq, Steve
433 fuente place
Lincoln, CA 95648


Douglas, Natalie
1446 Montgomery St
Tustin, CA 92782

Douyon, Barbara
2911 Railroad Av
Yuba city, CA 95991


Dowe, Nancy
5023 72nd Street E
Bradenton, FL 34203


Dowell, Paula
2685 Hosea Williams Dr
Atlanta, GA 30317


Downton, Kate
1017 E Mcclarnon Dr
Greenfield, IN 46140


Dozier, Jeffery
298 South Niagra Court
Centenial, CO 80111


Draper, Brandy
218 West Lincoln Ave
Orange, CA 92865


Draughn, Thomas L
3776 interstate 55 south
jackson, MS 39212


dreidert, john
3305 Terrace drive
Erlanger, KY 41018


Drescher, Mark
1601 8th Ave
Watervliet, NY 12189

Drew, Carol
P.O. 190 Riverwood
2210 New South Wales


Drew, Cathy
67 Vestry Street
New York, NY 10013


Drobinski, Darin
175 Court Street
Prescott, WI 54021


Drumm-Boyd, Christina
2528 las corrales court
virgina beach, VA 23456


Du Puis, Arlene
47341 Pinewood Dr
chesterfield township, MI 48051


Duarte, Misha
421 Madison Street
Denver, CO 80206


Duchamp, Stephanie
8697 Night Watch Ct
Bristow, VA 20136


Dudley, Joseph L
402 Digley Ave
Baltimore, MD 21227


Duer, Jerry
825 E Moon Vista st
Apache Junction, AZ 85119

Duey, Eric R.
2000 Art School rd
Chester Springs, PA 19425


Dufrene, Kristopher
236 Lorranie Drive
DesAllemands, LA 70030


Duncan, Capucine
10232 south torrente ave
Chicago, IL 60617


Dunn, Emily
1338 Emerald Street NE
Washington, CT 20002


Dunn, Matthew
marine co 29
palms, CA 92278


Dunnavant, Virginia
14922 Brotherly Lane
Charlotte, NC 28278


Duong, Nimi
901 Washington St. Apt. 107
Denver, CO 80203


Dupras, Jessica
474 Bay De Noc
Nedaunee, MI 49866


Durbin, Edward M
744 Inverness Ln
Itasca, IL 60143

Durden, Linda
1018 W Lumsden Rd
Brandon, FL 33511


Dutch Wings, LLC
503 McKeever Rd.
Suite 1520
Arcola, TX 77582


Dutcher, Nicole
19 Ashmont Ave
Newton, MA 02458


Duterte, Sarah
160 Killarney Rd
Winfield, WV 25213


Dzhasheev, Ruslan
PO Box 1650
Des Plaines, IL 60017


Ealy, Albert E
891 Zandenberg Drive unit 309
Travis Air Force Base, CA 94535


Earles, David
1970 Columbia Street Unit 517
San Diego, CA 92101


East Texas Skydiving Club
P.O. Box 1147
Gladewater, TX 75647


Eastes, Jean B.
102 Bluff View
Kerrvie, TX 78028

Echel, Pedro
1254 Pacific Beach Drive
San Diego, CA 92109


echeverri, bladinir
892 north west 84th drive
coral springs, FL 33071


Eden, Tera
21801 NE  Overholt RD
Bountstown, FL 32424


Edmundson, Frankie
325 South Broad Street
Edenton, NC 27932


Edwards, Jeffrey 1
99 Station ave
North hills, PA 19038


Edwards, Marlon
12316-A North May Ave
Oklahoma City, OK 73120


Ege, Camden
4710 Mountain Rd #104
Cheyenne, WY 82009


Eglin Inc, William
PO Box 110 265
Research Triangle Park, NC 27709


Eisenberg, Alisha
1267 E. 72nd St.
Brooklyn, NY 11234

Elaraj, Manuel
1209 Vista Hills Dr.
Lakeland, FL 33813


Elizalde, William
670 F Street Apt 76
Chula Vista, CA 91910


Elkheriji, Khalid
2626 Monte place
belmont, CA 94002


Elliott, Ashley 1
3113 W. Rose Crest Dr.
Sioux Falls, SD 57108


elliott, matthew j
8360 cottscorners rd
cattaraudus, NY 14719


Ellis, Anthony
12959 Pelican Lane
Maderia Beach, FL 33708


Elrod, Sondra
12808 10th St
Chino, CA 91710


Elsasser, Stanley
2020 Texas Ave. Apt 1419
Houston, TX 77003


Emert, Barb
109 East Summit St
Jersey Shore, PA 17740

Emilio, Jessica
644 Leigh High Road Apt K6
Newark, DE 19711


Enchanted Balloons
103 County Route 12
Westtown, NY 10998


Endicott, Travis
1912 Bogue Circle
Ridgecrest, CA 93555


endodontics, apex
3303 south lindsey Suite 127
gilbert, AZ 85297


Engels, Caitlin
79 Homestead place
New Rochelle, NY 10801


England, Christopher
P.O. box 521
Blowing Rock, NC 28605


Englander, Michael
1000 park ave.
New Yrok, NY 10028


English, Brittany E
2716 Twinflower Drive
Keller, TX 76244


Epling, Jacob E.
626 Watkins Glen Blvd
Marysville, OH 43040

Erazo, Alejandra
83152 Jackson Street
San Fransico, CA 94115


Erb-Orengo, Brigitte
3765 Alcanatara Ave.
Miami, FL 33178


Eryce, Leslie
6426 Lagunitas Ave
El Cerrito, CA 94530


Escareno, Joseph
6430 Sunset Blvd Suite 800
Hollywood, CA 90028


Eschberger, Russell
3120 N. Mill Bend
The Woodlands, TX 77380


eshraghi, arman
2542 banshire dr
herndon, VA 20171


Esparza, Jose
421 SW 125th Ave
Miami, FL 33184


Esposito, Brandon S
2904 Holt Way
Sacramento, CA 95864


Esquia, Michael
12236 Dawn Vista Dr.
Riverview, FL 33578

Esquibel, Angelita
8313 Summerfield Ave
Wittier, CA 90606


Estep, Brett
5329 Paladium Dr
Addison, TX 75254


Estinova, Emiliano
8285 Fillmore St.
Allendale, MI 49401


Euphoria The Nebraska Balloon
1633 Lafayette St.
Blair, NE 68008


Eusebi, Ricardo
4050 Pendleton Dr Apt 933
Bryan, TX 77802


Evans, Jacob
443 Chaplian Magsig Avenue
Monterey, CA 93944


Evans, Roger
2550 Sand Hill Rd 2nd Floor
Menlo Park, CA 94025


Everhart, Eric
2274 Wolfboro Dr SE
Kentwood, MI 49508


Everling, Laura
3711 Medical Dr. Apt 2311
San Antonio, TX 78229

Evers, Patricia
3470 Lori Lane
Atlanta, GA 30340


Ewers, John
5435 Claybourne Dr. apt 706
Pittsburgh, PA 15232


Faccio, Barbara
2709 Margaret Drive
Arlington, TX 76012


Faherty, Mike
237 Bay View Rd
Williams Bay, WI 53191


Fall, Thomas E
5455 Suder ave
toledo, OH 43611


Fantasy Balloon Flights
74181 Parosella St
Palm Desert, CA 92260


Farr, Stephen
1414 Ivie St.
Stewartsville, MO 64490


Farrell, Daniel
Po Box 24
Riverton, UT 84065


Farris, Karyn
3150 Bernath Drive
Milton, FL 32583

Faubus, Stoney
1329 Hwy 395 N. Ste 10-242
Gardnerville, NV 89410


Faust, Matthew
118 dupont st
toronto, ON


Fay, Jillian
895 Meriweather Dr.
Calera, AL 35040


FedEx - 3074-3324-9
P.O. Box 94515
Palatine, IL 60094-4515


Feighner, Dustin S.
13970 Cole Crossing Ct.
Platte City, MO 64079


felder, preston
Po box 26689
Fort worth, TX 76126


Feldes, Inge
835 chinidhe St.
St. Louis, MS


Felix, Raul
1524 S. Glencroft
Glendora, CA 91704


Fellows, Nickolas J.
15147 Monterey Rd
Morgan Hill, CA 95037

Feltman, Mike
4404 Omni Place
Raliegh, NC 27613


Ferrara, Mary
12835 Preston Rd suite 312
Dallas, TX 75230


Ferrin-oconnell, Bridgette
4016 West 99th place
westminster, CO 80021


ferris, norman
1813 hide brook
columbia, SC 29212


Fessenden, Patrick
5908 Jameson Rd.
Rougemont, NC 27572


Fey, Eric
5075 Nicholson Dr. Apt. 0137 C
Baton Rouge, LA 70820


Fiedler, Christine
18 West St.
Oakville, ON L6L2Y7


Fiegfried, Kelly
6655 Dunbarton drive
horn lake, MS 38637


fields, Catherine M
16573 Ferris Ave
Losgatos, CA 95032

Fields, John
513 East Main Street
Mount Vernan, IL 62864


Figueroa, Melissa
130 St.paul rd North
Hempstead, NY 11550


Filittone, Michael J
71 Johnathan Rd
Pelham, NH 03076


Finch, Renee
10340 Kadumba Street
Las Vegas, NV 89178


Finney, Linda
85 South Garlind st
Lake wood, CO 80226


Fiorica, Audrey
2017 Miller Ave
Chesepeke, VA 23320


Fischer, Stanley
1301 Custer Rd
Plano, TX 75075


Fisher, John
7826 Fergusson Rd
Streetboro, OH 44241


Flager, Megan
344 West 620 North
Orem, UT 84057

Flammang, Michael
126 Sumac Ridge
Foristell, MO 63348


Fleagle, Andrew
1515 Osceola St
Denver, CO 80204


Fleary, Danan
210 E 55th St
Brooklyn, NY 11203


Fleming, Deborah
5648 tangelo rd.
seminole, FL 33772


Fleming, Deirdre
920 Highland Ter
Atlanta, GA 30306


Flores, Maria
4626 Tunisia St
Fort Irwin, CA 92310


Flores, Yesenia
673 West Sierra Avenue
Cotati, CA 94931


Flowers, Daniel
3582 Patterson Lane
Cleveland, TN 37323


Flying V Ranch
11101 Old US Hwy 40
Montgomery City, MO 63361

Foisy, Johnothan
345 Caminito Mindy street
San Diego, CA 92105


Foley, Eva
3110 Hawthorne st
Washington, DC 20008


Ford , Brian
4134 west viewpoint dr.
Highland, UT 84003


Ford, Blake
2010 Pequeno Street
Austin, TX 78757


Ford, Stephen
501 West Hines St
Republic, MO 65738


Foreh, Tarick
1223 Augusta Dr Apt 6
Houston, TX 77057


Forget, Florence
2731 Franklin St
San Francisco, CA 94123


Fornal, Dominic
2750 Abbots Ford St
North Port, FL 34287


Fornari, Jennifer L
216 Centennial
Chico, CA 95928

Fornasier, Brandon
6917 Cottentale Run Ave
Tuscon, AZ 85756


Forteza, Rosanna
7600 SW 78th Court
miami, FL 33143


Fortney, Jeffrey L.
1213 Lakecrest Drive
Norman, OK 73071


Fortune, Beth
9574 Hampton Reserve drive
Brentwood, TN 37027


foster, andrew 1
11092 croine ave.
cincinatti, OH 45242


Foster, Eric
42854 Churchill Downs Dr.
Ashburn, VA 20147


Foster, Jackson
228 N Layton Dr
Los Angeles, CA 90049


Foster, Teresa
20210 woodland
Harper woods, MI 48225


Fotta, Thomas
2807 Pearl St. Apt 280
Nacogdoches, TX 75965

```
fournier, Matthew
9400 lake natoma dr
orangeville, CA 95662


Fowler, Jennifer
803 Janice St
Junction City, KS 66441


Fowler, Matthew
1775 Silvernere Ct
Duluth, GA 30097


Fox, Donna
3007 SE Military #2604
San Antonio, TX 78223


Fox, Jennifer 2
5745 Pale Rock Terrace
Colorado Springs, CO 80919


Francesco, Peter
73 Bennett Cove Lane PO BOX I
Holderness, NH 03245


Franco, Hugo
P O box 319
Palestine, TX 75802


Francois, Theresa
1113 1st Ave
Kinder, LA 70648


Frederick, Terry
2119 Eastland Street
League City, TX 77573
```

Fredrick, Melissa T
616 Coolidge St
Lafyette, LA 70503


Freeborg, Jenny
6956 Albanese St
Colorado Springs, CO 80902


Freedman, Mark
1509 Van Cleve Lane
Murphysboro, TN 37129


Freedom Flyer Ballooning
3233 120th Street
Amana, IA 52203


Freedom Helicopters
P O Box 501821
Indianapolis, IN 46250-6821


Freefall Adventures, Inc
300 Dahlia Avenue
Williamstown, NJ 08094


Freeman, Christopher
Po Box 1017
Libby, MT 59923


Frei, Garrett
15335 Shirly St.
Omaha, NE 68144


Fremming, Steve
644 NE 17th Ave
Fort Lauderdale, FL 33304

French, Aaron
106 E . 7th Apt . D
Hayes, KS 67601


Freyermuth, Barbara
30317 133 Ave West
Ilinois City, IL 61259


Fricke, Schenel
9017 danube st
bay st. loius, MS 39520


Friedland, Alexander
7 Kovach Court
West Orange, NJ 07052


Friedman, Liliana
12390 rock spring court
Garden grove, CA 92843


Fries, Robert
50 Randolph Rd
Newport News, VA 23601


Fromm, Chrissy
19 Copley Court
Anapolis, MD 21403


Fuentes, Millicent
9830 Sunrise Blvd. S18
North Royalton, OH 44136


Fulper, Cynthia
8226 East 10th street
Indinapolis, IN 46219

Fuqua, Amanda
291 Wright Rd
Jonesville, LA 71343


Furtick, Cary
4032 Homeplace Ln
Kaufman, TX 75142


Futrell, Joey
4236 Hwy 452
Marksville, LA 71351


Gabel, Randall J.
7181 Grand Prairie Drive
Colorado Springs, CO 80923


Gaebay, Shamayim
1341 North Ave apt 90
Elizabeth, NJ 07208


Gaertner, Johnny L
200 Properity Dr
Knoxville, TN 37923


Gaetani, Frank
430 Chevron St. Unit 53215
Dover AFB, DE 19902


Gager, Shelly
1017 Ridefield Dr.
Plano, TX 75075


Gale, David
11405 Hudson St
Thornton, CO 80233

Galimidi, Danielle
3307 East Island Road
Cooper City, FL 33026


Gallagher, John
25 14th St. NW Apt. 910
Washing D.C., DC 20009


Gallagher, Ron
406 S 84th At
Omaha, NE 68114


Gamboa, Jessica
5122 east shea blvd #2160
scottsdale, AZ 85254


Ganje, Shenan
4880 east Kentuky Ave Unit B
Glendale, CO 80246


Gann, Joseph R
65 Cale st
Mcglendale, TN 37110


Garcia, Annette
22034 Kenton Knoll
San Antonio, TX 78258


Garcia, Blanca
180 High St
North Attleboro, AL 02760


Garcia, Jeffrey
716 Edge Lake Rd
Slidell, LA 70458

```
Garcia, Joan
1749 Toro Creek Road
Morro Bay, CA 93442


garcia, luis 1
11719 carvel ln
houston, TX 77072


Garcia, Mary 1
839 South Ellison Dr.
San Antonio, TX 78245


Gardner, Bradley P.
284 Brookside Drive
Idaho Falls, ID 83404


Gardner, Tara J
2001 S. Marion St.
Denver, CO 80210


Garfia, Freddie
1516 mathias Place
rohnert park, CA 94928


Gariffo, Steven
703 Irish Ln.
Media, PA 19063


Garisapati, Anita
779 East Mead Dr
Chandler, AZ 85249


Garmon, Van A
3943 Welker Avenue
Demoine, IA 50312
```

Garner, William
6703 cuculu drive
fort worth, TX 76133


Garrett, Courtney
6826 East Solocito Lane
Paradise Valley, AZ 85253


Garrison, Amanda
83347 calypso cir
Indio, CA 92201


Gartrell, Kevin
1604 Pierpont Dr.
Westerville, OH 43081


Gatautis, Giedrius
1113 Liberty Pkwy
Atlanta, GA 30318


Gatti, Stefanie
2110 Naegele RD
Colorado Springs, CO 80904


gatus, kristina
20615 cantlay st
winnetka, CA 91306


Gauger, David
360 Post street #900
San Fansico, CA 94108


Gaughran, Jana
4900 Eric Lane
Mustang, OK 73064

Gaur, Amit
7611 Knox avenue south apt 116
Richfield, MN 55423


Gee, Gregory W.
1771 Deloit Ave
Los Angeles, CA 90025


Geilman, Autumn
231 Ave
Redondo Beach, CA 90277


Gelesky, Katie
22110 Majestic Wood Way
Boca Raton, FL 33428


Gelinas, John E.
1680 NE 135 Street
Miami, FL 33181


Generali, Michael
21 Hollins dr.
Cranston, RI 02920


Genereux, Valerie
110 Brooklyn Rd
Canterbury, CT 06331


Gentle Breeze Hot Air Balloon Co.
2460 Greentree Rd.
Lebanon, OH 45036


Gentry, Brandon
PO Box 164
Nice, CA 95464

George, Dan
102 Valley Rd apt .20
Cos Cob, CT 06807


George, Joyce
5456 Kim Way # 4
Indianapolis, IN 46237


George, Reshma
719 Lincol Court Ave.
Atlanta, GA 30329


Gerbic, Theresa Marion
825 Ramsey St apt. B
Nashville, TN 37206


Germany, Isaac
1419 West 104th St.
Los Angeles, CA 90047


Gernert, Margaret L
950 Woodcliffe Ave
Media, PA 19063


Geske, Andre
555 NE 15th St., Suite 200
Miami, FL 33132


Gheorghe, Dragos
829 Fairview Dr Unit 1
Fort Walton Beach, FL 32547


Gibbons, Cindy
1750 Lucile Lane
Pleasant Hill, CA 94523

Gibson, Michelle 1
9209 Brian Drive
Viana, VA 22180


GIERSZEWSKI, MAXWEL J
W50 21 HARVEST LANE
LA CROSSE, WI 54601


Gilbert, Susan
225 Helaman Road
Walla Walla, WA 99362


Gilbert, Thomas L.
4273 route 310
reynoldsville, PA 15851


Gill, Michael
1804 N Quinn St.
Arlington, VA 22209


Gillespie, Terrence
2020 artesia blvd apt #15
Radondo Beach, CA 90278


Gillette, Denise
3641 Ridgewater Trail
Marietta, GA 30068


Ginoya, Jyotsna K.
6643 Imperial Oak Lane
Orlando, FL 32819


Giovanni's Pizza
2671 Dogwood Ridge
Wheelersburg, OH 45694

Gipson, Terry L
500 Gipson manor
Crowley, TX 76036


Giraldo, Nora
221 Community Circle
Old Bridge, NJ 08857


Gish, Kristy
4513 Copperfield Dr.
Grapevine, TX 76051


Givens, Brian
411 Tradewinds Dr. Apt. N
Fayetteville, NC 28314


Glasgow, DeShaun M
1 Old Presedio Dr
Manvel, TX 07578


Glass, William  1
86 Chastain Circle
Richmond Hill, GA 31324


Gleason, David
221 Walnut
Ocean Springs, MS 39564


Gleason-Glowacki, Nancy
3960 Sugarbush Rd.
Lena, WI 54139


Glenn O'Connell
1588 Junior Place
Elgin, IL 60123

Glenn, Tenisha
7601 Hammond Drive
Biloxi, MS 39532


Gober, Justin
1580 Mira Lago Blvd. Apt. 303
Farmers Branch, TX 75234


Godbout, Jeff
8701 W Bradley Road
Milwaukee, WI 53224


Godwin, Bradley R
2903 Firewalk Trace
Katy, TX 77494


Goff, Justin
9861 Beauclare Terrace
Jacksonville, FL 32257


Goff, katherine
125 amaryllis drive apt204
wilmington, NC 28411


Gogol, Philip
43 Highland
Ilion, NY 13357


Gold Coast Skydivers
5400 Cross Creek Drive
Mobile, AL 03669-3269


Gold Star Aviation
200 Commander Road
Suite H2NC
Ft. Worth, TX 76106

Goldberg, Lisa
2042 Ward Parkway
Ft. Worth, TX 76110


Gone with the Wind Balloon - Alabama
1705 Monroe Road
Toney, AL 35773


Gonzales, Jesus
111 Southill Rd
San Antonio, TX 78201


Gonzalez, Abdel
2661 29th St. Apt 3
Estoria, NY 11102


Gonzalez, Christopher W
1028 Venice Drive
Bryan, TX 77808


Gonzalez, Efrain
3910 Mariela Ct
Rocklin, CA 95765


Gonzalez, Georgette
158 Princeton Road
Elizabeth, NJ 07208


Gonzalez, Ramone
5113 Benjamin Ct
Kernercville, NC 27284


Gonzalez, Vanessa H
2400 West Madison St Apt 409
Chicago, IL 60612

Goodale, Gregory
5814 Petty Street
Houston, TX 77007


Goodhue, Kristi
150 East 52nd St.
New York, NY 10022


Goodin, Richard
43 Rainey Dr #1792
Austin, TX 78701


Goodwyn, George T.
5603 Ash Grove Ct
Montgomery, AL 36116


Gopinath, Prasad
65 Overlea Blvd
Toronto, 51


Gopisetty, Pramod
898 Carton Bay Dr E
West Palm Beach, FL 33406


Gordon, Luke
3133 Chula Brookfield Rd
Tifton, GA 31794


Gordon, Theodore
27 Wallingford Ave., Apt. F2
Wallingford, PA 19086


Gordon, Valerie
20809 NE 141st Street
Woodinville, WA 98077

Gosain, D. J.
Aviation Blvd
Inglewood, CA 90304


Goulart, Joe A
PO Box 3850
Fort Stuart, GA 31315


Gozariu, Vasile
3925 Us Hwy 92 West
Plant City, FL 33563


Grabham, Lorie
7268 West FireBird Dr
Glendale, AZ 85308


Grace, Robert
Po Box 3579
Shawnee, OK 74801


Graper, Liz
11144 Flosonville Rd
Tennyson, IN 47637


Gray, Caitlin 1
1202 Tree line Drive
Allentown, PA 18103


Gray, Danielle
4840 Heron Dr. Apt. 924
Tampa, FL 33616


Graza, Selix Anthony
1525 Del Rancho Dr
Irving, TX 75061

Greene, Trevor
25 night boxx road
orange park, FL 32065


Greenrock Holdings
3907 Park Dr. Suite 235
El Dorado Hills, CA 95762


Greens, Ryan
P.O.Box 12722
Annapolis, MD 21402


Greiner, Doris
7 Red Cedar Dr.
Levittown, PA 19055


Greiner, Haley
4248 Taylor rd.
Chasapeake, VA 23321


Greves, Maddy
815 Lanier Dr.
Madison, IN 47250


Griego, Lucas J.
1929 7 Street
Las Vegas, NM 87701


Griffeth, Kevin
6204 Bandera Blvd
dallas, TX 75225


Grigsby, Bob
889 W Wesly Rd
Atlanta, GA 30327

Grimme, Michael
1965 mulsanne Drive
Zionsville, IN 46077


Grischuk, William
74 Pine Dr.
Rosevelt, NJ 08555


Grossman, Katherine
1427 Downington Overlook
Acworth, GA 30101


Grove, Anthony
111 sherman st
kent, OH 44240


Grunst, Gary
19376 Hazelgrove Dr.
Oregon city, OR 97045


Gruskin, Karen
8 Cypress St.
Marblehead, MA 09145


Gudis, Malcolm
6101 St Andrews Dr
Dallas, TX 75205


Gudmundson, Bryan
11531 Wild Flower Court
Moorpark, CA 93021


Guelcher, Charles J
2nd PSC Box 20183
Camplejeune, NC 28542

Guevara, Johana
990 Ridgemont Ave Apt 101
Houston, TX 77042


Guevara, Julissa
277 Park Ave 45 floor
new york, NY 10172


Guidon, Micha
1736 State Street
San Diego, CA 92101


Gulker, Michael T.
2740 Adrain Street
San Dieago, CA 92110


Gulledge, Pam
218 Main Street
Crossett, AR 71635


Gundlah, Lori
Route 103 301
York, ME 03909


Gunn, Lauren
5069 Dakota Ave.
Castlerock, CO 80104


Gunter, Phillip
9043 Walnut Meadow Drive
Indianapolis, IN 46234


Gupta, Gaurav 2
1133 Huff Rd. NW Apt. 312
Atlanta, GA 30318

Gusev, Oleg S
63 Wall St Apt 3604
New York, NY 10005


Guth, Susan
2905 University drive
Lawerence, KS 66049


Gutierrez, Carlos
20 Pinebrook Cir
Brandy, MA 01033


Gutierrez, Israel
12160 NE Miami Place
Miami, FL 33161


Guyton, Christopher
112 Nomad Lane
Lancaster, SC 29720


Ha, Molly
6250 W Arby Ave Unit 170
Las Vegas, NV 89118


Habig, Whitney
6622 Cape Neddick Ct. Apt G
Indianapolis, IN 46217


Hader, TJ
209 Smokerise Lane
Tom's River, NJ 08755


Hadlock, Stan
9056 Heights Dr
Sandy, UT 84094

Haerle, Marybeth
34300 Lantern A Dr Unit 50
Dana Pointe, CA 92629


Hagan, Kenneth
3384 Spruce St
Avon, OH 44011


Haidous, Loutfi
3554 Mayfair St.
Dearborn, MI 48124


Haines, James
1 Sedarbrook, Apt. 2W
St. Charles, MO 63301


Halbert, Douglas
435 Hudson ST 3rd Fl
New York, NY 10014


Hall, Delvin
854 Issaqueena Trails Rd
Central, SC 29630


Hall, Jennifer 1
250 pennsylvania ave
shreveport, LA 71105


Hall, Meredith
7600 south rainbow blvd, apt 2103
Las vagas, NV 89139


Hall, Patty
1401 Circle Dr.
Roundrock, TX 71664

Hall, Ronald
703 thomas boyland st
Brooklyn, NY 11212


Hallisy, Beth
471-10 Antler Point Drive
Aurora, OH 44202


Hallock, Paul
6124 Blue Ash
Charlotte, NC 28215


Halper, Rob
271 Central Park West 9E
New York, NY 10024


Hamed, Ibrahim
332 Porter Rd
Clarksdale, MS 38614


Hamilton, Steven A.
622 forest ridge drive
noblesville, IN 46060


Hamm, Kimberly G
3544 Chelsea Dr
Rocky Mount, NC 27803


Hammes, Jerrod
15217 Windward Drive
Corpus Cristi, TX 78418


Hampton, Jeron
3201 S 23rd St apt 141
Abilene, TX 79605

Hanan, Priscilla
5191 Cheney Dr. Apt 7
S. Beloit, IL 61080


Hancock, David
1621 White Oak Cove
Loganville, GA 30052


Haney, William
A Company 138 INF BN 4-2 DDE
Fort Lewis, WA 98333


Hanford, David
2716 Zambia Dr.
Cedar Park, TX 78613


Hangar 3
Hangar 3
67 Meserole Ave
Brooklyn, NY 11222


Hankee, Patrick 1
2069 Argyle Avenue apt 305
Los Angeles, CA 90068


Hanna, Martin
6012 Marsham Ct. Apt 301
alexandria, VA 22315


Hansel-Burgdorf, Sandra
330 E 82nd Drive
Denver, CO 80229


Hansen, Jenet
PO BOX 14
Joseph, OR 97846

Hansen, Regina
5149 East laurel lane
Scottsdale, AZ 85254


Harb, Yousses
40 Horner Ave
184X5 Toronto, ON


Hardgrove, Matthew
11 Mulberry Drive
Oldsbridge, NJ 08857


hardgrove, seth
1720 State road 331
Tippecanoe, IN 46570


Harmon, Alex
2801 W Glen Drive
Falls Church, VA 22046


Harmon, Barbara
P.O. Box 594
S. Chatham, MA 02659


Harper, Donald
5 Winslow Dr
Windham, ME 04062


Harper, Sheila I.
1860 S 250 W
Perry, UT 84302


Harris, Jacqueline S.
154 Sharkey Rd
Charleston, MS 38921

Harris, Lenard L N construction
2170 highway 51 suite 1
Hernando, MS 38632


Harris, Marika
19 Technology drive suite 200
Irvine, CA 92618


Harrison, Guy
7419 Sandhurst Rd South
Jacksonville, FL 32277


Harrison, Jennifer J.
606 Resinwood Road
Moncks Corner 29461


Harrison, Jessica
5733 bevis ave
van nuys, CA 91411


harsimran, hersim
9200 merrick dr
pechtree city, GA 30269


Hart , Jessica
5839 West Bloomfield Rd.
Glendale, AZ 85304


Hart, Adrian
31 Chelsea Ridge
Vernon, CT 06066


Hart, Elizabeth
990 6th Ave Apt p10
New York, NY 10018

Hartdegen, Alice
1425 Forest Creek Dr
Lewisville, TX 75067


Hartman, Lucas  1
815 Hardscrabble Road
Chappaqua, NY 10514


Hartung, Rebecca
14943 Forward Pass
San Antonio, TX 78248


Hartwick, Heather
1611 Elbridge Rd
Harrisburg, PA 17112


Hasuck, Thelma
3102 Haine Dr apt 517
Harlingen, TX 78550


Haug, Steven J.
20 West View Dr.
Lloyd Harbor, NY 11743


Hawk, Steven
7050 Windhaven Pkwy
The Colony, TX 75056


Hawkins, Brandon M.
310 Middlebridge Rd.
Stough Kingstown, RI 02879


hawkins, phillip
152 west 120th st
new york, NY 10027

Hayden, Christina
8820 West Imnaha court
Kennewick, WA 99336


Haygood, Jameson
600 North Park Drive
Springhill, LA 71075


Haynes, Tyrone
12202 Arlington Place
Chino, CA 91710


Hazlett, Ann
180 Varick Room 1012
New York, NY 10014


Head, Hillary
305 W Fayette Street #1410
Baltimore, MD 21201


Healy, Jason
2022 Springdale Ave
Charolette, NC 28203


Heaven Bound Ascensions
66 North Villageview Road
Tallmadge, OH 44278


Hebson, Elicia
2921 Park Harbor Ct
fort worth, TX 76116


Heck, Leah
2301 S. 5th St. suite 14
Austin, TX 78704

Heckenberg, Brad
8750-3 cherry lane
laurel, MD 20707


Hedberg, Timothy
11885 Buck creek circle
Noblesville, IN 46060


Hedrick, Barry
500 East Border Street, 7th Floor
Arlington, TX 76010


Heinrich, Donovan
5441 Deep Canyon
Garland, TX 85043


HEINS, RALPH
1445 Ross Ave. Suite 5150
Dallas, TX 75202


Helicopters, Inc.
993 River Currents Dr.
Memphis, TN 38103


Henderson, Scott A
4109 Woodfox St
Houston, TX 77025


Hendrix, Mark
541 Hill Street apartment D
San Fransico, CA 94114


HENMAN, KIRT
22797 Ellsworth Ave
Menerva, OH 44657

Hensen, Erica
1045 Church Rd
Green Lane, PA 18054


Hensgens, Hans
11632 Grandview Road
Kansas City, MO 64137


Henslin, Scott C.
424 16th avenue North
South St Paul, MN 55075


Hermida, Daniel J.
110 Sumter Ln Apt I
Central, SC 29630


Hermida, Jazkhlan
7474 east arkansas ave apt.1702
denver, CO 80231


Hernandez, Michael 2
312 29th St., NE
Cedar Rapids, IA 52406


Herndon, Chad
606 Hyde Park
Cleburne, TX 06033


Herrin, Michael
871 Buttonwood Lane
Altamonte Spring, FL 32714


Hersholt, Brian
415 N. Ogden Dr apt 2
Los Angels, CA 90036

Herweyer, Nicholas J
261 11th Ave
Vero Beach, FL 32962


Hester, Mary J.
5305 Meltow Rock Ave
Las Vegas, NV 89130


Hewko, Terri
3223 Camarie Ave
Midland, TX 79705


Hiatt, Jason M
1104 East 49th Street
Marion, IN 46953


Hicks, Thomas
11308 Jefferson Way
Alpharetta, GA 30005


Higgins, David A.
754 Thicket Lane
Housten, TX 77079


Higgins, Justin
PO BOX 13051
Evansville, IN 47728


High But Dry Balloons
4164 Austin Bluffs Parkway
#146
Colorado Springs, CO 80918


Highsmith, Carol
7501 Carol Avenue
Tacoma Park, MD 20912

```
Hild, Jeff
1444 W street
DC, DC 20009


hildreth, clinton
6552 la mirada drive
jacksonville, FL 32217


Hill, Fred
3147 wolf club dribe
atlanta, GA 30349


Hillier, Luke
5000 Ocean Front ave
Virginia Beach, VA 23451


HIMES, JENNIFER
769 HIDDEN SPRINGS DRIVE
LEWIS CENTER, OH 43035


Hinrichs, Roger
208 Morning Side Dr.
Hopkinsville, KY 42240


Hinson, Courtney
145 Lake E 8 Trail
Longview, TX 75605


Hirsch, Adam
8421 N 76th E Ave
Owasso, OK 74055


Hitt, Ricky
430 S.Bryan Beltline
Mesquite, TX 75149
```

Hnath, Jenna
12812 W Old Baltimore Road
Boyds, MD 20841


Ho, Nancy
535 Owasso Hills Drive
Roseville, MN 55113


Hocker, LaDonna
1073 Meadowbrook Dr
Woodstock, GA 30188


Hodge, Lynda
351 King st. Apt C
Charleston, SC 29401


Hodgson, Jill G
803 Ivy Dr
Pflugerville, TX 78660


Hoeldt, Joshua
18827 Citation Road Unit A
Eagle River, AK 99577


Hoelzle, Brian
917 W. Dakin #109
Chicago, IL 60613


Hoffman, Gary
2189 Andorra St
Navarre, FL 32556


Hoffman, Mathew
5014 West The Riviera Street
Tampa, FL 33609

Hoffner, James C
43 Orchard Ln James Hoffner
Kirkwood, MO 63122


Hoffner, Sandra J
1017 Quarterpath Drive
Winterville, NC 28590


Hoffpauir, Dale
PO Box 82561
Lafayette, LA 70598


Holiday, Justin
1704 Wallace St.
Philadelphia, PA 19130


Hollister, Thomas
14 Renee Lane
Newark, DE 19711


Holloman Corporation
Jimmy Brannon
Odessa, TX 79762


Holloway, Jason
2575 Blessed Place
Pinewood, SC 29125


Holthofer, August
813 High Meadow Ct.
Louisville, TX 75077


Hooks, Allison
3720 west alabama #5209
houston, TX 77027

Hooper, Lawrence
106 3rd street
saratoga, NY 12866


Hoover, Donna M
11424 East Ereyfus Ave
scottsdale, AZ 85259


Hope, Crystal D
2066 Callaway Ct NW
Atlanta, GA 30318


Hope, Jason
po box 10195 dept 858
Palo Alto, CA 94303


Hoppe, Nicholas
3009 Barksdale Court
Bellevue, NE 68123


Horgan, Erin
741 E 9th Street
New York, NY 10009


Hormaza, Margarita
5701 NW 114th court apt 107
Doral, FL 33178


Hosftetter, Erin
20 Sea point way
Pitsburg, CA 94565


Hot Air Balloon Port, LLC
42093 Preston Landry Rd
Gonzales, LA 70737

Hot Air Expeditions, Inc.
2243 E. Rose Garden Loop
Suite One
Phoenix, AZ 85024


Housley, Tamika
511 N. Virginia Ave
Glenwood, IL 60425


Hovis, Andrew
15995 North Barkers Landing
Houston, TX 77079


Howard, Jacquline
5304 Wendley Rd
Baltimore, MD 21229


Howat, Christopher
8107 Augusta Pines PKWY W
Spring, TX 77389


Howe, Amanda
430 South Capital St  SE
Washington, DC 20003


Howell, Robert T.
525 Chapman Ln.
Marietta, GA 30066


Hoyles, Jennifer
8661 SE 17th Court
Ocala, FL 34480


Huang, Lei
2644 Hunt St. Unit 2
Ames, IA 50014

Huber, Kelly
4640 Teresa Trail
Midlothian, TX 76065


Hudak, Andrew
2765 Preston Club
Columbus, OH 43219


Hudak, Stephen
3124 Bel Aire Road
Des Moines, IA 50310


Hudgins, Melissa
11336 Copper Hill Dr
Hammond, LA 70403


hueneman, kent
575 highway 69
garner, IA 50438


Huffman, Hailey 1
225 Shady Grove Road
Nashville, TN 37214


Hughes, Curtis 1
1920 Exchange Dr
Greenville, NC 27858


Hughes, Nancy
5141 Eastlake Dr.
Pompano Beach, FL 33064


Hughes, Ocee
1411 Hillandale Ave. Apt 6
La Habra, CA 90631

Hughes, Ryan 1
714 KINWOOD PORRT SE.
LACEY, WA 98503


Humphries, Bob
2319 W. Cedar Bayou Linchburg
Baytown, TX 77521


Hunt, Antoine
P.O. Box DV 737
Devonshire, 51


Huntington, Kate
585 north main st. apt 10
tooele, UT 84074


Hurlburt, John R
2793 Pre Emption Street
Geneva, NY 14456


hussey , michelle
2046 hollis rd
lansdale, PA 19446


Hutson, James
806 WAshington Ave
albany, NY 12203


Hutton, Sean
200 East St
Southington, CT 06489


Hwang, Sunghyun
3762 S Flower St Apt.1
Los Angeles, CA 90007

Ihrig, Matthew
20115 Tom Lee Ave
Torrance, CA 90503


Ilagan , Michaelangelo
208 Lenape Ave.
Melrose Park, PA 19027


In Flight Balloon Adventures
P.O. Box 5339
Clinton, NJ 08809


Ince, Richard
1053 Wyndhan
Lansing, KS 66043


Independent Skydive Company
Jeremy Divan
3335 Airport Rd, Unit E
Boulder, CO 80301


Indy Balloon Rides
405 E. New York
Fortville, IN 46040


Infinity & Beyond
78 Warner Hill Road
Derry, NH 03038


Isaias, Ambres
1728 Sw Coral Way
Miami, FL 32145


Isidro, Claire
73 Trabuco Oak Drive
Simi Valley, CA 93065

Island Balloons, Inc.
Reed Basley
8530 Hicks Island Rd.
Lanexa, VA 23089


Island, Jason
1203 Peacham Ct.
Fresno, TX 77545


Israel, Nathan
102 Michele Dr
Hampton, VA 23669


ITC Holdings
27175 Energy Way
Novi, MI 48377


Ivey, Stefani
650 North Leora Lane apt 925
vacollony, TX 75056


Izehi, Isleo
1 tridon cir box 677
fort dodge, IA 50501


Jackson, James G.
9 S Silverview Ln.
Greer, SC 29651


Jacob, Patricia M.
22 Golden Ash way
Gaithersburg, MD 20878


Jaeger, Chris
3400 Ave of the Arts
Costa Mesa, CA 92626

Jagusch, Dean
5220 Pennington ave
Baltimore, MD 21226


jaimes, martin e
715 west foothill blvd
Mongrovin, CA 91016


James, Max 1
101 Convention Center Drive # 1225
Las Vegas, NV 89109


Jara, Jacyln
10105 Elm Cirle Drive
Oak Lawn, IL 60453


Javid, Hassan
46 gallop lane
somerset, NJ 08873


Jayaram, Nandish
908 Greek Rd Dr. Apt 246
Arlington, TX 76013


Jenkins, Neil
2046 Brown Rd
Auburn Hills, MI 48326


Jennings, Jerry
104 Blue Steam St.
Brighton, CO 80601


Jensen, Sabrina
165 E 400 N
Bountiful, UT 84010

Jha, Rohan
17180 Big Oak Lane
Yorba Linda, CA 92886


Jhaveri, Nishant
12817 Shadow Oak Ln
Fairfax, VA 22033


Jiang, Honglei
3239 Armour Court
Mason, OH 45040


Jiao, Chao L.
901 Sumter BreyrresSt 207
Columbia, SC 29208


Jimenez, Perla
1411 N Cockrell Hill Rd
Dallas, TX 75211


jiwani, amynah
112 Sugarstone Dr
Lawrenceville, GA 30043


Johanson, Dave
2122 York Rd
Oakbrook, IL 60523


John, Ashish
426 Arkansaw st apt3
San Francisco, CA 94107


Johns, Michael T.
3695 Norman Scott Rd.
San Diego, CA 92136

Johnson, Adam 1
510 Westridge Dr
Ofallon, MO 63366


Johnson, Allen K
1084 Brielle Court
Oviedo, FL 32765


Johnson, Ana 1
5009 West Equestrian Pl Apt 1124
Sioux Falls, SD 57106


Johnson, Chris 1
805 Corss timbers dr
Mckenney, TX 75069


Johnson, Debron
2520 North 3000 West
Delta, UT 84624


Johnson, Douglas
109 Silverdale Garden
Fort Mcmurray Alburta T9H3S6


Johnson, Herbie
501 Home Ave
Norton, KS 67654


Johnson, Jeff 3
919 Milam St
Houston, TX 77002


Johnson, Jeranica
505 Pecan Grove Loop
Hopemills, NC 28348

Johnson, Nancy 1
85 Adam st
Fairhaven, MA 02719


Johnson, Shannon C
2006 Newbury Drive
Arlington, TX 76014


Johnson, Shanti
116 Dearplace
Pagsa springs, CO 81147


Johnston, April A.
4316 summercrest blvd
Antioch, TN 37013


Johnston, Jacob D
387 Hareing Highway West
Marion, OH 43302


Jonas, Nicholas
250 West 57th street
New York, NY 10107


Jones, Aarin
4214 Washington rd.apt 203
Kenosha, WI 53144


Jones, Brent
413 S 180th Place
Seattle, WA 98148


Jones, Jackie
3500 North Star Road apt 218
Richardson, TX 75082

Jones, Melissa
302 Marietta Road
Mooresville, NC 28117


Jones, Michael 1
9016 N. Wyandotte Ave
Kansas City, MO 64155


Jones, Peggy
152 Heritage Village Ln
Columbia, SC 29212


Jones, Sarah E
3870 Kelly green Place
MD 20602


Jones, Tyler 1
6703 Chevy Ray
Tallahassee, FL 32317


Jordan, Thomas E.
528 Rua Dematta
San Antonio, TX 78232


Joseph, Nerlande
119 Matrix Prkwy
Peidmont, SC 29673


Juarez, Martin
702 S Bellrose
Whichita, KS 67218


Judd, Trevor
5810 Osage Ave
Cheyanne, WY 82009

```
Julio, Moreo
PO BOX 2095
Santa Rosa, CA 95405


Jump Florida Skydiving LLC.
3800 Chalet Suzanne Drive
Lake Wales, FL 33859


Jurrema, Peter
4325 Persimmon Ct
Columbus, IN 47201


Justice, Janet
583 Indian Springs Dr
Kerriville, TX 78028


Justiniano, Jessica
2478 SW 177th Ave
Mirimar, FL 33029


Jutzi, Jack
6741 Amber Crest Dr.
Arlington, TX 76002


Kaczmarek, John
3501 Edgewood Drive
Amarillo, TX 79109


Kaiser, James
4670 shearwood ct NE
grand rapids, MI 49525


Kakkad, Rishi
5450 wissahickon ave.
Philadelphia, PA 19144
```

Kalali, Chandra
4117 Stevenson Blvd
Fremont 94538


Kalimullina, Gazul
199 Acacia Ave.
Statin Island, NY 10308


kamdar, devyani
695 riviera circle
larkstur, CA 94939


Kanakis, Heather
45447 Blue Sage pl
Great Mills, MD 20634


Kanter, Lauren
4500 Woodfield Bulv.
Boca Raton, FL 33434


Karen Kent Balloons
4128 Rougon Road
Port Allen, LA 70767


Katikaneni, Sreerama
1901 Crossing Place 2204
Austin, TX 78741


Kauffman, Kent
700 north patton
harrisonville, MO 64701


Kaur, Manjet
1414 Burrero Way
Corona, CA 92882

Kedrowski, Michelle
15129  45 Rd
Arlington, WA 98223


Keen, Bradley T
2601 Jeff Neely Drive
nashville, TN 37212


Keenan, Lisa
11275 110th Ave.
Largo, FL 33778


Kelly, Eileen
18 Elstone Dr.
Glen Mills, PA 19342


Kelly, Julie 1
3901 Dovina Dr
Raleigh, NC 27613


Kelly, Richard
1875 Newport Blvd
costa Mesas, CA 92627


Kelly, Stephen
P.O. Box 1472
Seally Lake, MT 59868


Kenderdine, joshua
8119
albuquerque, NM 87120


Kendrick, Edward R
253 Highland Falls Dr
Hiram, GA 30141

Kenkelen, Ryann
927 cummings Ave.
Blackwood, NJ 08012


Kennedy, Chloe
1 macquarie
tennerisse 04001


Kenyon, Carol A.
21329 Old Bellamy Road
Alachua, FL 32615


Kerr, Steve
8624 donnywood circle
britt, MN 55710


Kerschner, Erica
5389 Verne Rd.
Mohrsville, PA 19541


kestler, jacquelyn
2202 may wine ln
ofallon, MO 63368


Kettani, Eric
8105 Eagle Rd
Kirtland, OH 44094


Kettlewell, Mathew
146 Clearview Avenue
Wheeling, WV 26003


Khadake, Pramod
3435 Waterford Forest Cir
Cary, NC 27513

Khalsa, Carol
12 Foote St
Berington, SC 02806


Kidd, Stephanie
1600 Sherri Way
Richamond, IN 47374


Kilpatrick, Charles
105 Spindal Ln
Lugoff, SC 29078


Kim, Amy
1525 Addison Circle Apt 2430
Addison, TX 75001


Kimball, Jill
1507 Ancor Court
Orlando, FL 32804


King, Donald 1
508 Tucker Way Ct
Nashville, TN 37205


Kinney, Elizabeth
7116 Blairview Dr
Dallas, TX 75230


Kirchberg, Chris
385 peaceful court
Simi Valley, CA 93065


Kirwan, Greg
605 Oak Hill Rd.
N. Kingstown, RI 02852

Kite Enterprises
203 Whisenant Dr
Allen, TX 75013


Klaus, Brian
470 waterson School Rd
Redrock, TX 78662


Klein, Mark E.
2411 SW 27th Ave
Fort Lauderdale, FL 33316


Kline, Alexander
198 Wildwood Drive
North Aurora, IL 60542


Kline, Heather
3805 Courtland cir
Alexandria, VA 22305


Kline, Jody
214 Hastings Dr
Goose Creek, SC 29445


Knapp, Raymond
414 2nd St
Perry, IA 50220


Knepp, Melissa
8 S Locke Ave.
Yeagertown, PA 17099


Knight, Austin
92 summer tree drive
Nicholasville, KY 40356

Knight, Elizabeth
46 Arlington St.
Burnside Christchurch 08


Knopinski, Diana
250 Central Avenue, Apt. 811
Newark, NJ 07103


Knott, Edmond
524 south 4th street
albion, NE 68620


Knowling, Brittney
205 N Davis Dr
Charleston, SC 29404


Knuth, Shelley
1709 Apelles Cir
Lafeyette, CO 80026


Kodkani, Yogeeta
1511 noble pointe dr
Spring, TX 77379


Koenig, Maxwell
221 Summit
Mount Vernon, NY 10552


Koerner, Lukes
2412 S.Valley Dr. lot 12
Rapid City, SD 57703


Koerth, Andrea
224 S. Mccampbell St.
Aransas Pass, TX 78336

Kohlhepp, Joe
1507 Woodridge Lane
Sykesville, MD 21784


Kokaisl, Colleen
3508 N Sheffield Rd
Chicago, IL 60657


Kolowich, Brian
854 Issaqueena Trail #602
Clemson, SC 29630


Kolz, James
607 S Knight Ave
Park Ridege, IL 60068


Konopka, Douglas
1736 Milford St
Huston, TX 77098


Kooiman, Cheryl
2379 N 65th Street
Wauwatosa, WI 53213


Koontz, Kristy
610 Ivenhoe
Marion, IN 46952


Kopec, Joanna
2066 Cedar Park Ln
Orlando, FL 32824


Korelitz, Michael
25450 Pleasant Valley Rd
Chantilly, VA 20152

korin, brad
22 normal lane.
kingspark, NY 11754


Kostakis, Edward
489 Emory Rd
Mineola, NY 11501


Koster, Rick
2031 Eighth Ave
Byron Center, MI 49315


Kotlerman, Jenny
3121 Colorado ave unit T
santa monica, CA 90404


Kotova, Marina
8410 Brookwood Ct.
Mclean, VA 22102


kotsinonos, john R
324 East 35th street apartment 3D
new york, NY 10016


Kowalko, Len
505 Juego St
Oxnard, CA 93030


KRABACHER, PAUL
235 weber street
woodland, CA 95695


Kraimer, Joyce M
826 Loxford Terrace
Silver Springs, MD 20901

Kramer, Kurt L.
36 Ledyard Avenue
New York, NY 14043


Kramer, Paul
4133 Birch Drive
Huntingtown, MD 20639


Kramer, Sean J.
516 West Polk
Houston, TX 77019


Krammer, Angel
11070 SE 196th st
Inglis, FL 34449


Kraus, Yoanna
318 Plymouth St
Silverspring, MD 20901


Krawl, Sherry
11982 Handrich Dr
San Diego, CA 92131


Krivan, Gail
3588 Harvard Dr
Carson City, NV 89703


Krokos, Olga
8736 Hanna Ave
Canoga Park, CA 91304


Krueger, Anita
1100 Pagedale Dr
Cedar Park, FL 78613

Kruger, Robert
8819 W 3rd Avenue
Kennewick, WA 99336


Kukla, Mary K
3625 W Windsor Ct
La Porte, IN 46350


Kulikowski, Patricia
512 Wemberly Ln
Simpsonville, SC 29681


Kulkarni, Dhawal, V
2193 Summer Pkwy
Duluth, GA 30096


Kunkel, Kathleen
22W103 Sheffield Ct
GlenEllyb, IL 60137


Kurepa, Cheryl
100 W Big Beaver
Troy, MI 48084


Kyle, camilia
4521 mellwood ave
cinnati, OH 45232


Labrada, Dayana
325 S Biscayne Blvd Apt 1223
Miami, FL 33131


Lacey, Jaime A.
27069-4 crossglade ave
canyon contry, CA 91351

Lachance, Adam
507 Churchhill Downs Dr
Aberdeen, NC 28315


Ladd, Clare
2843 S Kenwood.
Tempe, AZ 85282


Ladino, Jennifer E
21 Lake St
Groton, CT 06340


Lalumiere, Eric
2037 Burton Street
San Diego, CA 92109


Lamb, Isabel
550 Salmon
Beaumont, TX 77701


Landry, Kirk
4924 Hastings St
Metairie, LA 70006


Landry, Sharon
218 New Castle dr
Valejo, CA 94591


Lane, Douglas
255 Old Loudon Rd
Latham, NY 12110


Lane, Gunilla
4150 NE 23rd Avenue
Lighthouse Point, FL 33064

Lane, John 1
3500 American Dr
Sacramento, CA 95864


Lang, Becky
1050 Pheasant Dr
Genoa City, WI 53128


Langford, David
P.o box 701
winnebago, MN 56098


langner, jennifer
43803 county rd 1
rice, MN


Larie, Tammy
1500 June Ln
Columbia, MO 65202


Larios, Salvador
1818 Letts Ave.
Corcoran, CA 93212


Larkins, Jamail
3108 Peach Orchard
Augusta, GA 30906


Larkins, James
503 jasper st
Isherning, MI 49849


Larrabee, Lewis
2220 McLean Blvd
Eugene, OR 97405

Larson, Keegan
416 N Shelly Ave
Fresno, CA 93727


Lasner, Ryan
18414 North west 9th court
Pembrook pines, FL 33029


Last, Robert R
1153 Bergen Parkway #178
Evergreen, CO 80439


Laub, Thomas
628 south Redding Ave.
Boyertown, PA 19512


Laurin, Nicholas W
13540 Short drive
crestwood, IL 60445


Lax, Kelsey
6201 Ocean Breeze
Malibu, CA 90265


Le, Christine 1
3433 Rosetree Dr
Jacksonville, FL 32207


Le, Hong
410 Bloedel Reserve Way Apt 204
Martinez, GA 30907


Le, Loan K
1066 12th Ave Drive NW
Hickory, NC 28601

Leahy, Bruce
3906 Niblick St
Longmont, CO 80503


Leandro, Guillermo
7715 NW 46th St.
Doral, FL 33166


Leanillo, Ricarda, A
13945 12th St.
Dade City, FL


Leano, Jocelyn
8336 W. Buckhorn Trail
Peoria, AZ 85383


Leavens, Gregory
405 Pershing Street
Elwood City, PA 16117


Lee, Diana
1414 Harbour Way S
Richmond, CA 94804


Lee, Joshua 1
50 Northern Turnpike
Johnsonville, NY 12094


Lee, Matthew B.
1078 Fortner pond rd
kite, GA 31045


Lee, Sang M.
4614 La Escalona Drive
League, TX 77573

Lee, Teri
P.O. Box 393
Arkadelphia, AR 71923


Leemasters, Bryan
21 ashberry woods dr 101
huntsville, AL 35824


Leesam, Sandy
3154 Laird Dr.
Newport Richey, FL 34655


Leidholt, Krista
1520 Riveroak Ave
Brandon, SD 57005


Leishman, Greg
9 pond veiw drive
springflied, MA 01118


Lemus, Eleimar
614 South West 1st lane
Pompano Beach, FL 33060


Lena, Vasi
255 Broken Point
Clearwater Beach, FL 33767


Lenihan, Erin
39 Oak Drive
Roseland, NJ 07068


Lentz, Chris
90 Elizabeth St Apt 3
Atlanta, GA 30307

Lentz, Christopher
90 Elizabeth street apartment 3
Atlanta, GA 30307


Lenz, Gean
23655 620th St
Pomeroy, IA 50575


Leonarczyk, Gregory E.
145 Juniper Dr
Yorktown Heights, NY 10598


Leonard, Kala
1914 Frankford Ave Apt 133
Panama City, FL 32045


Leonard, Zackary
26 mary's rd
sunapee, NH 03782


Leous, Courtney
180 Summer Street
Buffalo, NY 14222


Lesage, Lawrence
10 Morgan Rd
Selkirk, NY 12158


Leverett, Steve
463 mountfort rd
n yarmouth, ME 04097


Levitan, Nomi
10 Golar Dr
Munci, NY 10952

Levy, Michel
524 North Poinsettia place
Los Angles, CA 90036


Lewis, Kelly
16022 pedlar mills road
charltte, NC 28278


Lezinska, Dimi
65 C Chesson Rd
London W149QR


Li, Binbin
270 Babcock St Apt 18h
Boston, MA 02215


Li, Brian K
po box 734 742 north amherst ave
claremont, CA 91711


Liberty Balloon Co.
d/b/a Liberty Balloon Co.
6730 Barber Hill Road
Groveland, NY 14462


Lichtenberg, Christine
1233 102nd Avenue
Greeley, CO 80634


Liddell, Celia
6825 33rd St
Vero Beach, FL 32966


Liechty, Elizabeth
2400 Boston street suit 102
baltimore, MD 21224

Life Cycle Balloon Adventures, Ltd
P.O. Box 17123
Boulder, CO 80308


Lilliam Dejesus
304 Trotters Way
Dallas, GA 30132-0331


LimeLite Balloons
2700 South Kirby Rd
Bloomington, IN 47403


Lin, Letian
303 Smith Level rd. apt e22
Chapel Hill, NC 27516


Lindner, Steve
10020 Foothills Blvd
Roseville, CA 95767


Lingerfelt, Patricia
po box 3416
Arnold, CA 95223


Lioce, Laura J 1
12595 86 Rd. North
West Palm Beach, FL 33412


Lively, Clint D.
104 W. Arcadia Ave, Unit 90
Clovis, NM 88101


Livermont, Carol
678 N 3200 E
Menan, ID 83434

Livingston, Alexander
1545 South park
Halifax NS, 51


Lobello, Vickie
2954 Circle View Dr
Semi Valley, CA 93063


Lochner, Todd
182 Duke of Gloucester St
Annapolis, MD 21401


Locke, Mary
6207 44th Ave.
Riverdale, MD 20737


Logon, Tom
1311a W maine st
Carmi, IL 62821


Logsdon, John
7912 Truxton Ave
los angeles, CA 90045


Loken, Elizabeth
11770 Crow Hill Dr.
Parker, CO 80134


Lokma, Ahmed A
705 Park ave NE
Atlanta, GA 30326


Londo, James
4145 deerfield lane
Rapid River, MI 49878

Long Island Skydiving Center, Inc.
Long Island Skydiving Center, Inc.
P O Box 182
Titusville, FL 32781


Long, Brent
22800 Cabo Lane
Denhim Springs, LA 70726


Long, Jennifer 1
5902 highland pass
Austin, TX 78731


Long, Lindsey
19619 Norfolk Ridge Way
Richmond, TX 77407


Longacker, Kristopher
39990 Roadrunner Lane
Boulevard, CA 91905


Longhurst, Dale
1585 EasT Miranda Lane
Sandy, UT 84093


Longmont Hot Air Balloon, LLC
PO Box 739
Longmont, CO 80502-0739


Longoria, Roel
326 Waggon Trl. rd
Palmhurst, TX 78573


Loomis, Peter
804 Shallow Brook Ave.
Wintersprings, FL 32708

Lopez, Christina
4923 paul street
denver, CO 80216


Lopez, Francisco E.
7339 Nada Street
Downey, CA 90242


Lopez, Patricia
4509 Kings Row
Von Ormy, TX 78073


Louvier, Farrell
2004 Ruby Dr
Houma, LA 70363


Lovell, Susan
PO Box 220
Burnsville, NC 28714


Loveres, Katrina
28374 Scamore Dr
Saugus, CA 91350


Lowden, Lanette
PO Box 1298
Kyle, TX 78640


Lowe, Nathanael
826 MASONIC AVE
SAN FRANSICO, CA 94117


Lowe, Trent
1165 Taylors Country Ln.
Gold Hill, NC 28071

Lowery, Jill K.
120 Indepence Ave
Enterprise, AL 36330


Lozano, Hector
1449 Abenida Alverado
Placentia, CA 92870


Lucas, Brian
5818 Akron Street
Philadelphia, PA 19149


Lucci, Fran
6138 Garamond Ct
Charlotte, NC 28270


Lucente, Cheryl
615 Valie Vista Drive
Brandon, FL 33511


Luetkemeyer, Robin
5090 Green Hills Rd
Festus, MO 63028


Lufkin, Gregory
633 South Barrington St unit 102
Los Angeles, CA 90049


Luna, Daniel
42 S Meade St
Denver, CO 80219


Luna, Jose L.
654 Laurel St., Unit 7
East Haven, CT 06512

Lunau, Tina
1703 Cashel Lane
McHenry, IL 60050


Lungu, Zachary
186 Pier Landing loop
South Mills, NC 27976


Luther, Connie
53 1/2 South Williams St
Neward, OH 43055


Lynskey, Timothy
3109 Barker camp Rd
Dunlap, TN 37327


Maccrimmon, Mallory  1
485 Huntington Ridge Drive
Nashville, TN 37211


Macdonald, Karen A
5 Lee Hill Road
Lee, NH 03861


Machado, Tonya 1
420 Gander Ct.
Spring Hill, TN 37175


Macintosh, Rebecca M
21139 Iverson Ave
Forrest Lake, MN 55025


macktal, doreen
po box333
avalon, CA 90704

MacLeod, Rodrick
330 Congress St Flr 2
Boston, MA 02210


MacMillan, Reed C.
5315 Atlee Place
Springfield, VA 22151


Maddison, Cameron
2307 Lourddes Rd
Richmond, VA 23228


Madira, Ana
29 Acacia Terrace
New Rochelle, NY 10805


Maes, Felicia
22 W Onieda St
Oswego, NY 13126


Magana, Elizabeth
1314 La Tijera Blvd
Inglewood, CA 90302


Magical Adventures
P.O. Box 891951
Temecula, CA 92589-1951


Mahler, Bryan W
110 Barberry Street
Winder, PA 15963


Maizel, Adam A
12311 Lima Dr
Silver Springs, MD 20904

Manchester, Alaina
1128 SW 6th Avenue Aprt. 2
Gainsville, FL 32601


Mand, Linda
5188 Jenner Rd
Boonville, IN 47601


Maples, Christopher
1027 Valley View Drive Apt 2
junction City, KS 66441


Marcus , Russel
PO Box 11290
Conway, AR 72034


Marcus, Anthony
385 County Rd. 184
Clanton, AL 35046


Marcuzzi, Cain
5095 Frankfort Rd.
Versailles, KY 40383


Mark, John H.
31-37 55st
woodside, NY 11377


Markala, Kumar
585 78th Ave NE
Spring Lake Park, MN 55432


Markham, Steve
PO Box 27396
Austin, TX 78755

```
marlin, russell
840 n 4250 rd
claremore, OK 74019


Marmo, Mishell
325 wilson circle
green field, CA 93927


Marmorstein, Theodore S.
14418 N. 29th Ave
Pheonix, AZ 85053


Maroulis, Andreas
176 S Union Rd Apt A2
Buffalo, NY 14221


Marr, G. Trevor
10669 Obsidiad St.
Le Paso, TX 79924


Marron, Mary
1213 7 Gretrute Drive
Lynwood, CA 90262


Marsden, Craig
2 Brevoort Place Apt 4
Brroklyn, NY 11216


Martelli, Matt
2554 Pahuant St.
Oceanside, CA 92054


Martin, Anthony
315 Commercial Dr Suite A4
Savanah, GA 31406
```

Martin, Christopher 1
8419 22 Street
Miramar, FL 33025


Martin, Deborah A
4220 Savoy Lane
McHenry, IL 60050


Martin, Harriet
P.O BOX 2582
KIRTLAND, NM 87417


Martin, Omaida
2625 corning st
hephzibah, GA 30815


Martin, Regina B
12517 Fox Paw Trail
Keller, TX 76244


Martin, Samuel
1020 Reliance Dr.
Franklin, TN 37067


Martinez, Andrea 1
71-20 252 St.
Bellerose, NY 11426


Martinez, Corrina R.
901 S. Country Club Dr, 2104
Mesa, AZ 85201


MARTINEZ, JOHN J
6017 HICKORY GROVE LANE
PROT ORANGE, FL 32128

Martinez, Juana N.
1015 Hydeaway Ct
Fenton, MO 63026


Martz, Geoff
528 West 111 Street Apt: 77
New York, NY 10025


marx, krysten
2600 n southport
chicago, IL 60714


mason, Thomas
050 koval lane hanger 5 a
las vegas, NV 89119


Masuda, Nina
81 Pearl St Apt 4B
Brooklyn, NY 11201


Mata, Lauren
11800 Braesview Apt 910
San Antonio, TX 78213


Mathews, Larry
12010 Fairway Manor Ct
Upper Marlboro, MD 20772


Mathies , Michelle
8310 Country Walk Drive APT B
Pensacola, FL 32514


Mathre, Susan
1100 Montecelo Court
Ft. Collins, CO 80525

matias, marshall
3200 81st place SE unit A 302
mercer island, WA 98040


matson, robert a
7308 berquist drive
manchester, MO 63011


Matthews, Justin
9303 Overlook circle
Newburg, VA 20664


Matthews, Neal
12555 Dawn Beth Dr
Maryland Heights, MD 63043


Matthews, Rawn
359 Garland st
Memphis, TN 38104


Matthies, Kathy
26498 West Kuhle Drive
Sioux Falls, SD 57107


Maxwell, Rahsaan 1
10 Park Terrace E Apt 2F
New York, NY 10034


May, April
2413 Okemos Drive
Grand Rapids, MI 49506


May, Ryan
1524 jupiter
venice, FL 34293

Mayberry, Destini
15620 Mayberry Drive
Athens, AL 35613


Mc Laughlin, Mary C.
116 Terrace Dr
Syracuse, NY 13219


Mcafee, Patrick
10958 jamestown rd
Indianapolis, IN 46234


Mcafee, Shawn 1
212 Maplewood Dr
Pittsburg, PA 15214


Mcardle, Becky J
4272 Waylon Ct
Martinez, GA 30907


Mccabe, Kelly
3509 Blue Coat rd.
Nottingham, MD 21236


Mccarthy, Erin
273 Claudia Drive
Jacksonville, FL 32218


McClure, Beverly
9918 Valley Park Dr.
Houston, TX 77078


McClurt, Brittain
807 S 3rd Terrace
Savannah, MO 64485

McCollum, James
3403 Sunrise Circle
Jeffersonville, IN 47130


McCombs, Jerry
509 E. George St.
Carmichaels, PA 15320


mcconnell, Benjamin
319 millennium court
shepard airforce base, TX 76311


Mccormick, Debra
98 Earl Duberisson Rd
Carriere, MS 39426


McCormley, Christopher R.
6933 Aspen Creek lane
Dallas, TX 75252


Mccoy, Gerald
4135 Causeway Vista
Tampa, FL 33615


Mcdannald, Joshua Lee
43 Camelot Dr
Rochester, IL 62563


McDonald, Jessica
770 Mitchell Ave, 1131
Whiteman AFB, MO 65305


McDonald, William
8308 Oak Haven
La Port, TX 77571

McDowell, Ann
325 Midland Pkwy 820
Summerville, SC 29485


McElroy, Natalie
1320 darby rd
sebastapol, CA 95472


Mceneaney, Brian
PO BOX 17145
Denver, CO 80217


McGarrah, Emily
21 Shamrock Dr.
Harrison, AR 72601


Mcglothlin, Jack
Po box 5198
Abaline, TX 79608


McIntosh, Damon Allen
2845 Marion Way
Laguna Beach, CA 92651


McIvor, Kate
528 Highland
Helena, MT 59601


McKee, Harry
638 Marietta St. NW
Atlanta, GA 30313


McKie, Bonnie M
922 Banbury Court
Schaumburg, IL 60194

McKinley, Rhea
220 Mill Creek Tr
Cleveland, GA 30528


McLaughlin, James
4171 Choke Cherry Way
Liverpool, NY 13090


Mclemore, Michael
3403 Willow Oak Dr.
Edgewater, FL 32141


Mclendon, Pamela C
PO 2933
Marrero, LA 70073


McLennan, Crystal
9701 Elmeda Genoa Rd
Houston, TX 77075


Mcloughlin, Maureen
151 West 26th Street 11th Floor
New York, NY 10001


McMakin, Tamara R.
436 West Mont Dr.
Collingdale, PA 19023


McNeal, Sean
318 Remington Place
Pooler, GA 31322


Mcpherson, Madison
229 green oaks loop
Fredricks burg, TX 78624

Mctaggart, Diane  1
1152 allen rd
murfreesboro, TN 37129


McWhorter, Joseph
25247 Ladyhawk Ln
Brooksville, FL 34601


Medina, Herbart & Connie
1395 S Lastina St
Tulare, CA 93274


meier, phillip
300 e 34th st apt 32b
new york, NY 10016


Meine, Carla
176 Dry Canyon Drive
Lindon, UT 84042


Mello, Aaron
75 Dunn Dr
Fort Rucker, AL 36362


Melton, Bryant T.
8138 Saratoga Way
Port St. Lucie, FL 34986


Melton, Helen
504 park stone lane
woodstock, GA 30189


Mena, Amber
1922 Rose St
Leavenworth, KS 66048

Merage, Greg
4350 Von Karman Ave 4th flr
Newport, CA 92660


Mercado, Yolanda E
2175 52nd St N Apt 514
Clearwater, FL 33760


Mercer, Bevin
120 Saint Albans Drive
Raleigh, NC 27609


Merchant, Sulton
1618 Colridge Street
Sugar Land, TX 77479


Meredith, Hillary L
8220 4 St
Rathdrum, ID 83858


Merrill, Adam
603 wildwood lane
Blainsfield, MO 65583


Merrill, Christina
225 S 700 E
St George, UT 84770


Merrill, David
10200 Olive Wood Dr
Palmer, AK 99645


Merriman, Deven C
123 Riverdale Rd
Riverpool, NY 13090

Merritt, Julie E
35 Slater Road
Tolland, CT 06084


Meyer, Bryon 1
10481 South State St
Sandy, UT 84070


Meyers, David F
45 Wallstreet Apt 1401
New York, NY 10005


Meyers, Edward
5726 W. 46th St
Parma, OH 44134


Meza, Tiffany
10472 Christopher St
Cypress, CA 90630


Mezias, Nikolas
CA Ci Federal Inc
APO, AE 09354


Miami Skydiving Center
Charlevoix State Bank
111 State St
Charlevoix, MI 49720


Michaud, Nicole
3416 Kings Net Drive
Virginia Beach, VA 23452


Middle Tennessee Hot Air Adventures
Logan Bedford Adventures
5623 Pinewood Road
Franklin, TN 37064

Middleton, Desiree
46 Carmen St.
Sommerset, NJ 08873


Midwest Balloon Rides
Midwest Balloon Rides
8537 Bash Street #4
Indianapolis, IN 46250


Milam, Joe M
11317 Marbella Dr
Oklahoma City, OK 73173


Miles, Charlotte
142 North County Rd 175east
Greencastle, IN 46135


Miller, Cameron
2306 Winterset Pkwy SE
Marietta, GA 30067


Miller, Cassandra
619 Woodleaf Road
Eugene, OR 97405


Miller, James 4
1301 S 31st Street #1
Omaha, NE 68105


Miller, Jennifer A.
P.O Box 1036
Laurel Field, NC 28351


Miller, Kelley
420 E. Williams
Glendive, MT 59330

Miller, Keyunda
248 Patrick Ave SW
concord, NC 28025


Miller, Quynh P
3611 Turtle Run Blvd Apt 6314
Coral Springs, FL 33067


Miller, Timothy M
1709 Trimble Ave
Mckeesport, PA 15133


Milo, Anthony
3732 duran cirle
sacromento, CA 95821


Minhas, Mohammad
1105 Huntridge Dr.
Austin, TX 78758


Minkin, Patton
4123 General Pershing
New Orleans, LA 70125


Miranowski, Connor
1250 West Highway 287 Bypass # 623
Waxahachie, TX 75165


Mirza, Sikandar Z
2222 5th Street
East Meadow, NY 11554


Missouri River Valley Skydivers
42938 W. 64th Street
Henrietta, MO 64036

Mitchell, Mickey
200 Village Dr  Apt 1211
Longview, TX 75605


Mkrtchyan, Mary
1338 Lindedn Ave.
Glendale, CA 91201


Moberg, Amber
10883 Jubilee Circle
Lakeville, MN 55044


Modi, Ravish
2871 Troy Center Dr
Troy, MI 48084


Moe, Teresa
2914 W Lake Drive
Lavaca, AR 72941


Moglia, Thomas
149 Broadway Apt 2
Brooklyn, NY 11211


Mohabbat, Karima
4804 Hwy 69 N
North Port, AL 35473


moheyeldien, Marwan
7030 Troy hill
Elkridge, MD 21075


Mohundro, Bryan S
3 CEB A co 2nd plt
twentynine palms, CA 92278

Moir, Gail E
17 Lantern Drive
Seymour, CT 06483


Mojica-Staton, Ivelesse
10601 Navagation Drive
Riverville, FL 33579


Molia, Monsoor
12337 Wynnfield Lakes Dr. Apt. 834
Jacksonville, FL 32246


Molina, Lissette
9123 Ruston Dr.
Dallas, TX 75228


Montanez, Barbara
6011 Wellsey Way
Brentwood, TN 37027


Moore & Reese, LLC
2987 Clairmont Road
Suite 440
Atlanta, GA 30329


Moore, David 1
108 Idaho Street
Travis AFB, CA 94535


Moore, Melanie
11136 poundberry camp place
waldrof, MD 20603


Morales, Al
2663 Hobson Rd
Donners Grove, IL 60516

Morales, Sandra
6011 Banded tulip Dr
Wilmington, NC 28412


Moran, Ellen
601 Arbor Glenn Court
Ballwin, MO 63021


Moreland, Michael
609 Spring St.
Booneville, MO 65233


Morgan, James
1202 Taylor Ave.
Richmond, VA 23225


Morgan, Jan
233
Azle, TX 76020


Morgenshtein, Hen
1301 Colberry Rd #B
Baltimore, MD 21239


Morning Star Balloons
564 East Spruce Glenn Rd
Murray, UT 84107


Morris, Amy
3240 Goodley Rd
Garnet Valley, PA 19060


Morrison, Dan
3 Juliano Dr
Oxford, CT 06478

Morrissey, Michael J
23 Federal Hill Rd
Auburn, MA 01501


Morrow, Gene
P.O. Box 181936
Arlington, TX 76096


Mortimer, Ann
59 Twin Lake Dr.
Waterford, CT 06385


Moser, Andrew
26931 County road 34
Painsville, MN 56362


Moua, Candice
PO Box 5156
Fresno, CA 53755


Mountain Wings
77 Hanglider Road
Ellenville, NY 12428


Moy, William
989 112th Ave NE APT 2002
Belleview, WA 98004


Muccianti, Constance
19 N. 110 Felsmith Rd
Hampshire, IL 60140


Muchnick, Hal
169 Farrington Ave.
Sleepy Hollow, NY 10591

Mudry, Vicki
5415 Jobeth Dr.
Newport Richey, FL 34652


Muetzenberg, Alan
2164 Royal Acres Trl.
Frisco, TX 75034


mulla, mehboob
1208 applewood acres
clarks, PA 18411


Munkres, David
MIT Inc. 1151 Eagle Dr. #177
Loveland, CO 80537


Munoz, Antonio
1129 SW 27th Street
Oklahoma City, OK 73109


Murry, Galima
716 E Wright Ave
Tacoma, WA 98404


Murtha, Paul
4353 Shimerville Rd
Emmaus, PA 18049


Murton, Dennis
801 Dry Run Road
Grantville, PA 17028


Muthyala, Harsha
11250 Santa Monica Blvd
Santa Monica, CA 90205

Mutschler, Larry
3703 Conquer Pike
Wilmington, DE 19803


Myers, Amanda 1
419 W Piedont St.
Keyser, WV 26726


Myers, Jared  1
751 pinellas bay way south. unit 201
St. Petersburg, FL 33715


Myers, Robert
Po Box 690
Southern Pines, NC 28388


Myrick, Robert G.
100 Jacquelyn Way
Pensacola, FL 32505


Nader, Jennifer
10185 Lake side dr
Coral gables, FL 33156


Naef, Tamara
25413 North 71st Drive
Peoria, AZ 85383


Nash, Lee A
1085 Ga Hwy 338
Dudley, GA 31022


Nash, Susan 1
1060 Olde Roswell Grove
Roswell, GA 30075

Nathan, Terry
P.O. Box 1422
Forestville, CA 95436


Navas, Barbara
275 NE 18th St., Apt. 2108
Miami, FL 33132


Nazal, Christopher, W
3303 Sumter Dr
High Point, NC 27265


Nehgher, Kacey
1110 S.E. 9th St.
Ft. Lauderdale, FL 33316


nelemans, adriaen
kondensgate 84
trondheim norway 07012


Nelson, Deborah
51 Lacosta Dr
Montgomery, TX 77356


neu, Stacey
312 S Hustis street
Hustisford, WI 53034


Neubauer, Adam
1635 Kings Pond Rd
Cordova, TN 38016


Neugebauer, Toby R
1036 Nunnery lane
nasville, TN 37221

Neugroschel, Rose A
2730 south veitch st
Arlington, VA 22206


Newell, Dishawnn
1001 Bear Island Rd. Apt. 201
Summerville, SC 29483


Newhams, Noelle
229 N. Dithridge St
Pittsburgh, PA 15213


Newman, Frank
945 Broken Arrow Cove
Collierville, TN 38017


Nguyen, Alina
9712 Hastings Mill Dr
Glen Allen, VA 23060


Nguyen, Anna
159 Lucerne Blvd
Terry Hill, NJ 08003


Nguyen, Jeanna T
706 Grove St
Worcester, MA 01605


Nguyen, Kim 1
1501 SE 17th Street
Ft Lauderdale, FL 33316


Nguyen, Nicholas
2199 Briarcliff Road NE #15
Atlanta, GA 30329

Nguyenloc, Frank
4411 Kleinway Dr
Houston, TX 77066


Nichols, James 1
205 Top Hand
Lavernia, TX 78121


Nichols, Joe
5192 Ocaso Ave.
Buena Park, CA 90621


Nichols, Ralph
4211 124th st
Pleasant Prairie, WI 53158


Nido, Thomas
14305 Sheronbrook Avenue
Hartville, OH 44632


Nido, Vanessa
1778 West Camino Dey Torrenon
Tuscon, AZ 85704


No Limits Skydiving
P.O. Box 1608
Hopewell, VA 23860


Nobles, stacey
500 E. Wallace
Llano, TX 78643


Noguier, Laurence
2400 North Lakeview Ave
Chicago, IL 60614

Nor Cal Skydiving Center
31215 Hwy 128
Cloverdale, CA 95425


Nordvall, Steven
1705 Halyle Dr.
Hanover, MD 21076


Norsworthy, Angela
2624 Old Hwy 90
Zinton, LA 70668


Norwood, Dominiece K
10521 S.W. 158 court apt. 105
Miami, FL 33196


Notley, Christopher
161 W. Kinzie Apt 2201
Chicago 60654


Nouraee, Faye
7475 Kimberly Lane
Eden Praire, MN 55346


nowlin, gail
20 hartwell place
searcy, AR 72143


Nowling, Amy
8944 Spider Bay Court
Indianapolis, IN 46236


Nussbeck, Chris 1
8220 E 130th cir
Thornton, CO 80602

O'Brien, Joanna
P.O. Box 207
Brooklyn, NY 11236


o'connor, Joshua
6810 antioch rd 157
merriam, KS 66204


O'Dea, Molly
5241 Magnolia Walk Circle
Dunwoody, GA 30338


O'dom, James
26 County Rd 613A
Lynn, MO 65051


O'Steen, Mark
4720 Ortega Forest Dr
jacksonville, FL 32210


Oakley, Cara
4251 Antler Dr
Greenwood, AR 72936


Oates, Charlotte
1131 Four Tops Drive
Detroit, MI 48201


Obi, Chinwe
2004 Randolph Ave
Saint Paul, MN 55105


Oblasser, Erik
P.O. Box 1595
Dawsonville, GA 30534

Obrien, Stephanie
1162 E 4500 S
Salt Lake City, UT 84117


Odegard, Liv
1212 Ave Of the Americas
New York, NY 10036


Odonnell, John
1000 W Wilshire Blvd
Oklahoma City, OK 73116


Officer Jr, Timothy Alan
2514 Abercorn St Suite 205
Savannah, GA 31401


Ogude, Cecilia
596 Prospect Ave. Box 4
Bronx, NY 10455


Ohara, Kevin
3236 W 97th St
Evergreen Park, IL 60805


Ohio Powered Paragliding
20683 Hull Prairie Rd
Bowling Green, OH 43402


OLAM
205 E. River Park Cir Suite 310
Fresno, CA 93720


Old South Ballooning
11811 Wentling Avenue
Baton Rouge, LA 70816-6055

Old World Balloonery
11640 Cody Street
Overland Park, KS 66210


Oleinikoff, Dianne
4018 Providence Church Rd
Henry, VA 24102


Oliver, Allyn
6404 Sunbow Lane
Charlotte, NC 28277


Oliver, Barry
4029 Industrial Way
Long View, WA 98632


Oliver, Dawn Marie
3874 Mallard Street
Highland Ranch, CO 80126


Olson, Adam
203 White Cedar Blvd
Portsmith, NH 03801


Olson, Blake
1108 Ellis Court
Chatnamsboro, TN 37035


Oncer, Onur
8B Washington Drive
West Paterson, NJ 07424


Ong, Kristle
312 Brahan Blvd Apt 6
San Antonio, TX 78215

Ordonez, Joshua E.
7165 465 Aardvark Ave
Mt. Home AFB, ID 83648


Orgill, Jayson
2610 paseo olives
west covina, CA 91792


Orlando Balloon Adventures, LLC
1449 Bethesda Street
Apopka, FL 32703


Orth, Joel
P.O.Box 2490
Orland Park, IL 60462


Ortiz, Edgardo
2343 York ST
Des Moines, IA 50316


Oshea, Tom
1014 Bowlin Ave
Port Neches, TX 77651


Ostrowski, Robert
1674 Carlyle Dr Apt K
Croston, MD 21114


Otero, Carlos
307 NW 1st St Ave Apt 508
Fort Lauderdale, FL 33301


Otto, Robert
35 Whittier Rd
Wellesley, MA 02481

Owens, Kristine
One Design Center Place Suite 800
Boston, MA 02210


Owens, Richard
2910 Curis Drive
Copperas Cove, TX 76522


Oyewo, Abiola O
1100 Hussa Street
Linden, NJ 07036


Pabon, Angel
194 N Union Street
Rochester, NY 14605


Pacheco, Joshua
577 Icum St apt 1c
New York City, NY 10034


Packard, Desiree
3400 N Maryland Ave
Milwaukee, WI 53211


Padgett, Lisa
12975 Worldgate Dr
Herndon, VA 20170


Padilla, Amanda
2942 W Watercress Dr
Tucson, AZ 85741


Page, Austin
3032 Bedford Rd
Bedford, TX 76021

Page, Jeff
1608 Marget Street
Houston, TX 77093


Page, Linda
645 Upper Trutle Creek Rd
Kerrville, TX 78028


Pahlke, Karin
3522 Lafayette Pkwy
Floyd Knob, IN 47119


palagova, Irina
23 whitney place apartment 2E
Brooklyn, NY 11223


Palmer, Helen A.
9051 E. Calle Norlo
Tucson, AZ 85710


Palmer, Natasha
3066 Quentin Lane
Chipley, FL 32428


Palmer, Shawna
1334 West Sands Ct
Gilbert, AZ 85233


Panduranga, Gopinath
7575 Linda Vista Rd Apt 100
San Diego, CA 92111


Pandya, Jennifer
908 Wessex Way
Austin, TX 78748

Panikar, Vineet V
350 Parsippany Rd
Parsippany, NJ 07054


Pant, Sudhanshu
9 Brentwood Rd
Holmdel, NJ 07733


Paprosky, Stephanie
11 E Walton st. apt 3901
Chicago, IL 60611


Parab, Purushottam
819 Windy Ridge lane
atlanta, GA 30339


Parabolic, LLC
493 Airport Rd
Cedartown, GA 30125


Parachute Center
P.O. Box 423
Acampo, CA 95220


Parachutes Over Carmi
P.O. Box 94
Carmi, IL 62821


Paraglide Utah
#9 Manilla Circle
Draper, UT 84020


Paredes, Eric
3421 South G Street
Oxnard, CA 93033

Pariente, Simon
5553 West Sixth St.
Los Angeles, CA 90036


Parker Jr., Walter
17453 Beasley Lane
Milford, VA 22514


Parker, Brian
620 County Rd 4430
Whitewright, TX 75491


Parker, Debbra
10201 Rhett Butler Dr
Austin, TX 78739


Parker, John 1
2710 Wycliff Road
Raleigh, NC 27607


Parker, John 2
7200 US 158 HWY
Jackson, NC 27845


Parkhurst, Tonia R.
307 Beth Lane
Elk City, OK 73644


Parks, Dana
2121 South Pantano Rd.
Tucson, AZ 85710


Parry, Sara M.
916 Cottonroad Dr
Lansing, KS 66043

Partain, Derek
5305 Pine ridge Dr
arlington, TX 76016


Partners, Chesapeake Realty
225 green Spring Valley Road
Owings Mills, MD 21117


Patat, John
6619 plantation reserve
fort myere, FL 33966


Patel, Chandrakant
77 Christable st
Lynbrook, NY 11563


Patel, Hetalben, M
570 Main St #C
Hackensack, NJ 07601


Patel, Krushit
434 West Vine  Apt d204
Hatfield, PA 19440


Patel, Pinal
100 Walnut Ave Suite 304
Clark, NJ 07066


Patel, Sameer
542 NW 39th Rd
Gainesville, FL 32607


Patel, Suraj 1
760 south stillwater ln
anaheim, CA 92807

Paterson-brown, Willy
117 east louisa street number 308
seatle, WA 98102


Patil, Arjun
908 Road Island street
San Fransico, CA 94107


patrick, nikolai j
4263 millwood lane
tallahassee, FL 32312


Patten, Charles
5885 Trinity Pkwy Suite 120
Centerville, VA 20120


Payne, Jay
431 rifle range rd.
monterey, CA 93944


PC Skydiving
6810 Curan Street
San Diego, CA 92154


Pearson, Evan
10593 Blockade Dr.
Reno, NV 89521


Pedroza Ortiz, Juanita
920 northwest smith drive
Mountain Home, ID 83647


Pedroza, Tanya
280 O'Keese Street
East Palo Alto, CA 94303

Peebles, Paul 1
P.O.Box 83
Claremont, VA 23899


PELTZ, KAREN
816 LINDA LANE
PITTSBURGH, PA 17243


Penafiel, martha D
7506 North sanibel circle
tampa, FL 33637


Pender, Joseph D
208 rocky point drive
columbia, SC 29212


Perez Salva, Carmen
350 Torre Chardon Ave
San Juan 00918


Perez, Dalila
145 S St # A62
San Luis Obisto, CA 93401


Perez, Marlene
7226 Leaning Oak Drive
Houston, TX 77088


Perez, Martha
15169 NW 7th Street
Pembroke Pines, FL 33028


Perkins, Christopher 1
12 Church St.
Canaan, CT 06018

Perkins, Michael
245 North View Rd
Fleetwood, PA 19522


Perkins, Sandra
155 Annadd Drive
Flemingsburg, KY 41041


Perris Valley Skydive Center
P.O. Box 1824
Perris, CA 92572


Perry, Barbara
PO BOX 188
Overgaard, AZ 89533


Perry, Richard
4600 Blue Creek Rd
Lynnville, TN 38472


Perzan, William
57 Westridge Road
New London, CT 06320


Petersen, Greg
1342 Dakota Street
Walla Walla, WA 99362


Peterson, Anne E
3640 SW Lake Helena rd
Port Orchard, WA 98367


Petratis, Megan
4167 S. Four Mile Run Dr. Unit 401
Arlington, VA 22204

Pettit, Reba
3941 Mary Ann Point Rd
Johns Island, SC 29455


Pfaff, Kevin
1763 Chandlier Cir, W
Jacksonville, FL 32225


Pham, Dan Q.
1774 NE 9th St
Fort Lauderdale, FL 33304


pham, danny
1524 Cuming Street Apt 402
Omaha, NE 68102


phelps, cara
714 lemay drive
bellevue, NE 68005


Phillips, Adam
5025 Hetherington PLace
The Colony, TX 75056


Phillips, Johnny
503 D North wood drive
murray, KY 42071


Phillips, N William
103 North Market Street
Mylan, MO 63556


Phoenix Area Skydiving
Charlevoix State Bank
111 State Street
Charlevoix, MI 49720

Pico, Monica
12153 Cimbria Way
Lakeside, CA 92040


Piedmont Skydiving
675 Adrian Road
Salisbury, NC 28146


Pierce, James
600 Lucille St
S. Elgin, IL 60177


Pierce, Shane
1806 Todd Lane
Peter Park, TX 78613


Pierre, Johnathan
PO Box 8481
Camp Lejeune, NC 28547


Pike, Allison M
1500 6th Ave SW
Rochester, MN 55902


Pillai, Vinod
6624 Aintree Park Dr Apt 104
Mayfield Village, OH 44143


Pina, Greggory
919 Milam St.
Houston, TX 77002


Pineda, Ricardo
2120 Cedar Crest Dr
Carollton, TX 75007

Pinney, Dorothy
305 Altera Way
Colorado Springs, CO 80906


Pipilas, Dan
17 Boylston Ave
Nashua, NH 03064


pit, sandra
9112 capobella
alisoviejo, CA 92656


Pittman, Lori
14165 West Banff Lane
Surprise, AZ 85379


Plum, Spencer
42w074 Copperwood Lane
Saint Charles, IL 60175


Pollard, Jen
6349 NE Radford Drive #3614
Seattle, WA 98115


Pollman, Zachary
P.O box 2430
Pensacola, FL 32513


Pollock, Hamilton
2807 Norfolk Ave
Baltimore, MD 21215


Pomerance, Norman
6021 English Manor Road
Denton, TX 76210

Popoff, Janaina
7843 Red Mahogany Rd.
Boyton Beach, FL 33437


Porter, Chris
10678 High Beam Ct
Columbia, MD 21044


Porter, Jermaine
4643 Seminary Road # T2
Alexandria, VA 22304


Porto, Rachael
534 East 83 rd street aprt 4C
New York, NY 10028


Posey, Gregory C.
4228 Turkey Island Rd
Crewe, VA 23930


Post, Glen G.
806 tramway ln ne
albuquerque, NM 87122


Potter, Clark
3050 St Anne Dr
Debuque, IA 52001


Potts, Chavonne L.
7950 Henry Ave apt 25A
Philadelphia, PA 19128


Potuzco, Melany
501 point drive
greensburg, PA 15601

Pouliot, Charles
29 Galloway apt 2
Liverpool, NY 13090


Powell, Jana
208 White Popular St
Sebring, FL 33876


Power, Nev
Po Box 6915
East Perth, WA 06892


Prairie Sky inc
Kay West
6908 Pine Lake Drive
Sioux Falls, SD 57110


Price, Jenny
202 N Lapeer Dr #4
Beverly Hills, CA 90211


Price, Kim
5989 W. McNab Rd.
Nort Lauderdale, FL 33068


Prichard, Clyde
3220 W Marconi Ave
Phoenix, AZ 85053


Prilutskiy, Lydia
11326 Pagewynne Drive
Frisco, TX 75035


Primiano, John Paul
48-50 210th St
Oakland Gardens, NY 11364

Private Balloon Flights
4620 Plume Road, NW
Albuquerque, NM 87120


Pulsipher, Douglas
109 W. 1000 N.
Salt Lake City, UT 84116


Puri, Abitya
905 Cherokee St
Pittsburg, PA 15219


Purification, Avelash P.
14307 Kenny Street
Beltsville, MD 20705


Putrino, Lauren
80 Central Park West
New York, NY 10023


Pypiak, Desiray
1036 Woodberry Dr
Mountain Top, PA 18707


Qualle, Jalana
15723 103rd St SE
Becker, MN 55308


Quest Air Force Hang Gliding
6548 Groveland Airport Rd.
Groveland, FL 34736


Quill Corp.
PO Box 37600
Philadelphia, PA 19101-0600

Quinlan, Darcy
631 Fenton Ave
Coniat, OH 44030


QUINLAN, JOE
296 mcmurray rd
pittspurge, PA 15241


Rackley, Sean
10710 Academy Ave.
Bakersfield, CA 93312


Rahbary, Mr. K
49 lauderdale rd.
fort, FL 32771


Raivo, Jason
313 Billy Mitchell Blvd
Savannah, GA 31409


Rajut, Jaideep
230 Anderson St. Apt 5L
Hackensack, NJ 07601


Rakers, Robert
12975 Laurel Gate Dr
Herndon, VA 20170


Rame, Michelle
1 alvin street
ludlow, MA 01056


Ramirez, David 1
7745 Rocky Ridge dr
frisco, TX 75035

Ramirez, Veronica
7237 Pellet Street
Downey, CA 90241


Rammohan, Hari
658 Main St
Haverhill, MA 01830


Ramos, Daily
4871 South west 6th st
coral gables, FL 33134


Ramos, Daniella
1301 Marcilles Dr
Miami Beach, FL 33141


Ramos, Francisco
815 Greenfel St
Kew Gardens, NY 11415


ramos, mark
amalfi 2705
chowchilla, CA 93610


Ramprasad, Sharmila
4510 Heathrow Ct NW
Kennesaw, GA 30152


Ramsey, Todd
98 Mill Unit 102
Woonsocket, RI 02895


Raslan, Monica
#2 Frontidnac Ave
Wattle Park, SC 05066

Rathke, Matthew
1400 S michigan ave
chicago, IL 60605


Rauschiet, Rachel
330 north east adamsville way
Hilsboro, OR 97124


Rawlani, Ashish
1211 south prarrie unit 705
Chicago, IL 60605


ray, stephanie m
332 west crescent street
marquette, MI 49855


Rayborn, Todd
352 Virginia Avenue
San Mateao, CA 94402


Raymond, Dylan A.
3344 shasta dam blvd
shasta lake, CA 96019


Raynan, Elise
4200 54th avenue south
st. petersburg, FL 33711


Rea, Austin
833 Heathcliff Ct
Houston, TX 77024


Reale, Sue
1740 Broadway Apt 504
San Francisco, CA 94109

Reaugh, Larry
530-228-4605 51
jbagshaw@goldrea.com


Red, Stuart
9210 Roy Bean st
Houston, TX 77041


Redd, Charles
7245 Maryland Avenue
University City, MO 63130


Redding , Theodore
403 Crittenden St
Yoakum, TX 77995


Reddy, Narender
9410 Compubill Dr
Orland Park, IL 60462


Redman, Cecilia
1513 Riverreach dr apt 232
orlando, FL 32828


Reed, Cameron
161 mason lane
thomasville, GA 31792


Reed, Donovan
5455 Campground Road
Cumming, GA 30040


Reeder, Todd
1280 Auruba Ct
Marco Island, FL 34145

Reid, Lisa
11805 Latigo Lane
Oakton, VA 22124


Reidy, Michael
5383 Greggs Landing Dr
N. Charelston, SC 29420


Reiner, Russell
2851 Park Marina dr
Readding, CA 96001


Reinker, Ted E
3414 Ave P1/2
Galveston, TX 77550


Restrepo, David
5850 SW 156 Ct
Miami, FL 33193


Rethorn, Peter B.
539 S Main St
Findley, OH 45840


Rey-talley, Kristopher
647 East 14th st 4G
New york, NY 10009


Rezash, Timothy M
5443 Bud wilson road
gastonia, NC 28056


Rhee, Dennis
385 International Pk Suite 100
Newnan, GA 30265

Rhines, Joseph D
6904 Cordially Way
Elk Grove, CA 95757


Rhodes, Lori
1212 Ave Of the Americas
New York, NY 10036


Rhoees, Brian
133 N St
Los Banos, CA 93635


Ribbeck, Carlos
14335 SW 120 Street #205
Miami, FL 33186


Rich, Lori
42 Greenbriar Road
Oxford, CT 06478


Richard, Robert C.
314 S. Main Street
Jennings, LA 70546


Richards, Tom
26 Spear St.
Metuchen, NJ 08840


Richardson, Johanna
869 S Main Street
Winchester, IN 47394


Richter-Hill, JoAnn
5908 Erie Station Road
Belleville, IL 62223

Rickert, Joseph
1541 Castle Way
Lemoore, CA 93245


Ricks, Brenda
2825 East Cotton Wood pkwy suite 360
Salt Lake City, UT 84121


Rieck, Drew
696 Fort Riley
fort riley, KS 66442


Riley, Chris E
2317 Solar Plaza
Fort Lauderdale, FL 33301


Rincon, Michael
4727 E lowe
Fresno, CA 93702


Rinehart, Kathie
116 Redsky Ct
Lake Mary, FL 32746


Riordan, Megan A.
3325 Calle Del Torre
Las Vegas, NV 89102


Rios, Christina
824 Bowditch
Aurora, IL 60506


Ripley, Christopher
425 West Dickens Ave Unit I
Chicago, IL 60614

Rittenbaugh, Brooke
20 Stone Rd
Pingrove, PA 17963


Roach, Anda
po box 321
Judson, TX 75660


Robbins, Jacob
509 S.Ella
Sandpoint, ID 83864


Robbins, Jeniffer
1875 66th ave north
Saint pete, FL 33702


Roberts, Adam S.
428 E. Main St., Apt. D
Sommerset, PA 15501


Roberts, Rochelle
1668 Babcock St. Suite A
Costa Mesa, CA 92627


Robertson, Norman
3305 Grape Rd.
Mishawaka, IN 46530


Robertson, Tori
3516 Cheyenne Street
Round Rock, TX 78665


Robinson, Cary
616 Hollywood Ave.
Cherry Hill, NJ 08002

```
Robinson, Lisa 1
1641 Mable ave
Denver, CO 80229


Robinson, Robert C.
439 McCormick St.
Shreveport, LA 71104


Rodas, Rodrigo
5900 Collins Ave
Miami Beach, FL 33140


Rodgers, Trae
1078 Maiden Lane
Rochester, NY 14615


Rodriguez, Eurana
435 Bridham Trail
Augusta, GA 30909


Rodriguez, Francesca
112 Ardmore Place Apt #A13
Atlanta, GA 30309


Rodriguez, Kevin 1
6 15th ASB 1ACB 1CD
Fort Hood, TX 76544


Rodriguez, Matthew
55 Washington St Suite 658
Brooklyn, NY 11201


Rodriquez, Brianna
1429 Austin St
San Angelo, TX 76903
```

Roeca, Wesliegh
2202 california street
san fransico, CA 94115


Rogers, Charlene
500 East Northside Drive Apt H3
Clinton, MS 39056


Rogers, Colin
80 Maple St
Norton, MA 02766


Rogers, Nate
187 30 Cordata St
Fountain Valley, CA 92708


Rogers, Patricia
3103 Alder Dr
Pickerington, OH 43147


Rohr Balloons {Texas}
Brian Rohr
9380 Lakeridge Drive
Princeton, TX 75407


Rolhfing, Rick
103 Elm Street
Washington, MO 63090


Romano, Edgardo
6767 Collins Ave Apt 902
Miami, FL 33141


Romeo, Alain
11050 Biscayne Blvd Apt 13
Miami, FL 33161

Romo, Shawna
P O Box 813
Leakey, TX 78873


Root, Dan
1620 jennifer lane
yuba, CA 95993


Rose, Judith E
PO Box 351
South Yarmouth, MA 02664


Rosenfeld, Adrian
181 Powers St.
Brooklyn, NY 11211


Rosenthal, Cara
4439 Volta Street NW
Washington, DC 20007


Ross, Richard
Route 2 box 2062
Roosevelt, UT 84066


Rost, Gunnar
50 Maple Trace
Dookeville, TN 38501


rosterolla, carina
po box 767
gillchrist, OR 97737


Roth Production Co.
P.O BOX 14487
SCOTTSDALE, AZ 85267

Roth, Tina Marie
531 Latham Road
Mineola, NY 11501


Rouse, Jillian
109 Brookside Lane
Seven Fields, PA 16046


Rowen, Brad
1060 Brickell Ave
Miami, FL 33131


Rowlands, Ann Marie
126 Business park drive
Utica, NY 13502


Royal Air
6902 Broad Acres Rd.
Shreveport, LA 71129


rubino, salvatore
10872 e via cortana rd
scottsdale, AZ 85262


Rudder, Ashlea
26 Pinto Point
Little Rock, AR 72211


Rudowski, Rene
2951 Winter Drive
Troy, MI 48083


Russell, Gordon
14 Pacquette Pl.
Saint Albert, AB T8N5K9

Russell, John G
2909 East Little Cottonwood Road
Sandy, UT 84092


Russell, Jonathan
114 NW 6th St. Suite 206
Oklahoma City, OK 73102


Russell, Patricia
764 Elkmont Dr. NE 2nd Floor
Atlanta, GA 30306


Russo, Theresa
P.O box 5843
Goodyear, AZ 85338


Ryan, Amy 1
7707 S AIH 35 Apt #1022
Austin, TX 78744


Rychley, David
545 W. Crockett Ave.
Elmhurst, IL 60126


Sabourin, Christopher
1829 Shaw ave. apt 104
Clovis, CA 93611


Sadananda, Vinay K.
3500 Granada Ave, Apt 209
Santa Claire, CA 95051


Saffold, David
2001 Cedar Lane
Nashville, TN 37212

Saindon, Patrick A
105 King Aurthur Place
Alabaster, AL 35007


Salmans, Skeeter
12369 Jasmine St
Brighton, CO 80602


Samigullin, Roman
1002 University Dr
Plano, TX 75075


San Antonio Soaring Society, Inc.
100 Boerne Stage Airfield
Boerne, TX 78006-5149


Sandefur, Heather
1401 E. Patriot Ave Apt.15102
Derby, KS 67037


Sanders, Andre
6702 Gulf Blvd
St Pete Beach, FL 33706


Sanders, Jerald
2855 Peachtree Rd NE, Unit 120
Atlanta, GA 30305


Sanders, Jill
3016 Via la Selva
Palos Verde, CA 90274


Sanders, Monique 1
188 Midland Pkwy #402
Summerville, SC 29485

Sandford, Brian
7767 Linda Vista Rd.
San Diego, CA 92111


Sandlow, Joan
305 riverside dr apt 7a
new york, NY 10025


Sandoval, Hugo
11808 Lewisia Ave
Moreno Valley, CA 92557


Santa Cruz Skydiving
P.O. Box 484
Freedom, CA 95019


Santa Fe Ballooning
8830 US Highway 277 S.
Hawley, TX 17679-7264


Santamour, Jamie
436 Union Ave
Brooklyn, NY 11211


Santos, Ronal 1
1512 Monroe St
Omaha, NE 68107


Sarofim, Phillup
10 Eaton Square
Houston, TX 77027


Sarsal, Areej
6240 West 3rd St
Los Angeles, CA 90036

Sasser, Sondra
11446 East Quintana Ave
Masa, AZ 85212


Satish, Shriran
913 Coastal Marsh rd #189
Mt. Pleasant, SC 29464


Saunders, Cadie
P.O. Box 1144
Weillington, CO 80549


Sayuna, Jorge
1441 Sheridan Ave
Pomona, CA 91767


Schaedel, Kurt
9501 S I-35 Service Road Unit 905
Moore, OK 73160


Schafer, Noel
5620 SW Third
Plantation, FL 33317


Schafer, Tim
925 EAST DESERT FLOWER LN.
PHOENIX, AZ 00085-0448


Schaunaman, Chris
3844 Bennett Court
Indianapolis, IN 46254


Scheid, Zach
197 Tibton Circle
Myrtle Beach, SC 29588

Schembre, Bobby J.
1005 West Ash
Columbia, MO 65203


Scherff, Jill
23930 481st Ave.
Trent, SD 57065


Schlagel, Domenick
113 glenn heather street
dacono, CO 80514


Schlegel, Danielle
1011 Canal St.
Oxnard, CA 90613


Schluter, Darren L
221 Trumble Street
Hartford, CT 06103


Schneider, Aubrey
3489 S River Terrace
Edgewater, MD 21037


schneider, ryan
1226 Thresher Dr.
dell rapids, SD 57022


Schnell, Nicole
3706 W. Idlewile Ave, # 205
Tampa, FL 33614


Schoenherr, Scott
3314  56th St.
Eau Claire, WI 54703

Schultz, Michael
6661 Warrior Trail Bldg 350
Ft Polk, LA 71459


Schweiger, James
1101 Remount rd 500
North Charleston, SC 29406


Scott, Christopher
30243 audoblan st
hayward, CA 94544


Scott, Susan
327 Neeting Street
Georgetown, SC 29440


Scupham, Charles
500 Washington Avenue
Glenco, IL 60022


Sczytko, Steven
27175 Energy Way
Novi, MI 48377


Seargent, Steve
1097 US Route 22 West
Circleville, OH 43113


Seeton, Corey
5324 Yampa Trail
Watauga, TX 76137


Seiler, Pat
1718 Claymont Estates Drive
Chesterfield, MO 63017

Seitz, Greg
2850 Landon Way.
Marietta, GA 30066


Self, Jena
36 Sunset Lane
Babot, AR 72023


Sell, Tyler
8950 County Rd F
Newton, WI 53063


Senechal, Michel A
75 Park Drive
Clancy, MT 59634


Serban, Oana
785 High Street
Bath, ME 04530


Serrano, Rocio
2406 Dickens Dr
Killeen, TX 76543


Sexton, Charles
P.O Box 1155
Paducah, KY 42002


Shaffer, Katelin
3808 Polk Street
Hollywood, FL 33021


Shahin, Gabriel
1022 Anderson Wy
San Gabriel, CA 91776

Sharell, Gilbert
8120 Blakie Ct
Sarasota, FL 34240


Sharkey, Kevin
8929 S. Sepulveda Blvd Suite 510
Los angeles, CA 90045


Shaun Ellingson, Northwest Aerial Servic
Northwest Aerial Services
Tacoma, WA 98444


Shaw, Erica
202 Jamestown Oaks Drive
Jamestown, NC 27282


Shaw, Lynnette
121 Lone Tree Ln
Decatur, TX 76234


Sheehan, Padraic
8112 FlowerTown Ave
Wyndmoor, PA 19038


Sheldon, Preston
300 Addison Way #7-1E
Petersburg, VT 23805


Shelton, Haley
21627 South West Cedar Brook
Sherwood, OR 97140


Shenandoah, Kyle
1307 South Grove Street
philadelphia, PA 19416

Shepard, Chad E.
11538 Rock Hampton Dr.
St. Louis, MO 63138


Shepherd, John
31 mewton st
fort jones, CA 96032


Sheridan , Melissa
16665 J Hunters Ridge Ln
St. Robert, MO 65584


Shifrin, Neil
37 Hawthorne lane
Weston, MA 02493


Shimizu, Stacy
5541 W. 123rd Place
Hawthorne, CA 90250


Shinneman, Joel
6632 escalloonia
Rockland, CA 95765


Shirey, Linda
4120 Endicott Dr.
Grand Prairie, TX 75052


Shirley, Caitlin
421 Delmar Street
Philadelphia, PA 19128


Shover, Steven
710 West Cooper Ave.
Lancaster, OH 43130

Shown, Noah
1644 B Market Loop
Clovis, NM 88101


Shrestha, Sujen
7417 Grant Villiage Dr.
St. Louis, MO 63123


Shulman, Micky
2000 Crystal Springs Road
San Bernadino, CA 94066


Shultz, Jamie
650 West Clinton Street
Deblin, TX 76446


Sichanpheng, Ivy
257 E. 200 SOUTH SUITE350
SALT LAKE, UT 84111


Sidwell, Josh
7034 S. 127th st.
Seattle, WA 98178


Siebert, Jacqueline E.
3000 NE 48th Court 306
Lighthouse Point, FL 33064


Sierra, Diana
7930 Jones Branch Drive
Mclain, VA 22102


Silverman, Jed
1017 Heights Blvd
Houston, TX 77008

Sima, Mike
6905 Cunningham Drive
New Albany, OH 43054


Simon, Carrie C
739 Chidester Ave
Glen Ellen, IL 60137


Simonitsch, William
335 S. Biscayne Blvd Unit 3809
Miami, FL 33131


Simpson, Juliana S
3854 oak hills circle
Port heron, MI 48060


Simpson, Keely
1426 Castlewood Drive
Wheaton, IL 60189


Sin City Skydiving
Attn: Brad Wedge
4339 Spencer #10
Las Vegas, NV 89119


Singh, Parul
99 Myrtle st apt. 7
Boston, MA 08114


Singh, Satbir
4029 Meadows Ln
Oakley, CA 94561


Sizer, Steven  K
10947 Bloomfield St Apt 103
North Hollywood, CA 91602

Skidmore, Beth
4931 North 300 West
Provo, UT 84604


Sky Adventures
4191 Locust Valley Lane
Oxford, MI 48370


Sky High Hot Air Balloons
9251 Garbow Road
Middleville, MI 49333


Skybound Aviation
2000 Airport Rd
Ste 125
Chamblee, GA 30341


Skydive 35
550 Brigman Road
Maple, TX 76064


Skydive Canyonlands
d/b/a Skydive Canyonlands
577 Bittle Lane, # 3
Moab, UT 84532


Skydive Coastal California
Charlevoix State Bank
111 State Street
Charlevoix, MI 49720


Skydive Coastal Carolinas
dba Skydive Coastal Carolinas
4019 Long Beach Road
Southport, NC 28461


Skydive Columbus
774 Manchester Cirvle, N.
Pickerington, OH 43147

Skydive Cowtown
P.O. Box 683
Rhome, TX 76078


Skydive Delmarva, Inc.
32524 Aero Drive
Laurel, DE 19956


Skydive Door County
2986 Lake Forest Park Road
Sturgeon Bay, WI 54235


Skydive Eagle Creek
dba Skydive Eagle Creek
29388 SE Heiple Rd
Eagle Creek, OR 97022


Skydive Eagles Nest
3303 Dentcrest Drive
Midland, TX 79707


Skydive Empire
dba Skydive Empire
P.O. Box 18321
Boulder, CO 80308


Skydive Georgetown LLC
5630 Kent Rd
Andrews, SC 29510


Skydive Houston
dba Skydive Houston
15411 Turning Tree Way
Cypress, TX 77433


Skydive Indianapolis
P.O. Box 663
Carmel, IN 46082

Skydive Jacksonville
476 North Williams Ave
Titusville, FL 32796


Skydive Jersey
P O Box 139
Pittstown, NJ 08867


Skydive Lake Wales
P.O. Box 1616
Lake Wales, FL 33859


Skydive Las Vegas
P.O. Box 61426
Boulder City, NV 89006


Skydive Monroe
P.O. Box 676
Monroe, GA 30655


Skydive Monterey Bay
476 North Williams Ave
Titusville, FL 32796


Skydive Myrtle Beach
2800 Terminal Street
N. Myrtle Beach, SC 29582


Skydive New England, LLC
40 Skydive Lane
Lebanon, ME 04027


Skydive OBX
P O Box 210
Kitty Hawk, NC 27949

Skydive Palm Beach
15555 Grumman Court
Wellington, FL 33414

Skydive Panama City
122 Bel Aire Dr
Dothan, AL 36303

Skydive Pennsylvania
Attn: Cecil Smith
496 Old Ash Rd
Meroga, PA 16137

Skydive Sacramento
Pat Garcia
1404 Flightline Dr.
Lincoln, CA 95648

Skydive San Diego
13531 Otay Lakes Rd
Jamul, CA 91935

Skydive Spaceland
PO Box 1121
Rosharon, TX 77583

Skydive Superior
4804 Hammond Avenue
Hanger #A-7
Superior, WI 54880

Skydive Tampa Bay
825 Leeward Way
Palm Harbor, FL 00034-6851

Skydive Tandem Greenville, LLC
2241 CR 3303
Greenville, TX 75402

Skydive Temple
15771 South I-35
Salado, TX 76751


Skydive Texas Beaches
8908 Keymill Dr.
Houston, TX 77064


Skydive The Farm
1195 Grady Road
Rockmart, GA 30153


Skydive Toledo LLC
134 McCormick
Castle Rock, WA 98611


Skydive Warren County, Inc.
Attn: Jaime Praeter
4499 North State Route 42
Waynesville, OH 45068


Skydown Sport Skydiving
5111 Aviation Way
Caldwell, ID 83605


Skyscapes of America
3300-D North Main St.
PMB 310
Anderson, SC 29621


Sledge, Ryan
1911 Bering Drive Apt 18
Houston, TX 77057


Sloan, Kayla
1632 rochester Street
Lima, NY 14485

Sloan, Nicholas G
626 Fairway Dr
Royal Oak, MI 48073


Sloan, Rees D
15125 Romalong Lane
Carmenl, IN 46032


Slovick, Joel
5020 Buck Thorn Ct
Santa Rosa, CA 95404


Smith, Cameron O
1 Great Elm Drive
Sharon, CT 06069


Smith, Cody
1724 Danciger
Fort Woth, TX 76112


Smith, Dylan S
1361 S Greenfield Rd Apt 1057
Mesa, AZ 85206


Smith, Hamilton
2410 Albatross St. unit 1
San Diego, CA 92101


Smith, Hanna
327 Silver Canyon Dr
Ft. Worth, TX 76108


Smith, Jerod
6810 Northwest 122
Oklahoma City, OK 73142

Smith, Kenny
22854 Forestridge drive
estero, FL 33928


Smith, Mark 2
5041 Singleton Dr.
Billiard, OH 43026


Smith, Michael 4
315 West 29th st
New York, NY 10001


Smith, Nathan 2
113 N Main St
Lawrenceburg, KY 40342


Smith, Paul
3033 West Galgrith Rd
Cincinnati, OH 45239


Smith, Rachel B
133 West Sunset Drive
Rittman, OH 44270


Smith, Rustin
21 Quail Ridge
Ponca City, OK 74604


Smith, Sara G.
1206 Pike Path
Round Rock, TX


Smith, Thomas 1
1493 Crane Creek Blvd
Melbourne, FL 32940

Smith, Tracy
170 Diminish Drive
Newark, DE 19713


Smolij, Walter
23 Stoney Hill Lane
Moun Laurel, NJ 08054


Snapp, Anthony
507 Florence Dr.
Albany, GA 31707


Snead, Matthew
665 Cindy Dr
Canyon Lake, TX 78133


Snedden, Bradley
3480 Dairy Lane
idaho falls, ID 83404


Snyder, Jennifer 1
8520 Hawthorne Rd
Frisco, TX 75034


Solano, Richard
901 15th Street South Apt 525
Arlington, VA 22202


Solarbee, Inc
3225 Hwy 22 North
Dickinson, CA 58601


Sommer, Ross
2100 Marion Drive
Lexington, NC 27296

Sonora Wings LLC
Mark J Knight
5635 S. Outrigger Road
Tempe, AZ 85283


Soriano, Sandra
40 Graywood Rd.
Washington, NY 11050


Southern Minnesota Skydiving, LLC.
2502 6th Street, NE
Waseca, MN 56093


Sowell, Thomas
1007 Misty Lane
Belmont, CA 94002


Spence, Gavin
12101 199th St
Springfield Garden, NY 11413


Spiewak, Jackie R.
10800 Old St Augustine Rd unit 201
Jacksonville, FL 32257


SPINKS, JOSHUA
9253 Gary St
Denham Springs, LA 70726


Spresser, Michael G
373 S. Franklin St.
Denver, CO 80209


St. Elair, Amx W.
2501 Macon Ranch Rd., Apt. 625
Salaine, TX 76542

Staggs, Linda
604 South Park Avenue
Seymore, IA 52590


Staie, Melissa
9056 River Bend Court
Villa Rica, GA 30180


Standford, Evan
Po box 1210
Summerland, CA 93067


Stanunathan, Aditya
300 Wembley Cir.
Atlanta, GA 30328


Stapp, Brion
PO Box 688
Longmont, CO 80502


Stauch, Christopher
2952 northeast david loop
Issaquah, WA 98029


Steibe, Josh
12303 County road 29
Stearling, CO 80751


Steigele, Jenny
216 Piedmont Ave
Atlanta, GA 30308


Steinhoff, rebecca A
2134 Linden ave
madison, WI 53704

Stenson, Tasia L
2014 Oliver Street
Sandiego, CA 92109


Sternbach, Lea
3502 Glen Ave
Baltimore, MD 21215


Stevens, Albert
701 Merytlewood Lane
Key Biscayne, FL 33149


Stevenson, Darrell
4058 E. Kensington
Springfield, MO 65809


Stewart, Ashley N.
2503 Whitis Ave, LittleField 204
Austin, TX 78705


Stobo, Robert
841 Princeton St
Sana Monica, CA 90403


Stoenciu, Melina
pscq 338
Litttle Rock A.F.B, AR 72099


Storry Fuchs, Alison
6200 Circle Drive
Indian Trails, NC 28079


Stover, Ron
501 North west woodson dr
Grants pass, OR 97526

Straw, Sean
2413 Ridgewood
Wichita, KS 67220


Strickland, Lauren Nicole
24377 5th ave
florala, AL 36442


Stull, Erin
75 Camden St.
Rochester, NY 14612


stusano, Joseph
394 violet street
massapequa park, NY 11762


STUTES, KELLY
16505 LA CANTERA PARKWAY
SAN ANTONIO, TX 78256


Styno, Connie
5 Rustyville Rd
Albany, NY 12211


Suchenko, Nina
13 Green Twigg Dr.
Toms River, NJ 08753


Sullivan, Tammy R
PO Box 1322
Tallevast, FL 34270


Sumner, Regina
242 Pheasant Run Dr
Blacksburg, VA 24060

Sunny Day Come Fly Away, Inc.
276 Greenway Circle, E.
Broomfield, CO 80020


Sunrise Balloons Miami LLC
1881 Washington Ave
# 15B
Miami Beach, FL 33139


Surita, Tracey
700 sylvan avenue
englewood cliffs, NJ 07632


Swan, Katie
15175 SW Royalty Prkwy J27
Tigard, OR 97224


Sweeney, Joseph
544 Central Ave. Apt. 107
Alameta, CA 94501


SYNESIOU, ANDREW
20548 VENTURA BLVD APT 123
WOODLAND HILLS, CA 91364


Sysko, Ryan
206 Alapocas dr
Wilmington, DE 19803


Szilagyi, Tammy
15608 Carril Court
Monte Sereno, CA 95030


Taberner, Jose
2655 Collins Ave
Miami, FL 33140

Tagliati, Michele
14631 Bestor Blvd
Pacific Palisades, CA 90272


Taking Off Hot Air Balloon Co.
Tommy Rachel
P.O. Box 113
Magnolia Spings, AL 36555


Talamantez, Christy
1911 Londonberry Drive
Leander, TX 78641


Talic, Fouad
13900 Marques Way
Marina del Ray, CA 90292


Tang, Jia-Peng
130 Descanso Dr.
San Jose, CA 95134


Tarkir, Ashley
9070 baber drive
Manassas, VA 20112


Tass, Steve
182 W. Lake St Suite 2105
Chicago, IL 60601


Tate, Russ
628 Crestview Court
Saginaw, TX 76179


Taylor, Matthew 1
13249 FM 830
Willis, TX 77318

Taylor, Mike  1
411 County rd 281
Woodland park, CO 80863


Taylor, Sheila 1
11 perillo ct.
pearl river, NY 10965


Tebby, Christopher
15346 Becker Lane
Dyersville, IA 52040


Teem, Michael
6621 Wilbanks Rd
Knoxville, TN 37912


Tefera, Esterlin
5555 amsbury drive
dallas, TX 75206


Tessner, R L
220 Marilyn Dr
East Fayetteville, GA 30214


Tew Jr. , Vernon
3611 Industrial Blvd.
Laurel, MS 39440


Texas Balloon Rides
P.O. Box 1508
Blanco, TX 78606


Texas Freefall
251-C Harbin Drive
Stephenville, TX 76401

Thakar, Varspa
2964 Cashel Ln
Vienna, VA 22181


The Skydive Experience
Donnie D. Cockrell
2009 Pine Ridge Way
Benton, LA 71006


Theriault, Elizabeth
76 15th Ct
Hermosa Beach, CA 90254


Thigpen, James
po box 8142
Tyler, TX 75701


Thomas, Julien
37 Marks Place
New York, NY 10003


Thomas, Mark L
spc usa 1952 barkley ave
ft carson, CO 80913


Thomas, Reda G.
2091 FM 600 Road
Haskell, TX 79521


Thomas, Yulanda A
404 Conley Dr
Hinesville, GA 31313


Thompson Aire Ballooning
13825 Avalon Road
Winter Garden, FL 34787

Thompson, Arden
8 Cherryfield Court
Greer, SC 29651


Thompson, Justin  1
721 A Cranbury Cross Road
North Brunswick, NJ 08902


Thompson, Rebecca
8434 Red Oak Dr
Eden Prarie, MN 55347


Thornton, Sarah
3737 Laurel Cherry Lane
indianapolis, IN 46239


Thorsen, Jim
1505 Blackberry Ct
Eustis, FL 32726


Thrill a Minute Hang Gliding
1444 Window Rock Road
Dunlap, TN 37327


Thunderbird, Norman W
3405 Old Seguin luling Rd
Seguin, TX 78155


Thurmer, ulrik
30 river road
Manhatten, NY 10044


Tibbitts, Dustin
661 E Technology Ave Building B
Orem, UT 84097

tice, eli
103 mary lee drive
charlestown, WV 25414


Tighe, Julie
7378 Childsdale Ave NE
Rockford, MI 49341


Tilden, Carolyn
3783 Shaddock Creek Lane
Frisco, TX 75034


Tillman, Jon
3744 pershang Ave Apt 4
san Diego, CA 92104


Tinney, Dakota
804 N. Chancery St.
Mcminnville, TN 37110


Tipton, Chris 1
370 North Argyle
Clovis, CA 93612


Tiwari, Abhishek
801 Monte Cruz
Mission, TX 78574


Tiwari, Rahul
605 Hidden Vally Club Dr Apt 102
Ann arbor, MI 48104


To, Trang
172 Glencoe Rd
Upper Darby, OH 19082

Tobin, Loriann
8 Club Vista
Trabuoco Canyon, CA 92679

Todkar, Kativa
1036 polaris crossing blvd
Westerville, OH 43081

Toloui, Ramin
759 promontory point
newport beach, CA 92660

Torres, Veronica 1
2487 Alum Rock Ave Apt 38
San Jose, CA 95116

Tory, Kooyman,
8912 Spanish Ridge Ave
Las Vegas, NV 89148

Tracer Hot Air Balloon
4858 Mahan Drive
Tallahassee, FL 32308-5823

tran , Nhi t
520 madison ave
new york, NY 10022

Tran, Cuong
4704 4th St.
Marrero, LA 70072

Tranquility Balloon Rides
5400 Joyner Avenue
Springhill, FL 34608

```
Traxler, Meghan
15777 Quorum Dr Apt.1119
Addison, TX 75001


Trefry, Allen
14939 Palmwood Road
Palm Beach Gardens, FL 33410


Tretasco, Montishia
1026 Catalina Place
Corpus Christi, TX 78411


Triangle Skydiving Center
480 Airport Drive, Suite 200
Louisburg, NC 27549


Triplet, Billie
148 Hawley Ridge
Dunn, NC 28334


Trisha, Lewis
3375 Tumbleweed Drive
Bozeman, MT 59715


Troneld, Michelle Marie
1205 Britolmoor Dr
Winterville, NC 28590


Trujillo, Alma
13003 W Tara Ln.
Surprise, AZ 85374


Truong-Cao, Steven
63-37 Austin Street Apt 2E
Rego Park, NY 11374
```

Tucker, James 1
152 Plunk Lane
El Dorado, AR 71730


Tucker, Suzie
2611 Sand Jacinto
Semi Valley, CA 93063


Tuckett, Philip
2152 San Juan
St. George, UT 81790


Tunnell, Jonathon
1286 Meredith Way
Clarksville, TN 37042


Turner, Conni
409 Grist Mill
Bentonville, AR 72712


Turner, McKenna
501 E Pine St
Seattle, WA 98122


Turnipseed, Mary Jane
3648 tiger point blvd
Gulf Breeze, FL 32563


Tutini, Jessica
20637 Blueberrry Lane
Fairhope, AL 36532


Ueno, Miyuki
495 Log Barn Rd
Pittsboro, NC 27312

Uhlman, Steven
5814 Hickory Springs Dr.
Kingwood, TX 77345


Umphrey, Terrellee
1044 West 3rd Street
Weiser, ID 83672


Underwood, Dave
60 South
Lamant Circle, NY 13045


Upper Level Fitness Inc
PO BOX 25335
Rochester, NY 14625


UPtimal Paragliding
642 Tico Road
Ojai, CA 93023


Usilton, Blake
1092 Salem Dr.
corona, CA 92881


Valdez, Liesel
808 Deleware Ave
Virginia Beach, VA 23451


Vallejo, Siomara
1494 NW 42nd St.
Miami, FL 33142


Valley Ballooning
16350 Old Valley Pike
Edinburg, VA 22824

Valley, Diane
5125 Azule Lane
Crowley, TX 76036


Vandenberg, Cody
450 Rock afeller Road
Lake Forest, IL 60045


Vandyke, Stephany
1013 Juniper Drive
Lexington, KY 40504


VanHoove, Betty
119 Grace St
Reading, PA 19611


Vanhorn, Stephan
906 Peach Tree Rd., SE
Rio Rancho, NM 87124


VanPamel, Mike
12955 23 Mile road
Shelby Township, MI 48315


Vaughn, Douglas A.
4641 Hillside dr.
N. Richland Hills, TX 76180


Vaughn, Thomas
778 Manatee Bay Dr
Boynton Beach, FL 33435


Vega, Ana A
723 north gilden
midland, TX 79701

Vickers, Janae
19717 Grace Way
Sonoma, CA 95370


Vijh, Aarohi
4841 Mount Airy Rd
Sylvania, OH 43560


Vilensky, Vadim
54 Roundhill Rd.
Dobbsferry, NY 10522


Villanueva, Rex R.
1307 Byfield St
Allentown, PA 18103


Villars, Doug
555 17th St Suite 500
Denver, CO 80202


villegas, sonya
1719 dondrey ave
baldwin park, CA 91706


Vindrak, Alen
8910 Cardwell St.
Lovinia, MI 48150


Virginia Ballooning
William N Nelson
7501 River Rd Unit 11D
Newport News, VA 23607-1770


Vizkelety, Kevin
5250 Columbia Rd., Apt. 143
Olmstead, OH 44070

Voors, Daniel J
8609 Wave Circle Apt C
Ft. Wayne, IN 46825


Vuich, Fred
137 Oak View
Cranberry township, PA 16066


Waite, Andrew
4440 Grissom St suite 100
Bakersfield, CA 93313


Waldman, Linda
2717 NE 26th AVE
Lighthouse Point, FL 33064


Waldorf, John
101 holland ln
little rock, AR 07223


Walker, Matthew
4728 East Stetson Ln
Orange, CA 92869


Walker, Michael
702 Birdsall dr
Cedar Falls, IA 50613


Walker, Oliver
2208 Kent St
Los Angelas, CA 90026


Wall to Wall Cleaners
3990 Tamarack Drive
Kennesaw, GA 30152

```
Walsh, Brian
238 Davidson Ave
Ramsey, NJ 07446


Walsh, Evan
8109 Golfers Oasis Drive
Las Vegas, NV 89149


Wang, Bin
13353 Rhoda Dr.
Los Altos, CA 94022


Wang, Huaile
6529 Dalzell Place
Pittsburgh, PA 15217


Wang, Qing
155 Miami St
Tiffin, OH 44883


Wantye, Neal
2512 Goldsmith Ln
Louisville, KY 40218


Ward, Maureen 1
15864 Sanctuary Dr
Tampa, FL 33647


Warganich, Tibor
6041 Arrow Head Ct
Forest Hill, CA 95631


Warne, Hannah
6905 waverly st.
sarasota, FL 34243
```

Warren, Dickie K
214 Purple Plum Ln
Houston, TX 77062


Warren, Glen E.
4807 Day Shore blvd
Tampa, FL 33611


Warywoda, Kenneth
4215 Sheilds St.
Pittsburg, PA 15207


Waterman, Robert
720 East E St
Wilimington, CA 90744


Waters, Quinton
1462 Dean Street
Brookyn, NY 11213


Watkins, Johnna
1207 North Maple Street
Benton, IL 62812


Watson, Ryan
6501 Sabrosa Court East
Fort Worth, TX 76133


watterworth, randy
7393 old howard rd
temple, TX 76504


waupoose, alecia
720 abrams st
green bay, WI 54302

```
Wayne's Air Toys LLC
2346 NW Dallas Street
Grand Prairie, TX 75050


Webb, Laverne
33121 Kathryn
Garden City, MI 48135


Weber, David
1701 E. 167th ave
Thorton, CO 80602


Weber, Steuart
7280 18th Street NE
St. Petersburg, FL 33702


Weddle, Nicholas
1023 LANARIE ST. APT A
MANHATTEN, KS 66502


Weiers, Amanda
8525 S Upham Wy
Littleton, CO 80128


Weinhold, Kristen
16 Bannister
Salem, NH 03079


Weisman, Elizabeth A.
451 N. Bista Street
Los Angeles, CA 90036


Welch, Corby
573 Schoolhouse Circle
Haysville, KS 67060
```

Welch, Robert
670 Blue Oaks Dr
Ukiah, CA 95482


Weldeln, Dan
504 Dooley Ct
Grapevine, TX 76051


Weller, Kelly
8272 Acadian Lane
Seminole, FL 33777


Wells, Daniel
1230 Lawrence Way
Oxnard, CA 93035


Wells, Joshua A.
1015 Walker Lane
Summitt, MS 39666


Welsh, Eva
2710 vancouver street
irving, TX 75062


Welsh, Tom
vancouver street
Irving, TX 75062


Wendt, Michelle
8059 Clinton St
Los Angeles, CA 90048


Wenning, Karis Page
212 Summerhill Crt.
Fayetteville, NC 28303

Westdale, Leonard
6279 Sun Blvd #606
St Petersburg, FL 33715


Western New York Skydiving
P.O. Box 283
Alden, NY 14004


Weston, Trisha
104 Red Cedar Place
Chaple Hill, NC 27514


wetter, Jennifer
2890 Bridhton blvd
denver, CO 80216


Whetstone, Marcus G.
2714 Crestwood Dr.
Flint, MI 48503


Whipple, Dianne
2115 NE 42nd st
Ocala, FL 34479


Whisenant, Kimara
1040 Seminole Dr Apt 1556
Ft. Lauderdale, FL 33304


Whitcraft, Joel D.
2211 Kerrigans Way
Ft. Wayne, IN 46815


White, Alyssa
511 Belmeade Way Trail
Louisville, NC 27023

White, Anthony
2191 Memorial Drive # A7
Clarksville, TN 37043


White, Helen
1358 Phoenixville Pike
Westchester, PA 19380


White, JHames
179 CO. Rd 3441
Atlanta, TX 75551


White, Johnny
583 Broadway
Carle Place, NY 11514


White, Josh 1
307 Vanier Dr.
Newark, DE 19711


White, Martin R
130 Riverchase Ln
Moresville, NC 28115


White, Melissa
4207 King Wood Ct
Midland, TX 79707


Whittle, Keedar H
5062 Lankershim Blvd Suite 3013
North Hollywood, CA 51601


Whitworth, Annie
23332 Haynes St
West Hills, CA 91307

```
Wild Wind Skydivers
2270 Smith Crossing Road
Midland, MI 48640


Wiles, Lori A
18716 Keedysville Rd
Keedysville, MD 21756


Wilison, Karen
7927 North West Hawkins blvd
Portland, OR 97229


Wilkins, Rhonda
2778 Quail hollow rd west
Clearwater, FL 33761


williams , Albert M
7814 myers drive
glenburnie, MD 21061


Williams, Cameron
414 Sutterton Drive
Gahanna, OH 43230


Williams, Cari
3429 Sertana
Antonia, CA 92024


Williams, Devin
13113 Noack Rd
Magnolia, TX 77355


Williams, Kenneth
150 West 174th  St Apt 9c
Bronx, NY 10453
```

Wilson, Brian 3
24 Willie Mays Plaza
San Francisco, CA 94107


Wilson, Melissa Marie
536 Mercer Road
Butler, PA 16001


Wilton, Edward
17106 county road 136
live oak, FL 32060


Wind Favor
Skydive Philadelphia
1100 North Ridge Road
Perkasie, PA 18944-1799


Windspirit
Windspirit
32 Peachtree Dr
Seale, AL 36875


Wings To Fly
1049 S Washington Avenue
Columbus, OH 43206


Wintersdorff, Lisa
5210 joan court
san diego, CA 92115


Wire, Coy
3303 Perimiter Loft Circle
Atlanta, GA 30346


Wisconsin Hang Gliding
Hendrikus P. Bouwmeester
P O Box 242
Waunakee, WI 53597

Wise, Jason L
520 Glen Crest Drive
san Diego, CA 92139


Wiselogel, Arthur
246 Zang St.
Lakewood, CO 80228


Wissbaum, Brandon M
7818 mccarron way
charlotte, NC 28215


Witters, Vincent
13454 Sunrise Valley Dr
Herndon, VA 20171


Wittwer, Jay
463 Benedict Dr.
Las Vegas, NV 89110


Wolta, Robert
5446 West 100th Place
Westminster, CO 80020


Wong, Corey
91-1047 Kekaiholo St.
Ewa Beach, HI 96706


Wong, Lee 1
2420 83rd
Edmonton t6k3g8


Wong, Oi Kwan
600 North Fairbanks Court Apt 3004
Chicago, IL 60611

Wong, Wendy
8807 Bay 16th ST
Brooklyn, NY 11914


Wong, Ying
3465 Samson St
Philadelphia, PA 19104


Woodfill, Lindsey M
125 Dallas St
Angleton, TX 77515


Woodrow, Stephanie
4814 Willowbrooke Ln.
Summerville, SC 29485


Woods, Robert M.
2555 Main St. No3031
Irvine, CA 92614


Woolfolk, Robert G
PO Box 116
Beaverdam, VA 23015


WORTH, KIMBERLY
18851 River Road
Poolesville, MD 20837


Wozniak, John
13225 104th Ave
Grand Haven, MI 49417


Wright, Darren
1783 West University Drive
Tempe, AZ 85281

Wright, Emily
2030 North Providince Rd.
Media, PA 19063


Wright, Ken 1
324 Pinewood Drive
Beckley, WV 25801


wright, paul 1
4627 east imperial view court
rocklin, CA 95677


Wurst, Laura
1404 Nye Street
Capital Heights, MD 20743


Xu, Kang
302 Marina Way
Novato, CA 94945


Yang, Young
1880 Century Pk e. 16th fl
Century city, CA 90067


Yarbrough, Carol
30120 Valley Glen street
Castaic, CA 91384


Yates, Nicholas
200 Harbor Dr #3701
San Diego, CA 92101


Yessayian, Benjamin
1555 mesa verde dr e apt 50b
costa mesa, CA 92626

Yingling, Charles
39 University Dr Box J254
Bethlehem, PA 18015


Yoon, Sarah J
2887 Homestead Dr
Pomona, CA 91767


Yoshizawa, Motoko
107 N. 3rd St. unit 3D
Brooklyn, NY 11211


Youn, Sooryun
312 Beechwood Rd
Ridgewood, NJ 07450


Young, Anne
4001 Bowser Ave Unit A
Dallas, TX 75219


Yount, Denise
320 Lindenhurst Dr. Apt 16103
lexington, KY 40509


Yuvonne, Yowell
2905 Willow Drive
Bettendorf, IA 52722


Zafar, Firoza
45797 Smokefree Terr
Sterling, VA 20166


Zalcman, Barry
17 sass drive
manchester, CT 06042

Zamora, Rafael
319 SW 192nd Ave
Pembrooke Pines, FL 33029


Zarkos, Tim
PO Box 70001
Boise, ID 83707


Zeal, James
7026 Santa Monica Blvd
Los Angeles, CA 90038


Zeldes, Steven
40655 Paisley Circle
Novi, MI 48377


Zenener, Robert P.
5336 Barritt Ave
El Cerrito, CA 94530


Ziegler, Katie
5196 Lone Star Place
Colorado Springs, CO 80922


Zimmermann, Jason
7201 Lennox ave
Van Nuys, CA 91405


Zinelis, Andreas
1400 North Fairfax Ave #10
Las Angelas, CA 90046


Zion, Adam G
3240 Henry Hudson Pkwy Apt 6d
Bronx, NY 10463

Zugan, Steve
230 Butternut Cr
Carver, MN 55315

## United States Bankruptcy Court
### Northern District of Georgia

In re    **Headband, LLC**

_____ Debtor(s)

Case No.    **13-42659**

Chapter    **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Amended Schedule F and Amended Creditor Matrix**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:    **November 26, 2013**

**/s/ Harold Boone, Jr.**

**Harold Boone, Jr. 168008**
Attorney for Debtor(s)
**Karmel S. Davis & Associates**
**P.O. Box 5488**
**Douglasville, GA 30154**
**(678) 715-0967 Fax:(678) 715-0987**
**karmel_davis@yahoo.com**

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Headband, LLC**

Debtor(s)

Case No.    **13-42659**

Chapter    **7**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2013, a copy of the aforementioned documents was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Kyle A. Cooper
Kyle A. Cooper, Trustee
Suite 102
615 Colonial Park Drive
Roswell, GA 30075

*/s/ Harold Boone, Jr.*
*Harold Boone, Jr. 168008*
*Karmel S. Davis & Associates*
*P.O. Box 5488*
*Douglasville, GA 30154*
*(678) 715-0967Fax:(678) 715-0987*
*karmel_davis@yahoo.com*